**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENZO COSTA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | Case No.  1:19-cv-3185 (RDM) |

**PLAINTIFFS' PARTIAL OPPOSITION TO**
**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiffs file this partial opposition to Defendants' Motion for Extension of Time to Respond to Complaint (ECF 18).  Plaintiffs do not oppose extending Defendants' time to respond until December 9, 2019, but oppose a further extension without permitting the parties to commence merits discovery.  In support, Plaintiffs note the following.

1.  While a short extension is appropriate, the Defendants' proposed deadline of January 9 is not appropriate given the public importance of ensuring the safety and adequate medical care of Plaintiffs and other patients at St. Elizabeths Hospital, nor is it warranted under the Rules of Civil Procedure.

2.  During the meet and confer, Plaintiffs made clear to Defendants that Plaintiffs would be willing to consent to a longer extension if Defendants would agree to allow the matter to proceed immediately to targeted discovery.

3.  This suit is a matter of critical public importance which involves the health and safety of a vulnerable population of patients in need of intensive psychiatric care who were denied treatment and subject to unsanitary conditions during a 27-day water outage.  *See generally*

Compl. ¶¶ 39-83. This was the second prolonged outage of water and interruption of care at the facility in the last three years. Compl. ¶ 1.

4. The Defendants have yet to provide a public explanation (or a private explanation to Plaintiffs' counsel) of why the water outage occurred, why the remediation after the last water outage was not sufficient, and how they will prevent recurrence in the future.

5. At a D.C. Council public oversight hearing on November 20, Defendant Bazron could not answer basic questions about the root cause of the water outage, nor did she provide sufficient assurance that the problems will not recur.  In particular, Defendant Bazron testified:

- Defendants admitted that a water test indicated that legionnaires, pseudomonas, and E. coli were in the water, but do not know the cause of the bacteria in the water.
- The Defendants do not have a water management plan.
- The Defendants do not currently have a water expert.
- There has been no subsequent testing of the water since it tested clean (even though they do not know what caused the bacteria, and therefore cannot be confident that the cause will not recur).

6. Under these circumstances, it is not appropriate to delay allowing this matter to proceed to discovery on the merits while the Defendants take additional time to answer the complaint.  Both the health and safety of the Plaintiffs and other patients at St. Elizabeths Hospital, as well as the public interest, militates in favor of prompt discovery into the root cause of the problem, as well as the validity of the remediation.

7. In addition, although the Plaintiffs agree with Defendants that it would be desirable to see if the matter can be resolved on an informal basis, it is impossible to see how the Plaintiffs could resolve the matter without the information Plaintiffs intend to seek in discovery.

8. It is also not appropriate to grant the Defendants an extension of the length requested, given their failure to timely waive service.  Plaintiffs retained a process server and effectuated

service on November 4, 2019 only after Defendants failed to respond to a request made by Plaintiffs on October 24 to waive service.

9. For the foregoing reasons, Plaintiffs respectfully request that the Defendants' motion be denied to the extent it would permit a response to be due after December 9.

Dated:   November 22, 2019                    Respectfully submitted,

/s/ John A. Freedman
John A. Freedman (D.C. Bar No. 453075)
Tirzah S. Lollar (D.C. Bar No. 497295)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@aporter.com
Tirzah.Lollar@arnoldporter.com

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
mperloff@acludc.org

Kaitlin Banner (D.C. Bar No. 1000436)
Margaret Hart (D.C. Bar No. 1030528 )
Hannah Lieberman (D.C. Bar No. 336776 )
Jonathan Smith (D.C. Bar No. 396578 )
Maria Morris*
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400

Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
Kaitlin_banner@washlaw.org
margaret_hart@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org
maria_morris@washlaw.org

*Admitted to practice law in Alabama, New York, and California. Practicing under the supervision of DC Bar members.