## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Case No. 1:19-cv-3185 (RDM) |

## **JOINT STATUS REPORT**

The parties in this matter submit this joint status report pursuant to the Court's November 20, 2019 Minute Order.

1. The parties initially met on November 14, 2019 regarding Plaintiffs' November 5, 2019 Emergency Motion for Leave to Conduct Limited Expedited Discovery for the Purpose of Determining Status of Conditions and Impact on Patient Care.

2. The parties submitted a Joint Status Report on November 19, 2019 (Dkt 17) requesting that this Court hold the Emergency Motion in abeyance while the parties continued discussions.

3. Defendants have provided additional information and documents that have narrowed but not resolved the scope of issues presented by Plaintiffs' motion. As a result, Defendants believe Plaintiffs should withdraw their motion, but Plaintiffs disagree.

4. The parties believe further progress can be made through continued discussions.

5. Accordingly, the parties request that the motion continue to be held in abeyance—including Defendants' obligation to oppose—while these discussions continue.

6. The parties will update the Court on the status of the dispute on or before December 17, 2019, at which point Plaintiffs will advise the Court if the motion needs to be reactivated.

| | |
|---|---|
| Dated: December 3, 2019 | Respectfully submitted, |

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>TONI MICHELLE JACKSON<br>Deputy Attorney General<br>Public Interest Division<br><br>/s/ Fernando Amarillas<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section<br><br>/s/ Micah Bluming<br>MICAH BLUMING [1618961]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Suite 630 South<br>Washington, D.C. 20001<br>(202) 724-7272<br>(202) 730-1833 (fax)<br>micah.bluming@dc.gov<br><br>*Counsel for Defendants* | /s/ John A. Freedman<br>John A. Freedman (D.C. Bar No. 453075)<br>Tirzah S. Lollar (D.C. Bar No. 497295)<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel.: (202) 942-5000<br>Fax: (202) 942-5999<br>John.Freedman@aporter.com<br>Tirzah.Lollar@arnoldporter.com<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Scott Michelman (D.C. Bar No. 1006945)<br>Michael Perloff (D.C. Bar No. 1601047)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF THE DISTRICT OF<br>COLUMBIA<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>(202) 457-0800<br>aspitzer@acludc.org<br>smichelman@acludc.org<br>mperloff@acludc.org<br><br>Kaitlin Banner (D.C. Bar No. 1000436)<br>Margaret Hart (D.C. Bar No. 1030528 )<br>Hannah Lieberman (D.C. Bar No. 336776 )<br>Jonathan Smith (D.C. Bar No. 396578 )<br>Maria Morris*<br>WASHINGTON LAWYERS' COMMITTEE<br>FOR CIVIL RIGHTS AND URBAN<br>AFFAIRS<br>700 14th Street, NW, Suite 400<br>Washington, DC 20005<br>Phone: (202) 319-1000<br>Fax: (202) 319-1010<br>Kaitlin_banner@washlaw.org<br>margaret_hart@washlaw.org<br>hannah_lieberman@washlaw.org<br>jonathan_smith@washlaw.org |

maria_morris@washlaw.org

*Admitted to practice law in Alabama, New York, and California. Practicing under the supervision of DC Bar members.