# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Case No.  1:19-cv-3185 (RDM) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Jurisdictional Discovery, and the entire record, it is this _____ day of _____, _____, ORDERED that:

1)  Defendants respond to Plaintiffs' request for production within three weeks of the date of this order.

2)  Plaintiffs' response to Defendant's Motion to Dismiss shall be due two weeks after Defendants complete production.

_____
THE HONORABLE RANDOLPH D. MOSS
Judge, United States District Court
    for the District of Columbia