ENZO COSTA, et al., Plaintiffs, v. DISTRICT OF COLUMBIA, et al., Defendants., Case No. 1:19-cv-3185 (RDM)

Plaintiffs' Exhibit 1

In Support of their Motion For Leave to Conduct Jurisdictional Discovery

| # | Discovery Request (Pl. Mot. Exhibit A) | Jurisdictional Grounds |
|---|---|---|
| 1 | a copy of any emergency water protocol or procedures in effect during the two most recent major water interruptions, as well as any changes or proposed changes to those protocols or procedures; | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 2 | any reports, analyses, or assessments of the origin of the last two major water interruptions; | Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 3 | any reports, analyses, or assessments of the impact of either of the last two major water interruptions on hygienic conditions or patient care; | Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 4 | any reports, analyses, or assessments of the effectiveness of the remediation of the last two major water outages to prevent future water interruptions or impact on hygienic conditions or patient care | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 5 | any proposals or recommendations for remediation to ensure that there will be no future major water interruptions or impact on hygienic conditions or patient care from any future water interruptions | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 6 | documents reflecting any water shutoffs or restrictions anywhere in the facility for any amount of time since October 23 | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 7 | documents reflecting any impact on patient care from the most recent major water interruption on patient care since October 23 | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |
| 8 | documents reflecting awareness that Plaintiffs would be filing suit prior to commencement of this proceeding | Mootness (Voluntary Cessation) |
| 9 | reports, analyses, or assessments concerning any interruption in the provision of psychiatric and mental health care since October 23. | Redressability<br>Mootness (Likelihood of Repetition)<br>Mootness (Voluntary Cessation) |

PLAINTIFF'S EXHIBIT 1