# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-3185 (RDM) |

## **PROPOSED ORDER**

Before the Court is Plaintiffs' Motion For an Emergency Hearing and Leave To File An Amended Complaint, filed April 15, 2020.  Having considered the Motion and Defendants' Opposition, filed April __, 2020, it is hereby

**ORDERED** that Plaintiffs' Motion For Leave To File An Amended Complaint is GRANTED; and it is

**FURTHER ORDERED** that Plaintiffs' Proposed Amended Complaint attached to Plaintiffs' Motion For Leave To File An Amended Complaint as Exhibit A is deemed filed as of this Order and Defendants have twenty (20) days thereafter to file their Responsive pleading; and it is

**FURTHER ORDERED** that the parties shall appear for a telephonic hearing to discuss steps that may be taken in furtherance of emergency injunctive relief on April __ at __;__ a.m. The Court will provide calling instructions by email to counsel.

**SO ORDERED** this _____ day of April, 2020

 

                                                    Randolph D. Moss
                                                    United States District Judge