DECLARATION OF DANIELLE MASON
FORENSIC PROFESSIONAL COUNSELOR AT THE PUBLIC DEFENDER SERVICE

*I*, Danielle Mason, *certify under penalty of perjury that the following statement is true and correct pursuant to* 28 U.S.C. § 1746.

1. My name is Danielle Mason. I am a licensed professional counselor in the District of Columbia. I make these statements based upon my personal knowledge.

2. I am a forensic professional counselor in the Mental Health Division at the Public Defender Service for the District of Columbia (hereinafter "PDS") and have served in this role since August 20, 2018. PDS is a federally funded, independent organization dedicated to representing indigent adults and children facing loss of liberty in the District of Columbia.

3. As part of my duties as a forensic professional counselor at PDS, I frequently conduct visits and maintain regular contact with clients in the custody of St. Elizabeth's Hospital.

4. During the pandemic, I have spoken to clients. Through those conversations, I learned the following:

    a. On April 15, 2020, I spoke with Client A at St. Elizabeth's Hospital, unit 2C. While masks are available, I learned that patients must ask for one from staff and some patients do not wear masks. New masks are provided to patients when they ask; although, never more than once per day. Staff are wearing masks, but I learned that some of the masks appear to be homemade. Staff on 2C have not been wearing gowns, or other personal protection equipment, since April 13, 2020. I learned that patients must ask staff to use hand sanitizer. I learned that the patients of 2C eat meals in the dining room and day room. All patients eat at the same time. Approximately 10 patients can eat in the dining room; the remainder eat in the day room. Most patients try to sit six feet apart, but one of the tables is set up in such a way that causes two patients to be back-to-back. I learned that patients spend most of their days in their bedrooms or in the day room. Some patients continue to play Wii video games, watch television in close quarters and sleep on the couch in the day room. I learned that medications on 2C continue to be administered from the medication room. Patients line up shoulder–to-shoulder three times per day to receive their medications.

    b. On April 15, 2020, I spoke with Client B at St. Elizabeth's Hospital, unit 2A. There are approximately 27 patients assigned to 2A. 2A patients presumed to be negative for COVID-19 will moved off the unit and into the gymnasium today. I learned that patients on 2A are provided with masks, which were described as paper thin and easily tear. I learned that patients do not have access to hand sanitizer, but there is soap in the bathroom. Housekeeping wipes down the unit approximately twice daily. Client B could not recall the last time that patient bedrooms were cleaned by housekeeping. I learned that patients on 2A eat in the dining room. Approximately eight patients are allowed to eat at one time and eating times are staggered. I learned that patients on 2A continue to receive medications from the medication room. Patients are encouraged to stand six feet apart, but often do not. I learned that patients with pending COVID-19 test results are not confined to their rooms and their

movements are not restricted on the unit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the 15th day of April 2020, in Washington, D.C.

_____

Danielle Mason
Forensic Professional Counselor
Public Defender Service for DC
633 Indiana Ave. NW
Washington, D.C.