# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>                    Defendants. | Civil Action No. 19-3185 (RDM) |

## DECLARATION OF PHILIP CANDILIS, MD

I, Philip Candilis, MD, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties.

2. I am the Director of Medical Affairs for Saint Elizabeths Hospital, the District of Columbia's only public psychiatric facility for individuals with serious and persistent mental illness requiring intensive inpatient care to support their recovery. Saint Elizabeths is overseen by the District of Columbia Department of Behavioral Health (DBH).

3. I have worked at Saint Elizabeths Hospital since 2014. As a life-long public sector physician, I have served in a variety of roles, including Director of the Forensic Psychiatry Fellowship here at Saint Elizabeths, the program providing advanced training for physicians in psychiatry and the law. I assumed the role of Director of Medical Affairs in late October 2017. I am Professor of Psychiatry at

George Washington University School of Medicine, Clinical Professor of Psychiatry at Howard University College of Medicine, and Adjunct Professor of Psychiatry at the Uniformed Services University of Health Sciences. I also serve as President of the Washington Psychiatric Society. I am board-certified in both general and forensic psychiatry, have practiced psychiatry for over 25 years, and have had my work published extensively in a number of academic journals and texts.

4. As Director of Medical Affairs at Saint Elizabeths, I oversee medical and psychiatric care and am familiar with the Hospital's daily operations, including measures that protect patients and staff from COVID-19.

5. Saint Elizabeths Hospital's policy generally limits admissions to court-ordered pre-trial individuals and only those referred through the civil commitment process for whom (1) admission to the Hospital is medically necessary, and (2) no less restrictive treatment option is available. The Hospital rigorously screens all new patients to prevent the introduction of a positive COVID-19 patient from outside the hospital.

6. Patients admitted to Saint Elizabeths fall into three categories: pre-trial patients, post-trial patients deemed not guilty by reason of insanity (NGBRI), and civilly committed patients. Pre-trial and post-trial patients are often referred to as "forensic patients" because they are admitted by order of the D.C. Superior Court through criminal justice matters. Civilly committed patients are individuals hospitalized under D.C. Code § 21-501, *et seq.* upon being deemed a danger to themselves or others as a result of mental illness. The Hospital's current screening

procedures for new admission vary depending on the category of patient being admitted because each presents different risks for COVID-19 exposure.

7. Since March 11, 2020, the Hospital has admitted three (3) civilly committed patients, compared to an average 6-7 patients per month pre-COVID-19.

8. The civil admission process includes robust screening measures. Civil patients are rarely admitted directly from the community. Rather, a civilly committed patient will normally receive treatment first at a local emergency room or the Department of Behavioral Health Comprehensive Psychiatric Emergency Program (CPEP) for one or two days and then transfer to a local area hospital for continued acute psychiatric treatment. After 14 days that include medical monitoring and treatment, the hospital treating the patient may request a transfer to Saint Elizabeths Hospital. This occurs only in rare cases as most patients can be discharged directly back into the community.

9. Since the COVID-19 pandemic began, I have been personally involved in the screening of civil admissions to ensure that patients have been properly screened at the local hospital, are asymptotic for COVID-19 and not experiencing respiratory symptoms. I make this assessment by speaking with the patient's treating physician. If the patient is symptomatic, the Hospital will decline the referral. In addition, before any patient is admitted, a Saint Elizabeths general medical officer or nurse practitioner conducts a thorough assessment to screen for any possible COVID-19 symptoms. The Hospital will follow this protocol for all subsequent requests for civil admissions from acute care hospitals during COVID-19.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

\_\_\_\_April 21, 2020_____
DATED

Philip J. Candilis, MD, DFAPA
Director of Medical Affairs
Professor of Psychiatry, George Washington University School of Medicine
President, Washington Psychiatric Society