# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

### DECLARATION OF RICHARD GONTANG, PH.D

I, Richard Gontang, Ph.D, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties.

2. I am the Chief Clinical Officer for Saint Elizabeths Hospital (Saint Elizabeths), the District of Columbia's only public psychiatric facility for individuals with serious and persistent mental illness requiring intensive inpatient care to support their recovery. Saint Elizabeths is overseen by the District of Columbia Department of Behavioral Health (DBH).

3. I have worked at Saint Elizabeths Hospital since March 2008. I have served in a variety of roles at Saint Elizabeths, including Director of Psychology Training and Director of Psychology. I assumed the role of Chief Clinical Officer in April of 2016.

4.     As the Chief Clinical Officer, I am in charge of the non-medical and non-nursing clinical disciplines at Saint Elizabeths, including psychology, social work, rehabilitation services, clinical administrators, volunteer services, and the Therapeutic Learning Centers. Through my position, I am aware of Saint Elizabeths Hospital operations on a daily basis to protect patients and staff from COVID-19.

5.     Saint Elizabeths is unique among healthcare facilities in that it is foremost a psychiatric treatment facility but also houses pre- and post-trial patients and shares similarities with long-term care nursing facilities. The Hospital provides critical services to some of the District's most vulnerable residents, and the need for these services has not stopped during the current public health emergency. The Hospital has implemented thorough screening procedures to allow for the continued admission of a limited number of new patients during the pandemic, while also protecting the patients already in its care.

6.     Saint Elizabeths Hospital has the capacity to house 292 patients. Pre-COVID-19, the Hospital's population census averaged 275 patients. On February 1, 2020, the Hospital census was 277. Since the COVID-19 outbreak, the Hospital has substantially reduced its census. As of April 21, 2020, the Hospital census is 221. Each unit at the Hospital generally houses no more than 27 patients, and has bedrooms, common living areas, bathrooms and showering facilities, and dining areas.

7.     For patients currently in Saint Elizabeths' care, the Hospital has always maintained an individualized assessment on all patients to identify potential

for treatment in the least restrictive environment. This is a core function of the Hospital's Department of Social Work. During the COVID-19 pandemic, the Hospital has individually assessed each patient to determine whether the patient can be safely discharged from the Hospital. The Hospital's authority to discharge patients depends upon their category. Pre-trial and post-trial patients are referred by the D.C. Superior Court amid ongoing criminal proceedings. In response to a motion filed in Superior Court, Saint Elizabeths completed individual evaluations of all pretrial forensic patients charged with misdemeanors and made recommendations to the court. Since March 1, 2020, the D.C. Superior Court has ordered 39 pretrial patients released from the Hospital. The D.C. Superior Court ordered 5 patients discharged on April 15, 2020, and 9 on April 17, 2020, and continues to hear individual motions from pre-trial patients for release.

8. Saint Elizabeths has also completed individual assessments for post-trial patients, individuals who were found Not Guilty By Reason of Insanity (NGBRI) and committed to the Hospital by court order. By law, the Hospital is required to consider public safety and the risk of dangerousness and recidivism in evaluating NGBRI patients for community release. The Hospital has evaluated all NGBRI patients for discharge, including the named plaintiffs in this case.

9. Civilly committed patients are those hospitalized after being deemed a danger to themselves or others as a result of mental illness. We have completed individualized assessments for all civilly committed patients.

10. A patient's ability to safely live in the community remains a long-standing challenge to discharging. Many of our patients do not have secure housing available to them. Options such as homeless shelters lack adequate services and supports for our patients and may lead to a return to inpatient setting. Successful community discharge generally requires close coordination with a community-based mental health provider called a Core Services Agency, or CSA. CSAs typically provide in-home services, but this is difficult to provide if the discharged patient lacks safe and stable housing. An additional concern is that the threat of COVID-19 is prevalent in the community as well. For example, a patient residing in a group home risks exposure to asymptomatic roommates, guardians, and others that are free to travel in and out of the home creating risk of exposure. A vulnerable patient that does not have the mental capacity to adhere to social distancing, cough etiquette, hand washing, and other COVID-19 precautions in the community may not be any safer when compared to the Hospital, with ready access to mental health, medical and nursing care.

11. Some of our mental health treatment has been modified because of the pandemic. All group therapy has been suspended because of CDC guidance on minimizing group interactions. However, group therapy is just one method of delivering one aspect of mental health treatment in the Hospital. Every patient has a treatment team that consists of a clinical administrator that is responsible for coordinating all care, a psychiatrist responsible for psychiatric treatment and medications, a social worker responsible for discharge planning, and a registered

nurse responsible for daily nursing care. In addition, each unit has a general medical officer or nurse practitioner for medical issues and a psychologist for psychological services. Individual patients may also have other individual needs, such as rehabilitation, interpreter services (both in-person and remote), neurology, and access to external medical care. The Hospital has a neurology department with an on-site neurologist who provides services to patients that require that level of care. While groups are temporarily suspended, all patients continue to receive appropriate and individualized psychiatric treatment, including medications, medical, nursing, and social work services, and any other specialty services that they require.

12. The Hospital has provided WebEx accounts for staff to conduct individual telehealth consultations with patients for those that require individual one-to-one therapy. Each patient unit has a shared computer, cleaned and sanitized regularly, that is dedicated to this purpose. Saint Elizabeths Hospital is monitoring patients to ensure this change does not negatively affect patients' psychological stability.

13. In the last 30 days, the Hospital has used its telehealth technology to conduct treatment planning meetings, individual therapy, discharge planning meetings, legal visits and court appearances for Mental Observation and Mental Health Commission hearings. To increase its telehealth capacity, on April 17, 2020, the Hospital received 14 more devices that will be used for telehealth.

14. In the last 30 days, there has been a documented reduction in aggressive and assaultive behavior among patients at Saint Elizabeths. Prior to COVID-19, the

hospital averaged 43 unusual incidents of physical assault and 69 unusual incidents of aggressive behavior by patients. Since mid-March, the Hospital reported 24 unusual incidents involving physical assault and 63 unusual incidents of aggressive behavior.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

__4/21/2020__                   _[signature]_
DATED                          RICHARD GONTANG, PH.D