# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>Defendants. | Civil Action No. 19-3185 (RDM) |

## DECLARATION OF MARTHA PONTES, R.N.

I, Martha Pontes, R.N. declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties.

2. I am the Chief Nurse for Saint Elizabeths Hospital. I have worked at Saint Elizabeths Hospital since January 2009. I have served in a variety of roles, including Risk Manager, Assistant Director of Nursing, Director of Nursing Performance Improvement, and Interim Chief Nurse Executive. I assumed the role of the Interim Chief Nurse Executive on April 13, 2020.

3. As the Chief Nurse Executive, I am responsible for providing guidance, leadership and direction for all professional nurses and paraprofessional nursing staff within the framework of established psychiatric, medical and administrative policies and procedures. This includes the responsibility for the planning, development, implementation, coordination, review and evaluation of all nursing

service and nursing-related training programs. Through my position, I am aware of Saint Elizabeths Hospital operations on a daily basis to protect patients and staff from COVID-19.

4. The Hospital has a sufficient number of staff members working each shift to ensure the safety and well-being of patients. The Hospital has 760 staff. Approximately half are nursing staff, including registered nurses and behavioral health technicians. Currently, 83 staff are out for COVID-19 symptoms or positive test results. This temporary reduction in available staff is mitigated by the 18% drop in the patient population, from 277 on February 1, 2020, to 221 on April 21, 2020.

5. Saint Elizabeths follows CDC and DC Health guidelines on testing for COVID-19. Pursuant to CDC and DC Health guidelines, the Hospital's staff can be tested at the United Medical Center drive-up test site or their primary care provider if they experience symptoms. Hospital employees that have potential COVID-19 symptoms are sent home with instructions to get tested and are placed on administrative leave. Employees who test negative are permitted to return to work as long as it is determined they are medically fit to do so. As of April 20, 2020, 22 employees formerly placed on administrative leave for COVID-19-related precautions have been cleared and returned to work.

6. The Saint Elizabeths nursing department maintains a staffing matrix to identify the staff needed each day for each unit, based upon the patient population census and patient acuity (individualized medical or mental health needs of one or more the patients on a unit). The Hospital also tracks whether the units are meeting

5

the staffing requirements each day. While some staff have had to miss work during the COVID-19 emergency, the Hospital has continued to provide adequate staff on each unit each day to ensure patients receive adequate care and treatment.

7. Saint Elizabeths has brought in 31 extra nursing staff, registered nurses and certified nursing assistants, from a nurse staffing agency, to augment the full-time staff during the pandemic to ensure adequate staffing levels on each unit. The additional contracted nursing staff are provided a scheduled three-day training and orientation provided by the nursing education department that includes primers on COVID-19 precautions, the Saint Elizabeths patient population, the Hospital's medical equipment, the electronic record system, the medication administration system and a high-level review of Hospital nursing procedures.

8. Staff, including nursing contractors, are continuously apprised of new policies and information through the Hospital's intranet system and e-mails. Nursing staff also learn of new policies and procedures from nurse managers who meet with them whenever there is a Health Notice from CDC or DC Health. Moreover, nurse managers meet with staff on an individual or small group basis, to review new policies and procedures and to encourage staff to ask questions, so that the nurse managers can ensure that staff understand the new policies and procedures.

9. All staff have been trained to practice and enforce social distancing. The Hospital has suspended in-person group therapy sessions and classes during the emergency in accordance with CDC guidelines on reducing the spread of COVID-19. All treatment is conducted on patients' units. The Hospital has modified meal

5

practices in the communal dining rooms that can normally seat 16. We now limit entry to 8 patients at a time so they can sit at a safe distance from one another. Residents may also eat their meals in common areas such as day rooms and in their individual bedrooms provided they are not especially at risk for choking. Meals are served on the units and patients eat in shifts to maintain appropriate social distancing.

10. At Saint Elizabeths, there is sufficient space in the common areas, private rooms, and dining areas for each patient to practice social distancing if he or she chooses to do so. Staff do as much as they can to ensure patients practice social distancing. Sometimes this is difficult to enforce without impinging on patient autonomy. For instance, patients are supposed to walk up to medication windows one by one to receive their medication in order to maximize each individual's privacy. If a patient attempts to get too close, staff will redirect the patient to maintain safe spacing.

11. The Hospital has adequate personal protective equipment (PPE) to comply with CDC guidelines and recommendations. The Hospital has three levels of PPE procedures for staff and has established written procedures for each. *See* Appendix 1. The highest level of PPE is a Powered Air Purifying Respirator (PAPR), which is used for procedures that involve prolonged contact with positive patients on the COVID-19 positive isolation units 1B and 2A. The middle level of PPE involves a gown, N95 mask, goggles, gloves, and shoe covers. Mid-level PPE is used on the Person Under Investigation (PUI) Unit (2TR), where patients are exhibiting

symptoms and awaiting COVID-19 test results. The lowest level of PPE is a facemask. This is used, at a minimum, by all staff in the hospital on all units at all times. In addition, as of April 20, 2020, staff on general units will also wear a face shield any time they interact with a patient. The Hospital has conducted WebEx trainings with all staff on what level of PPE is appropriate and how to don and doff each type of PPE safely according to CDC guidelines. Written guidance has also been issued to staff.

12. The Hospital receives deliveries of PPE several times per week. The PPE is placed in bags and distributed daily to each unit. If staff need additional PPE, they can call the nursing office or place requests in the Hospital's computerized ordering system.

13. All patients have access to face masks as needed, including replacement masks, upon request from the nursing station. Some patients choose to wear masks, others do not. Staff work to educate patients on COVID-19 and encourage safe infection control practices, such as hand hygiene, social distancing, and the use of face masks. The Hospital's Department of Recreation is making cloth masks for patients that can be laundered and reused. The Hospital has enough facemasks for all patients if they want to wear one, and everyone is encouraged to change their mask when soiled or damaged.

14. The Hospital follows CDC and DC Health recommendations on the monitoring and isolation of patients based upon COVID-19 risks. The Hospital operates two units with positive COVID-19 patients, 1B and 2A. The Hospital screens all patients every day. This process includes taking each patient's vital signs and

checking for signs for COVID-19. Any patient that exhibits COVID-19 symptoms will be immediately transferred to the PUI unit and tested. The patient will remain in the PUI until the DC Forensic Laboratory provides the test results, normally within 24-48 hours. If the patient tests positive, the patient will be transferred to 1B or 2A. If the patient tests negative, the patient will return to his or her unit.

15. New patients are also screened prior to being placed on units. Screening depends on how the patient was referred to Saint Elizabeths. Civilly committed patients are screened both by staff at the community hospital from which they are arriving and then again by Saint Elizabeths staff upon arrival. Only one pretrial patient has been ordered to Saint Elizabeths since March 23, 2020. That patient was tested for COVID-19 by the District of Columbia Department of Corrections (DOC) prior to admission. As of the date of this declaration, he has not yet transferred to the Hospital. Upon admission, he will be medically screened by the Hospital staff. No post-trial patients have been referred to Saint Elizabeths since March 23, 2020. Saint Elizabeths will continue to request that newly referred pre-trial and post-trial patients in the future be tested by DOC before arrival at Saint Elizabeths.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_o+. 21. 2020_
DATED

_Martha Pontes /s/_
MARTHA PONTES, R.N.