UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENZO COSTA, et al.,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Case No.  1:19-cv-3185 (RDM)

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that the claims of Plaintiff Stefon Kirkpatrick are dismissed without prejudice.

Dated:  April 21, 2020

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>TONI MICHELLE JACKSON<br>Deputy Attorney General Public Interest Division<br><br>/s/ Fernando Amarillas<br>FERNANDO AMARILLAS [974858]<br>Chief, Equity Section<br><br>/s/ Micah Bluming<br>MICAH BLUMING [1618961]<br>HONEY MORTON [1019878]<br>Assistant Attorneys General<br>441 Fourth Street, N.W., Suite 630 South<br>Washington, D.C. 20001<br>(202) 724-7272 | /s/ Kaitlin Banner<br>Kaitlin Banner (D.C. Bar No. 1000436)<br>Margaret Hart (D.C. Bar No. 1030528)<br>Hannah Lieberman (D.C. Bar No. 336776)<br>Jonathan Smith (D.C. Bar No. 396578)<br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th Street, NW, Suite 400<br>Washington, DC 20005<br>Phone: (202) 319-1000<br>Fax: (202) 319-1010<br>Kaitlin_banner@washlaw.org<br>margaret_hart@washlaw.org<br>hannah_lieberman@washlaw.org<br>jonathan_smith@washlaw.org<br>maria_morris@washlaw.org |

| | |
|---|---|
| (202) 730-1833 (fax) micah.bluming@dc.gov<br>honey.morton@dc.gov<br><br>Counsel for Defendants | John A. Freedman (D.C. Bar No. 453075)<br>Tirzah S. Lollar (D.C. Bar No. 497295)<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel.: (202) 942-5000<br>Fax: (202) 942-5999<br>John.Freedman@aporter.com<br>Tirzah.Lollar@arnoldporter.com<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Scott Michelman (D.C. Bar No. 1006945)<br>Michael Perloff (D.C. Bar No. 1601047)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF THE DISTRICT OF<br>COLUMBIA<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>(202) 457-0800<br>aspitzer@acludc.org<br>smichelman@acludc.org<br>mperloff@acludc.org<br><br>Counsel for Plaintiffs |