# EXHIBIT 1

**Saint Elizabeths Hospital Patient Data – Positive Test Results**

|    | Date of Positive Test | Unit | Location on 4/21/2020 |
|----|-----------------------|------|-----------------------|
| 1  | 4/2/2020              | 1A   | Deceased              |
| 2  | 4/4/2020              | 1A   | 2A                    |
| 3  | 4/13/2020             | 1A   | Deceased              |
| 4  | 4/11/2020             | 1B   | Deceased              |
| 5  | 4/2/2020              | 1B   | GWUH                  |
| 6  | 4/2/2020              | 1B   | GWUH                  |
| 7  | 4/2/2020              | 1B   | 1B                    |
| 8  | 4/2/2020              | 1B   | Deceased              |
| 9  | 4/2/2020              | 1B   | UMC                   |
| 10 | 4/3/2020              | 1B   | Discharged from HUH   |
| 11 | 4/5/2020              | 1B   | GWUH                  |
| 12 | 4/5/2020              | 1B   | Deceased              |
| 13 | 4/5/2020              | 1B   | 1B                    |
| 14 | 4/6/2020              | 1B   | 1B                    |
| 15 | 4/7/2020              | 1B   | 1B                    |
| 16 | 4/7/2020              | 1B   | 1B                    |
| 17 | 4/7/2020              | 1B   | 1B                    |
| 18 | 4/7/2020              | 1B   | 1B                    |
| 19 | 4/8/2020              | 1B   | Deceased              |
| 20 | 4/11/2020             | 1B   | GWUH                  |
| 21 | 4/13/2020             | 1B   | 1B                    |
| 22 | 4/13/2020             | 1B   | 1B                    |
| 23 | 4/13/2020             | 1B   | 1B                    |
| 24 | 4/13/2020             | 1B   | 1B                    |
| 25 | 4/2/2020              | 1C   | 1B                    |
| 26 | 4/2/2020              | 1C   | 1C - recovered        |
| 27 | 3/28/2020             | 1D   | 1D - recovered        |
| 28 | 4/11/2020             | 2A   | UMC                   |
| 29 | 4/11/2020             | 2A   | 1B                    |
| 30 | 4/3/2020              | 2B   | 2B - recovered        |
| 31 | 4/4/2020              | 2D   | 2D - recovered        |
| 32 | 4/14/2020             | 1B   | 1B                    |
| 33 | 4/15/2020             | 2A   | 2A                    |

| 34 | 4/13/2020 | 2A | 2A |
|----|-----------|----|----|
| 35 | 4/16/2020 | 1A | GWUH |
| 36 | 4/16/2020 | 1B | 1B |
| 37 | 4/16/2020 | 1B | 1B |
| 38 | 04/18/2020 | 1A | 2A |
| 39 | 04/20/2020 | 2B | 2B – isolated in place per physician order |
| 40 | 04/20/2020 | 2B | 2B – isolated in place per physician order |
| 41 | 04/18/2020 | 2A | 2A |

**Saint Elizabeths Hospital Patient Data – Negative Test Results**

| No. | Date of Negative Test | Unit | Location on 4/21/2020 |
|-----|----------------------|------|----------------------|
| 1 | 3/30/2020 | 1A | Same |
| 2 | 4/4/2020 | 1A | Same |
| 3 | 4/4/2020 | 1A | Same |
| 4 | 4/1/2020 | 1A | Same |
| 5 | 4/13/2020 | 1D | Same |
| 6 | 4/13/2020 | 1D | Same |
| 7 | 3/16/2020 | 2A | TLC |
| 8 | 4/11/2020 | 2A | TLC |
| 9 | 4/15/2020 | 2A | TLC |
| 10 | 4/7/2020 | 2C | Same |
| 11 | 4/15/2020 | 2D | Same |
| 12 | 4/15/2020 | 2D | Same |
| 13 | 4/15/2020 | 2D | Same |
| 14 | 3/27/2020 | 2TR | 2D |
| 15 | 4/17/2020 | 2B | Same |
| 16 | 4/17/2020 | 2B | Same |
| 17 | 4/17/2020 | 2B | Same |