# EXHIBIT 2

**Saint Elizabeths Hospital Staff Data**

| No. | Base Unit | Start date of initial quarantine | End date of quarantine period | Test Results | Status |
|---|---|---|---|---|---|
| 1 | 1A | 4/10/2020 | 4/24/2020 | Negative | Return to work 4/15/2020 |
| 2 | 1A | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 3 | 1A | 4/20/2020 | 5/5/2020 | Pending | Self-quarantine |
| 4 | 1A | 4/12/2020 | 4/26/2020 | Positive | Self-quarantine |
| 5 | 1A | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 6 | 1A | 4/17/2020 | 5/1/2020 | Positive | Self-quarantine |
| 7 | 1B | 4/7/2020 | 4/21/2020 | Positive | hospitalized |
| 8 | 1B | 4/8/2020 | 4/22/2020 | Positive | Released from hospital but remains ill |
| 9 | 1B | 4/6/2020 | 4/21/2020 | Negative | Return to work 4/10/2020 |
| 10 | 1B | 4/7/2020 | 4/21/2020 | Negative | Return to work 4/21/2020 |
| 11 | 1B | 3/23/2020 | 4/6/2020 | Negative | Return to work 4/6/2020 |
| 12 | 1B | 4/7/2020 | 4/21/2020 | Negative | Self-quarantine |
| 13 | 1B | 4/7/2020 | 4/21/2020 | Negative | Self-quarantine |
| 14 | 1B | 4/7/2020 | 4/21/2020 | Pending | Self-quarantine |
| 15 | 1B | 4/8/2020 | 4/22/2020 | Positive | Self-quarantine |
| 16 | 1B | 4/13/2020 | 4/27/2020 | Positive | Self-quarantine |
| 17 | 1B | 4/10/2020 | 4/24/2020 | Positive | Self-quarantine |
| 18 | 1B | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 19 | 1B | 4/7/2020 | 4/21/2020 | Positive | Self-quarantine |
| 20 | 1B | 3/31/2020 | 4/14/2020 | Positive | self-quarantine |
| 21 | 1B | 4/7/2020 | 4/21/2020 | Positive | Self-quarantine Teleworking |
| 22 | 1B | 4/6/2020 | 4/20/2020 | Positive | Self-quarantined |
| 23 | 1C | 3/30/3030 | 4/9/2020 | Negative | Return to work 4/16/2020 |
| 24 | 1C | 4/2/2020 | 4/17/2020 | Negative | Return to work 4/9/2020 |
| 25 | 1C | 3/27/2020 | 4/10/2020 | Positive | Self-quarantine |
| 26 | 1C | 3/24/2020 | 4/7/2020 | Positive | Self-quarantine |

| 27 | 1C | 4/3/2010 | 4/17/2020 | Pending | Self-quarantine |
|---|---|---|---|---|---|
| 28 | 1D | 3/21/2020 | 4/4/2020 | Positive | Hospitalized |
| 29 | 1D | 3/27/2020 | 4/10/2020 | Negative | Return to work 4/10/2020 |
| 30 | 1D | 3/26/2020 | 4/9/2020 4/16/2020 | Negative | Return to work 4/16/2020 |
| 31 | 1D | 3/28/2020 | 4/10/2020 | Negative | Self-quarantine |
| 32 | 1D | 3/26/2020 | 4/9/2020 | Negative | Self-quarantine |
| 33 | 1D | 4/5/2020 | 4/20/2020 | Negative | Self-quarantine |
| 34 | 1D | 3/27/2020 | 4/10/2020 | Negative | Self-quarantine |
| 35 | 1D | 4/1/2020 | 4/15/2020 | Negative | Self-quarantine |
| 36 | 1D | 3/26/2020 | 4/9/2020 | Negative | Self-quarantine |
| 37 | 1D | 4/7/2020 | 4/22/2020 | Negative | Self-quarantine |
| 38 | 1D | 3/26/2020 | 4/9/2020 | Pending | Self-quarantine |
| 39 | 1D | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 40 | 1D | 3/27/2020 | 4/10/2020 | Positive | Self-quarantine |
| 41 | 1D | 3/8/2020 | 3/22/2020 | Positive | Self-quarantine |
| 42 | 1D | 3/27/2020 | 4/10/2020 | Positive | Self-quarantine |
| 43 | 1D | 3/28/2020 | 4/10/2020 | Positive | Self-quarantine |
| 44 | 1D | 3/27/2020 | 4/10/2020 | Positive | Self-quarantine |
| 45 | 1D | 3/21/2020 | 4/4/2020 | Positive | Self-quarantine |
| 46 | 1D | 3/26/2020 | 4/10/2020 | Positive | Self-quarantine |
| 47 | 1D | 3/28/2020 | 4/11/2020 | Positive | Self-quarantine |
| 48 | 1D | 3/28/2020 | 4/9/2020 | Positive | Self-quarantine |
| 49 | 1D | 3/29/2020 | 4/13/2020 | Positive | Self-quarantine |
| 50 | 1D | 4/17/2020 | 5/1/2020 | Positive | Self-quarantine |
| 51 | 1D | 4/3/2020 | 4/17/2020 | Positive | Self-quarantine |
| 52 | 1D | 3/28/2020 | 4/9/2020 | Positive | Self-quarantine Teleworking |
| 53 | 1F | 4/3/2020 | 4/16/2020 | Negative | Return to work 4/13/2020 |
| 54 | 1F | 3/22/2020 | 4/6/2020 | Pending | Self-quarantine |
| 55 | 1G | 3/19/2020 | 4/2/2020 | Negative | Self-quarantine |
| 56 | 1G | 4/3/2020 | 4/172020 | Positive | Self-quarantine |

| | | | | | |
|---|---|---|---|---|---|
| 57 | 1G | 4/4/2020 | 4/18/2020 | Positive | Self-quarantine |
| 58 | 2A | 4/11/2020 | 4/18/2020 | Positive | Deceased |
| 59 | 2A | 4/10/2020 | 4/24/2020 | Pending | Self-quarantine |
| 60 | 2A | 4/11/2020 | 4/25/2020 | Positive | Self-quarantine |
| 61 | 2A | 4/18/2020 | 5/2/2020 | Positive | Self-quarantine |
| 62 | 2A | 4/17/2020 | 5/2/2020 | Positive | Self-quarantine |
| 63 | 2A | 3/29/2020 | 4/14/2020 | Positive | Self-quarantine |
| 64 | 2B | 4/6/2020 | 4/20/2020 | Negative | Return to work 4/21/2020 |
| 65 | 2B | 4/17/2020 | 4/21/2020 | Negative | Self-quarantine |
| 66 | 2B | 4/10/2020 | 4/24/2020 | pending | Self-quarantine |
| 67 | 2B | 4/20/2020 | 5/5/2020 | Pending | Self-quarantine |
| 68 | 2B | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 69 | 2B | 4/21/2020 | 5/5/2020 | Positive | Self-quarantine |
| 70 | 2C | 4/13/2020 | 4/27/2020 | Negative | Return to work 4/14/2020 |
| 71 | 2C | 3/25/2020 | 4/8/2020 | Positive | Return to work 4/20/2020 |
| 72 | 2C | 4/4/2020 | 4/20/2020 | Negative | Self-quarantine |
| 73 | 2C | 4/10/2020 | 4/24/2020 | Pending | Self-quarantine |
| 74 | 2D | 4/7/2020 | 4/22/2020 | Pending | Self-quarantine |
| 75 | 2D | 4/6/2020 | 4/20/2020 | Negative | Self-quarantine |
| 76 | 2D | 4/2/2020 | 4/16/2020 | Positive | Self-quarantine |
| 77 | 2D | 4/17/2050 | 5/1/2020 | Pending | Self-quarantined Telework |
| 78 | Administration | 3/25/2020 | 4/8/2020 | Positive | Hospitalized |
| 79 | Education | 3/10/2020 | 3/24/2020 | Positive | Self-quarantine |
| 80 | Education | 4/4/2020 | 4/18/2020 | Positive | Self-quarantine |
| 81 | Education | 4/9/2020 | 4/23/2020 | Positive | Self-quarantine |
| 82 | Education | 3/26/2020 | 4/9/2020 | Pending | Telework Assigned |
| 83 | Education | 3/20/2020 | 4/3/2020 | Pending | Telework Assigned |
| 84 | Food services | 4/2/2020 | 4/16/2020 | Positive | Self-quarantine |
| 85 | Housekeeping | 4/8/2020 | 4/22/2020 | Positive | Self-quarantine |
| 86 | Housekeeping | 3/26/2020 | 4/9/2020 | Pending | Self-quarantine |
| 87 | Housekeeping | 4/13/2020 | 4/27/2020 | Positive | Self-quarantine |
| 88 | Medical officer | N/A | N/A | Negative | Negative |
| 89 | Nurse Office | 3/31/2020 | 4/14/2020 | Pending | Self-quarantine |
| 90 | Nurse Office | 3/30/2020 | 4/13/2020 | Negative | Returned to work |
| 91 | Nurse Office | 4/1/2020 | 4/15/2020 | Negative | Returned to work 4/12/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 92 | Nurse Office | 4/3/2020 | 4/16/2020 | Positive | Self-quarantine |
| 93 | Nurse Office | 4/14/2020 | 4/20/2020 | Negative | Self-quarantine Teleworking |
| 94 | Nursing | 4/10/2020 | 4/15/2020 | Negative | Return to work 4/10/2020 |
| 95 | Nursing | 4/6/2020 | 4/21/2020 | Negative | Self-quarantine |
| 96 | Nursing | 4/10/2020 | 4/24/2020 | Positive | Self-quarantine |
| 97 | Nursing | 4/17/2020 | 5/1/2020 | Positive | Self-quarantine |
| 98 | Nutritional Ser | 4/6/2020 | 4/20/2020 | Positive | Self-quarantine |
| 99 | Psych resident | 3/23/2020 | 4/8/2020 | Negative | Return to work |
| 100 | Psych resident | 3/27/2020 | 4/10/2020 | Negative | Self-quarantine |
| 101 | Psych resident | 3/15/2020 | 3/30/3030 | Negative | Self-quarantine |
| 102 | Psych resident | 3/23/2020 | 4/8/2020 | Positive | Self-quarantine |
| 103 | Psych resident | 3/23/2020 | 4/8/2020 | Positive | Self-quarantine |
| 104 | Psych resident | 3/23/2020 | 4/8/2020 | Pending | Self-quarantine/ telework |
| 105 | Psychiatry | 4/6/2020 | 4/20/2020 | Positive | Hospitalized/ICU |
| 106 | Psychiatry | 3/30/2020 | 4/14/2020 | Positive | Self-quarantine |
| 107 | Psychiatry Res | 3/25/2020 | 4/8/2020 | Negative | Return to work |
| 108 | Rec Therapy | 4/2/2020 | 4/17/2020 | Negative | Return to work 4/17/2020 |
| 109 | Rec Therapy | 4/3/2020 | 4/17/2020 | Negative | Self-quarantine |
| 110 | Rec Therapy | 4/14/2020 | 4/20/2020 | Pending | Self-quarantine Teleworking |
| 111 | Rec Therapy | 4/6/2020 | 4/20/2020 | Pending | Self-quarantine/ telework |
| 112 | Rec Therapy | 4/6/2020 | 4/20/2020 | Pending | Self-quarantine/ telework |
| 113 | Resident | 4/20/2020 | | Positive | Self-quarantine |
| 114 | Security | 4/11/2020 | | Negative | Self-quarantine |
| 115 | Security | 4/2/2020 | 4/17/2020 | Positive | Self-quarantine |
| 116 | Social Work | 4/21/2020 | 5/5/2020 | Pending | Self-quarantine |
| 117 | Social Work | 4/3/2020 | 4/17/2020 | Negative | Self-quarantine |
| 118 | Social Work | 3/15/2020 | 3/29/2020 | Pending | self-quarantine |
| 119 | Transportation | 3/30/2030 | 4/13/2020 | Negative | Return to work 4/18/2020 |
| | | | | | |
| | | | | | |
| | | Negative | 39 | | |
| | | Positive | 59 | | |
| | | Pending Results | 21 | | |

| | | | | |
|---|---|---|---|---|
| | | **Total** | **119** | | |
| | | | | | |
| | | Number of Staff who <u>tested</u> and have returned to work | 19 | | |