# EXHIBIT 3

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF BEHAVIORAL HEALTH



Administrative Issuance -#2020-001

**Department of Behavioral Health, Saint Elizabeths Hospital Administrative Issuance**

**SUBJECT**: Prevention and Management of COVID-19 (Coronavirus)
**EFFECTIVE DATE**: January 29, 2020
**UPDATED**: 3/5/2020, 3/20/2020, 4/1/2020, 4/2/2020, 4/3/2020

### PURPOSE AND AUTHORITY
This Administrative Issuance provides Saint Elizabeths Hospital employees guidance on managing patients or staff who are suspected of Pneumonia of Unknown Etiology (PUE) and specifically COVID-19. The situation is evolving; therefore, this Issuance will be updated as more information becomes available.

### DEFINITION
2019-nCo V/COVID-19: A novel coronavirus that is causing an outbreak of pneumonia-like illness.

### TRANSMISSION AND PRECAUTIONS
**Transmission and Precaution:** CDC currently recommends a cautious approach to patients under investigation for COVID-19.

1) Patients at risk or with symptoms of COVID-19 shall be asked to wear a surgical mask as soon as they are identified, and shall be evaluated in a private room with the door closed. Ideally, this should be an airborne infection isolation room if available, pending transfer out to an acute care hospital.
2) SEH staff entering the room of affected patients shall use standard precautions, contact precautions, airborne precautions, and use eye protection (e.g., PAPR, gloves, gown). See guidelines set in the Infection Control Recommendations on page 2 of this Issuance.
3) For staff who return to work after traveling abroad or who exhibit potential symptoms, an assessment shall be completed using Appendix 2.

**Notification:** GMOs/NPs, supervisors identifying a newly admitted patient, or staff meeting these criteria, shall immediately notify the SEH Infection Control Coordinator and Department of Health if a patient/staff meets criteria of suspected cases-

1) DC Health by calling 202-576-1117 (during business hours) or 844-493-2652 (after business hours) or by sending an email to doh.epi@dc.gov.
2) SEH's Infection Control Coordinator via yi-ling .tu@dc.gov or by calling 202-465-5529.

**Personal Protective Equipment (PPE):** PPE may be obtained from the unit Nurse Manager or Supervisor. Additional PPEs may be obtained from the supply room. PPE includes: gloves, gowns, shoe protectors, face masks, and face shields.

- Nurse Managers or Department Supervisor shall utilize the SiteFM system to request additional or replacement PPEs.
- Nurse Managers/Department Supervisors should throughout the day periodically check supplies quantities, and seek feedback from their frontline staff on conditions/status of supplies.
- All frontline staff (e.g., nursing, social work, clinical administrators, house-keeping) shall be trained on proper use of PPEs, including how and when to wear PPE (see Appendix 6:2TR PPE Requirement). Staff seeking more training/information should contact their supervisor.

**Visitors to SEH and Patients:** As of the date of this Administrative Issuance, visitation by patient's family, guardians, and friends has been suspended. Patients and their family/friends/others are encouraged to continue communicating via telephone. The Hospital has established the following guidelines for visits by case management providers and patient's attorneys:

- <u>Case Management Providers</u>: On-site visitation by case management providers has been suspended, with the exception of the day of discharge when case managers aid our individuals with their return to the community.
- <u>Legal Visits:</u> We strongly encourage attorneys to contact clients via telephone or videoconference, whenever possible, since outside visitors pose the greatest infection risk to our individuals in care. All legal visitors will be screened for COVID-19 at the Intensive entrance to the Hospital.  All legal visitors must arrive between 9:00 AM and 4:00 PM, Monday through Friday, for screening prior to being permitted to enter the building, and visits must be completed by 6:00 PM.  If you do not arrive in time for the screening, the visit will need to be postponed to the next business day.

**Screening of Visitors:** All visitors are required to enter through the Intensive-side of the Hospital to be screened. Staff conducting the screening shall compete the form in Appendix 8: Screening Questions for COVID-19 Visitor.

## SURVEILLANC BY THE HOSPITAL

**Screening of Patients**: Clinical screening criteria for COVID-19 should be based on DC Health Notice and CDC recommendations. Newly admitted patients, or patients exhibiting potential symptoms shall be screened by using Appendix 1 of this issuance.

**Screening of Staff:** <u>As of April 1</u>, staff from Housekeeping, Nursing, Facilities and Environment, and Nutritional Services will receive screening for COVID-19 prior to reporting for duty. Staff from these departments must report to the Intensive-side of the building to receive temperature and other screening prior to reporting for duty. Any employee that shows risks and/or symptoms of COVID-19 shall be directed to go to their primary care physician for further testing. Staff may not return to work until they are cleared by their primary care physician.
- Screening for all other remaining staff will start on or before the week of April 6.
- The criteria for staff screening are the same as for newly admitted patients; and shall also be used for new hires, when staff return from international travel, and/or exhibit respiratory symptoms. Staff shall also be guided by the attached Appendix 2 (DC Health Issuance dated February 28, 2020) and Appendix 3 (DCHR Memorandum dated March 2, 2020).

**COVID-19 Screening Tools:** Conduct screening of COVID-19 by using Travel History Questions for 2019-nCoV (Coronavirus), per Appendix 1 for patients and Appendix 2 for staff. When suspected cases are identified, healthcare providers should-
- Apply facemask to patient/staff.
- Isolate patient/staff in a room with door closed. Affix the "Isolation Unit" signage on the entry doors (see Appendix 10).
- Call 911 to send patient/staff out to an acute care hospital.

**Testing of Patients for COVID-19:** Patients returning from an outside provider, courts, or community hospitals that may present with risks or symptoms for COVID-19 shall be screened and evaluated by a GMO/NP.  Based on the screening/evaluation results (e.g., patient symptoms), the GMO/NP will determine if further COVID-19 testing will be required (see Appendix 9: Notice to GMO/NPs on COVID-19 (Coronavirus) Testing, and Department of Forensic Sciences: COVID-19 Specimen Submission Guidelines; and associated forms and instructions).

**Infection Control Recommendations:** Saint Elizabeths Hospital follows DC Health's and CDC's latest recommendations to develop infection control and prevention strategies outlined below:
1) Follow DC Human Resources policy as it pertains to leave or other HR matters (see Appendix 3: DCHR Memorandum dated March 29, 2020, https://edpm.dc.gov/issuances/human-resources-guidance-covid-19-emergency/)
2) Use proper Cough Etiquette as outlined in Appendix 5 (Cough Etiquette)
3) Perform frequent hand hygiene per Infection Control Policy 11.0 Hand Hygiene. (https://tinyurl.com/vdwfkb4)
4) Housekeeping staff shall implement cleaning and disinfecting practices per Appendix 7: Guidelines for Facilities During Outbreaks of Norovirus/Gastroenteritis: Recommendations and Precautions.
5) Saint Elizabeths Hospital will provide additional hand sanitizers and facemask for visitors.

**Monitoring Guidelines for Staff Who Were Exposed to a Confirmed COVID-19 Staff:** Staff shall be notified if they were exposed to another employee who has had a confirmed COVID-19 test. These exposed staff shall (see Appendix 11)-

1) Monitor their temperature and absence of symptoms each day prior to starting work.
2) Wear a facemask while at work for the 14 days after the exposure.
3) Adhere to hand hygiene protocols.
4) NOT work with high risk patient populations (such as in units 1A & 1B)
5) Self-monitor for symptoms at all times, and seek re-evaluation from your primary care doctor if respiratory symptoms occur.
6) If they develop symptoms (even mild symptoms) while at work, IMMEDIATELY cease patient care activities. Staff shall don a facemask (if not already wearing), isolate themselves, and notify their supervisor.

**Process for Staff Requesting Leave Due to COVID-19 and/or as a Result of Experiencing Symptoms of COVID-19** (see Appendix 12)

- **Leave Review and Recommendations**
  1) All requests for leave shall be emailed to Dr. Potter for review.
  2) Dr. Potter will review and provide his recommendations to the DBH Risk Manager (Mary Campbell) and Elaine Tu who will be tracking employees and their symptoms.
  3) Recommendation will also be sent to the employee's supervisor; who will notify the employee on the recommendations (i.e., to test and quarantine).
  4) Mary will notify Ms. Wheeler of the leave request and recommendations; and Ms. Wheeler will inform the supervisor if the employee should get administrative leave (or any other type of leave).
- **Employee Responsibilities**
  1) All employees are required to share their contact information with Elaine/Mary. Mary will conduct daily calls with the employee until they return.
  2) All employees are required to share medical information related to COVID 19 illness.
  3) All employees must present a medical clearance before returning to work.
- **Tracking of Employee Leave**
  1) Mary/Elaine will track all employee COVID19 tests and test results.
  2) Mary will track employees requesting FMLA, ADA, or other underlying health issues.

Staff having questions related to human resources-related issues should contact SEH's HR Department:
- Debra Allen-Williams at 299-5212 or debra.allen-williams@dc.gov
- Andrea Bentley at 299-5231 or andrea.bentley@dc.gov

**Working in Areas/Units Identified as "Quarantined" or "Isolation":** Staff shall use proper Personal Protective Equipment.

- As of March 31, 2020; ALL STAFF WORKING ON UNIT 2TR MUST wear Powered Air Purify Respiratory (PAPR), gown, eye protector or faces shield, gloves and shoe protectors when providing patient-care within 6 feet of the patients (see Appendix 6: 2TR PPE Requirement).
- PAPR is not needed when staff is not in close contact with patients, for example when in the Nursing Station, working within the confines of the Medication Room, and when maintaining more than a 6 foot distance in the milieu or common areas. However, face shield, face mask, gown, gloves, and shoe protector should be worn while working on 2TR.
- Staff shall use contact and droplet precaution when providing patient care as appropriate (see Appendix 6: 3M Air-Mate Powered Air Purifying Respirator Instructions for Use).

The following chart provides guidance for when to use PPE and PAPR equipment (see Appendix 6:2TR PPE Requirement). Staff may request further training on the proper use of this equipment from their supervisor.

| Areas | Protection |
|---|---|
| Quarantined (2TR) | Gown, Face Mask, Face Shield, Gloves, Shoe Protectors |
| Isolation | Zipped-up Suit, White Hood, PAPR, Gloves, Shoe Protectors |
| All Other Areas | Standard droplet precautions when providing care |

**Communicating the Hospital's Plan to Patients and their Family/Guardians:** Executive leadership has been meeting with the patients and the Patient Advisory Council to share with them the Hospital's plans for keeping them safe. Leadership has also provided and continues to provide updates to patient's family/guardians. Executive leadership are available to speak with patients as needed. Please notify your supervisor if your unit requests a meeting or more information.

Approval:

Edger Potter, MD
Supervisory General Medical Officer

Yi-ling Elaine Tu, MSN, RN, WCC
Infection Control Coordinator

Approved:

Mark Chastang, MPA, MBA, FACHE
Chief Executive Officer



## Screening Questions for COVID-19 (Coronavirus)
## PATIENT

| PATIENT NAME: | HOSPITAL #: |
|---|---|
| ADMISSION DATE: | UNIT: |

These criteria are intended to serve as a guide for evaluation and are subject to change as additional data become available. Testing may be considered for deceased persons who otherwise meet the PUI criteria. Patients who meet the following criteria should be reported to DC Health for evaluation as a PUI*:

**Temperature:** _____ F          NA ☐

| Clinical Features and Epidemiologic Risk | | | |
|---|---|---|---|
| **Clinical Features** | **&** | **Epidemiologic Risk** | **Action** |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath)<br><br>○ Yes<br>○ NO | AND | Any person, including health care personnel[3], who has had close contact[2] with a laboratory-confirmed[4] COVID-19 patient within 14 days of symptom onset<br><br>○ Yes<br>○ NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the COVID-19 (Coronavirus). |
| Fever[1] AND signs/symptoms of lower respiratory illness (e.g., cough or shortness of breath) AND tested negative for influenza[5]<br><br>○ Yes<br>○ NO | AND | A history of travel to a country with a Level 2 or 3 Travel Advisory OR an area with confirmed ongoing community transmission, within 14 days of symptom onset. (check CDC for daily update)<br><br>○ Yes<br>○ NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the COVID-19 (Coronavirus). |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) AND without an alternative explanatory diagnosis<br><br>○ Yes<br>○ NO | AND | A history of residing in a nursing home or long-term care facility within 14 days of symptom onset<br><br>○ Yes<br>○ NO | If Yes, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the |

SEH Travel History Questions for 2019-nCoV (Coronavirus)
SEH 320.03.50

APPENDIX 1

**COVID-19
(Coronavirus).**

1 Fever may be subjective or confirmed.

2 For healthcare personnel, testing may be considered if there has been exposure to a person with suspected COVID-19 without laboratory confirmation. Because of their often extensive and close contact with vulnerable patients in healthcare settings, even mild signs and symptoms (e.g., sore throat) of COVID-19 should be evaluated among potentially exposed healthcare personnel. Additional information is available in CDC's Interim U.S. Guidance for Risk Assessment and Public Health Management of Healthcare Personnel with Potential Exposure in a Healthcare Setting to Patients with Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html).

3 Close contact is defined as— a) being within approximately 6 feet (2 meters) of a COVID-19 case for a prolonged period; close contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case – or – b) having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on). If such contact occurs while not wearing recommended personal protective equipment (PPE) (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection), criteria for PUI consideration are met.

4 Documentation of laboratory-confirmation of COVID-19 may not be possible for travelers or persons caring for COVID-19 patients in other countries.

5 Includes rapid and confirmatory influenza testing

**If patient meets one of the above, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of covid-19(Coronavirus) and contact the DC Health Division of Epidemiology–Disease Surveillance and Investigation at:**

**202-576-1117 (8:15am-4:45pm)**

**844-493-2652 (after-hours, healthcare providers only)**

**Fax: 202-442-8060 | Email: doh.epi@dc.gov**

**Evaluator (sign):**

**Print Name:** _____        **GMO** ☐   **NP** ☐   **RN** ☐

**Signature:** _____         **Date:** _____

**The guidelines above will continue to be updated as the outbreak evolves. Please visit the DC Health and CDC websites regularly for the most current information.**



**Saint Elizabeths**
SHINING THE LIGHT SINCE 1855

## Screening Questions for COVID-19 (Coronavirus) EMPLOYEE

| EMPLOYEE NAME: | TRAVEL DESTINATION: |
|---|---|
| RETURN DATE: | DEPARTMENT/UNIT: |

**Does Employee Meet DCHR Self Quarantine Criterion According to DC Government Continuing Operations in Response to COVID-19 (Effective March 16, 2020- March 31, 2020).**

You must notify your immediate supervisor of any foreign travel in the last 14 days to areas designated by CDC as Level 2 or 3.

Self-Quarantine: ☐ Yes   ☐ No   Temperature: _____ F   ☐ NA

These criteria are intended to serve as a guide for evaluation and are subject to change as additional data become available. Testing may be considered for deceased persons who otherwise meet the PUI criteria. Employees who meet the following criteria should be reported to DC Health for evaluation as a PUI*:

| Clinical Features and Epidemiologic Risk | | | |
|---|---|---|---|
| **Clinical Features** | **&** | **Epidemiologic Risk** | **Action** |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath)<br><br>o Yes<br>o NO | AND | Any person, including health care personnel[3], who has had close contact[2] with a laboratory-confirmed[4] COVID-19 patient within 14 days of symptom onset<br><br>o Yes<br>o NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of COVID-19 (Coronavirus). |
| Fever[1] AND signs/symptoms of lower respiratory illness (e.g., cough or shortness of breath) AND tested negative for influenza[5]<br><br>o Yes<br>o NO | AND | A history of travel to a country with a Level 2 or 3 Travel Advisory OR an area with confirmed ongoing community transmission, within 14 days of symptom onset. (check CDC for daily update)<br><br>o Yes<br>o NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the COVID-19 (Coronavirus). |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) AND without | AND | A history of residing in a nursing home or long-term care facility within 14 days of symptom onset | If Yes to both, follow infection control measures on Administrative |

SEH Travel History Questions for 2019-nCoV (Coronavirus)
SEH 320.03.50

APPENDIX 2

an alternative explanatory
diagnosis

o Yes
o NO

o Yes
o NO

**Issuance 2020-001:
Prevention and
Management of the
COVID-19
(Coronavirus).**

1 Fever may be subjective or confirmed.
2 For healthcare personnel, testing may be considered if there has been exposure to a person with suspected COVID-19 without
laboratory confirmation. Because of their often extensive and close contact with vulnerable patients in healthcare settings, even mild
signs and symptoms (e.g., sore throat) of COVID-19 should be evaluated among potentially exposed healthcare personnel. Additional
information is available in CDC's Interim U.S. Guidance for Risk Assessment and Public Health Management of Healthcare Personnel
with Potential Exposure in a Healthcare Setting to Patients with Coronavirus Disease 2019 (COVID-19)
(https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html).
3 Close contact is defined as— a) being within approximately 6 feet (2 meters) of a COVID-19 case for a prolonged period; close
contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case  or  b)
having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on). If such contact occurs while not wearing
recommended personal protective equipment (PPE) (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection),
criteria for PUI consideration are met.
4 Documentation of laboratory-confirmation of COVID-19 may not be possible for travelers or persons caring for COVID-19 patients in
other countries.
5 Includes rapid and confirmatory influenza testing

**If employee meets one of the above, follow infection control measures on Administrative
Issuance 2020-001: Prevention and Management of covid-19(Coronavirus) and contact the DC
Health Division of Epidemiology–Disease Surveillance and Investigation at:**

**202-576-1117 (8:15am-4:45pm)**

**844-493-2652 (after-hours, healthcare providers only)**

**Fax: 202-442-8060 | Email: doh.epi@dc.gov**

**Evaluator (sign):**

**Print Name:** _____

**GMO** ☐   **NP** ☐   **RN** ☐

**Signature:** _____

**Date:** _____

**The guidelines above will continue to be updated as the outbreak evolves. Please visit the DC
Health and CDC websites regularly for the most current information.**

HTTPS://edpm.dc.gov/issuances/human-resources-guidance-covid-19-emergency/

# Human Resources Guidance for the COVID-19 Emergency (March 26 Update)

I-2020-8

**Effective Date:**
March 29, 2020

**Expiration Date:**
Dec. 31, 2020

**Chapters:**
12  16

Contents »

## Overview

On March 11, 2020, the Mayor declared both a public emergency and a public health emergency due to the Coronavirus Disease 2019 (COVID-19). Following the Mayor's declarations, on March 17, 2020, the Council passed the COVID-19 Response Emergency Amendment Act of 2020 providing broad authority to address the critical needs of District residents and businesses.

The Department of Human Resources (DCHR) is releasing this guidance to assist agencies and employees in understanding personnel management changes that are in effect during the COVID-19 emergency. In this issuance, we are making updates to administrative leave provisions, which supersede and replace the provisions contained in Issuance No. 2020-6.

For the most up to date information on COVID-19 in Washington, DC, please visit https://coronavirus.dc.gov/.

# Hiring and Promotions

During the public health emergency, District government agencies have several flexible hiring options available if it becomes necessary to quickly hire new employees. Agencies under the Mayor's personnel authority shall work with DCHR's recruitment specialists to identify the right hiring tools for agencies' hiring needs to implement and effectuate these temporary assignments.

### Details

An employee may be temporarily detailed to another position to meet the immediate needs of the agency or another agency to address the COVID-19 emergency. Details may be made within agencies and between agencies. If an agency needs assistance meeting a staffing need, the agency should reach out to their assigned Specialist at DCHR for assistance. Details may be made for up to 240 days. Details in excess of 240 days must be approved by DCHR.

### Emergency Appointments

With DCHR's approval, agencies may make non-competitive emergency Career Service appointments of up to 30 days to provide for maintenance of essential services to respond to a natural disaster or other similar emergency situations. Agencies cannot extend emergency appointments and may not promote, convert, transfer, or otherwise move the employee into a permanent position within the District government.

### Non-Competitive Appointments

During the COVID-19 emergency, DCHR may authorize non-competitive appointments. Non-competitive appointments will be authorized when rapid appointment is reasonably necessary to respond to the COVID-19 emergency. DCHR may waive any applicable residency requirements, but these waivers must be approved in writing and contained in any offer letter.

#### Special Appointments

DCHR may authorize agencies to make special, non-competitive appointments to fill professional, scientific, or technical expert or consultant positions. These appointments are in the Excepted Service. For the duration of the COVID-19 emergency, the applicable residency requirement is suspended. After the emergency ends, appointees will have 180 days to relocate into the District or to compete internally for a position in a different service. There is no limit to the number of special appointments that can be made, and they are in addition to the Mayor's allotted Excepted Service positions under D.C. Official Code § 1-609.03.

#### Temporary / Term Appointments

APPENDIX 3

Agencies may make temporary appointments to the Career, Education, and Management Supervisory Services to meet immediate, time-limited operational needs. During the COVID-19 emergency, and with DCHR's approval, agencies may make these appointments non-competitively above grade 12. However, once the emergency ends, any appointments above grade 12 must be competed.

Additionally, agencies may extend any temporary or term appointment for up to 90 days without pre-authorization. Any extensions beyond 90 days must be approved by DCHR.

### Promotions

DCHR may authorize the promotion of employees either on a temporary or permanent basis without competition to meet immediate operational needs. Time limits for temporary promotions are suspended during the COVID-19 emergency.

### Reassignments

For front-line agencies that are experiencing talent shortages, agencies may choose to reassign existing employees. If an agency has specific hiring needs with which it needs assistance, please contact the assigned Specialist at DCHR for assistance.

### Residency Requirements

For the duration of the COVID-19 emergency, DCHR may suspend any residency requirements for positions to meet immediate operational needs to provide critical services or support for the COVID-19 emergency. All waivers by DCHR must be in writing and must include the scope and duration of the waiver. Agencies must supply a corresponding notice to the applicable candidate or employee.

### Selection Certificates

Typically, selection certificates for vacancies may last no longer than 90 days. During the pendency of the COVID-19 emergency, and with the approval of DCHR, agencies may rely on certificates that are more than 90 days old.

# Scheduling and Deployment

### Childcare

The District government recognizes the difficulty of acquiring childcare during the COVID-19 emergency. As such, employees directed to telework may work from home and supervise their children during this emergency. Agencies may also consider alternative work hours and schedules for impacted employees. For example, agencies may authorize employees to work 12 hours shift for 4 days to allow time for both work and child supervision.

However, due to the critical nature of the jobs performed by employees who cannot telework or who are ordered to a duty station, these employees must find alternative arrangements for childcare. Only if operations permit may agencies approve at their discretion, leave for employees who cannot telework or who are ordered to a duty station but cannot physically report to work.

### Commuter Delays

Metro has reduced services and updates its operating status frequently. For the current operational status, please visit Metro's COVID-19 Operational Status webpage.

With the reduced service, employees will likely experience unexpected commuting delays when using Metro bus and rail service. Agencies should remain flexible and understanding when employees encounter commuting challenges. Employees should notify their supervisor immediately if they are impacted by commuting delays and will be unable to arrive at work as scheduled. Employees should receive pay only for those hours actually worked. If an employee arrives late due to commuting delays, a supervisor may approve an employee to work later than scheduled to make up the lost time.

### Duties

Agencies may modify employees' assigned duties as needed to support the COVID-19 response. Agencies may also modify employees' assigned duties to accommodate remote and telework arrangements.

### Duty Stations

Agencies may modify an employee's duty station as appropriate to meet operational or service needs during the COVID-19 emergency.

### Employee Scheduling

Agencies may modify employees' work schedules as needed to adequately manage the city's COVID-19 response and maintain critical services. This includes changing workdays and times, adding additional workdays, expanding worktimes, and ordering overtime. When modifying an employees' schedule, agencies should provide employees at least 24 hours' notice of the schedule change, except when the need for the schedule change was unforeseeable.

Employees who are exempt from the FLSA overtime provisions may be eligible to accrue exempt time off at the discretion of their agency. At this time, FLSA-exempt employees are not eligible for overtime pay. For additional guidelines on overtime and compensatory time (comp time), refer to Issuance 2020-2, Overtime.

### Previously Approved Leave (Rescinding)

Agencies shall rescind any previously approved leave granted to an employee if the employee's absence would impede the city's COVID-19 response. An agency, at its discretion, may authorize the reimbursement of any actual financial loss suffered by an employee as a direct consequence of a recension of previously approved leave. For example, an agency may reimburse an employee for any travel change fees but not the entirety of the employee's itinerary. Reimbursements will be made from centralized funding and will not impact agencies budgets.

### Meetings

Agencies' gatherings and in-person meetings shall be limited to fewer than 10 people at a time, when feasible; agencies are encouraged to use tele-conferencing, video-conferencing and other electronic options to the greatest extent possible. For more information, visit https://remote.dc.gov/.

# Reporting Time

During the COVID-19 emergency, employees, and timekeepers for those agencies whose timekeepers enter employees' time, will continue to enter work hours on their timesheets. Generally, time will be entered as usual. However, to properly account for new operating models, accurate time reporting is critical.

### Telework

Employees who are working from home must use the Situational Telework Time Reporting Code (TRC). This TRC is: "Telework (Situational) – STTW".

### Recording COVID-19 Tasks

Employees who perform any work due to COVID-19 should use the new "Task" field in PeopleSoft in addition to the appropriate TRC ("Telework (Situational) – STTW", "Regular Pay - REG," etc.). Employees should use the "Task" field to report regular work related to COVID-19 (work requiring you to report to a physical duty station), telework related COVID-19, and any COVID-19 related overtime. For more information on reporting COVID-19 tasks, please see Issuance 2020-7, COVID-19 Timekeeping and watch the following video for instructions on how to report COVID-19 related tasks.



DC Government | Reporting COVID-19 Response Time Usin...

# Employee Protections and Requirements

### Administrative Leave

Employees who are ordered or recommended to self-quarantine or quarantine may telework from home. However, an agency head may authorize administrative covering a 14-day period following the employee's last day of work at a government worksite if the employee is unable to telework due to COVID-19 (see also Declaration-of-Emergency Leave). For employees who self-quarantine or quarantine, agencies shall require a doctor's note prior to returning to the workplace clearing the employee to return.

DCHR is currently reviewing recently enacted federal legislation that may impact employees' eligibility for paid time off. This section will likely be revised in the coming week.

### Colds, Flus or other Communicable Illnesses

Employees suffering or who appear to be suffering from an acute respiratory illness (e.g., cough, fever, shortness of breath) at work shall be separated from other employees and sent home immediately. Employees shall not come to work until they are free of a fever (100.4°F or greater using an oral thermometer), signs of a fever, and any other symptoms for at least 24 hours without the use of symptom altering medicines.

An employee who has a cold, flu, or other communicable disease or illness shall consult their supervisors about flexible leave usage policies and any situational telework options. Prior to returning to the workplace, agencies shall require a doctor's note clearing the employee to return. In rare cases, employees returning from leave or situational telework following an illness may be asked to undergo a fitness for duty evaluation. However, such evaluations may only be ordered with DCHR's approval. (For more information on fitness for duty evaluations, please refer to 6-B DCMR § 2005.)

### Declaration-of-Emergency Leave (DC Family and Medical Leave Act)

An employee who is unable to work because of the COVID-19 emergency may be entitled to declaration-of-emergency (DOE) leave under the DC Family Medical Leave Act during the emergency. To be eligible for DOE leave, an employee must receive proper certification of their eligibility.

The following shall constitute acceptable certification of the need for DOE leave: a recorded order or recommendation from (1) the Mayor, (2) any District or federal agency, or (3) a medical professional that the employee self-quarantine. In the case of a government mandated quarantine or isolation, the declaration of public health emergency shall serve as certification of the need for such leave.

At their option, employees eligible for DOE leave may choose to telework from home instead of taking leave. Otherwise, employees may use any of their accrued leave (annual leave, sick leave, or both) during their absence from work and may receive advanced leave if their accrued leave does not cover the duration of their absence. Employees taking DOE leave due to self-quarantine must supply their agencies a doctor's note clearing their return.

# Telework

Situational telework is when employees work remotely from a secure location, usually from home, to address an immediate situation. Situational telework is appropriate to address a declared emergency and for responding to COVID-19. Time spent in a situational telework status must be recorded in PeopleSoft using the Time Reporting Code "Telework (Situational)." All employees who have been directed to work from home during the COVID-19 emergency shall use this time reporting code on their timesheets. Employees who are not teleworking and are reporting to a duty station outside of their home should continue to use their normal time codes.

Employees must execute an application to telework and sign a telework agreement, have the necessary equipment to work remotely, and the agency head must approve the telework agreement. As part of any telework agreement, employees must agree to respond to phone calls and emails within 30 minutes and must have the ability to report to any duty station within the District of Columbia within 2 hours if directed to do so unless otherwise approved by the agency.

## Telework Mandated

The Mayor has ordered that employees telework to the greatest extent possible during the COVID-19 emergency. For purposes of addressing COVID-19:

- **All employees shall be considered for telework** regardless of whether they are probationary, temporary, term, or permanent, and regardless of any performance problems (including whether they were rated a marginal performer or lower for the last fiscal year or currently subject to a Performance Improvement Plan).
- Agencies may not suspend public-facing services as part of their telework policy without approval from the Mayor or the Mayor's designee.

## Assessing Telework Options

Each agency shall continue to assess the positions in their agency and determine those positions that are eligible to telework. Below are general guidelines on situational telework based on the viability of telework given the nature of agencies' operations.

### Fully Telework Capable Agencies

Employees shall telework if they work at agencies where the entire workforce is capable of teleworking without disruption to District government services.

Please refer to coronavirus.dc.gov for the current operating status of each agency.

### Partially Telework Capable Agencies

As part of the city's response to COVID-19, some agencies will have a mix of jobs within their workforce, where telework is not practical for some employees but other employees are capable of teleworking without significant disruption to District government services.

Please refer to coronavirus.dc.gov for the current operating status of each agency.

### Agencies Without Telework Capabilities

Certain agencies whose primary missions focus on public safety and/or health emergency response may not exercise expanded telework options during the city's COVID-19 response as these agencies have been deemed by the Mayor to be, in whole, essential to public well-being.

Please refer to coronavirus.dc.gov for the current operating status of each agency.

## Teleworking Securely

Given the possibility of a larger percentage of District government network users (employees and contractors) working from home, the Office of the Chief Technology Officer (OCTO) is doing everything possible to make remote work as secure as possible. Remember, bad actors may know this is a vulnerable moment to try to access the District government network.

Ideally, everyone working remotely will be using a government issued device, such as a laptop, tablet, or mobile phone. These devices should have an OCTO-approved image installed, including updated antivirus, and each user should have a secure VPN account to access the same environment they normally access when at work.

In addition to these practices, all employees and contractors must help in protecting our network and data during this response. OCTO has put together guidance for agency leadership to allow agencies to work remotely in the most secure way possible.  Use the following link to learn more about remote work options and remote work guidance.

# Leave

## Requesting Leave

Employees are required to request approval to take leave from their immediate supervisor or, if the immediate supervisor is unavailable, from another supervisor within the employee's chain of command. To the greatest extent possible, employees who require unscheduled leave must contact their supervisor no later than two hours prior to the start of their scheduled tour of duty. All leave requests shall continue to be made according to existing policies.

## Sick Leave

An employee is entitled to use an unlimited amount of their accrued sick leave when they are unable to perform their duties due to physical or mental illness or are symptomatic due to a disease. Employees are entitled to use sick leave to care for family members who are symptomatic due to a quarantinable communicable disease. Please refer to 6-B DCMR § 1242.1 for other permissible uses of sick leave. For sick leave absences in

excess of three consecutive workdays, and until further notice, employees must supply a medical release from their health care provider clearing their return to work. No agency shall permit an employee to return to the workplace without such a release unless this requirement is waived by DCHR.

## Leave Without Pay (LWOP)

Leave Without Pay (LWOP) is a temporary non-pay status and absence from duty granted at the employee's request or as otherwise authorized by regulations. The permissive nature of LWOP distinguishes it from absences without official leave (AWOL), which is unauthorized leave that may subject an employee to corrective or adverse action. Agencies may approve a maximum of 52 calendar weeks of LWOP. Except as provided by D.C. FMLA, authorizing LWOP shall be a matter of administrative discretion.

## Absence Without Leave (AWOL)

Notwithstanding COVID-19, if employees need to take unscheduled leave, they must continue to inform their supervisor, or if their supervisor is not available, another supervisor or manager within their chain of command. Except when authorized by a supervisor, employees who do not arrive to their duty station at the start of their scheduled tour of duty may be considered AWOL. An employee whose leave request is denied and who fails to report for duty as scheduled is also considered AWOL. An employee can be charged with AWOL regardless of whether the employee has accrued leave.

If it is later determined that the absence was excusable, or that the employee was ill, agencies may change the charge to AWOL to a charge against annual leave, compensatory time, restored leave, sick leave, leave without pay, or another leave type as appropriate. See 6-B DCMR § 1268 for additional details.

Unless directed otherwise, all District employees must continue to report to work as scheduled and take leave in accordance with District personnel regulations, the policies outlined in this issuance and any existing agency-specific leave policies. To the extent there is a conflict between the leave policies in this issuance and existing regulations and agency policies, the provisions of this guidance shall control.

## Advanced Sick leave and Annual Leave

If an employee exhausts their accrued annual leave, sick leave, or both, agencies may advance leave to the employee.

Agencies may advance annual leave to eligible employees up to the amount of annual leave expected to be earned during the balance of the current leave year or the remainder of the employee's time-limited appointment, whichever is sooner. For more information on advancing annual leave, please refer to 6-B DCMR § 1237.

In cases of serious disability or ailments, agencies may advance up to a maximum of 240 hours of sick leave to employees who have exhausted all their accumulated sick leave except when the agency has reason to believe that the employee may not be able to repay the advanced leave. For term and temporary employees, agencies may advance only up to the total sick leave the employee would earn during the remainder of the time-limited appointment. For more information on advancing sick leave, please refer to 6-B DCMR § 1243.

# Workforce Management

## Corrective and Adverse Actions

If an employee faces corrective or adverse actions as part of the progressive discipline process located in 6-B DCMR § 1600 et seq., employees are entitled to certain rights. Specifically, 6-B DCMR §1602.3 (a) states that a corrective or adverse action must be initiated no more than 90 business days after an agency knew or should have known about the performance or conduct supporting the action.

However, during the COVID-19 emergency, the 90-business day limit is suspended. No days during the emergency shall be considered business days for purpose of 6-B DCMR § 1602.3(a). This suspension is necessary to avoid the diversion of critical resources to administrative investigations, and the practical challenges involved in investigating and taking corrective or adverse action while many employees are working remotely.

## Fitness for Duty Evaluations

The DC Health recommends that all non-urgent medical procedures be "postposed to preserve health care capacity ... [and] ... to flatten the epidemic curve." Fitness for duty evaluations are considered non-urgent. Accordingly, in compliance with DC Health's recommendation, DCHR will not process any fitness for duty until DC Health recommends that non-urgent medical services should resume.

## Travel for Government Purposes

Travel for government purposes falls into two categories: essential and non-essential. The category determines what restrictions and guidance apply.

### Essential Government Travel

Essential government travel is domestic travel critical to the continued operations of the District government, or travel that is required by law. For example, travel for the purpose of testifying on behalf of the District of Columbia government before an administrative or judicial court is considered essential government travel. However, the District is following the CDC guidance as it relates to restricted travel to those areas where a travel ban is in place. All essential government travel must be approved by the agency head.

### Non-Essential Government Travel

Non-essential government travel is all international travel as well as domestic, government-related travel that does not qualify as "essential" travel. This includes, among other purposes, travel for conferences and training.

Non-essential government travel commencing after March 11, 2020, is permitted only when the travel was approved and determined by the agency's director or equivalent, or the relevant Deputy Mayor that the travel is in the best interest of the District of Columbia.

International travel and travel not otherwise permitted by this section is suspended until May 1, 2020, or as otherwise directed by the Mayor.

# Human Resources Management

### Supersession

The provisions of this issuance supersede any provisions within previous issuances, a collective bargaining agreement, or the District personnel regulations to the extent there is a conflict.

### Time Limits

The personnel authority may authorize different time limits than that explicitly outlined in this issuance to appropriately respond to the COVID-19 emergency.

### Updates

In the absence of the Director of the D.C. Department of Human Resources, the Associate Director for Policy and Compliance is authorized to make any required amendments to this issuance.

# References

1. *Declaration of Public Emergency,* Mayor's Order 2020-045 (Mar. 11, 2020)

2. *Declaration of Public Health Emergency,* Mayor's Order 2020-046 (Mar. 11 2020)

3. *COVID-19 Response Emergency Amendment Act of 2020,* Act 23-0246 (Mar. 17, 2020)

4. *Hours of Work, Legal Holidays and Leave,* Chapter 12, Title 6-B of the DCMR (Eff. Mar. 1, 2020)

5. *Compressed, Flexible, and Telework Schedules,* Issuance No. 12-58 (Sept. 28, 2016)

# Attachments

1. Attachment 1 - COVID-19 FAQ

2. Attachment 2 - COVID-19 Personnel Time Tracking

3. Attachment 3 - Checklist for Identifying Critical Staffing Shortages

4. Attachment 4 - Administrative Leave Notice

*Ventris C. Gibson*

Issued by Ventris C. Gibson, Director D.C. Department of Human Resources on March 29, 2020, midnight

Return to dchr.dc.gov                    District of Columbia Department of Human Resources

 

**Center for Policy, Planning and Evaluation**
**Division of Epidemiology–Disease Surveillance and Investigation**

**March 13, 2020**

<u>**Health Notice for District of Columbia Health Care Providers**</u>
**Coronavirus Disease 2019 (COVID-19): Update on Testing and Personal Protective Equipment Recommendations**

## Summary

On March 10, 2020 the Centers of Disease Control and Prevention (CDC) updated its Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings (https://www.cdc.gov/coronavirus/2019-ncov/infection-control/control-recommendations.html).

- To the extent possible, providers should use telemedicine or telephonic communications to evaluate patients and avoid unnecessary visits to healthcare facilities.
- Based on the scientific evidence to date about how COVID-19 is transmitted, newly released infection prevention guidance from CDC, and given shortages of N95 respirators, **DC Health advises that collection of nasopharyngeal (NP) and oropharyngeal (OP) swab specimens for COVID-19 testing using contact and droplet precautions with a face mask is appropriate. Eye protection should always be used.**
- Specimen collection may be performed in an examination room with the door closed. Severely ill patients who will be transferred to a higher level of care should not be tested in an outpatient setting. Airborne Infection Isolation Rooms (AIIRs) should be reserved for patients undergoing aerosol-generating procedures.
- **It is critical that outpatient providers continue to ensure that any patients presenting with respiratory symptoms are immediately given a facemask for source control. If the patient is tested for COVID-19 then provide them with guidance to self-quarantine at home until test results are available to inform next steps.**
- Now that COVID-19 testing is available at commercial and hospital labs, providers can choose to pursue testing through the DFS Public Health Laboratory that meet the DC Health testing criteria, or to send specimens to commercial or hospital-based labs.

## Background

As of March 12, 2020, there have been 1,215 confirmed cases of COVID-19 within the United States, including 36 deaths. To date, there have been 10 DC residents who have tested positive for COVID-19. The epidemiology and spread of COVID-19 internationally and within the United States is rapidly evolving and guidance is continuously being released. We encourage you to regularly review the DC Health (https://coronavirus.dc.gov/) and CDC (https://www.cdc.gov/coronavirus/2019-ncov/index.html) websites for the most up-to-date situational information.

1







## Important Points When Evaluating Potential COVID-19 PUIs

- Review CDC guidance, including on infection control, and the DC Health website regularly and develop internal processes for managing the assessment and notification to DC Health about potential PUIs
  - o Infection control recommendations vary by facility and activity type and are important to maintain in order to prevent spread within a healthcare facility:
    https://www.cdc.gov/coronavirus/2019-ncov/infection-control/control-recommendations.html)
- Please **do not direct patients to call DC Health directly** to determine if they should be tested for COVID-19. Healthcare providers should conduct a clinical assessment and then on the basis of the assessment and the PUI criteria described below, contact us if they suspect the patient may have COVID-19
- Please do the appropriate clinical evaluation on your patients based on their symptoms to assess ALL possible diagnoses (e.g. influenza, Strep throat), not just COVID-19
- When contacting DC Health, please leave a voicemail with a **direct** phone number if we do not answer so that we can call you back. We currently have a large call volume so may receive multiple calls at the same time, but return calls as soon as possible to healthcare providers.

## Criteria on Evaluation and Testing of PUIs for COVID-19 (including updates about commercial testing)

Healthcare provider criteria for the evaluation of Persons Under Investigation (PUI) was expanded on March 4, 2020 to include a wider group of symptomatic patients (https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html). Now that COVID-19 testing is available at commercial and hospital labs, providers can choose to pursue testing through the DFS Public Health Laboratory that meet the DC Health testing criteria, or to send specimens to commercial or hospital-based labs. Test results should be reported to the patient by their healthcare provider as per their usual protocols.

Patients who meet the following criteria will be prioritized for testing through the DFS PHL. Others will be considered on a case-by-case basis:

| Clinical Features | | Epidemiologic Risk |
|---|---|---|
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) | AND | Any person, including health care personnel[2], who has had close contact[3] with a laboratory-confirmed[4] COVID-19 patient within 14 days of symptom onset |
| Fever[1] AND signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) AND tested negative for influenza[5] | AND | A history of travel to a country with a Level 2 or 3 Travel Advisory OR an area with confirmed ongoing community transmission, within 14 days of symptom onset |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) AND without an alternative explanatory diagnosis | AND | A history of residing in a nursing home or long-term care facility within 14 days of symptom onset |

2





¹ Fever may be subjective or confirmed.

² For healthcare personnel, testing may be considered if there has been exposure to a person with suspected COVID-19 without laboratory confirmation. Because of their often extensive and close contact with vulnerable patients in healthcare settings, even mild signs and symptoms (e.g., sore throat) of COVID-19 should be evaluated among potentially exposed healthcare personnel. Additional information is available in CDC's Interim U.S. Guidance for Risk Assessment and Public Health Management of Healthcare Personnel with Potential Exposure in a Healthcare Setting to Patients with Coronavirus Disease 2019 (COVID-19) (https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html ).

³ Close contact is defined as— a) being within approximately 6 feet (2 meters) of a COVID-19 case for a prolonged period; close contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case – or – b) having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on). If such contact occurs while not wearing recommended personal protective equipment (PPE) (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection), criteria for PUI consideration are met.

⁴Documentation of laboratory-confirmation of COVID-19 may not be possible for travelers or persons caring for COVID-19 patients in other countries.

⁵Includes rapid and confirmatory influenza testing

## Specimen Collection Guidelines

- Guidelines on collecting, handling and testing of clinical specimens from PUIs for COVID-19 can be found on the DFS PHL website
- PPE guidance for different healthcare settings can be found the above respective sections.
- Collection of an NP swab (in Viral Transport Media (VTM) or universal transport media (UTM)), OP swab (VTM or UTM) is recommended for initial diagnostic testing for SARS-CoV-2. Lower respiratory specimens can be tested if available and for patients who develop a productive cough, a sputum specimen can be collected.  However, this significantly increases the risk to the HCP and should only be done if absolutely necessary.
- Please label specimens appropriately with patient's full name, date of birth, date and time of specimen collection, and unique patient identifier (medical record number or PUI number).
- Specimens should be collected as soon as possible once a PUI is identified regardless of time of symptom onset
- If approved for testing by DC Health, please complete the following forms, which are available on the DFS PHL website:
  - DC DFS PHL External Chain of Custody (CoC)
  - DC DFS PHL Test Requisition Form
  - CDC 50.34 Test Requisition Form
- Detailed instructions about specimen testing and forms will also be provided via email once testing is approved. Incorrectly labeled or missing information on forms and specimens will result in testing delays or specimen rejection.
- Please contact the PHL for any questions pertaining to testing:
  - Phone: 202-727-8956 (Monday-Friday from 8:30am-5:30pm), 202-868-6561 (after-hours calls), Email: dc.phl@dc.gov

 

- If the test result is negative then the patient can stop self-quarantine and nothing needs to be reported to DC Health (as long as no prior conversations about this patient were initiated)
- If the test result is positive for COVID-19 then immediately report the case to DC Health through the 'Notifiable Disease and Condition Case Report Form'
  https://redcap.doh.dc.gov/surveys/index.php/surveys/?s=DHNA4X8LJC

The guidelines above will continue to be updated as the outbreak evolves. Please visit the DC Health and CDC websites regularly for the most current information.

**Please contact the DC Health Division of Epidemiology–Disease Surveillance and
Investigation at:
202-576-1117 (8:15am-4:45pm)
844-493-2652 (after-hours, healthcare providers only)
Fax: 202-442-8060 | Email: doh.epi@dc.gov**

5



APPENDIX 5

# 2TR PPE REQUIREMENT

## If you are Providing Care to <u>Quarantined</u> Patients on 2TR:

**Face Mask**

**Face Shield**

**Gown**

**Gloves**

**Shoe Protectors**



## If you are Providing Care to <u>Isolated</u> Patients:

**White Hood**

**PAPR**

**Gown**

**Gloves**

**Shoe Protectors**



**Please make sure PAPR IS CHARGED AS MUCH AS POSSIBLE**
**Wipe PAPR between uses with Oxivir**
**Adhere to Hand Hygiene Policy**
**Clean and disinfect high-touch surfaces**

APPENDIX - 6

SEH                                                    Infection Control





1. Unplug the PAPR from the cord connecting it to the battery charger and electrical outlet.

2. Inspect the airflow tube for cracks. Pay close attention to the end that connects to the head cover.

3. Check to ensure that the airflow tube is securely connected to the PAPR. Look for any signs of damage.



4. Remove the tissue paper covering the clear plastic face mask.

5. Turn the PAPR on by Pressing the Black Rubber Button.

6. To check the airflow, place the "egg float" into the upright end of the airflow tube.

APPENDIX 6



7. The lower band will rise above the edge of the airflow tube if the air supply is adequate.

8. Connect the airflow tube to the plastic circle at the back of the head cover.

9. Place the PAPR (with airflow tube up) against your lower back and fasten the belt buckle.



10. Guide the airflow tube upward behind you and put the head cover on. There are headbands inside the head cover that fit snugly on your head.



11. Adjust the head cover so that the elasticized edge of the face seal fits under your chin. It is now safe to enter the isolation room.



12. Remove PAPR in a non-contaminated area. Disconnect the head cover from the airflow tube with care by firmly grasping both pieces by the hard plastic parts that connect them. Gently but firmly pull them apart.



## Care and Storage

**For Patients on Airborne Precautions:**
•Head covers can be re-used by the same employee for the same patient as long as they are clean and intact.
•Write your name on it.
•On the nursing units the head covers can be stored in the anterooms.
•Reconnect the PAPR to the battery charger.

**For Patients on Airborne Precautions and Contact Isolation:**
• Discard the head cover. *Do not reuse head covers when caring for a patient on Contact Isolation.*
• Disinfect the OUTSIDE of the PAPR unit with hospital-grade disinfectant after use.
• Reconnect the PAPR to the battery charger.

• If airflow is inadequate, the PAPR malfunctions, or there are cracks in the airflow tube, call Clinical Engineering at 470-8184.
• New head covers can be ordered from Central Stores 470-4250.





## GUIDELINES FOR FACILITIES DURING OUTBREAKS OF NOROVIRUS/ GASTROENTERITIS: RECOMMENDATIONS AND PRECAUTIONS

- Encourage frequent hand washing with soap and warm water.
- Provide and encourage use of alcohol based (62%) waterless hand sanitizers when entering facility.
- Reinforce strict hand washing policy among staff.
- Do not allow symptomatic staff to work in facility.
- Assure glove use for handling of all ready-to-eat foods and eating utensils.
- Increase frequency for cleaning/sanitizing "high touch" surfaces, e.g., door handles, light switches, handrails, faucets, ice machine, etc. (see next page for facility specific recommendations)
- Use disposable cleaning cloths; use a new cloth for each room/area cleaned.
- Dispose of vacuum cleaner bags between uses. *Note: if area is visibly soiled with fecal spillage or vomit do not vacuum—either steam clean or use hot water and detergent.*
- Do not enter food service area with items soiled with vomit or fecal spillage.

The following cleaning agents are recommended for use during an outbreak:

| Suggested Uses | Suggested Cleaning Method | How to Make (1 cup = 240ml) | Strength (parts per million) |
|---|---|---|---|
| Porous surfaces such as wood floors or surfaces visibly soiled with vomit/feces | Chlorine bleach* | 1 ½ cup bleach in 1 gallon water | 5000ppm (1:10 dilution) |
| Non-porous surfaces such as: handrails, tile floors, counter-tops, sinks, toilets, doorknobs and other commonly handled items. *See facility specific section for suggested items.* | Chlorine bleach* | 1/3 cup bleach in 1 gallon water | 1000ppm (1:50 dilution) |
| Food/mouth contact items, stainless steel and toys mouthed by children | Chlorine bleach* then rinsed with water OR dishwasher at 170°F | 1 Tbsp. bleach in 1 gallon water | 200ppm (1:250 dilution) |
| Carpet & upholstered fabrics visibly soiled with vomit or fecal spillage. Do not dry vacuum as viruses can become airborne. | Hot water and detergent OR Steam clean | NA | NA |

*Bleach solution must: contain 5.25% Sodium Hypochlorite; be prepared fresh daily; have 10-20 minute surface contact time. Use unopened bleach for outbreak-related sanitization (open bottles lose effect after 30 days). EPA-registered disinfectants may also be used although effectiveness in outbreaks has not been evaluated.
*Warnings:*
    1. Cleaning staff should wear protective equipment when handling chemicals.
    2. Food preparation/food contact areas must be washed, rinsed and sanitized using standard protocol after cleaning with the stronger bleach solutions listed above.

*Additional Recommendations for Healthcare/Assisted Living Facilities:*
- Reinforce proper glove use when giving patient/resident care. Remove gloves before leaving ill patient's/resident's room and wash hands immediately.
- Do not "float" staff between units with ill patients/residents and units with non-ill patients/ residents.
- Assign staff members to care for only ill group or only non-ill group to help prevent transmission.
- Exclude non-essential personnel from units with ill patients/residents.
- Discontinue new admissions to the facility until the outbreak has ended.
- Confine ill patients/residents to their rooms until 72 hours after their symptoms end.
- Do not allow patients/residents from outbreak-affected units to enter/transfer to unaffected units, unless medically urgent to do so, until end of outbreak.
- Discontinue group activities (communal dining, etc.) until outbreak has ended.
- Limit visitation until outbreak has ended.
- Store and launder contaminated soiled linens separately from non-contaminated soiled linens.

Last Updated: 2/26/2010



APPENDIX 7

**Facility-specific List of Suggested Items to Sanitize with 1000ppm bleach solution
(1/3 cup bleach in 1 gallon water)**

This is a list of suggested items to sanitize in order to reduce the number of illnesses during a gastroenteritis outbreak. This list is not exhaustive and your facility may have additional items in need of sanitation.

**General:**
- Doorknobs, water fountains, bathroom stall and sink hardware, paper towel dispenser, soap dispenser, handrails, countertops, light switches, and other common items shared among staff/patrons.

**Restaurants/Food Service:**
- Doorknobs, water fountains, bathroom stall and sink hardware, paper towel dispenser, soap dispenser, handrails, countertops, light switches, common telephones, menus, table placards, folders for credit cards, trays, tray stands, baskets, salt & pepper shakers, table bottle of ketchup and other condiments, sugar packet dispensers, booths, tables, exposed parts of buffet line, sneeze guards, and other common items shared among staff/patrons.

**Healthcare Facilities:**
- Doorknobs, water fountains, bathroom stall and sink hardware, paper towel dispenser, soap dispenser, handrails, bedrails, countertops, common telephones, cards/games in common room, common craft materials, TV remote controls, computer keyboards, drawer/cabinet pulls, light/lamp switches, recliner chair handles, dining hall tables and chairs, dining hall salt/pepper shakers, walkers, wheelchair handles, any physical therapy shared items, and other common items shared among staff/patients/residents.

**Schools/Childcare Facilities:**
- Doorknobs, water fountains, bathroom stall and sink hardware, paper towel dispenser, soap dispenser, handrails, countertops, light switches, common telephones, shared games/books/toys, playground equipment, diaper changing table, diaper changing pad, locker hardware, shared classroom equipment (microscopes, musical instruments, computer keyboards), physical education shared equipment, cafeteria tables and chairs, cafeteria salt/pepper shakers, and other common items shared among staff/students.
- Cloth items unable to withstand bleach sanitization (plush toys, pillows, etc.) should be laundered in hot water or discarded if laundering/sanitization not possible.

**CONTACT THE LOCAL HEALTH DEPARTMENT IF YOU SUSPECT AN OUTBREAK IN YOUR FACILITY.**

References:
http://www.cdc.gov/ncidod/dhqp/id_norovirusFS.html
http://www.cdc.gov/mmwr/preview/mmwrhtml/rr5009a1.htm
http://www.michigan.gov/documents/Guidelines_for_Environmental_Cleaning_125846_7.pdf
http://www.cdc.gov/hicpac/pdf/guidelines/Disinfection_Nov_2008.pdf
http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5633a2.htm
http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5839a2.htm

Last Updated: 2/26/2010



## Saint Elizabeths
SHINING THE LIGHT SINCE 1855

| Screening Questions for COVID-19 (Coronavirus) VISITOR | |
|---|---|
| **VISITOR NAME:** | **TRAVEL DESTINATION:** |
| **DATE OF VISIT:** | **VISITING UNIT/IIC/STAFF:** |

Visitors must be screened for COVID-19 prior to entering Saint Elizabeths Hospital. If you have traveled to a country designated by the CDC as Level 2 or above in the last 14 days, you will not be able to visit.

Travel:   Yes ☐   No ☐   Temperature: _____ F   NA

These criteria are intended to serve as a guide for evaluation and are subject to change as additional data become available. Testing may be considered for deceased persons who otherwise meet the PUI criteria. Visitors who meet the following criteria should be reported to DC Health for evaluation as a PUI*:

| Clinical Features and Epidemiologic Risk | | | |
|---|---|---|---|
| **Clinical Features** | **&** | **Epidemiologic Risk** | **Action** |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath)<br><br>○ Yes<br>○ NO | AND | Any person, including health care personnel[2], who has had close contact[3] with a laboratory-confirmed[4] COVID-19 patient within 14 days of symptom onset<br><br>○ Yes<br>○ NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of COVID-19 (Coronavirus). |
| Fever[1] AND signs/symptoms of lower respiratory illness (e.g., cough or shortness of breath) AND tested negative for influenza[5]<br><br>○ Yes<br>○ NO | AND | A history of travel to a country with a Level 2 or 3 Travel Advisory OR an area with confirmed ongoing community transmission, within 14 days of symptom onset. (check CDC for daily update)<br><br>○ Yes<br>○ NO | If Yes to both questions, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the COVID-19 (Coronavirus). |
| Fever[1] OR signs/symptoms of lower respiratory illness (e.g. cough or shortness of breath) AND without an alternative explanatory diagnosis<br><br>○ Yes | AND | A history of residing in a nursing home or long-term care facility within 14 days of symptom onset<br><br>○ Yes | If Yes to both, follow infection control measures on Administrative Issuance 2020-001: Prevention and Management of the |

APPENDIX 8

o **NO**                    o **NO**                              **COVID-19**
                                                                 **(Coronavirus).**

1 Fever may be subjective or confirmed.
2 For healthcare personnel, testing may be considered if there has been exposure to a person with suspected COVID-19 without
laboratory confirmation. Because of their often extensive and close contact with vulnerable patients in healthcare settings, even mild
signs and symptoms (e.g., sore throat) of COVID-19 should be evaluated among potentially exposed healthcare personnel. Additional
information is available in CDC's Interim U.S. Guidance for Risk Assessment and Public Health Management of Healthcare Personnel
with Potential Exposure in a Healthcare Setting to Patients with Coronavirus Disease 2019 (COVID-19)
(https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html).
3 Close contact is defined as— a) being within approximately 6 feet (2 meters) of a COVID-19 case for a prolonged period; close
contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case – or – b)
having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on). If such contact occurs while not wearing
recommended personal protective equipment (PPE) (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection),
criteria for PUI consideration are met.
4 Documentation of laboratory-confirmation of COVID-19 may not be possible for travelers or persons caring for COVID-19 patients in
other countries.
5 Includes rapid and confirmatory influenza testing

## If visitor meets one of the above, he or she is not allowed to visit.

**Evaluator (sign):**

**Print Name:** _____        **GMO** ☐   **NP** ☐   **RN** ☐

**Signature:** _____        **Date:** _____

The guidelines above will continue to be updated as the outbreak evolves. Please visit the DC
Health and CDC websites regularly for the most current information.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF BEHAVIORAL HEALTH



**Department of Behavioral Health, Saint Elizabeths Hospital**

**SUBJECT**: Notice to GMO/NPs on COVID-19 (Coronavirus) Testing

**EFFECTIVE DATE**: April 1, 2020

# Background

The clinical spectrum of COVID-19 varies from asymptomatic or paucisymptomatic forms to clinical conditions characterized by respiratory failure that necessitates mechanical ventilation and support in an intensive care unit (ICU), to multiorgan and systemic manifestations in terms of sepsis, septic shock, and multiple organ dysfunction syndromes (MODS) (Cascella, Rajnik, Cuomo, Dulebohn,& Di Napoli, 2020).

The first 425 cases recorded in Wuhan, data indicate that the patients' median age was 59 years, with a range of 15 to 89 years. There were no significant gender differences (56% male). Of note, the fatal cases were primarily elderly patients, in particular those aged $\geq$ 80 years (about 15%), and 70 to 79 years (8.0%). Approximately half (49.0%) of the critical patients and affected by preexisting comorbidities such as cardiovascular disease, diabetes, chronic respiratory disease, and oncological diseases, died (Cascella, Rajnik, Cuomo, Dulebohn,& Di Napoli, 2020). The authors of the Chinese CDC report divided the clinical manifestations of the disease by their severity:

- Mild disease: non-pneumonia and mild pneumonia; this occurred in 81% of cases.
- Severe disease: dyspnea, respiratory frequency $\geq$ 30/min, blood oxygen saturation (SpO2) $\leq$ 93%, PaO2/FiO2 ratio or P/F [the ratio between the blood pressure of the oxygen (partial pressure of oxygen, PaO2) and the percentage of oxygen supplied (fraction of inspired oxygen, FiO2)] < 300, and/or lung infiltrates > 50% within 24 to 48 hours; this occurred in 14% of cases.
- Critical disease: respiratory failure, septic shock, and/or multiple organ dysfunction (MOD) or failure (MOF); this occurred in 5% of case.

The COVID-19 may present with mild, moderate, or severe illness. Among the severe clinical manifestations, there are severe pneumonia, ARDS, sepsis, and septic shock. The clinical course of the disease seems to predict a favorable trend in the majority of patients. Among patients who developed severe disease, the medium time to dyspnea ranged from 5 to 8 days, the median time to acute respiratory distress syndrome (ARDS) ranged from 8 to 12 days, and the median time to ICU admission ranged from 10 to 12 days. Clinicians should be aware of the potential for some patients to rapidly deteriorate one week after illness onset (CDC, 2020). The initial 5 to 8 days

APPENDIX 9

after symptom development is a significant determinate in sending the patient to an acute care facility immediately.

## Testing

### Indication

Patients who are found to have met the criteria for having symptoms consistent with COVID-19 by the covering general medical officer (GMO) or Nurse Practitioner (NP) will be sent out to the emergency room for initial diagnosis and management. Testing for COVID-19 will be done in the treating facility. Whereas the patient is returned to SEH and testing for COVID-19 has not been done, if reasonable suspicion remains, then the test will be performed at SEH.

### Protocol

Patients who have met the criteria for testing in SEH will be tested on their unit.

The examiner will don full PPE and collect the specimen in accordance with the DC Department of Forensic Sciences (DFS) guidelines.

The examiner will complete the Covid-19 case report form which is designed to collect key information on COVID-19 case-patients, including:

- Demographic, clinical, and epidemiologic characteristics
- Exposure and contact history
- Course of clinical illness and care received

The specimen will be processed through the DC DFS public health laboratory (PHL) through DC Health.

Results will be received by the GMO or NP through DC Health, timeframe to be determined by DC Health.

### Disposition of Patient

Patients who are suspected by the GMO or NP to have been infected with the COVID-19 virus and have been tested in the community or at SEH will be sent to unit 2TR and remain in contact precautions to await results. Once results have been received then the following will occur:

Negative results – patient will immediately be returned to the sending unit.

Positive results – patient will remain on 2TR until at least 3 days (72 hours) have passed since recovery (defined as resolution of fever without the use of fever-reducing medications) and improvement in respiratory symptoms (e.g., cough, shortness of breath); and at least 7 days have passed since symptoms first appeared.

## Additional Information

Uncomplicated (mild) Illness

These patients usually present with symptoms of an upper respiratory tract viral infection, including mild fever, cough (dry), sore throat, nasal congestion, malaise, headache, muscle pain, or malaise. Signs and symptoms of a more serious disease, such as dyspnea, are not present. Compared to previous HCoV infections, non-respiratory symptoms such as diarrhea are challenging to find.

Moderate Pneumonia

Respiratory symptoms such as cough and shortness of breath (or tachypnea in children) are present without signs of severe pneumonia.

Severe Pneumonia

Fever is associated with severe dyspnea, respiratory distress, tachypnea (> 30 breaths/min), and hypoxia (SpO2 < 90% on room air). However, the fever symptom must be interpreted carefully as even in severe forms of the disease, it can be moderate or even absent. Cyanosis can occur in children. In this definition, the diagnosis is clinical, and radiologic imaging is used for excluding complications.

Acute Respiratory Distress Syndrome (ARDS)

The diagnosis requires clinical and ventilatory criteria. This syndrome is suggestive of a serious new-onset respiratory failure or for worsening of an already identified respiratory picture. Different forms of ARDS are distinguished based on the degree of hypoxia. The reference parameter is the PaO2/FiO2:

- Mild ARDS: 200 mmHg < PaO2/FiO2 ≤ 300 mmHg. In not-ventilated patients or in those managed through non-invasive ventilation (NIV) by using positive end-expiratory pressure (PEEP) or a continuous positive airway pressure (CPAP) ≥ 5 cmH2O.
- Moderate ARDS: 100 mmHg < PaO2/FiO2 ≤ 200 mmHg.
- Severe ARDS: PaO2/FiO2 ≤ 100 mmHg.

References:

Marco Cascella; Michael Rajnik; Arturo Cuomo; Scott C. Dulebohn; Raffaela Di Napoli. *Features, Evaluation and Treatment Coronavirus (COVID-19)*. Stat Pearls. March 20, 2020. Retrieved from https://www.ncbi.nlm.nih.gov/books/NBK554776/

US Department of Health and Human Services, CDC. *Evaluating and Testing Persons for Coronavirus Disease 2019 (COVID-19)* March 14, 2020. Retrieved from https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html



# COVID-19 Specimen Submission Guidelines

## Specimen Collection

Please review guidelines recommended by the Centers for Disease Control and Prevention to ensure the appropriate infection control precautions are in place **before** collecting any specimens.

Acceptable specimen types for collection:

1. **Upper Respiratory Specimens**
   a. The following are acceptable upper respiratory specimens for submission:

       i. **Nasopharyngeal (NP) swab** only in viral transport media (VTM) or Universal Transport Media (UTM)

   OR

       ii. **Combined NP swab** and **Oropharyngeal (OP) swab** in VTM or UTM. Once the NP swab is collected, place it in VTM/UTM, swirl it in the media for a few seconds and break off the shaft. Next, collect the OP swab, place it in the same VTM as the NP swab, swirl it for a few seconds and break off the shaft. Please screw of the lid of the vial tightly.

       **Please see the video for additional instructions on NP swab collection:**
   https://www.youtube.com/watch?v=DVJNWefmHjE

Swab specimens should be collected using only swabs with a synthetic tip, such as nylon or Dacron, and an aluminum or plastic shaft. Calcium alginate swabs are unacceptable and swabs with cotton tips and wooden shafts are not recommended.

ESwabs in Amies media are <u>not</u> a valid specimen type for COVID-19 testing. A hospital or clinic that requires swabs or UTM should contact the DC DFS PHL via email (DFS-COVID19@dc.gov).

2. **Lower Respiratory Specimens**

   a. ***Sputum*** - Have the patient rinse the mouth with water and then expectorate deep cough directly into a sterile, leak-proof, screw-cap sputum collection cup or a sterile dry container.

   b. ***Bronchoalveolar lavage (BAL)*** - Collect 2-3 mL into a sterile, leak-proof, screw-cap sputum collection cup or sterile dry container.
       Additional specimens may be requested on a case by case basis.

---

APPENDIX - 9



## Specimen Storage

All specimens must be refrigerated (2-8°C) promptly after collection and couriered/shipped on cold packs within 72 hours. Specimens being held for >72 hours must be stored at -70°C and couriered/shipped on dry ice.

## Paperwork

Any specimen being sent through the DC DFS PHL must have the following paperwork accommodating the specimen:

1. DC DFS PHL External Chain of Custody (CoC)
2. DC DFS PHL Test Requisition Form

All paperwork can additionally be found on DC DFS PHL's website under forms and documents:

https://dfs.dc.gov/publication/phl-forms-and-documents

Additionally, a person under investigation (PUI) form must be completed by the requesting healthcare provider for all COVID-19 testing, and must be completed to receive results. All forms will be provided to the requesting health care provider by the epidemiologist at the time of approval.

Only one DC DFS PHL test requisition form (example provided below) and one chain of custody for each set of specimens is required for testing.

Please ensure that all specimens submitted and their respective test requisition form has the following information on it:

- Full name of patient
- Date of birth
- Unique patient identifier (e.g., medical record number, patient ID, PUI #)
- Date and time of specimen collection

Incorrectly labeled requisitions and specimens will result in testing delays.

## Courier Request

Once specimens are ready for pick up and the appropriate paperwork is completed, please email DFS-COVID@dc.gov to request a courier. An address (including the room number), PUI number, point-of-contact name and phone number and the specimen storage temperature will be required to dispatch a courier for specimen pick-up. Do NOT include patient identifiers in the body of the email. Please call the main laboratory line in the event of an emergency (202-727-8956).

**Please contact the DC Department of Forensic Sciences Public Health Laboratory for any questions pertaining to testing:**
**Phone: 202-727-8956 (Monday-Friday from 8:30am-5:30pm) | 202-868-6561 (after-hours calls) Fax: 202-481-3936 | Email: dc.phl@dc.gov**

---

Forensic Science Laboratory | Public Health Laboratory | Crime Scene Sciences 401 E
Street SW, Washington, DC 20024
Last Updated: 03/18/2020



**District of Columbia ♦ Department of Forensic Sciences ♦ Public Health Laboratory**
401 E Street SW ♦ 4th Floor ♦ Washington, DC 20024 ♦ Phone (202) 727-8956 ♦ Fax (202) 481-3464
**General Laboratory Services Request Form**
**PHL Director: Anthony Tran, DrPH, MPH, D(ABMM)**
**CLIA#: 09D0968273**



## Patient Information                                                              *Required Information

| Last Name* | | First Name* | Middle Initial | Suffix |
|---|---|---|---|---|
| Date of Birth* (MM/DD/YYYY) | | Sex* ☐Male ☐Female ☐Other | If Female, Pregnant ☐Yes ☐No ☐Unknown | |
| Address | | City* | State* | ZIP |
| Sample ID (Lab ID, Outbreak#, Zika#, etc.)* | | Medical Record Number | | |

## Submitter Information

| Name of Submitting Hospital, Laboratory, or other Facility* | | Healthcare Provider NPI #* | | |
|---|---|---|---|---|
| Health Care Provider | Last Name* | First Name* | | |
| Address (include room)* | | City* | State* | Zip* |
| Primary Contact (If not the Health Care Provider) | Last Name | First Name | | |
| Telephone #* (primary) | Secure Fax #** | Email | | |
| ** Final report will be sent to the fax number above | | | | |

## Specimen Information

| Date of Collection* (MM/DD/YYYY): | Time of Collection*:  ☐AM ☐PM |
|---|---|

Reason for Submission*
☐Diagnostic          ☐Outbreak          ☐DC Health Request: DC Health Contact:

Specimen Type (check all that apply)*
☐Blood Culture Bottle ☐Isolate ☐Cary-Blair ☐ESwab™ ☐Swab ☐Slide ☐Sterile Container ☐UTM ☐VTM
☐Blood Tube (Plasma, Serum or Whole Blood)              ☐Other (specify)_____

Specimen Source*
☐Abscess ☐Blood ☐Bronchoalveolar Lavage ☐Bronchial Wash ☐Buccal ☐CSF ☐Endocervical ☐Nasopharynx (NP)
☐Oropharynx (OP) ☐NP/OP ☐Plasma ☐Rectal ☐Serum ☐Sputum, expectorated ☐Sputum, induced ☐Stool ☐Throat
☐Tissue ☐Urethral ☐Urine ☐Vaginal ☐Other (specify)_____

## Test Request (✓ requested tests)

| BT RULE-OUT§ | | MOLECULAR | |
|---|---|---|---|
| ☐ r/o B. anthracis | | ☐ Ebola (PCR)+ | |
| ☐ r/o Brucella sp. | | ☐ Novel Influenza (PCR)+ | |
| ☐ r/o Burkholderia sp. | | ☐ Norovirus (PCR) | |
| ☐ r/o F. tularensis | | ☐ Middle East Respiratory Syndrome (MERS-CoV) (PCR)+ | |
| ☐ r/o Y. pestis | | ☐ *Chlamydia trachomatis* and *Neisseria gonorrhoeae* (TMA) | |
| ☐ Other(specify):_____ | | ☐ Mumps (PCR)+ | |
| **MICROBIOLOGY/GENERAL BACTERIOLOGY** | | ☐ Measles Virus (PCR)+ | |
| ☐ OCME | | ☐ Arbovirus Detection Panel (chikungunya, dengue and Zika) (PCR)+ | |
| ☐ Referred Isolates | | **SEROLOGY** | |
| | | ☐ Measles Virus (IgG) + | |
| | | ☐ Zika Virus (IgM)+ | |
| | | **VIRAL CULTURE** | |
| | | ☐ Respiratory DFA with Reflex to Viral Culture | |
| | | (Adenovirus, Respiratory Syncytial Virus, Influenza A, Influenza B, Parainfluenza 1, 2 & 3) | |
| | | **OTHER TESTS** | |
| ☐ Test Name (specify)_____ | | | |
| + DC Health must approve testing prior to sending any isolate or specimen to the Public Health Laboratory | | | |
| § Call the Public Health Laboratory prior to sending any suspected isolate or specimen | | | |

Last updated: 12/20/2019



## Example of PHL Test Requisition Form

District of Columbia • Department of Forensic Sciences • Public Health Laboratory
401 E Street SW • 4th Floor • Washington, DC 20024 • Phone (202) 727-8956 • Fax (202) 481-3464
**General Laboratory Services Request Form**
PHL Director: Anthony Tran, DrPH, MPH, D(ABMM)
CLIA#: 09D0968273




### Patient Information
*Required Information

| Last Name* | First Name* | Middle Initial | Suffix |
|---|---|---|---|
| Date of Birth* (MM/DD/YYYY) | **PUI ID given by DC Health** | Sex* ☐Male ☐Female ☐Other | If Female, Pregnant ☐Yes ☐No ☐Unknown |
| Address | City* | State* | ZIP |
| Sample ID (Lab ID, Outbreak#, Zika#, etc.)* | Medical Record Number | | |

**Health care provider with same NPI number requesting testing** ~~on~~

| Name of Submitting Hospital, Laboratory, or other Facility* | Healthcare Provider NPI #* | | |
|---|---|---|---|
| Health Care Provider | Last Name* | First Name* | |
| Address (include room)* | **Results will be faxed to this number Critical values will result in a phone call** | City* | State* | Zip* |
| Primary Contact (if not the Health Care Provider) | First Name | | |
| Telephone #* (primary) | Secure Fax #** | Email | |
| ** Final report will be sent to the fax number above | | | |

### Specimen Information

**Nasopharynx (NP) swabs and Oropharynx (OP) swabs must be placed in either UTM or VTM**

| Date of Collection* (MM/DD/YYYY): | Time | ☐AM ☐PM |
|---|---|---|

Reason for Submission*
☑Diagnostic  ☐Outbreak  ☐DC Health Request: DC Health Contact:

Specimen Type (check all that apply)
☐Blood Culture Bottle ☐Isol... **Sputum, Bronchial Wash and Bronchoalveolar Lavage specimens** ☑Sterile Container ☑UTM ☑VTM
☐Blood Tube (Plasma, Serum or Whole Blood) ☐Other (specify)

Specimen Source*
☐Abscess ☐Blood ☑Bronchoalveolar Lavage ☑Bronchial Wash ☐Buccal ☐CSF ☐Endocervical ☐Nasopharynx (NP)
☑Oropharynx (OP) ☑NP/OP ☐Plasma ☐Rectal ☐Serum ☑Sputum, expectorated ☑Sputum, induced ☐Stool ☐Throat
☐Tissue ☐Urethral ☐Urine ☐Vaginal ☐Other (specify)

**All specimen sources approved for testing are highlighted** uested tests)

| BT RULE-OUT§ | MOLECULAR |
|---|---|
| r/o B. anthracis | Ebola (PCR)* |
| r/o Brucella sp. | Novel Influenza (PCR)* |
| r/o Burkholderia sp. | Norovirus (PCR) |
| r/o F. tularensis | Middle East Respiratory Syndrome (MERS-CoV) (PCR)* |
| r/o Y. pestis | Chlamydia trachomatis and Neisseria gonorrhoeae (TMA) |
| Other(specify) | Mumps (PCR)* |
| **MICROBIOLOGY/GENERAL BACTERIOLOGY** | Measles Virus (PCR)* |
| OCME | Arbovirus Detection Panel (chikungunya, dengue and Zika) (PCR)* |
| Referred Isolates | **SEROLOGY** |
| | Measles Virus (IgG) * |
| | Zika Virus (IgM)* |
| | **VIRAL CULTURE** |
| | Respiratory DFA with Reflex to Viral Culture (Adenovirus, Respiratory Syncytial Virus, Influenza A, Influenza B, Parainfluenza 1, 2 & 3) |
| | **OTHER TESTS** |
| ☑Test Name (specify) 2019-nCoV PCR | |

+ DC Health must approve testing prior to sending any isolate or specimen to the Public Health Laboratory
§ Call the Public Health Laboratory prior to sending any suspected isolate or specimen

Last updated: 12/20/2019





**District of Columbia ♦ Department of Forensic Sciences ♦ Public Health Laboratory**
401 E Street SW ♦ 4th Floor ♦ Washington, DC 20024 ♦ Phone (202) 727-8956 ♦ Fax (202) 481-3464
**General Laboratory External Chain of Custody**
**PHL Director:** Anthony Tran, DrPH, MPH, D(ABMM)
**CLIA#:** 09D0968273

## Specimen Submitted by:

Hospital/Clinic_____
Point-of-Contact Name_____
Phone_____
Fax_____
E-mail _____
Signature_____
Date _____  Time_____

## Specimen Received By:

Courier Name_____
Date_____ Time_____
Initials_____

| # | Unique Specimen Identifier (e.g., MRN, sample ID) | Sample type (e.g. serum, tissue, isolate) | Date of Birth | Collection Date | Comments |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

*This section is for DC PHL use only*

Specimens received by _____     Date/Time_____     Storage Temp_____



# ISOLATION
# UNIT
## AUTHORIZED EMPLOYEES
## ONLY

S.E.H Infection Control Coordinator

APPENDIX-10

## Monitoring Guidelines for Staff Exposed to a Confirmed COVID-19 Staff

1.   **Monitor your temperature and absence of symptoms each day prior to starting work.**
2.   **Wear a facemask while at work for the 14 days after the exposure.**
3.   **Adhere to hand hygiene protocols.**
4.   **DO NOT work with high risk patient populations (such as in units 1A & 1B)**
5.   **Self-monitor for symptoms at all times, and seek re-evaluation from your primary care doctor if respiratory symptoms occur.**
6.   **If you develop symptoms (even mild symptoms) while at work, IMMEDIATELY cease patient care activities. Don a facemask (if not already wearing), isolate yourself, and notify your supervisor.**

**Reference: DC Health Notice: Coronavirus 2019 (COVID-19): Guidance for Healthcare Personnel Monitoring, Restriction and Return to Work.**

**Please reach out to your supervisor with questions regarding staying out of work.**

APPENDIX 11

SEH                              Nursing Department                              4/1/2020

# REQUESTING LEAVE DUE TO COVID 19

Process for SEH employees requesting leave due to COVID-19 and/or as a result of experiencing symptoms of COVID-19.

**Review and Recommendations**
1. All requests for leave shall be sent to Dr. Potter for review.
2. Dr. Potter will review and provide his recommendations to the DBH Risk Manager (Mary Campbell) and Elaine Tu who will be tracking symptoms.
3. Recommendation will also be sent to the employee's supervisor; who will notify the employee on the recommendations (i.e., to test and quarantine).
4. Mary will notify Ms. Wheeler of the leave request and recommendations; and Ms. Wheeler will inform the supervisor if the employee should get administrative leave (or any other type of leave).

**Employee Responsibilities**
1. All employees are required to share their contact information with Elaine/Mary. Mary will conduct daily calls with the employee until they return.
2. All employees are required to share medical information related to COVID-19 illness.
3. All employees must present a medical clearance before returning to work.

**Tracking of Employee Leave**
1. Mary/Elaine will track all employee COVID-19 tests and test results.
2. Mary will track employees requesting FMLA, ADA, or other underlying health issues.

Appendix 12

04/03/2020

# REQUESTING LEAVE DUE TO COVID 19

Process for SEH employees requesting leave due to COVID-19 and/or as a result of experiencing symptoms of COVID-19.

**Review and Recommendations**
1. All requests for leave shall be emailed to Dr. Potter for review.
2. Dr. Potter will review and provide his recommendations to the DBH Risk Manager (Mary Campbell) and Elaine Tu who will be tracking symptoms.
3. Recommendation will also be sent to the employee's supervisor; who will notify the employee on the recommendations (i.e., to test and quarantine).
4. Mary will notify Ms. Wheeler of the leave request and recommendations; and Ms. Wheeler will inform the supervisor if the employee should get administrative leave (or any other type of leave).

**Employee Responsibilities**
1. All employees are required to share their contact information with Elaine/Mary. Mary will conduct daily calls with the employee until they return.
2. All employees are required to share medical information related to COVID-19 illness.
3. All employees must present a medical clearance before returning to work.

**Tracking of Employee Leave**
1. Mary/Elaine will track all employee COVID-19 tests and test results.
2. Mary will track employees requesting FMLA, ADA, or other underlying health issues.

Appendix 12

04/03/2020