**Declaration of Elizabeth Jones**

I, Elizabeth Jones, submit the following supplemental declaration assessing the measures described by the District of Columbia Department of Behavioral Health to respond to the COVID-19 pandemic.

I declare as follows:

1. I have over 35 years of experience managing the provision of services to people with intellectual and behavioral health disabilities, including managing public sector psychiatric hospitals in Massachusetts, Maine, and the District Columbia. My CV was submitted along with the first declaration I submitted for this case. I have drawn on my administrative experience to evaluate the actions described by the Defendants in this matter.

2. I have reviewed the following declarations recently submitted by the District of Columbia in connection to this case:

    a. Declaration of Yi Ling Elaine Tu;

    b. Declaration of Philip Candilis;

    c. Declaration of Richard Gontang;

    d. Declaration of Martha Pontes.

    e. Declaration of Renee Bivins

3. The declarations I reviewed do not sufficiently address the actions required to develop and implement appropriately individualized treatment plans in light of the COVID-19 pandemic. For example, the declarations do not delineate in any detail the actions underway to assist each patient who is experiencing the stress, isolation and restrictions created by this pandemic. There is an emphasis on hand-washing, social distancing and coughing practices but no information was provided about the strategies for recognizing and ameliorating, to the greatest degree possible, the emotional toll of this crisis. For example, Dr. Gotang's declaration

stated that there was only one computer available on the unit for counseling sessions or other therapeutic interaction between the patient and his/her therapist. Since each unit houses between 22 and 27 patients, this resource is woefully inadequate. Based on this fact and the failure to describe any other methods for mental health treatment, aside from the administration of medication, it is my professional opinion that the actions described in the declarations fall far short of what patients need to continue their recovery from a serious mental illness that necessitated admission to a psychiatric institution.

4. It is critical that patients at Saint Elizabeths receive adequate individualized counseling and support to manage their mental health in response to the crisis, including their anxiety about the pandemic; grief counseling in response to patients or other friends and relatives suffering from or dying from COVID-19; recreation time, including time each day to go outdoors (consistent with COVID-19 restrictions); and enhanced access to social support from friends and family in the community. Nothing in the declarations I reviewed documented that this specific care is being provided.

5. As indicated by the number of aggressive incidents and assaults reported by the Chief Clinical Officer, there is continuing evidence of agitation and aggression among the patients. The information provided is not sufficient to ascertain whether all possible effort is being made to ensure adequate safety. For example, there is no information provided regarding the number of patients involved in the volume of aggressive behaviors or physical assaults, the antecedents that led to the disruptive behavior, the actions taken to counsel the disruptive individual, or the actual use of restraint, seclusion or other restrictive measures. While the number of physical assaults is reported as significantly reduced, the most recent incidence of aggressive behaviors, 63 incidents, remains nearly as high as the pre-COVID 19 rate of 69

incidents. Without further information and analysis, it cannot be determined whether the increased isolation and restrictions lead to the incidents of aggressive behavior. The continued more detailed reporting of this information is important to the evaluation of the efforts underway by the District to sustain appropriate mental health supports to each of the individuals confined to Saint Elizabeths at this time.

6. The declarations I reviewed do not contain sufficient detail to determine if Saint Elizabeths is properly evaluating patients for community placement or rigorously developing discharge plans. There was no information provided about the discrete actions taken to evaluate the potential for more immediate community placement, such as the number of individuals who are approved for home visits and might continue to exercise that option, or how risk was assessed. There was no information provided about individuals with specific placement plans in place and whether the possibility for expediting those community placements was even discussed with the assigned community provider. In fact, if concentrated efforts were made, there may be patients who could be placed in the community because they present low-risk and have homes where they can receive appropriate supports. The declarations do not demonstrate that Saint Elizabeths is the appropriate placement for all patients in light of the COVID-19 pandemic.

I declare, under penalty of perjury, that the forgoing is true and correct. Executed on April 17, 2020.

_____
Elizbeth Jones