## DECLARATION OF LUCAS BARNEKOW
## STAFF ATTORNEY AT THE PUBLIC DEFENDER SERVICE

*I, Lucas Barnekow, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1.      My name is Lucas Barnekow. I make these statements based upon my personal knowledge.

2.      I am a staff attorney in the Mental Health Division at the Public Defender Service for the District of Columbia (hereinafter "PDS") and have served in this role since March 2015. PDS is a federally funded, independent organization dedicated to representing indigent adults and children facing a loss of liberty in the District of Columbia. My principal responsibilities as a staff attorney at PDS are to represent both persons facing civil commitment, persons committed to the Department of Behavioral Health as a result of a not guilty by reason of insanity finding, and to consult with attorneys in various other divisions of PDS as a mental health litigation specialist.

3.      In the course of my work, I regularly speak with clients who are committed to Saint Elizabeths Hospital (hereinafter "Hospital"), as well as staff members at the Hospital. During the last few weeks, I have spoken with a number of clients and staff members at the Hospital. Through those conversations, I learned the following:

4.      As recently as last week, patients who were asymptomatic, patients who were symptomatic and awaiting COVID-19 test results, and patients who had recently tested positive for COVID-19 were all housed together on Unit 2A.

5.      Client A, who has been housed on Unit 2A for more than a month, became symptomatic and was tested for COVID-19 on or about April 10, 2020. Client A was told that he tested positive for COVID-19 on or about April 14, 2020. Client A was kept on Unit 2A and housed with a roommate while he awaited the test results. Client A is still on Unit 2A. During the time Client A was waiting for his test results, his roommate, as well as other patients on Unit 2A, were asymptomatic and had not been tested for COVID-19. Today, all of the staff members on Unit 2A are wearing face masks; however, not all of the staff members on Unit 2A are wearing any additional type of face shield. Client A has not been told or otherwise learned that he or other patients on Unit 2A are allowed to eat meals in their rooms. Last night, Client A told a member of the housekeeping staff that there was no hand soap in one of the bathrooms on Unit 2A. As of this morning, there is still no hand soap in that bathroom.

6.      Client B, who has been housed on Unit 2A for more than a month, became symptomatic and was tested for COVID-19 on or about April 15, 2020. Client B has remained on Unit 2A while awaiting his test results. Client B is still on Unit 2A and as of this date has not yet received his test results. As a rule, patients are not allowed to eat food in their rooms, and Client B has not been told or otherwise learned that patients are now allowed to eat in their rooms.

7.      Client C is housed on Unit 1F. The patients on Unit 1F are not wearing masks, nor have they been offered masks. Client C has been attempting to get a friend from the community to bring bandanas to Client C at the Hospital so that Client C can wear them over Client C's mouth and nose. Today, all of the staff members on Unit 1F are wearing facemasks; however, none of the staff members on Unit 1F are wearing any other type of face shield. Patients on Unit 1F eat their meals in the dining room on Unit 1F. Patients on Unit 1F are not allowed to eat food in their rooms.

8.      Client D is housed on Unit 2C. Some patients on Unit 2C have been wearing face masks, but some have not. Today, all of the staff members on Unit 2C are wearing facemasks; however, at least some of the staff members on Unit 2C are not wearing any other type of face shield. As a rule, patients are not allowed to eat food in their rooms, and Client D has not been told or otherwise learned that patients are now allowed to eat in their rooms. Patients on Unit 2C still line up to receive their medication. When patients on Unit 2C line up to receive their medication, the patients sometimes stand about six feet apart and sometimes do not; when they do not, staff members rarely remind them to stand further apart.

9.      Client E is housed on Unit 2C. Some patients on Unit 2C have been wearing face masks, but some have not. Recently, all of the staff members on Unit 2C have been wearing facemasks. Last night, some of the night shift nursing staff on Unit 2C were wearing face shields; however, today, none of the staff members on Unit 2C are wearing any type of face shield. During the day on Unit 2C, 8 or 9 patients eat their meals in the dining room, while the others eat in common areas on the unit. During the day on Unit 2C, staff members remind patients during mealtime to maintain distance between each other; however, staff members rarely do so during the evening shifts. As a rule, patients are not allowed to eat food in their rooms, and Client D has not been told or otherwise learned that patients are now allowed to eat in their rooms. Patients on Unit 2C frequently stand within a foot or two of each other while lining up to receive medication, and staff members only occasionally remind the patients to spread out.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this, the 22nd day of
April, 2020, in Washington, DC:

**Lucas M. Barnekow**
Staff Attorney
Public Defender Service
 for the District of Columbia
633 Indiana Avenue Northwest
Washington, DC 20004