DECLARATION OF DANIELLE MASON
FORENSIC PROFESSIONAL COUNSELOR AT THE PUBLIC DEFENDER SERVICE

*I*, Danielle Mason, *certify under penalty of perjury that the following statement is true and correct pursuant to* 28 U.S.C. § 1746.

1. My name is Danielle Mason. I am a licensed professional counselor in the District of Columbia. I make these statements based upon my personal knowledge.

2. I am a forensic professional counselor in the Mental Health Division at the Public Defender Service for the District of Columbia (hereinafter "PDS") and have served in this role since August 20, 2018. PDS is a federally funded, independent organization dedicated to representing indigent adults and children facing loss of liberty in the District of Columbia.

3. In the course of my work, I regularly speak with clients who are committed to Saint Elizabeths Hospital (hereinafter "Hospital"). I have spoken with a number of clients at the Hospital. Through those conversations, I learned the following:

4. Client A was tested for COVID-19 last week. While awaiting results, Client A was housed on a unit with other patients who had already tested positive for COVID-19.

5. Client B is housed on Unit 2B. The staff persons on Unit 2B are all wearing masks today; however, no staff persons on Unit 2B are wearing any type of additional face shield today. There is at least one patient currently on Unit 2B who has been tested for COVID-19 and is still awaiting the results.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the 22nd day of April 2020, in Washington, D.C.

Danielle Mason
Forensic Professional Counselor
Public Defender Service for DC
633 Indiana Ave. NW
Washington, D.C.