## DECLARATION OF HADLEY TRUETTNER
## STAFF ATTORNEY AT THE PUBLIC DEFENDER SERVICE

*I, Hadley Truettner, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Hadley Truettner. I make these statements based upon my personal knowledge.

2. I am a staff attorney in the Mental Health Division at the Public Defender Service for the District of Columbia (hereinafter "PDS") and have served in this role since January of 1995. PDS is a federally funded, independent organization dedicated to representing indigent adults and children facing the loss of liberty in the District of Columbia. My principal responsibilities as a staff attorney at PDS are to represent both persons facing civil commitment and persons committed to the Department of Behavioral Health as a result of a not guilty by reason of insanity finding.

3. In the course of my work, I regularly speak with clients who are committed to Saint Elizabeths Hospital (hereinafter "Hospital"), as well as staff members at the Hospital. I have recently spoken with a number of clients and staff members at the Hospital. Through those conversations, I learned the following:

4. I spoke with a Hospital staff member on April 21, 2020. The staff member told me that Client A became symptomatic and was tested for COVID-19 on April 17, 2020. Client A was transferred to Unit 2TR on April 17, 2020. Client A's test results showed Client A was positive for COVID-19 on April 20, 2020. As of April 21, 2020, Client A remained on Unit 2TR.

Executed on the 22nd day of April 2020 in Washington, D.C.

*Hadley Truettner*
_____
Hadley Truettner
Staff Attorney
Public Defender Service, MHD
633 Indiana Avenue Ave, NW
Washington DC 20004