UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-3185 (RDM) |

### DEFENDANTS' NOTICE IN RESPONSE TO
### THE COURT'S MINUTE ORDER OF APRIL 24, 2020

Defendants the District of Columbia, Department of Behavioral Health Director Barbara Bazron, and Saint Elizabeths Hospital CEO Mark Chastang (collectively, the District) provide the following information pursuant to the Court's Minute Order of April 24, 2020.

As stated in the Parties' Joint Status Report of April 23, 2020 [53], the District reiterates that the CDC guidance applicable to—and followed by—Saint Elizabeths Hospital is the guidance on healthcare facilities, nursing homes, and long-term care facilities. *See* Exhibits to Defs.' Notice of Filing CDC and DC Health Guidance [54-1 to 54-4]. Nevertheless, even for prisons and jails, the CDC Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities recommends testing persons under investigation only once before returning them to the general housing population if that test comes back negative. *See* Exhibit 2 to Pls.' Notice of Filing CDC Guidance Docs. (Detention Facility Guidance) [55-2].

The guidance document contains two relevant provisions. Under the compound heading "Medical Isolation of Confirmed or Suspected COVID-19 Cases," the CDC recommends that an individual in a detention facility have two negative tests more than 24 hours apart to determine whether that person is "still contagious" prior to their release from medical isolation. Detention Facility Guidance at 13. An individual who has never been COVID-positive could not be "still contagious." This applies only to individuals previously COVID-positive and is in line with the CDC guidance for one of two ways COVID-positive individuals may be cleared for reintroduction into general housing in healthcare facilities. *See* Defs.' Exhibit B [54-2] at 3.

Indeed, the Detention Facility Guidance's more relevant provision falls under a sub-section titled "Management of Incarcerated/Detained Persons with COVID-19 Symptoms" with specific guidance for the testing of individuals who are suspected of having COVID-19. Detention Facility Guidance at 17. The guidance provides for only one test, and "if the COVID-19 test is negative, [officials should] return the individual to their prior housing assignment unless they require further medical assessment or care." *Id.* This is in line with CDC guidance in healthcare settings requiring only one test for patients suspected of having COVID-19 based on their symptoms. Defs.' Exhibit B at 4 (no transmission-based precautions needed for individuals previously under investigation "based upon having negative results from at least one" test).

Dated: April 24, 2020.                Respectfully submitted,

                                                          KARL A. RACINE
                                                          Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
MICAH BLUMING [1618961]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov

*Counsel for Defendants*