# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ENZO COSTA, et al.,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Case No.  1:19-cv-3185 (RDM)

**NOTICE OF IN RESPONSE TO THE COURT'S MINUTE ORDER OF APRIL 24, 2020**

Plaintiffs do not have any further evidence to submit on the question of test-based strategies for discontinuation of <u>quarantine of exposed individuals</u> at this time.

As discussed in oral argument, Plaintiffs refer the Court to the Centers for Disease Control Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities, page 13 (ECF 55-2) regarding the discontinuation of medical isolation of known or suspected cases of COVID-19.

Dated:  April 24, 2020

                                      /s/ Kaitlin Banner
                                      Kaitlin Banner (D.C. Bar No. 1000436)
                                      Margaret Hart (D.C. Bar No. 1030528)
                                      Hannah Lieberman (D.C. Bar No. 336776)
                                      Jonathan Smith (D.C. Bar No. 396578)
                                      WASHINGTON LAWYERS'
                                      COMMITTEE FOR CIVIL RIGHTS AND
                                      URBAN AFFAIRS
                                      700 14th Street, NW, Suite 400
                                      Washington, DC 20005
                                      Phone: (202) 319-1000
                                      Fax: (202) 319-1010
                                      Kaitlin_banner@washlaw.org

margaret_hart@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org
maria_morris@washlaw.org


John A. Freedman (D.C. Bar No. 453075)
Tirzah S. Lollar (D.C. Bar No. 497295)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@aporter.com
Tirzah.Lollar@arnoldporter.com

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
mperloff@acludc.org

Counsel for Plaintiffs