UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENZO COSTA, et al.,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Case No.  1:19-cv-3185 (RDM)

**NOTICE OF SAINT ELIZABETHS HOSPITAL PATIENT DATA RELATED TO COVID-19**

As ordered by the Court by the April 28, 2020 Minute Order, Defendants have provided Plaintiffs with daily reports regarding the patients at Saint Elizabeths Hospital, their COVID-19 status, and their housing placement. Exhibit 1 summarizes this date.

Plaintiffs call the Court's attention to the following:

a)  As of April 29, 2020, 106 patients at Saint Elizabeths - more than half - reside in a unit that has been exposed to a COVID-positive patient or staff member within the last 14 days.

b) Yesterday, April 30, 2020, 12 additional patients tested positive for COVID-19. There are now 49 COVID-19 positive cases, almost a quarter of the patients.

c) The patients who tested positive all originated in the same Unit. 17 patients who were exposed to a case in 2A, where proper social distancing, PPE, and mask-wearing were not being practiced. *See, e.g.* Barkenow Decl. (ECF 46-3); Masco Decl. (ECF 39-10). These patients transferred out of their Unit and all housed together, not in quarantine, in makeshift space in the Therapeutic Learning Center. Because of the TRO they were transferred to quarantine spaces

around Wednesday, April 29, 2020. (ECF 64)   By Thursday, April 30, 2020, twelve of those seventeen patients tested positive.

| | |
|---|---|
| Dated:  May 1, 2020 | /s/ Kaitlin Banner |

Kaitlin Banner (D.C. Bar No. 1000436)
Margaret Hart (D.C. Bar No. 1030528)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
Kaitlin_banner@washlaw.org
margaret_hart@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

John A. Freedman (D.C. Bar No. 453075)
Tirzah S. Lollar (D.C. Bar No. 497295)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@aporter.com
Tirzah.Lollar@arnoldporter.com

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
mperloff@acludc.org

Counsel for Plaintiffs