**EXHIBIT 1**

|  | Status as of 4.22 | 4.29.20 | 4.30.20 |
|---|---|---|---|
| COVID-19 DEATHS | 6 | 10 | 10 |
| COVID-19 + CASES | 41 | 37 | 49 |
| UNIT |  | Individuals in Care on Unit | Individuals in Care on Unit |
| 1A | Exposed | 11 | 22 |
| 1B | Isolation Unit for COVID+ | 18 | 18 |
| 1C | Exposed | 12 | 12 |
| 1D | Exposed | 11 | 11 |
| 1E |  | 19 | 19 |
| 1F |  | 15 | 15 |
| 1G |  | 18 | 18 |
| 2A | Isolation Unit for COVID+ (*ECF 45*) | 22 | 11 |
| 2B | Exposed | 24 | 24 |
| 2C |  | 20 | 20 |
| 2D | Exposed | 22 | 22 |
| TR2 | Symptomatic PUI | 8 | 9 |
| PUI | (didn't exist) | 0 | 2 |
| TOTALS |  | 200 | 203 |