**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BARBARA J. BAZRON, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-3185 (RDM) |

**ATTACHMENT A**

*Amici curiae* are directed to answer the following questions:

**COVID-19 Prevention & Management**

1. When patients display COVID-19 symptoms, as defined by the CDC and DC Department of Health, are they tested for COVID-19?
   a. What symptoms trigger a test for COVID-19?
   b. How many patients report symptoms but are not tested?
2. When patients who have not tested positive display COVID-19 symptoms, as defined by the CDC and DC Department of Health, are they isolated from other people?
3. When patients test positive for COVID-19, are they isolated from patients who have not tested positive? Are they isolated from other patients who have tested positive?
4. When patients who have not tested positive are exposed to confirmed COVID-19 positive patients, are they isolated from other patients?
5. What measures is the Hospital taking to isolate patients and prevent the spread of COVID-19 in:
   a. Units housing COVID-19 positive patients?
   b. Units housing COVID-19 suspected patients (PUI units)?
   c. All other units?
6. What criteria do the Hospital use to release patients from COVID-19 positive isolation, COVID-19 suspected isolation and quarantine from COVID-19 exposure?

7. Are new patients tested and/or quarantined upon admission?
8. What visitor screening is conducted and what limitations are imposed on visitor access?
9. In COVID-19 positive units, PUI units, and quarantine units, including any auxiliary spaces, what are the housing conditions, including bathrooms, common rooms, and dining?
    a. Is social distancing possible in common areas in units?
    b. What is the approximate size of common areas?
10. Are staff enforcing social distancing and mask wearing?
    a. What obstacles, if any, do staff face in enforcing social distancing and mask wearing?
    b. What kinds of masks are patients wearing?
11. What are the quantities of personal protective equipment and cleaning products in the Hospital stockpile?
12. Are housing units, including common spaces such as bathrooms and showers, cleaned with sufficient frequency and care to prevent infection?
13. How are staff assigned to units?
    a. Are staff working on more than one unit on the same day?
    b. Are staff working on more than one category of units (COVID-19 positive, PUI, quarantine)? If so, how often are staff moving between units?
    c. Do staff who interact with patients have access to, and wear, personal protective equipment (PPE)? What kind of PPE do they wear?
14. Have staff been properly trained in donning and doffing PPE and are they donning and doffing appropriately?
15. Do all units have soap and hand sanitizer available?
16. Do housing units, and particularly common spaces such as bathroom, lounges, and common areas, appear to be sufficiently cleaned?

**Mental Health Care**

17. Are the Hospital and the Department of Behavioral Health periodically evaluating patients for discharge to a community placement in light of the COVID-19 outbreak?
    a. Are there barriers to timely and appropriate discharge being addressed?
    b. How frequently is the Hospital discharging patients?
18. What mental health care services is the Hospital providing to patients in light of the COVID-19 outbreak, and how are they being provided? What has changed in light of the COVID-19 outbreak about how the Hospital is providing mental health care services?
19. What technological assistance, such as a computer and/or iPad or tablet is available to patients for teletherapy and other mental health treatment, and how frequently can patients access it?
20. What opportunities to meaningfully engage individuals in isolation or quarantine is the Hospital providing, including socialization and recreation?
21. Has COVID-19 affected the Hospital's response to patient incident reports, including the time within which the Hospital responds?
22. How many patients have been restrained or secluded on a daily basis since March 11, 2020? How does this compare to the Hospital's pre-COVID-19 average use of restraint and seclusion, taking into account the reduced patient census? Who is reviewing the use of seclusion, restraint and the consideration of less restrictive measures?
23. What access do patients have to the use of a telephone and is their privacy respected?