## Appendix A

**1. Continue to reduce the patient census to the extent possible**

The nature of the facility and its patients makes it quite difficult at times to find suitable accommodations in the community, with family or other guardians, or in other chronic care institutions which might be hesitant to accept patients coming from a facility known to have circulating virus.  Nevertheless, one of the best ways to continue to move toward the elimination of the SARS-CoV-2 from the environment is to reduce the number of potential hosts.  This would allow for physical distancing to be practiced to a much more effective extent, for better surveillance to be conducted in order to ensure appropriate implementation of infection control measures, and for individual attention to be paid to personal hygiene practices (masking, hand washing/sanitizing, etc.) of patients.  Census reduction can be achieved by implementing the following:

   a. **Discharge** to community/family/alternative facility whenever possible.  Discharges from St. Elizabeths should be limited to patients residing on the non-COVID units and discharge should take place only after two negative PCR tests taken at least 24 hours apart (3-4 days apart would be better) have been obtained.

   b. While only a very small number of **new admissions** is currently being allowed, and only by court order, reducing admissions to an absolute minimum is an element of reducing the risk of introduction of virus into the facility and the Court should be mindful that any new admission of a patient to St. Elizabeths Hospital at this time poses an increased risk to staff working there and patients currently being treated there.

   All new admissions who have not had a positive coronavirus test result at the time of arrival should be tested as soon after arrival at St. Elizabeths as possible, using the FDA-approved point-of-care test available there (Abbott ID NOW). Court admissions whose infection status is unknown at the time of arrival, i.e., who have not yet been tested for SARS-CoV-2, or for whom the result of the test done at St. Elizabeths at the time of admission is not yet available, should not be integrated with other patients, because of the potential of recent exposure, but rather should be housed as separately from both COVID units (where they could be at risk of becoming infected if they are negative) and non-COVID units (where they might transmit virus if they are positive) as possible.

   If a new admission arrives with a positive test result or if a test performed upon arrival at St. Elizabeths is positive, the individual should be admitted to a COVID

unit and can be discharged to a non-COVID unit upon fulfilling the criteria listed below.

For new admissions whose admission test is negative, if the individual demonstrates any symptoms compatible with COVID-19, s/he should remain quarantined until at least three days have elapsed following the complete resolution of all symptoms AND at least 10 days have elapsed since the onset of symptoms AND the results of two diagnostic tests taken at least 24 hours apart are negative.  At that point, the individual can be placed in a non-COVID unit.

For new admissions whose admission test is negative and who does not demonstrate any symptoms, that person should be considered "exposed" and should remain in quarantine for 10 (preferably 14) days after which s/he can be moved to a non-COVID unit upon receiving 2 negative test results at least 24 hours (preferably 3-4 days) apart.[1]

2. **Cohorting**

   a. COVID units (1A, 1B, 2TR, TLC).

   At the time of this report, there are four units (1A, 1B, 2TR, TLC) that are reserved for patients who have tested positive for SARS-CoV-2.  This is actually the easiest kind of unit to deal with.  As long as both patients and staff observe the strictest implementation of appropriate infection control measures ("transmission-based precautions"), entry and exit of virus from this unit should not occur.  In addition, patients in this unit are at no risk of contracting COVID-19 because they already have it (the same cannot be said for staff, whose COVID-19 status is currently unknown, which leads to the recommendation that an effort should be made to staff these units only with HCP who have previously tested positive for coronavirus, have quarantined on that basis, and have returned to work.  In terms of discharge of patients from this unit, the following is recommended:

   i. For asymptomatic patients (those who have been admitted to one of the COVID units on the basis of a positive test result alone):

---

[1] The time frames in parentheses (14 days since the onset of symptoms and two negative diagnostic tests 72 hours apart) are conservative.  Taken with the fact that viral shedding can be longer than was initially thought and there are deficiencies in the ability of the currently available tests to identify all cases of COVID positivity (they are of relatively low sensitivity, in epidemiological terms), we are recommending that a more conservative approach be adopted, if possible, although it is not entirely consistent with the CDC Guidelines cited below.

- - ■ Discharge to non-COVID unit after 10 days (14 days) have passed since first COVID+ test PLUS 2 negative tests 24 hours apart.[2]
  - ii. For patients who were admitted on the basis of having demonstrated symptoms compatible with COVID-19 followed by a positive test:
    - ■ Discharge to non-COVID should wait until at least 3 days since full resolution of symptoms upon medical examination AND at least 10 days (14 days) since first appearance of symptoms PLUS 2 negative tests at least 24 (72) hours apart

  b. Quarantine units (1C, 1D, 1E, 1F, 1G, 2C, 2D )

  Current practice is to maintain everyone in the unit in quarantine for 14 days since the time of the last exposure of the last patient admitted to the unit, at which time, if there has been no evidence of infection, the unit can be converted to a non-COVID designation.  This aspect of cohortation should be maintained and patients on these units should be tested at regular intervals. It is recommended that this be done on a weekly basis until no patients have positive test results.  After all patients have tested negative at one of these "mass" testings for a first time, a second test should be conducted 72 hours later and, if all remain negative, and the most recent possible exposure to a known test-positive individual (patient or HCP) is at least 14 days earlier, the unit can be designated as non-COVID.

  However, should at any time a patient be removed from the quarantine unit on the basis of having become a person under investigation (PUI) and should subsequently have a positive test, or should one or more patients test positive at the weekly testing, the entire unit needs to re-start its 14-day quarantine period. Those who test positive should be immediately transferred to a COVID unit.

  c. Inpatients under investigation (PUI)
  This is an area reserved for inpatients suspected of having asymptomatic COVID-19 on the basis of compatible symptoms developed on the non-COVID or quarantine units, prior to confirmation or "rule out" of SARS-CoV-2 infection on the basis of diagnostic testing.  PUIs whose tests are positive are moved to a COVID unit.  PUIs whose test results are negative are returned to the unit from which they were placed on PUI status.  This poses a problem if more than one person is in the PUI space at the same time and if their test results are discordant.

---

[2] This and the following recommendations are drawn from the CDC Guidelines for Discontinuation of Transmission-Based Precautions and Disposition of Patients with COVID-19 in Healthcare Settings (Interim Guidance), updated May 2, 2020 and available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-hospitalized-patients.html

In the event that a test-negative PUI has been housed together with a test-positive patient, AND a breach has occurred in changing PPE and/or equipment has been inadvertently shared, the test-negative patient would be deemed "exposed" and in need of 14-day quarantine.  The patient cannot under any circumstance be returned to a non-COVID unit for fear of rendering that unit "exposed" should s/he eventually become positive during the quarantine period.  Similarly, to return the patient to a quarantine unit runs the risk of having to reset the clock of that unit should the PUI patient convert to a positive test status.

To prevent this type of situation from occurring, staff assigned to the PUI unit are managing PUIs as "individually cohorted" and not allowing contact between the patients from the time they are designated PUI on the basis of symptoms and the time they are confirmed or ruled-out as being SARS-CoV-infected.[3]  If isolation can be assured, then a PUI who tests negative on two tests 72 hours apart can be returned to the unit from which s/he came.

   d.  Non-COVID units (2A, 2B)

   These are units that currently house patients who are not suspected of having been exposed to COVID-19 patients and have tested negative on one or more testing cycles.  They are considered to be virus-free.  Nevertheless, out of an abundance of caution, infection control and physical distancing precautions should be taken, at least until further notice, considering the important "viral load" present in the hospital.  Nevertheless, there is no reason why therapy should not be available to these patients in the same way as it would be in the absence of circulating SARS-CoV-2.  Continued care must be taken, however, to not allow these patients, or the staff caring for them, to come in contact with patients from the other units.

3. **Traffic**

It is critically important to understand that in order to stop ongoing transmission of the virus within St. Elizabeths, the circulation of all patients and staff within the hospital must be curtailed.

---

[3] So far there have been only small numbers of PUIs at any given time.  It would be acceptable to test them using the Abbott point-of-care machines that are currently at St. Elizabeths.  Still, because of problems with sensitivity with this test, depending on how much risk is deemed acceptable, requiring two negative tests 72 hours apart does not seem excessive.

a. HCPs and other staff should be assigned daily to only one unit.  If a HCP is going to work overtime it should be on the same unit they have been working throughout the day.  Because the greatest need for overtime work is in the COVID units, that need should be filled by contract workers or by those who have been working in those units during their shift.

b. The greatest impediment to interrupting transmission of virus within the facility is the re-introduction of virus from the outside community.  HCPs and other staff return to the community upon completion of their work and are probably at greatest risk of coming in contact with SARS-CoV-2.  The hospital has established acceptable daily screening procedures for all visitors and staff, including HCPs, prior to their entry, but the presence of asymptomatic or pre-symptomatic carriers of the virus can easily go undetected.  This screening must continue and any HCP, staff or visitor identified to be febrile or have other symptoms identified by the CDC should be restricted from entering the hospital.

c. A characteristic of a psychiatric hospital is that violent incidents occasionally occur that require a hospital-wide response from HCPs and staff that may require rapid intervention to take place on a patient unit to which they are not assigned.  While this might result in an increased risk of SARS-CoV-2 transmission to a non-COVID or quarantined unit, the physical safety of staff and patients should be considered the highest priority.  Converting to a testing strategy (see below) will allow for proactive action to be taken regarding the subsequent status of individual staff and patients, and the appropriate designation of units.

4. **Testing:  IT IS IMPORTANT THAT TESTING SHOULD NOT REPLACE OR SUPERSEDE THE IPC PROCEDURES RECOMMENDED IN THIS REPORT.**

    a. SARS-CoV-2 testing using RT-PCR to detect viral RNA (at least until antigen testing becomes more widely available) should be carried out far more aggressively than has been the case to date.  It is recommended that all future decisions regarding patient placement and discharge must be made on the basis of testing rather than on symptoms. Voluntary testing is no longer acceptable. All personnel need to adhere to a testing schedule to be developed between St. Elizabeths leadership and DC health authorities in accordance with the recommended stipulations below.

    Although it is perfectly understandable that the lack of availability of tests, reagents, nasopharyngeal swabs, and other equipment has delayed a regular, routine testing schedule for all patients and HCPs, the fact that so many infections seem to have asymptomatic COVID patients or staff as their source dictates a formal change in course at this time.  The District of Columbia, as owner and operator of the facility, should be responsible for effectuating this change.

b. In full concordance with CDC guidelines,[4] a point prevalence survey (PPS) of ALL HCP should be conducted as soon as possible in order to be able to determine whether any are currently COVID+. A single test is sufficient for this PPS (but see next paragraph). If a HCP is found to be COVID+, s/he must be excluded from the facility for 14 days until found negative on two consecutive tests (these can be conducted on day 10 and day 14 of the quarantine period).

c. All HCP who test negative for SARS-CoV-2 during an initial point prevalence survey should be re-tested, en masse, at regular intervals. Initially, a weekly schedule of re-testing should be adopted. After two surveys, a week apart, have been conducted, the interval between surveys can be extended to two weeks.

d. At least 100 HCPs have reported being tested and have submitted the results of that testing to the Occupational Health officials at St. Elizabeths. Those who have confirmed SARS-CoV-2 positive test results need not be re-tested as part of the PPS and can resume a normal work schedule if they have one confirmed negative test 14 days after having been quarantined. HCPs who have reported negative results from previous testing should be re-tested as part of the PPS.

e. It would be useful to establish the SARS-CoV-2 infection history of all HCP. The only available way to achieve this would be with antibody testing. However, there is currently no FDA-approved COVID antibody test. While many tests are available, their reliability has not been well established. In addition, interpretation of antibody testing at this time can only be suggestive of immunity, not definitive. For this reason, in keeping with the conservative, "take no chances" tone of this report, antibody testing is not being recommended at this time.[5]

f. All patients who have been in contact with any COVID+ HCP, by virtue of the HCP having worked on their unit during the past 10 days, should be moved to a designated quarantine unit.

g. The facility has already embarked upon a point prevalence survey of the patients with two rounds of testing underway. Upon receipt of test results, all positive patients should be moved to a COVID unit. All patients who test negative on the first round of testing should await the results of a second test and then be placed

---

[4] CDC. Testing for Coronavirus (COVID-19) in Nursing Homes. April 30, 2020. In addition, a point prevalence survey of all residents should also be undertaken, and this has been done in St. Elizabeths within the last week.

[5] As stated, antibody testing could be useful, but should only be considered research at this time. An apparently accurate test is being used at George Washington University Hospital as part of a research protocol that could possibly be extended to include St. Elizabeths. I (RW) have spoken with the principal investigator who is willing to further explore this possibility with the Department of Health.

    in a unit appropriate to their status.  All patients who remain negative after the first round of testing should be tested at weekly intervals until subsequent point prevalence surveys do not identify any new COVID cases.

   h. In regard to patients who refuse testing, which has recently been the case for approximately 10% of the patient population, all efforts should be made to try to encourage compliance while respecting the rights of the patients.  Refusals from patients in non-COVID units are acceptable, unless a patient on this unit is identified with a positive test result, at which time the unit must be considered exposed and quarantine must be begun.

   i. At least two patients housed on a quarantine unit are transferred on a regular basis to outside facilities (OSF) for treatment (e.g., renal dialysis, electro-convulsive therapy).  These patients pose a risk of becoming infected during transport and/or at the OSF and should be given special attention in respect to monitoring and testing.

**5. Data collection and analysis – see Recommended Directives for the Court #2**