# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ENZO COSTA, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Case No.  1:19-cv-3185 (RDM)

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs, by and through counsel, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Rules 7 and 65.1, and the Court's May 11, 2020 Minute Order, hereby move for a temporary restraining order.  A statement of points and authorities is support of the motion and a proposed order accompanies this motion.

Dated:  May 14, 2020

    Respectfully submitted,

    /s/ John A. Freedman
    John A. Freedman (D.C. Bar No. 453075)
    Tirzah S. Lollar (D.C. Bar No. 497295)
    Brian A. Vaca (D.C. Bar No. 888324978)
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Avenue, N.W.
    Washington, D.C.  20004
    (202) 942-5000
    John.Freedman@arnoldporter.com
    Tirzah.Lollar@arnoldporter.com
    Brian.Vaca@arnoldporter.com

    Kaitlin Banner (D.C. Bar No. 1000436)
    Margaret Hart (D.C. Bar No. 1030528 )
    Hannah Lieberman (D.C. Bar No. 336776 )

Jonathan Smith (D.C. Bar No. 396578 )
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
margaret_hart@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org
aspitzer@acludc.org
mperloff@acludc.org

## **CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7(m), counsel hereby certifies that counsel have discussed the preliminary injunction motion in good faith, including discussions on May 5 and May 8. Defendants oppose the relief sought in the motion.

/s/ John A. Freedman
 John A. Freedman