# DECLARATION OF WILLIAM DUNBAR
# PATIENT AT SAINT ELIZABETHS HOSPITAL

*I, William Dunbar, certify under penalty of perjury that the following statement is true and correct.*

1. I am forty year old and a patient at Saint Elizabeths Hospital. I am diagnosed with paranoia schizophrenia. I am indefinitely, involuntarily civilly committed to the District's care.
2. Typically, I reside on Unit 2A which houses up to twenty-seven men who are classified as Not Guilty by Reason of Insanity.
3. Approximately five weeks ago, I was sent to a local hospital because the staff at St. Es was concerned that I had COVID-19. At the local community hospital, I was tested for COVID-19 and the flu. The COVID-19 test came back negative, but I tested positive for the flu. Following the tests confirming that I had the flu and not COVID-19, I returned to St. Es to recover in unit 2A.
4. As my April 17, 2020 declaration states, following my return from the community hospital several patients and staff in Unit 2A contracted COVID-19. While I had been exposed, I did not have any symptoms and so, on April 15, 2020, I was moved to the Therapeutic Learning Center (TLC). At that time, the TLC was for exposed patients who were not symptomatic for COVID-19. We were not tested for COVID-19 before being moved to the TLC.
5. Approximately two and a half weeks ago, after I had been moved to the TLC, I had a cold and the staff at St. Es tested me again for COVID-19. This time the test came back positive. It is my understanding that most of the patients who had been moved from 2A to the TLC at the same time that I moved there ended up contracting COVID-19.
6. Upon testing positive for COVID-19, I was transferred to unit 2TR. I remained there for approximately three days.
7. While in 2TR I was tested again for COVID-19 and the test was positive.
8. Following my second positive COVID-19 test, I was transferred back to my room in Unit 2A. I remained there for one or two days.
9. After one or two days on 2A, I was transferred back to 2TR, where I remained for about a week.
10. After a week on 2TR, staff instructed us to go to Unit 2A where we had thirty minutes to pack up our belongings before being transferred yet again, to Unit 1A, where I am currently.
11. In Unit 1A there are "do not sit here" signs on seats to increase social distancing and medication and meals are brought to our rooms. We are allowed to go into the courtyard on the unit.
12. My COVID-19 symptoms have been mild, although my eyes are red all the time and the eye drops the hospital has provided are not helping. The staff checks my temperature and oxygen levels two times per day.
13. I was tested for COVID-19 again this past Monday, May 11, 2020. I am waiting to find out the results.

14. At this point, I am scared. Patients on Units 2A and 1A have died from COVID-19. On Unit 1A I actually walked past a patient's room after he died. I saw him lying in his bed. I did not realize at the time that he had passed away.
15. For the last four weeks, I have had sessions with my therapist on the phone each Thursday.
16. When the hospital is functioning normally, I also attended group therapy in the TLC and community regularly. My group therapy sessions included Community Training, Drug Education, Medication Education, and gym classes.
17. The TLC is closed and, since COVID-19 was found in the hospital, I have not attended any group therapy.
18. I am trying to keep my spirits up but I am worried about my eyes and I want to be released from the hospital.
19. My mom lives in the District and I typically visit her when the hospital is functioning normally and I can get a day pass. She would let me live with her and I want to, if I was released.

I, Stephanie Maldonado, certify that the foregoing was read to Mr. Dunbar and that he affirmed that the foregoing is true and correct on May 14, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2020.

*Stephanie Maldonado*
Stephanie Maldonado