# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

## DECLARATION OF YI-LING ELAINE TU, RN

I, Yi-Ling Elaine Tu, RN, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties. I previously provided a declaration in this matter [42-5].

2. I am the Infection Control Coordinator for Saint Elizabeths Hospital. I have worked at Saint Elizabeths Hospital since August 2008. I have a Master's Degree in Nursing Education, and have worked for 20 years in the field of nursing. After joining the Hospital in 2008, I spent six years as the Nurse Manager in a geriatric unit. I have been the Infection Control Coordinator since 2014.

3. As Infection Control Coordinator at Saint Elizabeths, I am responsible for working across disciplines in coordinating the Hospital's efforts in infection control issues. This includes updating the Hospital on the Centers for Disease Control and Prevention (CDC) and District Department of Health (DOH) COVID-19 guidance

and new infection-related issues, assisting the Hospital's effort in strategizing infection prevention plans, monitoring Hospital infections, and providing education to all disciplines on infection prevention. As part of my job, I have been involved in educating patients and staff about COVID-19 precautions. This includes proper hand washing, social distancing and proper cough etiquette, and recognizing symptoms related to COVID-19.

4.   The Hospital has implemented a robust infection control program to stop the transmission of COVID-19. After DC Health issued the first Health Notice on January 10, 2020,[1] I initiated a discussion on hospital preparedness in our monthly Infection Control Meeting on January 29, 2020. In an effort to increase awareness and infection control practices amid the COVID-19 threat, I began training the Hospital nursing staff, safety officers, dietary staff, and housekeepers in February 2020 on proper hand-hygiene and use of the Powered Air Purifying Respirator (PAPR). In addition to training, I recommended increased cleaning and disinfecting of high touch surfaces. Furthermore, I had frequent discussions with our material management manager on our PPE supplies, inventory of our cleaning supplies and disinfectants, and the purchase of masks and gowns.

5.   Since March 2020, I have frequently inspected the units to observe compliance with PPE and infection control practices. I attend the daily nursing managers meetings, where I provide training and feedback on my observations of PPE deficiencies, corrective actions, and provide updates on infection prevention

---

[1] https://dchealth.dc.gov/sites/default/files/dc/sites/doh/publication/attachments/HAN_Pneumonia_of_Unknown_Etiology_Update.pdf

2

strategies. I address the entire Hospital staff three times a week through an all-staff WebEx, where I reinforce proper PPE use, hand hygiene, and infection control practices. The Hospital's Performance Improvement Committee conducts random audits via video on staff compliance with PPE and hand hygiene. Based upon those results, I provide additional feedback to the entire Hospital at our Web Ex meetings and I follow up with individual units, based on where the audits reveal a need for improvement.

6. Around February 26, 2020, I started consulting the DC Health Epidemiology Department. I received frequent expert advice from Joel Selanikio, MD; Anitra P. Denson, MD, MPH; Jacqueline Reuben, MHS, Senior Infectious Disease Epidemiologist; Sasha McGee, PhD, MPH; and Shreya Khuntia, MBBS ,MPH, Epidemiologist- Influenza and COVID-19 response. For example, on February 26, 2020, I contacted Sasha McGee at DC Health and sought input on the Hospital's Pandemic Readiness Plan. On March 28, 2020, DC Health epidemiologist, Shreya Khuntia, provided consultation on the CDC and DC Health requirements for isolating the Hospital's first positive patient, which the Hospital followed.

7. On March 29, 2020, via e-mail to DC Health, I requested testing kits be made available for our employees and patients. At that time, if a patient at Saint Elizabeths satisfied the criteria for testing, the patient had to be transferred to an acute care hospital in the community. Around April 9, 2020, the Hospital received its first 20 test kits which allowed for the testing of patients at the Hospital through the District of Columbia Department of Forensic Services (DC Lab). I requested an

3

additional 20 test kits on April 11, 2020. At that time, DC Health recommended testing only patients with symptoms related to COVID-19 and who fit the criterion for testing, according to the then-current DC Health Notice.[2]

8. Following the advice of DC Health, the Hospital created a COVID-19 unit and a Person Under Investigation Unit (PUI). On March 30, 2020, the hospital established unit 2TR as a PUI unit and isolated two to three patients at a time, each in a separate room with an individual bathroom, when they exhibited potential COVID-19 symptoms. Patients stayed on the PUI unit until their test results returned. If the patient's result was positive, the patient was moved to a COVID-positive unit.

9. At the time I submitted my previous declaration in this matter, I stated that for a PUI patient tested for COVID-19, "[i]f the test is negative, the patient can return to his or her unit." *See* Declaration of Elaine Tu [42-5] ¶ 7. That did not fully state the Hospital's practice at the time. Instead, at that time, when a PUI patient's test result came back negative, the patient returned to his or her original unit if the physician or nurse practitioner did not further suspect COVID-19. Prior to releasing the patient from PUI isolation, the general medical officer or nurse practitioner conducted a physical examination to rule out clinical suspicion of COVID-19 infection. A patient would not automatically be released from PUI isolation if clinical suspicion of COVID-19 was found. At that time, the hospital followed both DC Health and CDC

---

[2] https://dchealth.dc.gov/sites/default/files/dc/sites/doh/publication/attachments/COVID-19_HAN_20200313_Final_a.pdf

4

guidance that allowed the Hospital to release a patient from a PUI status based upon one negative test if in the clinician's judgment COVID-19 was not suspected.

10. Between April 1 and April 25, the Hospital released 2 COVID-19 negative patients from PUI status.

11. On April 15, 2020, the Hospital implemented its current Universal Personal Protective Equipment (UPPE) use policy for staff throughout the Hospital. This includes the use of a face mask and face shield, which are required for staff working on all units.[3]

12. On April 17, 2020, DC Health and the CDC visited the Hospital and agreed with the Hospital's decision to move 17 asymptomatic patients from unit 2A to the Therapeutic Learning Center (TLC) gymnasium; we did this to minimize the transmission of COVID-19 to other patients and to make unit 2A a COVID-positive isolation unit. The proposed move was also discussed via telephone and e-mail with Dr. Joel Selanikio from DC Health. On April 24, 2020, all patients on the TLC were moved back to a regular unit.

13. By April 24, 2020, the Hospital began to receive additional testing kits to start testing all patients. The Hospital began doing this one unit at a time starting with unit 1A on April 24, 2020, a geriatric unit with patients at greater risk of COVID-19 complications.

---

[3]https://dchealth.dc.gov/sites/default/files/dc/sites/doh/publication/attachments/COVID-19_DC_Health_Guidance_Universal_Masking_and_Healthcare_Personnel_Monitoring_Restriction_and_Return_to_Work.pdf

5

14. Currently, units 1A, 1B, 2TR, and Intensive Side TLC are positive COVID units. The remaining units remained under universal, quarantine-level precautions. I track the exposure history and current status of each unit on a daily basis.

15. The census at the Hospital as of midnight May 17, 2020 was 196. As of today, the Hospital has completed two point prevalence surveys of patients. We will conduct a third point prevalence survey the week of May 18, 2020. Based upon the testing results, 18 prior positive patients have recovered based upon two negative tests and lack of symptoms and 17 prior positive patients have tested negative on one test and are pending additional testing and evaluation to determine recovered status.

16. The Hospital conducted its first point of prevalence survey for Hospital staff the week of May 11-15. The second round of testing for staff will begin on May 18, 2020.

17. On May 11, 2020, the CDC published guidance for psychiatric facilities.[4] The Hospital is fully complying with this guidance.

18. On May 11, 2020, DC Health assigned an additional representative to assist the Hospital with COVID-19 issues and will provide on-site support one or more days a week.

19. On May 15-16, 2020, three epidemiologists from the Centers for Disease Control and Prevention, Zeshan Chisty, MPH, David Blaney, and Samira Sami, and infection control experts from the DC Health, including Olayemi Adurota, the new

---

[4] https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-faq.html

6

DC Health advisor that will be making on-site visits, visited the Hospital and inspected several units. The CDC and DC Health representatives met with nursing and housekeeping leadership to discuss PPE and infection control. On May 16, 2020, the CDC provided three separate training sessions to Hospital staff on PPE use and hand hygiene. Approximately 80 staff took and passed a written test, and CDC evaluators observed and provided feedback to staff donning and doffing PPE in real time. Additional training by the same team is scheduled to occur on Wednesday, May 20, 2020. Also, on an ongoing basis, our Nurse Educators will continue to offer the same training to all employees at the Hospital.

20. We have provided our staff working directly with patients on COVID-positive and PUI units with N95 respirators (N95s). To preserve our limited supply, these staff were previously instructed to wear an N95 during their shift, and if the N95 was not torn or soiled, to store the N95 in a paper bag over night and to re-use it the next day. Whenever an N95 became soiled or torn, a staff member would receive a new one. I decided that this practice should be implemented because there was a shortage of N95 masks and the Hospital needed to conserve the limited supplies and the CDC guidance permitted reuse up to 5 times unless damaged or soiled. Furthermore, I determined that N95 masks were recommended for use with our psychiatric population due to the possibility that some patients would be non-adherent with masking requirements as a result of their mental illness. With the increase in our N95 supply and updated guidance from the CDC, we have since changed our practices on respirator use, and staff no longer reuse N95s this way.

21. Based upon CDC recommendation from the May 15-16, 2020 visit, effective May 18, 2020, the Hospital provides one (1) fitted N95 mask per staff per work day on the COVID positive isolation and PUI units. In addition, the Hospital provides two (2) gowns per staff per work day on the COVID positive isolation and PUI units. If additional gowns are needed, the Hospital has sufficient supply and staff may request from their supervisor or nursing office.

22. The Hospital has alcohol-based hand sanitizer on all units.

I declare under the penalty of perjury the foregoing is true and correct to the best of my knowledge, information, and belief.

_5/18/2020_
DATED

_[signature]_
YI-LING ELAINE TU