# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

### DECLARATION OF JOEL SELANIKIO, MD

I, Joel Selanikio, MD, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my acquired education, training and experience over the course of my career, and my own personal knowledge. I have attached my curriculum vitae as Attachment 1.

2. I have been a physician epidemiologist for approximately 25 years. In that role I study patterns of human disease with the goal of reducing it.

3. From 1995 to 1998, I received training as a physician epidemiologist while serving as an epidemic intelligence service officer at the United States Centers for Disease Control and Prevention (CDC). During this period, I led environmental outbreak investigations in Chicago, Haiti and Borneo, and post-disaster rapid needs assessments in various settings.

4. Beginning in 1998, I was a staff epidemiologist and medical officer at the CDC, involved in numerous efforts around the world to chart the patterns of the

outbreak of human disease with the goal of reducing it. I also served within the office of the Secretary of Health and Human Services in the aftermath of the September 11 attacks, working on our response to the anthrax letters as well as planning for chemical and biological attacks. I have additionally volunteered to respond to various events of global health concern, including the 2014-2015 Ebola outbreak in West Africa.

5. I am familiar with the coronavirus that causes COVID-19 from a clinical perspective, including its causes and conditions, its transmission and its ability to quickly spread through congregate settings.

6. From March through May 2020, I served as a Consultant Epidemiologist for COVID-19 Response with the District of Columbia Department of Health (DOH). One of my responsibilities in that position was to confer with the medical staff at Saint Elizabeths Hospital as to evolving standards and practices in fighting the spread of the disease within the institution.

7. During my work as a consultant to DOH, I had numerous conversations and email correspondence with Elaine Tu, the Infection Control Coordinator for Saint Elizabeths. We discussed CDC guidance on COVID-19 infection control measures such as cohorting, testing, and returning healthcare workers to work.

8. Testing capacity for COVID-19 in the District was severely limited through April 2020. Based on CDC guidance at the time, DOH policy did not recommend testing of asymptomatic patients in the Hospital. In conversations with

Ms. Tu, she often requested increased testing capability for patients in Saint Elizabeths that went beyond the minimum recommended by the CDC and DOH.

9. In discussions regarding the cohorting of COVID-positive patients, I advised Ms. Tu that the hospital could use its Therapeutic Learning Centers (TLC), a large gymnasium-like room on each side of the hospital, as housings for asymptomatic patients if necessary to create a unit to cohort patients. The Hospital's plan for housing non-COVID-positive, asymptomatic patients in the TLC allowed enough space for patients to practice social distancing for infection transmission prevention.

10. On April 17, 2020, I was asked to accompany a team of doctors from the CDC on a visit to Saint Elizabeths. During the visit, I personally observed patients on units 1A, 1B, 1C, ID and the TLC. Personnel in attendance from the CDC agreed that the Hospital's use of the TLC as an additional housing unit was an appropriate use of the space.

11. Based on my previous conversations with Ms. Tu, my understanding of Saint Elizabeths infection control measures, my observations, and my conversations with CDC personnel during our visit to the facility, it is my opinion that Saint Elizabeths practices related to the cohorting, isolation and quarantine of patients at that time complied with CDC and DOH guidance.

12. In my conversations with Ms. Tu, which continued into early May, she made it clear numerous times that Saint Elizabeths was following CDC and DOH guidance for testing of patients with symptoms consistent with COVID-19 (persons

under investigation, PUIs).  She also consistently indicated that Saint Elizabeths was following that guidance for "clearing" COVID-19 patients (removing them from COVID-19 units) only after they had tested negative in two separate tests at least 24 hours apart, and clearing PUIs (removing them from PUI units) only after they had tested negative in at least one test, which was also consistent with CDC and DOH guidelines.

13. I have reviewed the April 16, 2020 Amended Complaint in *Costa v. Bazron*, No. 1:19-cv-3185, the Court's temporary restraining order, the oral and written reports of Dr. Ronald Waldman and Joan Hebden, and the CDC guidance for healthcare facilities and long-term care facilities. I have also reviewed the seven administrative guidelines issued by the Department of Behavioral Health and Saint Elizabeths Hospital between January 29, 2020, and April 27, 2020.

14. CDC recommendations regarding COVID-19 infection prevention measures have changed frequently. As an example, on May 2, 2020, the CDC issued guidance to nursing homes stating the "first step of a test-based prevention strategy should ideally be a point prevalence survey (PPS) of all residents and all [healthcare professionals] in the facility" (*i.e.*, including all asymptomatic people in the facility). I have performed an internet search for mention of PPS in the context of COVID-19 and nursing homes or long-term care facilities, and am unable to find CDC guidance that recommended a PPS for nursing home or long-term care facilities before the recommendation posted on May 2, 2020. *See* https://www.cdc.gov/coronavirus/2019-ncov/hcp/nursing-homes-testing.html.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

May 18, 2020
_____   _____
DATED                          JOEL SELANIKIO, MD

5

# ATTACHMENT 1

# Joel Selanikio, MD

Service | Health | Tech | Design

1505 Church St NW
Washington, DC 20005

202.468.7227
joel@futurehealth.live
@jselanikio
www.futurehealth.live

**Summary**

Dr. Selanikio is an award-winning physician, TED speaker, health and technology futurist, emergency responder, and innovator whose broad career has allowed him to observe and leverage the great technological changes of our time as few others have done.

A founding member of the World Health Organization Digital Health Roster of Experts, named as a "powerful innovator" by Forbes, he is a recipient of both the $100,000 Lemelson-MIT Award for Sustainable Innovation and the Wall Street Journal Technology Innovation Award for Healthcare for his work in healthcare technology. This work includes the ongoing development of Magpi, a user-funded, self-supported health-oriented mobile data collection system which was the first cloud computing application created for global health purposes, and the first to use "freemium" tiered pricing to provide universal access.

Dr. Selanikio is a frequent keynote speaker and consultant in the areas of health technology (including AI, big data, and mobile), disaster response, and the business of healthcare. He has consulted and/or spoken at Davos, Foo Camp, WHO, UNICEF, IFRC, Harvard, MIT, Stanford, Google, DARPA, CNN, Fox News, the Clinton Global Initiative, the Royal Society of Medicine, and for the pharmaceutical and healthcare industry – and has been profiled by the Guardian, Wired, Forbes, TED, The Economist, The Wall Street Journal, Fox News, the BBC, NPR, Information Week, and the Washington Post, among many other publications.

An emergency responder and former CDC epidemiologist and outbreak investigator, in December 2014 - January 2015, he was the lead physician at the IMC Ebola Treatment Center at Lunsar, Sierra Leone. As an officer of the Public Health Service, Dr. Selanikio served as Chief of Operations for the HHS Secretary's Emergency Command Center after the 9/11 attacks. In 2005, he was given the Haverford Award for Humanitarian Service for his work in treating tsunami victims in Aceh.

Dr. Selanikio continues to practice pediatrics at Georgetown University Hospital in Washington, DC, USA.

**Contents**

| | |
|---|---|
| Summary | 1 |
| Selected Video Presentations | 2 |
| Selected Recent Public Presentations | 2 |
| Selected Press, Blogs, & Interviews | 3 |
| Selected Magpi-Related Awards | 3 |
| Experience | 3 |
| Clinical Medical Career and Education | 4 |
| Selected Non-Magpi-Related Awards | 4 |
| Selected Publications | 5 |
| Patents | 5 |

CV: Joel Selanikio, MD

## Selected Video Presentations

Collaboration and Science clip (2018)

TED (2013)

Ivey Global Health Conference (2013)

Royal Society of Medicine Lecture (2011)

World Economic Forum "Tech for Society" Panel, Davos (2010)

Lemelson-MIT Innovation Prize Lecture (2009)

1505 Church St NW
Washington, DC 20005

202.468.7227
joel@futurehealth.live
@jselanikio
www.futurehealth.live

## Selected Recent Public Presentations

Keynote at IMSH (Texas 2019): Medical Simulation and the Future of Healthcare

Keynote at Genentech Annual Meeting (California 2019): Artificial Intelligence and Health

Keynote at Mercy Health Annual Meeting (California 2019): Disruption, Health, and Healthcare

Keynote at Health Research Board of Ireland (Dublin 2018): Artificial Intelligence and Health Research

Presentation at EAPS Paris (Paris 2018): AI, Big Data, and Global Health

Keynote at Bayer MS Conference (Porto 2018): Collaboration in Science and Medicine

Keynote at Bayer Heart Conference (Lisbon 2018): Collaboration in Science and Medicine

Keynote at Biogen HackIT conference (Boston 2018): The Disruption of Healthcare

Keynote at ZS Associates Annual Meeting (Santa Barbara, 2017): Coming Changes to Healthcare

Keynote at Genentech Annual Principals Retreat (Sonoma, 2017): AI and Healthcare

Keynote at CHIME/HIMMS CIO Forum (Orlando, 2017): "The Coming Collapse of the Healthcare System"

Keynote at Pharmaceutical Management Society Association annual conference (Orlando, 2017): "The End of Healthcare? / How Information Technology Will Rapidly Change Healthcare and Increase Health"

Keynote at BeWell Conference (Lisbon, 2016): "Big Data and Healthcare"

Keynote at Orthopedic Research Society Annual Meeting (Orlando, 2016): "Big Data, Healthcare, and Research"

Keynote at Novartis MS Days (Istanbul, 2016): "Big Data and Health"

CV: Joel Selanikio, MD

## Selected Press, Blogs, & Interviews

Coronavirus Journalism: What They Put In, What They Leave Out

Selected Coronavirus Data Visualizations

CoronaGeddon 2020: Why Every Map You've Seen of the Outbreak is Wrong

Consumerization Hits Health, in a Big Way

CGTN: Coronavirus and the Elderly (2020)

CGTN: Fusion of Artificial Intelligence and Healthcare (2018)

Fox Business: Ebola

NPR: "Death Becomes Disturbingly Routine: Diary of an Ebola Doctor" (2015)

The Guardian (2013)

The Economist (2011)

Voice of America (2010)

Wired (2010)

The Washington Post (2005)

1505 Church St NW
Washington, DC 20005

202.468.7227
joel@futurehealth.live
@jselanikio
www.futurehealth.live

## Selected Magpi-Related Awards

**ComputerWorld 21st Century Achievement Award - 2012**
For "visionary applications of information technology promoting positive social, economic and educational change".

**FRIDA Award – 2010**
For contributing to the development of the information society in Latin America.

**FastCompany magazine "Social Enterprise of the year" award — 2009**

**Wall Street Journal Award for Technological Innovation in Healthcare — 2009**
For development of the Magpi (nee EpiSurveyor) mobile electronic data collection system.

**Lemelson-MIT $100,000 Award for Sustainable Innovation — 2009**
For development of the Magpi (nee EpiSurveyor) mobile electronic data collection system.

**Knight News Challenge $300,000 Award – 2008**
For creation of innovative SMS-based system for distribution of news in developing countries.

**Tech Museum award for Health — 2008**

**Stockholm Challenge: "Best use of ICT for health" — 2008**
For implementation, with WHO, of the Magpi (nee EpiSurveyor) mobile electronic data collection system throughout sub-Saharan Africa.

## Experience

**CEO and co-founder, Magpi (www.magpi.com) — 2003-present**

**Consultant Epidemiologist for COVID-19 Response, DC Department of Health, Mar - May 2020**

**World Health Organization Digital Health Roster of Experts – 2019 to present**

**Attending Pediatrician, Georgetown Hospital — 2003-present**

CV: Joel Selanikio, MD

**Advisor to DARPA and to the Chairman of the Joint Chiefs of Staff on Ebola – 2014-2015**

**Board Member, FrontlineSMS — 2012-2015**
Advised leading provider of SMS and other tech services to the international development community

**Senior Technical Advisor, American Red Cross, Washington DC — 2003-2004**
Provided technical expertise on data collection and analysis for public health and humanitarian operations in developing countries, with emphasis on mobile technology.

**Chief of Current Operations , HHS Secretary's Emergency Operations Center, Department of Health and Human Services, Washington, DC — 2001-2004**
Emergency assignment for response to September 11th and anthrax attacks. Provided daily anthrax briefs to HHS Secretary. Coordinated information collation and distribution to HHS Secretary from CDC, FDA, FBI and other agencies throughout anthrax emergency.

1505 Church St NW
Washington, DC 20005

202.468.7227
joel@futurehealth.live
@jselanikio
www.futurehealth.live

**Director of Medical Programs / Director of Research, Center of Excellence in Disaster Management & Humanitarian Assistance (a WHO collaborating center), Tripler Army Medical Center, Honolulu HI — 1998-2001**
Assignment from CDC to DOD. Responsibilities included oversight of staff of 10 pursuing operational research in fields of refugee health and mass casualty care, including development of systems for mobile nutritional assessment and early warning outbreak recognition, and training and educational materials for US military mass casualty care and response-to-terrorism programs.

**Epidemic Intelligence Service Officer / Medical Officer, US Centers for Disease Control and Prevention (CDC), Atlanta GA — 1995-1998**
Led environmental outbreak investigations in Haiti and Borneo, post-disaster rapid needs assessments in the Caribbean, and field research in malaria in support of WHO Integrated Management of Childhood Illness (IMCI) program.

## Clinical Medical Career and Education

**Attending Pediatrician, Georgetown University Hospital, Washington DC— 2002-present**
DC medical license initially granted 2002. VA medical license initially granted 2004.

**Lead Physician, IMC Ebola Treatment Center, Lunsar, Sierra Leone — Dec 2014 - Jan 2015**

**M.D., Brown University School of Medicine, Providence RI — 1988-1992**

**B.A., Haverford College, Haverford PA — 1982-1986**

## Selected Non-Magpi-Related Awards

**Haverford College Award — 2005**
For "exemplary service to humanity" in responding to the tsunami disaster in Sumatra, Indonesia, in January 2005.

**HHS Secretary's Award for Outstanding Service — 2003**
For response to the terrorist attacks of 2001.

**US Public Health Service Meritorious Service Medal — 2003**
For meritorious service as Chief of Current Operations in the Secretary's Command Center during the anthrax attacks of 2001 and subsequently as the first acting director of the Office of Planning and Emergency Response Coordination.

CV: Joel Selanikio, MD

**US Army Meritorious Service Medal — 2002**
For "meritorious service as director of Public Health and Research, Center of Excellence in Disaster Management and Humanitarian Assistance, Tripler Army Medical Center, Hawaii".

**HHS Secretary's Award for Outstanding Service — 1998**
For response to the Haiti epidemic in 1996.

**CDC Mackel Award — 1997**
For best investigation combining field epidemiology and laboratory work, as co-investigator of renal failure epidemic in Haiti in 1997.

## Selected Publications

1505 Church St NW
Washington, DC 20005

202.468.7227
joel@futurehealth.live
@jselanikio
www.futurehealth.live

Selanikio, Joel. "Mobile Electronic Health Surveys and Data Collection: History and Practical Points to Consider." *Global Health Informatics: Principles of EHealth and MHealth to Improve Quality of Care*. Ed. Leo Anthony G. Celi et al. Boston: MIT Press, 2017.

Selanikio, Joel. "Bringing the Silicon Valley Revolution in Technology and Business to Global Health." *Social Entrepreneurship and Innovation: International Case Studies and Practice*. Ed. Ken Banks. London: Kogan Page, 2016.

Selanikio, Joel. "Data-Powered Development." *Rise of the Reluctant Innovator*. Ed. Ken Banks. London: London Publishing Partnership, 2013

Selanikio, Joel. Mobile Phones and the Power of Data Collection, National Geographic Newswatch, 2011, http://newswatch.nationalgeographic.com/2011/11/17/mobile-phones-and-the-power-of-data-collection/

Selanikio, Joel. The Invisible Computer Revolution, BBC News, 2008, http://news.bbc.co.uk/2/hi/technology/7106998.stm

Smith S, Joshi U, Grabowsky M, Selanikio J, et al. Evaluation of Bednets After 38 Months of Household Use in Northwest Ghana. Am. J. Trop. Med. Hyg., 77(Suppl 6), 2007, pp. 243–248

Grabowsky M, Nobiya T, Selanikio J. Sustained high coverage of insecticide-treated bednets through combined Catch-up and Keep-up strategies. Trop Med Int Health 2007, 12 (7) pp 815-22

## Patents

**Pharmaceutical Compositions and Methods for Verifying Dosing Compliance (Patent 13/095,834 Pending)**

**Wearable Wireless Electronic Patient Data Communications and Physiological Monitoring Device (Patent 12/208,540)**