# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3    ENZO COSTA, et al.,
                                         Civil Action
      Plaintiffs,                        No. 1:19-cv-3185
 4

            vs.                          Washington, DC
 5                                       May 7, 2020
      BARBARA J. BAZRON, et al.,
 6                                       2:01 p.m.
                 Defendants.
 7    _____/

 8

            TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
 9         BEFORE THE HONORABLE RANDOLPH D. MOSS
                 UNITED STATES DISTRICT JUDGE
10

11    APPEARANCES:
      For the Plaintiffs:     JOHN A. FREEDMAN
12    (via telephone)           Arnold & Porter
                                601 Massachusetts Ave, NW
13                              Washington, DC 20001

14
                              KAITLIN R. BANNER
15                              Washington Lawyers Committee for
                                Civil Rights & Urban Affairs
16                              700 14th Street, NW, 4th Floor
                                Washington, DC 20005
17

18                            MICHAEL K. PERLOFF
                              SCOTT MICHELMAN
19                            ARTHUR B. SPITZER
                                ACLU of the District of Columbia
20                              915 15th Street, NW, 2nd Floor
                                Washington, DC 20005
21

22    For the Defendants:     MICAH I. BLUMING
      (via telephone)         HONEY C. MORTON
23                            ROBERT A. DeBERARDINIS, JR.
                                Office of the Attorney General
24                              for the District of Columbia
                                441 4th Street, NW, Suite 630 South
25                              Washington, DC 20001
```

1    <u>APPEARANCES CONTINUED:</u>

2    Court-appointed Amici:   RONALD WALDMAN, MD
     *(via telephone)*        JOAN HEBDEN, RN
3                             PATRICK CANAVAN, PhD

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Reported By:          JEFF M. HOOK
                           Official Court Reporter
24                         U.S. District & Bankruptcy Courts
                           333 Constitution Avenue, NW
25                         Washington, DC 20001

1       **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  Your Honor, this is civil action

3       19-3185, Enzo Costa, et al., versus Barbara J. Bazron, et

4       al.  Appearing for plaintiffs, attorneys Freedman, Perloff,

5       Banner, Michelman and Spitzer.  Appearing for defendants,

6       attorneys Bluming, Morton and DeBerardinis.  The

7       Court-appointed amici are on the line, Ms. Joan Hebden,

8       Dr. Patrick Canavan and Dr. Ronald Waldman.

9              **THE COURT:**  Well, thank you all for joining the

10      call.  Just to start things off, let me remind everyone that

11      under the Court's rules and the Chief Judge's standing

12      order, there's no rebroadcasting or recording of the

13      telephone call today.  I also need to remind everybody to

14      mute their telephones when they're not speaking, and to

15      speak into the handset instead of on the speakerphone so we

16      can make sure that we hear everyone well.  Once again,

17      please make sure that you introduce yourself by name each

18      time you speak so that I and the court reporter know who is

19      speaking at any given time.

20              So with that by way of introduction, I'd like to

21      turn it over to the amici at this point to make whatever

22      preliminary presentation to the Court and to the parties

23      that they think is appropriate.  And I'm happy to defer to

24      the amici about the order and who should take the lead or at

25      least start with the presentation.

1          **DR. WALDMAN:**  Thank you, your Honor.  This is Ron

2     Waldman, professor of global health at George Washington

3     University's Milken Institute School of Public Health, and

4     I'm going to start off for us.

5          **THE COURT:**  Thank you.

6          **DR. WALDMAN:**  So as you know and recognized

7     yesterday, this has been a little bit of a rushed affair.

8     This morning has been particularly rushed in fact, so I hope

9     that I can do justice to what I would like to say.  So the

10    situation -- the historical situation I think is well known

11    to all parties on the line.  What makes today a bit unusual

12    is that we received new information late yesterday regarding

13    the fact that there seems to be ongoing transmission within

14    the facility as two patients who had been in a quarantine

15    ward tested positive.  They were asymptomatic, but they had

16    to be transferred to a COVID-positive unit.  And that meant

17    that the clock on the unit from which they were transferred

18    had to be restarted, the 14-day period had to be restarted.

19    So this has colored my thinking a little bit as to what

20    needs to be done moving forward.

21          Let me say just briefly to start off that this is

22    a situation where there are quite a number of issues that

23    need to be balanced off of each other:  What is in the best

24    interests of public health versus what is in the best

25    interests of the individual patients; can infection control

1    be implemented as it needs to be while the mental health

2    treatment to which the patients are entitled is continued or

3    do there need to be changes in those areas; how much of

4    what's done needs to be done on the basis of laboratory

5    testing versus clinical judgment regarding the patients'

6    conditions.  These are all issues that one has to keep in

7    mind -- as I go through it I'm saying.

8           I'd also like to say that our charge is to address

9    only Saint Elizabeths Hospital, and we have only the

10   hospital in mind as we go forward.  We're not kind of

11   balancing things off against what we know is happening in

12   the rest of the community or the rest of the country or

13   anything like that.

14          It's very difficult to be definitive about any

15   statements that I would be making.  As I mentioned, there's

16   a lot of judgment.  From the time we became involved --

17   which is a relatively short time ago, CDC guidelines have

18   changed; knowledge of the characteristics, the dynamics of

19   viral transmission have changed; knowledge of the clinical

20   manifestations of the disease caused by the virus has

21   changed.  And probably all of these things will continue to

22   change frequently for the foreseeable future.  So I've

23   approached this with the basic tenets of epidemiology in

24   mind.  We usually describe the distribution of disease in

25   terms of three variables:  Person, place and time.  Those

1    are the things I'm going to focus on over the next few

2    minutes.

3            So I think that it's -- first of all, I'd like to

4    thank everybody who's been involved so far in terms of

5    receiving information, and people being frank and open and a

6    lack of anything of an adversarial nature.  We haven't seen

7    that, and it's been relatively easy to do what we needed to

8    do up to this point.  Although as I say, the amount of

9    material that we needed to review and the amount of people

10   we needed to talk to were perhaps a little bit ambitious for

11   the allotted time.

12           But basically let me get right into what I think

13   from my point of view -- and I'm looking primarily at the

14   epidemiological strategy that needs to be implemented moving

15   forward.  And then Joan Hebden will focus more on the

16   infection prevention and control, which is absolutely

17   critical obviously to being able to protect the patient

18   population and the health staff in the facility.  And

19   Patrick Canavan will address the mental health issues.

20           Number one, first and foremost on my list in terms

21   of a strategy -- a point of strategy that needs to move

22   forward is to reduce the census.  I think the facility has

23   done this to a reasonable extent.  If the census can be

24   further reduced, that could only be for the better.  If

25   there's any patient that can be discharged to the community

1    or to their family, that should happen.  The more room that

2    there is in the facility to ensure social distancing -- or

3    physical distancing as we've been calling it, the better.

4    Discharges need to be restricted to the non COVID ward.

5    There should be no discharges to the community from either

6    the COVID-positive units or from the quarantined units.

7    Sorry if I'm using a little bit of a confusing terminology,

8    they're units, not wards.

9         So continuing to reduce the census is one.

10   Discharges is one way to do that.  Reducing admissions is

11   another.  That's been effectively achieved.  Our

12   understanding at this time is that there are only

13   court-ordered admissions taking place, and very few of

14   those.  But admissions coming from the court need to be

15   placed where they're not integrated with other patients.  We

16   need to make the presumption that they have been exposed

17   because of their itinerary on their way to the facility, so

18   they need to be away from other patients for 14 days.  They

19   need to remain afebrile and without symptoms.  And before

20   being integrated with the rest of the population, they

21   should be confirmed negative by PCR testing.  They may have

22   arrived already with one test having been done.  If that

23   test is positive, obviously they should be admitted to the

24   COVID-positive unit.

25        But in general, we would recommend before moving

1   people from one unit to another, that they do test

2   positive -- that they test negative with the currently

3   available PCR testing on two occasions, a minimum of 24

4   hours apart.  Although, frankly, I would prefer -- and in

5   our written report I'll be more specific about this, it may

6   be preferable to have those tests done three to four days

7   apart.  And the third way -- a third point would be that we

8   would like to see the staff present at the facility

9   minimized to the extent possible.

10          So I want to go to a second point now which has to

11  do with cohorting of the patient population.  This has been

12  accomplished reasonably well, but obviously imperfectly by

13  the hospital staff to date.  There are three essential types

14  of units.  There are COVID-positive units.  These are 1A, 1B

15  and 2PR.  There are exposed or contact units.  These are

16  places where people have been potentially exposed to

17  COVID-positive patients, but are not positive themselves and

18  have not displayed symptoms.  But they need to be

19  quarantined.  And there is -- and there are COVID-negative

20  units.  We haven't decided on an appropriate name for these

21  yet, but you get the idea that these are people who have

22  basically been cleared and are back to a quote, unquote

23  normal situation.

24          There's a fourth kind of unit that is a little bit

25  annoying.  There's a category of patient that has been

1    designated persons under investigation.  These are people

2    who are suspected of being COVID-positive on the basis of

3    the appearance of symptoms compatible with the disease, but

4    they have not -- neither been confirmed by PCR testing nor

5    has the disease been ruled out.  It doesn't seem right to

6    keep people in this category together with people who are in

7    quarantine but presumed negative, and it doesn't seem fair

8    to the individuals to put them in with persons who are known

9    to be positive.  That would put them at great risk.  So the

10   hospital has been -- has designated a separate area for

11   them.

12        It's a little bit disturbing in that in the

13   situation where one of them might be positive and one turn

14   out to be negative, that person who is negative would have

15   been exposed to the person who turns out to be positive.

16   And it would be a bit of a risk to put them back into the

17   unit that is being quarantined.  So we're still giving that

18   some thought, how to deal with it.  It may be that it's a

19   risk that needs to be taken.

20        So let me go a little bit in more detail to these

21   cohorted units.  The easiest one to deal with is actually

22   the COVID-positive unit, because people stay there until

23   they're ready for discharge.  And the discharge criteria are

24   fairly straight forward.  And when they are -- once they are

25   discharged from that unit there, the disease has run its

1    course and they can be discharged into the clean unit, if I

2    can put it that way.  But there are criteria that the CDC

3    has put forth.  Generally they talk about 10 days having

4    passed since the first COVID-positive test.  I would add to

5    that that they should have two negative PCR tests, again 24

6    hours apart, or more conservatively three or four days

7    apart.  We'll go into greater detail in the written report.

8    I think that's all we need to talk about, because the

9    testing seems to be available at this time.

10          In the exposed units, or the units where people

11   are in quarantine, again the quarantine period is 14 days

12   from the time of last exposure.  And they can be discharged

13   upon receiving two negative PCR tests 24 hours apart or a

14   few additional days.  I think it would be best if these

15   units were considered as a whole tested together, and the

16   unit designation changed when all of the patients have

17   tested negative on two occasions.  That's what was in the

18   process of happening yesterday when two of the patients

19   turned up positive.  I've mentioned that the persons under

20   investigation would be a problem, and we'll sort that out.

21          The third -- so we've talked about reducing the

22   census and about the cohorting.  A third important point of

23   a forward-looking strategy would be in regard to traffic

24   within the hospital itself.  Here, I would like to be very

25   emphatic in saying that while in the past this has not been

1   respected, there should be no mixing of staff between these

2   units, these designated units as I've mentioned.  For

3   patients, it will be perhaps a little bit easier.  But from

4   what we've learned, it's really the staff that's the

5   problem.  I think I mentioned yesterday that it's the

6   movement of the staff from the community to the facility and

7   back that is very difficult to control.  I'm going to make a

8   proposal in a few minutes about how to do that moving

9   forward, but we have reason to believe that the exposed

10   individuals who tested positive yesterday may very well have

11   been infected by staff and not by other patients.  Staff

12   really needs to -- we need to pay a lot more attention to

13   it.  The facility has been doing appropriate screening of

14   staff, appropriate training of how to don and doff.  There

15   have been some issues with hand sanitization, and Ms. Hebden

16   will go into that in much greater detail.

17           So what I think should probably happen -- and I

18   want to move into -- so I've really thought about this quite

19   a lot since the events of yesterday.  Fundamentally what I'm

20   going to be suggesting is a much, much more aggressive

21   testing strategy than has currently been in place.  I've

22   been on the phone until I started dialing into this call, so

23   my thoughts may not be as together as I would like.  But I

24   think that there needs to be a point prevalence survey of

25   both the residents and the health care personnel at the

1    facility.  That means basically mass testing of everyone at

2    a single point in time.  The residents have been tested over

3    the course of the past few days.  We have not received all

4    of the results of those tests yet.  But obviously when those

5    tests are returned, we'll have a much better idea of how to

6    cohort these patients.  We'll know where they belong.

7            But I'm going to suggest as well that we do a

8    point prevalence survey of the health care staff at this

9    time.  This is consistent with the CDC guidelines.  I'd like

10   to be at least in conformance with those guidelines, if not

11   even going beyond them on the conservative side.  Because

12   we're not just starting now, we're inheriting a situation

13   that's been allowed to develop to where it is at this point.

14   So I think that there needs to be a point prevalence survey

15   of both patients and health care staff.  Any health care

16   personnel who tests positive obviously could be excluded

17   from work for the standard 14-day period that I will make

18   more specific in the written report.

19           If any health care personnel do test positive --

20   and I have every suspicion that they will, then all

21   residents that they had contact with within the past 14 days

22   needs to be transferred to a quarantine unit.  So there may

23   be some additional shifting around, because we won't know

24   which of these health care personnel will test positive.  I

25   assume that they will all be asymptomatic, because they're

1   being screened upon entry to the facility for symptoms.

2          Another thing that has come up is the advisability

3   of doing what's called antibody testing.  This is not the

4   diagnostic testing to detect the virus, but rather testing

5   that can tell us whether a person has previously been

6   infected with the coronavirus but has recovered.  This is a

7   test that detects antibodies that form about 14 days after

8   an infection.  They are available, they have been used in

9   some places.  Their exact, appropriate use has not been

10  really decided upon.

11         And I should say parenthetically, even for the PCR

12  testing, these are tests that are not a hundred percent

13  accurate.  And again, the PCR testing that is called point

14  of care -- which the hospital is capable of doing to a

15  limited extent, they have three machines and can do about

16  six of these tests a day on each machine.  They have an

17  ability to -- they have a tendency to incur an excess number

18  of false negative tests when they're administered.  So the

19  hospital has been trained in adapted guidelines for these

20  tests that have to do with the different kinds of sample

21  collection.  I think that's the principal reason why one

22  would insist on having two of these tests rather than just

23  one to make a determination in a situation like the one that

24  currently exists at the hospital.  By and large, though, the

25  CDC guidelines are quite good on this -- on testing insofar

1    as they can be with our knowledge being what it is at this

2    time.  I just -- so I would like to conform to them to the

3    extent possible.

4            I do want to make an extremely important point

5    which is that in no case should testing supersede infection

6    prevention and control methods.  They do not replace social

7    distancing, the appropriate use of personal protection

8    equipment, hand sanitization or any other measure that is

9    being implemented.  They are a complement, they're a useful

10   tool, but they do not in any way replace anything else that

11   needs to be done.

12           And as I mentioned, I think if the facility does

13   move to a test based strategy, which is what I would

14   recommend, it needs to start with a point prevalence survey

15   of all of the residents and all of the health care

16   personnel.  Again, I'm saying this without taking into mind

17   practical considerations.  The testing should be done by the

18   Department of Health.  I don't know what their current

19   capacity is.  I have taken a few steps to ensure -- to try

20   to find out if I could arrange for both PCR testing and

21   antibody testing to be done through laboratories that are

22   doing this work at the School of Public Health of George

23   Washington University.

24           And I've been told they would be willing to

25   perform -- that they have the capacity to and would be

1    willing to perform these tests.  But I imagine that that

2    would have to be something worked out with the Department of

3    Health itself.  And obviously there would be some costs

4    incurred.  I haven't taken any of the costs into effect.  I

5    know approximately what they are, but I haven't considered

6    any budgetary implications for what I'm recommending.

7            **THE COURT:**  Are you referring there to the tests

8    for the infection or to the tests for antibodies or both?

9            **DR. WALDMAN:**  Both, both.  I'm referring to both.

10   Although right now, the testing has -- the Department of

11   Health has recently completed a point prevalence survey for

12   the residents I think in the last few days; over the last

13   few days they've done that.  Not all of the results have

14   been returned yet.

15           I'm just saying that if they have a problem, if

16   they have a restricted number of tests or if they have a

17   problem with personnel or anything like that, I can direct

18   them towards people at the university who would be willing

19   to provide whatever assistance they could.  And they have

20   told me that they would be able to help out.

21           **THE COURT:**  I appreciate that, thank you.

22           **DR. WALDMAN:**  So I guess I want to just make one

23   last point, which is that this is a pretty serious outbreak

24   that this facility is experiencing.  I don't think that -- I

25   think that the staff has done a remarkable job of trying to

1    stay on top of it.  I don't think anyone would have been

2    able to -- we all know how many problems many, many chronic

3    care facilities have been facing.  It says something that --

4    you know, it's not something that can be done easily.  We

5    think that there needs to be more attention paid by the

6    Department of Health to what's going on.

7            There's a lot of data that is generated that needs

8    to be analyzed that can guide appropriate actions.  I think

9    that we think that it would be a good idea for the

10   Department of Health to assign an epidemiologist to the

11   facility for the near term future who could really help out

12   the staff in dealing with some of these questions that are

13   at times overwhelming.  And they should consider it an

14   outbreak investigation, and do what their usual procedures

15   might be.  But it needs more attention than just

16   periodically bringing in someone on a monthly basis or only

17   if a lawsuit occurs or something like that.

18           So I'm going to stop there.  I know that Joan is

19   going to repeat a lot of what I've said, and emphasize it

20   even more.  So I'll stop and answer any questions that you

21   might have for me at this time, and then move on.

22           **THE COURT:**  One question I have for now -- and it

23   may make sense at the end to come back with any further

24   questions.  But can you say a little bit more about how the

25   point prevalence survey works?  Do you try and test

1    everybody --

2            **DR. WALDMAN:**  Yes, you test everybody at the same

3    time, and then you know at a certain day at a certain time.

4    You get a snapshot of what there is, who's positive, who's

5    negative and where they need to be in the population.  It's

6    not -- the CDC actually recommends this as the first step

7    for chronic care facilities like this.  And they go on to

8    add that it's something that should be done at periodic

9    intervals.  They don't specify what the intervals might be,

10   but they actually do -- when they -- you know, having worked

11   there for a long time, I kind of know how their minds work.

12   So they're very -- they say that they can't really specify

13   what their preferred interval is, but it might be something

14   like a week.  That's what they say.

15           **THE COURT:**  Okay.

16           **DR. WALDMAN:**  You know, it depends on what the

17   resources are that are available.  But it would not be a bad

18   idea to repeat them at intervals.

19           **THE COURT:**  Okay, thank you.

20           Ms. Hebden.

21           **MS. HEBDEN:**  Yes.  Hi, this is Joan Hebden.  I'm

22   the infection preventionist that's been working with

23   Dr. Waldman and Dr. Canavan.  I wanted to just reiterate a

24   couple things that Dr. Waldman has already discussed with

25   you.  And that relates to one of the very essential aspects

1   of trying to deal with an outbreak that occurs in a

2   congregate setting such as Saint Elizabeths Hospital.

3         And even though there are not specific references

4   as it relates to psychiatric long term care facilities, we

5   certainly are referring to long term care guidance,

6   recommendations.  Because the milieuxes as it relates to a

7   facility are very much alike as it relates to the activities

8   of the patients and residents, the socialization aspects of

9   their care.

10        And I do want to reiterate that one of the aspects

11   that would have been very important early on, and was taken

12   into serious consideration by Saint Elizabeths, was the

13   reduction of the census.  And this is related to them

14   actually going through and doing an individualized

15   assessment of each one of their patients.  And at that time,

16   they did have fairly good results in terms of trying to

17   reduce census, with greater than 30 patients for the months

18   of March and April being achieved.  So that is certainly

19   something that -- in terms of decreasing the facility risk,

20   that I believe that they accomplished very, very well.  And

21   I believe that they're continuing to reduce as much as they

22   can.  So I'd start out with that.

23        The other thing that I did want to emphasize,

24   before I get into specifics about my interviewing and my

25   observations, is that this facility does have daily

1   communication with representatives from the D.C. Department

2   of Health's epidemiology department.  And the infection

3   preventionist at the facility is someone who was

4   transitioned into the role, and has been in the role for

5   five years.  And prior to that, she was actually an employee

6   of Saint Elizabeths.  So she really was well-served in terms

7   of knowing the challenges that she was going to encounter as

8   it relates to practicing good infection control in the

9   facility.

10          But as Dr. Waldman has already alluded to, it does

11  not appear that there has been anybody specifically assigned

12  to go in and help them specifically with data management.

13  Because this is a dynamic situation, they were very limited

14  in the ability to acquire testing early on.  And that is

15  something that I do think that we have to keep in mind.

16  Because clearly the inability to test massively in a

17  facility, a congregate facility like this, likely the horse

18  had already left the barn basically.  And that would account

19  for, in my mind, a contribution to transmission.

20          So I did want to make sure that I mentioned that,

21  that we do believe that because of the amount of data that

22  needs to be kept in order, that it's becoming a bit of a

23  challenge.  And I believe that I, in my interviewing

24  on-site, saw that occurring in terms of someone saying --

25  giving me an answer, and someone giving me another answer

1    about dates, for example, of exposure, what the end of the

2    quarantine periods were for each of the units, that kind of

3    thing.

4            So again, logistically this is something that

5    really requires a good amount of time.  And before I get

6    into discussing infection prevention, the reason I'm talking

7    about the data management piece is because there not only

8    needs to be coordination, you know, of the creation of a

9    line listing for information as it relates to patients'

10   testing results.  In this case, we may be dealing not only

11   with the PCR testing for detection of virus, but it's going

12   to be done multiple times.  And then we may have antibody

13   testing that's going to be done.  You know, the

14   interpretation of findings is really going to need to be

15   led, in my mind, by someone with an epidemiology degree.

16           And so I did want to make sure that I did

17   emphasize that, because I believe that the infection

18   preventionist at the facility does not need to be wrapped up

19   with sitting at a computer trying to do that.  I really

20   would like to see that individual out and on the units, and

21   ensuring that proper infection prevention practices are

22   being done.

23           So just in terms of my methodology, I did want to

24   say that generally when I interview at the outset of a

25   potential outbreak, certainly we want to engage the

1   physician responsible for the program, infection prevention

2   program, as well as the infection preventionist and the

3   individual who the infection preventionist reports to.  And

4   so we did have an opportunity to interview those

5   individuals.

6          I also wanted to speak with the individual who was

7   responsible for procurement of the personal protective

8   equipment for the facility.  And that would also include the

9   environmental cleaning supplies as well as the disinfectants

10  that were being used, and also soap and alcohol-based hand

11  products for hand hygiene.  And we did speak to that

12  individual.

13         We spoke as well to the supervisory nurse

14  practitioner who is very much engaged in the staff's

15  occupational health.  I do want to point out that the

16  physician that's responsible for that program was not

17  someone that we were able to interview, because he had had a

18  death of his mother this week -- or this past week.  So he

19  was not there on-site when I was at the facility nor have we

20  been able to speak to him.

21         The data around staff testing, absenteeism,

22  pending results.  I think everyone on this call probably

23  knows that there was not testing internally at the facility

24  of any staff, which is what Dr. Waldman is recommending.

25  All the staff were referred to available testing sites that

1    were in the District.  So I did want to point out that we

2    have been given data, but we really have not had a chance to

3    review that data in any detail.  And therefore, I do think

4    that the recommendation that we would include staff in the

5    point prevalence survey, if in fact we are able to do that

6    with the amount of tests that are available, I think it

7    would be ideal to sort of start from ground zero with that.

8           The aspects that I want to cover related to

9    infection prevention.  My major emphasis, of course, has

10   been on the control measures, mitigation strategies that

11   would be undertaken with any outbreak situation.  But

12   certainly much of what I'm going to say would be expected

13   routine practice within a hospital.

14          And I do find that the infection preventionist at

15   Saint Elizabeths seems to be very conscientious.  She

16   certainly has attempted, along with her nursing colleagues,

17   to be very proactive.  This is an individual who actually

18   has relatives in China, so she was really in my mind

19   probably paying much more attention to what was happening

20   there in December and early January, because she in fact had

21   a relative who ended up not being able to get back to the

22   United States.

23          So when you look at their timeline for when they

24   began to implement practices, we're talking before they ever

25   had a suspected patient they were doing things that likely

1   were not in effect in some states until there was a mayor's

2   order or a governor's order.  So they actually -- for

3   example, they stopped or suspended visitors coming in from

4   the community as early as March 16th.  And signage was

5   posted, which I did observe at the entrance.  There is one

6   entrance that they're asking for people to come through --

7   and I'll talk about what they're doing about screening in a

8   moment.

9           But I also was able to see communications that

10  were sent out by the CEO at that point.  As I said,

11  March 16th is the date that we were given.  And it wasn't

12  until March 20th that they actually had a patient that they

13  thought was infected.  So they were very proactive with

14  that.  So that is something that obviously we would want to

15  make sure that it's taken into consideration.

16          The visitation in terms of people coming in that

17  prescribed entrance.  They are doing temperature checks.

18  They do have two individuals that are masked and are behind

19  a table where they do have pieces of paper that actually ask

20  the visitors to fill in that they in fact are free of any of

21  the prescribed constitutional symptoms that have been

22  described by CDC.  I think you all know what they are.  They

23  actually had updated it to include some of the newer

24  symptoms that were added such as a sore throat, chills.  And

25  I believe they also added in the muscle aching to the

1    criteria as well as headaches.  So they certainly have

2    updated that information.

3            And as already pointed out by Dr. Waldman, we

4    would expect that in light of the community prevalence of

5    COVID-19 and the viral circulation, that we are going to

6    potentially have introduction by staff.  At this point, with

7    the exception of there being staff that do not appear to be

8    cohorted to one given unit in the course of a shift, I do

9    believe that the physical plant that Saint Elizabeths has is

10   in fact, for their COVID units, ideal.  They actually have a

11   relatively large foyer area that you enter off of the

12   hallway, and that is where they have set up a table that has

13   hand sanitizer.  They have signage posted.  They have

14   additional PPE at that point.  We'll talk about PPE in just

15   a moment.  But the reality is that it's a very, very nice

16   area.  It is not an area that the patients are on.  They

17   have to go through another door at the end of that foyer to

18   get onto the unit.  And that is just -- it's ideal.

19           Now, I do want to address -- because it's one of

20   the first official questions on my list, are new patients

21   tested and/or quarantined upon admission.  And the one thing

22   I do want to say about that is, as already again spoken to

23   by Dr. Waldman, they have limited admissions to those that

24   are directed by the courts.  And because we know that in the

25   jails, of course there has been quite a bit of transmission.

1   My understanding is that they are requiring a test to be

2   performed, a PCR, and know the results.  Now, in the event

3   that the individual would be positive, the integration of

4   that individual would be onto a positive COVID unit based

5   on, again, their criteria for placement depending on the

6   need for security and things of that sort.

7           However, if the test is negative, we have no

8   assurance that that is a true negative.  Because as you

9   know, I could be negative today and positive tomorrow

10  because of the 14-day incubation period.  So those

11  individuals are -- that are considered the persons under

12  investigation that Dr. Waldman was referring to, and they

13  would remain on their quarantine status until the 14-day

14  period was achieved.

15          Now, that unit, I do want to say that they

16  currently have two patients that they are observing as

17  persons of interest -- or under investigation, and they do

18  have two staff members assigned to each of those patients.

19  And they do change their personal protective attire between

20  the patients and perform hand hygiene.  Now, I'm getting

21  that verbally.  I did not observe that.  That was not an

22  area that I could see on videocamera.

23          However, I do feel that they understand that one

24  of those patients could potentially become positive, the

25  other would potentially be negative.  And they are taking

1    measures to change out their PPE and perform hand hygiene.

2    So that is essentially how they're handling their new

3    admissions, that again are restricted only to those that are

4    required by the courts.

5         The other thing that I wanted to mention as it

6    relates to my introduction into basic infection prevention

7    practices is the use of universal masking.  And they do have

8    the strategy for universal masking in place throughout the

9    facility.  So essentially if you enter and you do not have a

10   mask, like when I came in, they offer a mask.  And at this

11   point, all of the staff are being provided with a surgical

12   mask, a new surgical mask daily.  And for units that are

13   required to wear a gown, they are going to, as of yesterday,

14   begin to assign a gown.  And the gown is only going to be

15   required for wearing on the COVID-19 units.

16        A gown would not be indicated -- and there is

17   really very little precedence for gowns to be utilized at

18   Saint Elizabeths.  They could be utilized in the event that

19   there would be a diarrheal outbreak of some sort; if there's

20   a patient that comes in that has an infectious condition

21   that would require them to be on what we call contact

22   precaution.  And in that case, direct care provision would

23   require the wearing of not only gloves, but also a gown.

24        So I mention that because as we get into a

25   discussion about availability of PPE for this facility and

1      hand hygiene products, I just wanted you to know that there

2      have been existing situations at Saint Elizabeths that their

3      PPE usage, as well as alcohol-based hand rub, would not have

4      been something that we would have expected to find in other

5      types of facilities.  And so although they were getting some

6      inventory, the amount that they would have had would have

7      been relatively small.  So that in and of itself I think

8      is -- we need to consider.

9             But --

10            **THE COURT:**  Can I interrupt for a second.  What

11      sort of masks are staff members wearing in units with

12      positive individuals?  Are they wearing something that goes

13      beyond just the surgical mask to further protect themselves?

14            **MS. HEBDEN:**  Yeah, well, let me speak to that.

15      Let's talk about that first, because there are a couple

16      things about PPE that I wanted to mention.  I've already

17      mentioned one of those things, and that is that this is not

18      a facility that would have been expected to have a great

19      deal of gowns.  And certainly, they would not have been

20      expected to have masks and eye shields to any degree.

21      Gloves essentially would be the PPE item that they would

22      have had as standard in this facility.

23            So anything over and beyond the gloves -- you

24      know, from the outset, they were going to need to

25      substantially build up their inventory.  The only thing --

1    and you're talking about respiratory protection as it

2    relates to the COVID units specifically, and what staff are

3    wearing.  So let me address that with you.

4            Not only on those units, but throughout the

5    facility, apparently they had heard from D.C. DOH.  Because

6    early on in the outbreak, it was unclear about how this

7    virus was being transmitted, and whether or not it was

8    similar to the flu or the common cold.  The common cold is

9    caused by a coronavirus.  But those respiratory illnesses

10   are not transmitted by what we call droplet nuclei, or very,

11   very small droplets.  And you all know what droplets are,

12   because if you have a cold and you sneeze, you can feel some

13   wetness.

14           So essentially those droplets are relatively large

15   in size, and they fall very quickly to the ground.  They

16   don't travel long distances.  And so this is where we got

17   into this 6 feet physical distancing, because the droplets

18   can in fact travel and could travel that distance.  But

19   again, they don't remain suspended in the air by the airflow

20   that's going on in the environment, okay.  Droplet nuclei,

21   which -- you know, tuberculosis, you all are familiar with

22   tuberculosis.  Tuberculosis is an airborne transmissible

23   disease.

24           So when you have tuberculosis, when you talk or

25   you cough or you sneeze or you sing, you are going to

1   disperse those small droplet nuclei into the air.  And they

2   will remain suspended for a period of time in the air.  And

3   if anybody comes in without respiratory protection -- if I'm

4   in an elevator with somebody who has TB and I go into the

5   elevator, I could potentially inhale the TB bacteria.

6          So the reason I'm describing this for you is

7   because the use of what we call OSHA mandated N95

8   respirators, or what is called a powered air purifying

9   respirator, the use of those in health care actually has

10  only been like within the last 15 years, for use in health

11  care facilities.  It may in fact be a bit longer than that.

12  I can't remember exactly when the TB guidance changed.

13         But when I was a new nurse, I wore nothing but a

14  surgical mask to take care of a TB patient.  And so then

15  there was the Occupational Safety and Health Administration,

16  in light of some health care workers acquiring tuberculosis,

17  decided that there needed to be respirators worn.  And the

18  respirators, if they're an N95 -- and I will just point out

19  that with the exception of one staff member that has a beard

20  that I'm aware of in Saint Elizabeths, N95s are being used.

21         And they did contract with a company to come in

22  and perform what is called fit testing.  And the fit testing

23  is something that I want to highlight, because you do have

24  to have a proper seal when you wear a respirator.  And there

25  is actually a test that is performed when you are issued an

1    N95 so that you know what size respirator you wear, and how

2    to seal it properly.  And they did -- as I said, they did

3    provide that level of protection to their staff, apparently

4    at the advice of the D.C. Department of Health.

5            Now, initially I could see why that would be done

6    because of the, again, evolving clinical knowledge about

7    SARS-CoV-2, which is the virus that causes COVID-19.  And

8    that is something that right now the Infectious Disease

9    Society of America, the CDC has backed away from them

10   needing to be used except for staff who are performing

11   aerosol generating procedures.  So aerosol generating

12   procedures don't exist in this facility.  They are doing

13   nothing that would fall into the definition of an aerosol

14   generating procedure.

15           So them having N95s, they don't have enough that

16   they aren't having to reuse them.  And the process that they

17   are -- they were doing up until I went in and talked with

18   them was that they basically were assigning one of these

19   respirators after -- again, they did fit test the people who

20   are wearing them to their credit.  And right now, there's

21   only a requirement for an initial fit test.  They did do

22   that.

23           But the reuse of these is what I -- I have concern

24   about how they're being reused, because I think they

25   represent a higher risk, a contamination risk potentially to

1    the hands of people, and potential inoculation to their eyes

2    when they are taking them on and off.  And they don't have

3    enough to be able to be issued a new one unless it's damaged

4    or soiled in some way.

5              So as I pointed out when I spoke with your Honor

6    yesterday, I also had big concerns about why we would be

7    using that level of protection at Saint Elizabeths.  Because

8    we don't have enough for our health care providers that are

9    in acute care that are performing aerosol generating

10   procedures.  And they're having to reuse and sterilize these

11   N95s because they don't have enough.

12             Does that answer your question about the fact that

13   they were provided with that level of protection?

14             **THE COURT:**  It does.  But as I understand what

15   you're saying to me -- just to make sure I have this right,

16   is they do have them.  They may not have enough so that they

17   can change them between each use; and that there is some

18   risk of contamination from actually removing a contaminated

19   respirator and touching one's eye or presumably nose or

20   mouth, there's some risk of contamination with that.

21             But as I understand what you're saying to me is

22   that we're learning more and more about this every day, but

23   that your current understanding of the best science on this

24   is that in the general environment at least, that the risk

25   of small droplet infection is not the same as it is with

1    something like TB.  And there's less of a risk of small

2    droplet with respect to this particular virus, and that the

3    greater risk -- or most of the contamination or spread of

4    the virus is occurring from the large droplet where it

5    really doesn't matter whether you're wearing an N95 or a

6    surgical mask.

7            Do I have that right?

8        **MS. HEBDEN:**  That's correct, and an eye shield.

9    So we're going to get into talking about face shields in

10   just a minute.

11           **THE COURT:**  Great, good.

12       **MS. HEBDEN:**  Because again, just to reiterate the

13   mode of transmission, because we're trying to disrupt that.

14   And the mode of transmission of this virus, SARS-CoV-2, is

15   felt to be very much like the original SARS virus from back

16   in 2003.  And that is that it is not transmitted through the

17   air by droplet nuclei that remain suspended in the flow of

18   air in the room.  Now, having said that, if aerosol

19   generating procedures were being performed at Saint

20   Elizabeths, then that would be a different scenario.

21           So of course they are having N95s and powered air

22   purifying respirators used in the acute care hospitals in

23   the intensive care units.  Because they are putting tubes

24   down into their respiratory tracts, the nurses are

25   suctioning the patients, things of that nature.

1          **THE COURT:**  Right.

2          **MS. HEBDEN:**  They -- okay.  So that's the primary

3     mode is through droplets.  So large droplets, you can be

4     protected against the inhalation or the depositing of those

5     droplets on your eyes, nose or mouth by the wearing of a

6     regular surgical mask with a face shield.  So that's the

7     primary mode.

8          This other mode of transmission of these viruses

9     is through what we call contact transmission, or when you

10    directly are in contact with an infected individual.  And

11    there is -- again, you end up sharing an item with them --

12    like for example, you eat from the same fork that they've

13    used.  There's something that has the contaminated saliva on

14    it.  You use their toothbrush.

15         The indirect transmission occurs from the surfaces

16    in the environment and the equipment that's shared between

17    patients.  So for example, the vital signs machine that is

18    used for monitoring the patients' temperatures twice a day

19    and their blood pressure, you know, that blood pressure cuff

20    needs to be wiped down after being on patients before it's

21    used on someone else.

22         Does that make sense?

23         **THE COURT:**  It does.

24         **MS. HEBDEN:**  Okay.  So let's -- okay, so in terms

25    of PPE, they have recently accepted my recommendations,

1    okay, about the fact that -- you know, my concern has been

2    that they have been reusing N95s.  They have been putting

3    them in a paper bag, and then they're reusing them until

4    they're damaged or soiled.  Well, that is not in accordance

5    with what the reuse of N95s would be as dictated by the CDC.

6         The CDC, for example, is saying we understand you

7    have to reuse these items because there isn't enough of

8    them.  But for health care providers that generally work

9    five days a week, they would be given five N95s.  So on

10   Monday they'd wear one for their entire shift with a face

11   shield in front of it.  The face shields, by the way, can be

12   reused.  And they do have very nice face shields.  And they

13   can be reused over and over again with disinfectants being

14   put on them and allowed to dry.

15        And they do have appropriate disinfectants.  I

16   just want to point that out in terms of talking about what

17   they're using for disinfecting their shields, and what

18   they're using on the environmental surfaces.  They are all

19   in accordance with CDC recommendations.

20        So the use of an individual N95 for a given shift,

21   if I wear it on Monday, I put it in a brown paper bag,

22   that's a Monday mask.  So I'm not going to wear that again

23   until seven days later, if you're following me.

24             **THE COURT:**  I do.

25             **MS. HEBDEN:**  On Tuesday I wear another one, on

1     Wednesday -- okay, so that would be the ideal situation.

2     Because as I've said, you are in a situation with those N95s

3     that, although they're supposed to be wearing a face shield,

4     if somebody that they were caring for would cough or sneeze,

5     there's a potential that something could get onto the

6     exterior of the N95 mask.  And depending on how well they

7     take it off and do their hand hygiene and so forth, it could

8     represent a vector for transmission.

9          So --

10          **THE COURT:**  I mean, how long do you think the

11    virus could live on the mask?

12          **MS. HEBDEN:**  Well, they know that the survival of

13    the virus on things -- materials, particularly plastic and

14    stainless steel, is up to three days, 72 hours.  Clearly, if

15    you -- you know, I can't tell you exactly on that mask.  But

16    the reality is that there is no recommendation that I have

17    been able to find that just taking that off and then coming

18    back to work 16 hours later and putting the same one on

19    would be okay.

20          **THE COURT:**  That makes sense.

21          **MS. HEBDEN:**  Okay.  So what they -- what I have

22    emphasized, just so that you understand, is that they use

23    surgical masks which they provide a new one every day to

24    their staff, and that they provide additional ones if they

25    become soiled or damaged.  And they keep a face shield on at

1    all times when they're in the patient care areas.  And the

2    only time they remove these things are when they go to a

3    break area to eat, for example.

4           And they are not leaving their areas to eat, they

5    stay on their areas.  And they are attempting to -- because

6    this is one of the questions about social distancing.  They

7    are attempting, as best they can, to not have more than one

8    staff member eating at a time.  And if they do have to be in

9    the same area, they're attempting to achieve the 6 feet

10   distance.  Because, of course, they would not have PPE on to

11   eat.

12          Now, hand hygiene is something that I do want to

13   address heavily.  Because as I mentioned before, they have

14   been without PPE other than gloves historically.  And in

15   terms of their hand hygiene sanitizer, they cannot have

16   alcohol-based sanitizer in reach of patients, because

17   patients will drink it or could drink it.  So that is why

18   you would not find non-alcohol based hand sanitizer in other

19   health care facilities, because it's not effective.  You

20   need it to be an alcohol-based sanitizer of at least

21   60 percent alcohol in order for it to be used as a hand

22   hygiene alternative.  And in fact, it's preferred to soap

23   and water hand hygiene.

24          So what had happened is, first of all, they only

25   had a small amount of alcohol-based hand rub available

1    before this outbreak.  So they have told me that they had

2    quite a bit of trouble getting 67-ounce bottles of Purell,

3    which is an alcohol-based hand rub.  And they also were

4    having trouble getting the cassettes that go into wall

5    dispensers that were in the staff area.  Because staff were

6    using alcohol-based hand rubs.  But as far as what was being

7    offered to patients or available to patients, it was a non

8    alcohol-based product which is not what we want.

9         So when I went in on-site on Tuesday, there were

10   still -- there was still usage of non alcohol-based hand

11   rubs occurring.  For example, I observed a nurse that was

12   doing vital signs on one of the COVID units using a non

13   alcohol-based product on a patient's hand that she was

14   performing vital signs on.  And I could see that -- you

15   know, when I was looking at units, that these bottles that

16   were very distinct looking were around.  And when I came

17   into the facility for doing my screening, they had a bottle

18   of non alcohol-based hand sanitizer on the table.

19        Now, they did have alcohol-based over by the

20   security machine when you went through.  But they would have

21   been offering visitors coming in a non alcohol-based

22   product.  And so --

23        **THE COURT:**  I suppose one thing that they might be

24   able to do with respect to the patients -- and I understand

25   the concern about them drinking the hand sanitizer, would be

1   if there was even a large pocket or something like that in

2   the gowns that the staff were wearing or something like that

3   where they could just carry a bottle of Purell and just

4   squirt it into the hands of the patients.

5              **MS. HEBDEN:**  That's a very good idea, but they

6   haven't been able to get those apparently.

7              **THE COURT:**  They can't get the small bottles of

8   Purell, is that the problem?

9              **MS. HEBDEN:**  They have not been able to get

10  individual bottles.  That is something that is widely used

11  in long term care facilities, to give the staff individual

12  bottles.  I would like to see that.  Because frankly, even

13  though they are offering the alcohol-based hand rub product

14  to the patients, keep in mind that the COVID units do not

15  have individual bathrooms in each of the bedrooms.  So the

16  patients have to wear a mask and go out to a communal

17  bathroom.

18             So my recommendation had been we really have to

19  beef up the hand hygiene of all of the patients,

20  particularly the patients on the COVID unit, because they

21  are going into the bathrooms and using it.  And even though

22  they've increased frequency of cleaning, the bathrooms are

23  not being cleaned every single time that a patient goes in

24  there or into the shower.  So that would encourage, you

25  know, in my mind, them offering the hand rubs to patients

1   that are coming out of their room.  And, you know, I do

2   think that that should be a practice that is enhanced.

3           They do say that they do security checks on a

4   routine basis on their patients, and that the staff have

5   been instructed to offer -- you know, to say to the patient

6   could you perform -- you know, could you go to the sink and

7   perform your hand hygiene, and watch them.  Or they have

8   been offering the alcohol.  But I will be frank with you,

9   based on the availability that they have had -- I think it's

10  finally improved as of this week, I don't think that there

11  has been an offering of the hand hygiene by alcohol rub as

12  much as I'd like to see.

13          And also, one of the other recommendations that I

14  was going to make about hand hygiene that I'll just bring up

15  now is that I'd like to see them improving signage about how

16  to use the alcohol rub, and soap and water hand hygiene

17  based on the World Health Organization's methods.  Now, they

18  have done training obviously.  But again, there's a limited

19  amount of signage specifically around hand hygiene.  You

20  know, it's kind of like remember to do your hand hygiene.

21          But I did observe a nurse that was using gloves as

22  a substitute for hand hygiene, which frequently happens.

23  You know, they take off one pair of gloves -- you know, to

24  her credit, she was not using the same pair of gloves for

25  each patient when she was doing vital signs.  But on the

1    other hand, she wasn't performing sanitation of her hands.

2    Because when you remove gloves, if the gloves are

3    contaminated, you can contaminate your hands.

4            So two things I'm going to say is I haven't seen

5    enough hand hygiene observational data from this facility.

6    And that's why I'm going to go back to the point about

7    having an epidemiologist assigned to Saint Elizabeths to

8    help with data management.  Because the coordinator -- the

9    infection control coordinator really needs to be dealing

10   with observations on the units, not only of staff and what

11   they're doing, but also patients; and whether they are

12   appropriately wearing their masks, and ensuring that they're

13   being encouraged to do so while they are out in the hallway,

14   for example.

15           **THE COURT:**  What was your observation about the

16   extent to which patients were wearing masks when they were

17   outside their private rooms?

18           **MS. HEBDEN:**  Actually, very good.  Very good.  I

19   was surprised that they weren't getting more resistance,

20   because obviously there are -- you know, this is a very

21   challenging patient population.  I mean, we have resistance

22   in acute care hospitals from patients.  But when I was

23   dealing with our psychiatric unit at the University of

24   Maryland, there were things that the staff had to educate me

25   about.  Like for example, I think if you're in the hospital

1    and a doctor orders a blood test, that the patient's not

2    going to say you're not going to draw my blood.  Well, as

3    you very well know, that could very easily happen in Saint

4    Elizabeths.

5            And in fact, we do have a situation where we have

6    patients who are refusing to have their nasopharyngeal swab

7    to be tested.  So that's another thing that is going to have

8    to be addressed.  So they could very easily say I'm not

9    wearing that mask.  And there was one patient that

10   apparently was on the geriatric unit that they said they do

11   constantly have to remind him.  But generally I was seeing

12   good compliance with that.

13           So did you have any other thoughts about that?

14           **THE COURT:**  No.  My question to you right now

15   actually is -- and this is extremely helpful, and I don't

16   want to cut you short at all.  I just want to know how much

17   time you think you're going to need, because I want to take

18   a break at some point.  But I just want to do it at a point

19   that's convenient for everybody.  But I want to make sure

20   that the court reporter and everyone else has a moment to

21   take a break as well.

22           **MS. HEBDEN:**  Yeah, that's fine.  I don't think

23   I've got a whole lot more.  I'm sorry?

24           **THE COURT:**  Go ahead, please.

25           **MS. HEBDEN:**  You want me to continue, okay.  I

1    just wanted to make sure that I was covering everything.   So

2    the big ticket items for Dr. Waldman and I certainly are

3    that there's appropriate cohorting of the patients.   And

4    they are having to move patients around based on symptoms,

5    based on testing results, based on whether or not an

6    employee has symptoms and goes off and is tested and is

7    positive.

8            As far as I'm concerned, the physical plant that

9    they have there is really good for the purposes of

10   cohortation.   We do want to see the creation of some units

11   obviously where we can get back to a normal routine for

12   these patients.   And I think that will come over time.   I

13   certainly support Dr. Waldman's recommendation about doing

14   point prevalence, which would include staff.

15           I've talked about hand hygiene.   I don't think

16   their hand hygiene data that I've seen is as good as it

17   should be for the staff.   It's less than 90 percent based on

18   the amount of observations that they reported to me and the

19   compliance.   So I am strongly recommending that there be a

20   use of a CDC observational tool for hand hygiene, which they

21   can modify for their purposes, and that there be a minimum

22   of 30 observations per unit per week.   And that would be not

23   only for hand hygiene practice, but also for the donning and

24   doffing of personal protective attire.   Because they have

25   just changed things a bit about the attire, and we need to

1    make sure that staff understands what they are to be doing.

2         And as I said, I told them that I want the staff

3    to be wearing not only a mask, but an eye shield as

4    universal protection.  And there's two reasons for that.

5    One is because it will protect their surgical masks from

6    getting contaminated.  But also, it keeps them from touching

7    their eyes while they're at work.

8         And the environmental aspects, I don't have any

9    major recommendations about what they're doing about

10   cleaning.  They did bring in additional staff, they're using

11   appropriate disinfectants and they've increased frequency of

12   cleanings.  Things looked clean to me.  I do think we need

13   to address the adequacy of the amount of sanitizer they're

14   getting as well as the gowns and the masks.  And I'll just

15   stop there.

16        Did you have anything to add to my report, Ron?

17        **DR. WALDMAN:**  No, I think that was pretty

18   comprehensive actually.

19        **THE COURT:**  Yeah, it was terrific.  I have one

20   question either for -- well, I guess it's probably for you.

21   What did you observe with respect to social distancing or

22   physical distancing among patients?  Were they doing a

23   pretty good job of keeping away from each other or were

24   there areas where you were concerned?

25        **MS. HEBDEN:**  No, I did not see a concern there.

1    You know, as I said, they're masked and they do pass each

2    other in the hallway.  But as far as when I've seen them

3    sitting down in an area -- like for example, one of the

4    COVID units, 2TR, they have a TV out in the common area.

5    And they're doing a good job, if there's a couch, they have

6    put signs like on the middle seat to say do not sit here so

7    that in the event that two patients would come and they'd

8    want to sit there, they would have distance between them.

9    And I did not see any problems associated with that.

10        **THE COURT:**  Great.  So this has been terrific so

11   far.  This is exactly what I was hoping for.  These reports

12   are terrific.  Both Dr. Waldman and Dr. Hebden -- Ms. Hebden

13   have done a fantastic job with this.  I'd like to hear from

14   Dr. Canavan as well, and also have a chance to talk briefly

15   with the parties about how they think we should proceed from

16   here.

17        But why don't we go ahead, if folks wouldn't mind,

18   just taking maybe a 10-minute break and come back.  I've got

19   something at 4:00, that will give us a half an hour.

20        Dr. Canavan, will that give you enough time, you

21   think maybe 15, 20 minutes is sufficient?

22        **DR. CANAVAN:**  It sure will, I'll make it

23   sufficient.

24        **THE COURT:**  Okay, so why don't we do that.  And

25   I'll come back and we can hear from Dr. Canavan, and then I

1  can let the parties share any thoughts about how we should

2  proceed when I get your report next week.

3         So right now I have it's 3:21.  Why don't we all

4  come back at 3:30.

5         **MS. HEBDEN:**  Okay, thank you.

6         **THE COURT:**  Thank you, I greatly appreciate it.

7  (Off the record at 3:21 p.m.)

8  (Back on the record at 3:31 p.m.)

9         **THE COURT:**  Dr. Canavan, are you there?

10         **DR. CANAVAN:**  Yes, I am, your Honor.

11         **THE COURT:**  Well, would you mind sharing your at

12  least preliminary thoughts with us as well?

13         **DR. CANAVAN:**  I sure will.  Thank you for the

14  opportunity.  So I was going to plan to present preliminary

15  findings with respect to the seven questions that were posed

16  by the Court and the parties around the mental health issues

17  in this case.  I'll echo what was said earlier about the

18  hospital's cooperation in this matter, it's been incredible.

19  Document requests, access to the hospital, access to staff

20  and to patients has been really appreciated.

21         So the methodology that I've used to conduct this

22  investigation was started with structured interviews of

23  senior hospital leadership, including the CEO, the medical

24  director, chief clinical officer, chiefs of psychology,

25  social work, rehabilitation services, the positive

1    behavioral supports director, the treatment services staff,

2    the risk manager, consumer affairs chief for the hospital.

3         And over two days, I visited five units at the

4    hospital.  And one of those units I actually went back to a

5    second time.  And I used Webex to visit with staff on the

6    COVID-positive unit.  I met with or spoke over the phone

7    with dozens of staff and patients.  The staff were from

8    nursing, psychology, social work, clinical administration,

9    psychiatry and the allied therapies.  And the patients were

10   from at least four units within the hospital.

11        I reviewed numerous documents that were provided

12   by the defendants, many of which I was able to reference in

13   the interviews with the leadership.  And so far we've done a

14   review of eight records of electronic health records so far,

15   and we're planning to do more electronic review in the next

16   couple days.  We have conducted some data analysis, but I

17   would tell you at this point that is not yet complete.  As

18   we learn more, we're able to focus better, and the data that

19   we provide we hope will be the most useful to the Court.

20        So I thought I'd just give you a brief overview of

21   the hospital.  On May 1st, 2020, the hospital had 209

22   patients on its rolls -- excuse me, that's March 1st,

23   compared to 268 on March 12th, 2020 when the first positive

24   COVID case was identified.  Of the 209 patients on their

25   rolls as of May 1st, 204 were at Saint Elizabeths itself and

1    five were at medical hospitals for treatment related to

2    COVID.  And the hospital's organized into 12 units, with

3    five located on what is known as the transitional side and

4    seven on the intensive side.  In each unit, the census will

5    range from a low of nine to a high of 24.  And there are

6    some units at the hospital that are coed.

7           In the traditional time, non COVID time, units

8    were determined by -- mostly by the clinical status of the

9    individuals who were cared for there.  So there would be

10   geriatric units, there would be forensic units and civil

11   units that were mixed.  There were forensic pretrial

12   admission units, and then there were long term units.  Since

13   the COVID outbreak, units have also been designated for

14   infection control purposes into different categories we've

15   heard today, isolation units -- meaning active COVID,

16   universal PPE for other units, the PUI units.  So the census

17   and unit assignments of individuals in care have changed

18   frequently in response to the ever-changing conditions and

19   requirements of the infection control area.

20          The first question that I was posed with was are

21   the hospital and the Department of Behavioral Health

22   periodically evaluating patients for discharge to community

23   placement in light of COVID-19.  I would say that I believe

24   the hospital is effectively reducing the census as the COVID

25   virus became known.  I will tell you, Judge, there was a lot

1       of hard work to do, and it was well done.  I'm especially

2       impressed that one of the discharges that they were able to

3       accomplish during this period included the placement of a

4       person with intellectual disabilities to a DDS placement.

5       And in non COVID times, that is a very difficult placement

6       to make.  And the dedicated staff at the hospital, along

7       with his attorney and I believe the University Legal

8       Services staff, really came together to do a very difficult

9       discharge.  So I think that speaks well of everyone's

10      cooperation.

11              Discharges, however, have dramatically slowed

12      since that great progress.  I think that actions to

13      discharge more individuals continued by the hospital in

14      doing more -- they're now having to do more than -- that

15      community partners formerly were doing, because they're also

16      struggling with the issues related to COVID.  Barriers to

17      discharge include COVID status now.  Residential facilities

18      are refusing to do interviews with patients.  And this

19      remains the quintessential issue for discharge from Saint

20      Elizabeths, which is the lack of appropriate types of

21      housing to which individuals could be discharged.

22              There have been some meetings between the

23      Department of Behavioral Health and the hospital which have

24      stopped, and some meetings between the core service agencies

25      who are responsible for the care of the individual when

1    they're in the community.  And linkage to care between the

2    hospital and those teams has been I think majorly impacted,

3    because the teams aren't coming to the hospital at this time

4    since visitors are not permitted at this time.  I would note

5    for you that most of the discharges in the last 30 days were

6    to the jail.

7            IRPs have a discharge goal -- the IRP is the

8    treatment planning document that's called the individual

9    recovery plan.  Every individual recovery plan must have a

10   discharge goal that includes interventions that staff are to

11   make to move the patient towards discharge.  In addition to

12   that social work, also maintains a ready for discharge list

13   which includes recommendations about the level of care

14   needed, description of the efforts to discharge and barriers

15   to outplacement.

16           So the social work director at the hospital was

17   holding biweekly meetings with DBH central office staff to

18   review the list and to address barriers to discharge.  I

19   think that that was a good process, it was working and it

20   certainly worked in the last two months.  Core services

21   agency case managers were mightily involved as well.  Post

22   COVID, however, those biweekly meetings with DBH have been

23   suspended since about mid March.  The ready for discharge

24   list is still maintained by the hospital and updated as

25   information's changed.

1          The Court also worked very closely with the

2    hospital to discharge patients that could return to the

3    jail.  They also did a review of the NGBRI cases, the long

4    term not guilty by reason of insanity cases, to determine if

5    anyone could live with their family in the community.  And

6    the team was also able to get a limited release for one

7    patient in that status, which is also a very, very good

8    thing.

9          I think the issues right now around discharge are

10   the CSAs, the assertive community treatment teams.  The so

11   called ACT teams are not doing in-person treatment at the

12   hospital or coming to the hospital to follow up, and so it

13   complicates everything.  It requires that the social worker

14   or the clinical administrator manage any of the contact

15   that's needed during that period.  Social work is doing much

16   more of the planning for those outside entities.  And

17   they're doing that in a way that is also different than

18   they've had to do in the past.  It's a lot of one-to-one

19   work with the clients, and very little direct contact with

20   the outpatient providers.  They're arranging telephone

21   interviews with possible housing providers when those are

22   possible.  But as I said earlier, often housing providers

23   are not willing to take someone during this period.

24          I'll tell you what I know about the discharge

25   barriers right now.  There are seven people who are waiting

1    for bed availability, meaning they're otherwise ready to go.

2    There are 15 who have applied for CRS who have not been

3    accepted.  There's some limitations with people who smoke.

4    And in some facilities, you may need a male bed, not a

5    female bed.  You also may need a personal bed because a

6    person has mobility issues, and those are not currently

7    available.

8         So the basic picture here is that due to the

9    scarce resources anyway, it's difficult.  It's harder now as

10   CRF providers are faced to take patients.  I also think the

11   telephone interviews are perhaps less effective, and

12   therefore they're gaining fewer acceptances that way.  There

13   was also a suspension of home choice two vouchers last year

14   I guess in the summer of August of 2019 that a few social

15   workers felt like those vouchers limited some of their

16   options.

17        The second part of the question was how frequently

18   was the hospital discharging patients.  I can tell you that

19   between March 15th, 2020 and May 2nd, the hospital had 57

20   non death related discharges.  Fifteen of those were civil

21   patients, and 39 were forensic pretrial, including the four

22   NGBRI status patients.  But in the last 30 days, there were

23   26 discharges of forensic pretrial patients, one forensic

24   post trial patient and four civil patients.  Of the four

25   civil patients, two went to nursing homes and two went home

 1   on their own.

 2          So I have some recommendations around this.  I

 3   think that we need to restart some of the DBH intensive

 4   discussion, and maybe some education of housing providers to

 5   help allay their fears.  I feel very hopeful with what my

 6   infection control colleagues have talked about, of finding

 7   places that are post COVID in the hospital, and really

 8   focusing the attention on those patients who are ready for

 9   discharge and would otherwise be discharged but for

10   placement.

11          The other thing that I also know has worked at

12   other places is to consider a short term subsidy perhaps for

13   providers who take Saint Elizabeths patients.  You know, for

14   two or three months during this difficult period, having

15   them out of the hospital would be optimal for the individual

16   and for the hospital's situation currently.

17          The next question was around mental health care

18   services provided to patients in light of COVID-19, and how

19   they're being provided; what has changed in light of the

20   outbreak, and how is the hospital providing mental health

21   care services now.  So just to frame this issue, minimum

22   treatment by policy at the hospital requires that each

23   patient have a current treatment plan with goals and

24   objectives and interventions.  That's called the IRP that I

25   mentioned before.  And that policy requires 15 to 20 hours

1    of scheduled treatment a week in general.  You know, this

2    could change depending on the patient's status, particularly

3    their mental status, and their ability to be able to sustain

4    sitting in groups or being part of activities that are

5    structured for long periods of time.  Sometimes when a

6    person comes in and they're more decompensated, it's

7    difficult to achieve the 15 to 20 hours, but it is the

8    optimal goal.

9        In February of 2020, there were over 8,000 hours

10   of treatment scheduled, meaning that's what it would take to

11   achieve the 15 to 20 hours for the patients in the hospital

12   at that time.  And 6,000 hours of treatment were actually

13   provided.  I would say that that's a pretty decent number of

14   treatment hours if the goal was 8,000 and you got to 6,000.

15   Because in the month of February, it's a shorter month,

16   there are other activities.  Black History Month is a major

17   event at Saint Elizabeths, and so oftentimes standard

18   treatment maybe canceled so that people can participate in

19   core activities around Black History Month.

20       So in February, they did a very good job and 158

21   patients attended one or more groups with an average of two

22   hours of treatment each day.  That's a good amount of

23   treatment.  In addition to that, 53 individuals in care were

24   provided individual psychotherapy with psychologists or a

25   psychology trainee.  Again, I think that -- I'm a big

1    proponent of individual psychotherapy, and it's a great

2    thing.  It is something that patients find sometimes

3    difficult to participate in, and it's always a struggle.

4    But 53, I think they're doing just about right, pre-COVID.

5          Post COVID is a bit of a different story.  The

6    hospital policy I told you was 15 to 20 hours of active

7    treatment, and currently they're really not meeting that

8    standard.  In the course of interviews with the five

9    treatment teams that I visited and the one that I spoke with

10   by Webex, universally the treatment teams are saying that

11   they are not able to achieve that level of treatment at this

12   point.  They have, however -- because most groups have been

13   canceled, and the ability to do individual psychotherapy is

14   lessened because of the physical distancing and not having

15   therapists go to the unit to meet with the individual.

16         So the groups are canceled, and that's a difficult

17   thing in a place like Saint Elizabeths.  When you're dealing

18   with mentally ill individuals, often group is the modality

19   that is prominent.  And that is something that I think is

20   going to have to be re-thought, perhaps smaller groups of

21   shorter duration and more frequency.  But I also think the

22   issue with that becomes that that is going to be much more

23   staff intensive, and it will require more staff being on the

24   units with those patients over a longer period of time.

25         The hospital is using Webex to do treatment

1   planning.  They've done court hearings using Webex, some

2   family visits, some lawyer visits and guardian visits.

3   People report that it's bulky and awkward and not great, but

4   it's much better than they would have been able to do

5   otherwise and so they're happy with that.  Webex is

6   apparently also being used for what would have otherwise

7   been psychotherapy and now is a clinical check in with their

8   therapist.

9          And again, I think that I heard from at least two

10  patients that the ongoing contact with their individual

11  psychotherapist was of benefit to them and something they

12  looked forward to.  I certainly heard from the clinical

13  staff about their level of concern about the individuals in

14  their care, and wanting to maintain that contact and doing

15  it in this whole new way that we've only recently begun to

16  do.

17         As I said, the groups -- I think if we get back to

18  groups at some point using appropriate social distancing,

19  physically the only way we're going to be able to do that is

20  with smaller groups or with individual sessions.  And I

21  think to keep it effective, and in light of social

22  distancing, they need more clinical staff on the units to do

23  that.

24         So one of the things that I was hoping to discuss

25  today was a plan for a near term 30-day, 60-day phase plan

1    to look at clinical staffing on the units, and doing that in

2    conjunction with the requirements of physical distancing as

3    outlined by my colleagues earlier.  And then what I think

4    also needs to be addressed is what is the longer term, maybe

5    90-day, return to updated treatment modalities given that

6    we're not a hundred percent clear what the COVID pandemic is

7    going to look like 90 days from now; and what's the capacity

8    of the hospital to be able to flex with the needs of

9    infection control as it goes forward.

10              I can tell you that I think that technology for

11   this immediate period and in this uncertain future so that

12   they can switch from a technology focused treatment back to

13   more traditional group treatment depending on the social

14   distancing requirements, they're going to need some

15   flexibilities to do that.  I think it's staff on the units,

16   and I think it's technology that's most helpful.

17              I will tell you something that seems to be

18   complicating treatment is patient movement, because of their

19   COVID status, makes treatment very difficult.  I fully

20   appreciate what my colleagues mentioned earlier about the

21   need to cohort appropriately.  I think that there is

22   difficulty because currently it seems -- I think it seems

23   somewhat unclear to clinical staff about what's the basis of

24   the cohorting, because multiple transfers are disruptive to

25   the individual.  First of all, it's difficult to go from one

1    place to another.  And we already have difficulty kind of

2    managing it in an environment.  To be taken to a completely

3    new environment is difficult.  It's also difficult for the

4    team that is trying to provide effective and positive

5    treatment for those individuals.  So to the extent possible,

6    minimizing those transfers is a very important thing that I

7    think would help everyone.

8         I'm also wondering whether there are -- the

9    staffing issues that may exist at the hospital.  I'm told

10   that there are clinical staff positions that are vacant, and

11   that perhaps some of these transfers are complicated by the

12   lack of clinical staff to help effectively manage the

13   patient coming into a new milieux and helping them there.

14        I can also tell you that there have -- I am a bit

15   concerned about some transfers that have involved mixing

16   patients who would otherwise not be appropriate on a unit

17   with other patients on that unit strictly because of their

18   COVID status.  For instance, I'm aware of one situation --

19   I'm sorry, of two situations where a patient who has a

20   history of sexual violence was placed on a unit that was a

21   coed unit with women.  It was quickly undone in my

22   understanding, but I think those kinds of things require

23   careful attention.  And I think staffing pressures have

24   not -- of having some vacant positions may result in people

25   kind of getting lost in that temporarily.  To the hospital's

1    credit, I think they corrected it very, very quickly.

2            The other thing that's a concern to me about the

3    cohorting is that clinical teams -- so when a patient moves

4    from one unit to another -- from let's say their home unit

5    to another, their nursing care and their physician care is

6    provided by the team that they go to.  But their clinical

7    care -- meaning social work, psychology, rehab therapy, any

8    of the other treatment modalities, would be offered by their

9    home team.  This is because -- it's a real positive attempt

10   to have continuity of care across the setting, and to have

11   the person who knows this individual best continue to work

12   with them.  But I have seen it raise issues for some of the

13   staff being concerned about I work on a unit that is post

14   COVID, and I'm going to visit -- I need to do individual

15   work with a patient who's on a COVID unit now.  If they have

16   to physically go there, I think that is a real concern.

17           I think technology can help with that, and I'm

18   going to talk to you about that slightly.  Communication at

19   the hospital, according to staff, has been frequent.  There

20   are three all staff meetings convened by the CEO via Webex

21   three times a week.  I've heard staff report that proposals

22   made and issues raised in those meetings are sometimes not

23   responded to, and that is a source of concern for them.

24   They feel unsteady in an unsteady -- already unsteady

25   situation.

1              **THE COURT:**  What sort of communication is there to

2     the patient population about what's going on?

3              **DR. CANAVAN:**  You know, it's very interesting,

4     Judge.  In my patient interactions -- I think I've been with

5     14 patients for brief periods of time, and some of them are

6     very, very -- their mental status is very changeable right

7     now, and they were not able to communicate too well.  One of

8     those patients, when I said, "Why do you have a mask on?" he

9     said, "The COVID."  And I said, "And what's it do?"  He

10    goes, "It keeps me safe."  And I said, "What else do you

11    have to do?"  And he said, "Wash my hands."  And I thought,

12    boy, that's great.  And then there are other patients who

13    are much more -- you know, their mental status is much

14    smoother.  One patient kind of -- she could be a nurse

15    educator she was so adept at explaining to me all of the

16    precautions that she needed to take on a daily basis.

17             So like the infection control folks, I've been

18    very happy with what I've seen in terms of the patients

19    themselves really taking responsibility.  When they forget,

20    staff are there to redirect them.  And that redirection is

21    frequent in cases where it needs to be.  But honestly, I

22    didn't see a lot of it because there wasn't a need for it.

23             So the treatment teams have created -- the unit

24    psychologist is doing check ins with everybody all the time

25    as is the nursing staff.  Social work is doing a lot of that

1    as well.  The clinical administrators play a key role,

2    particularly when there are court issues that must be

3    addressed or when the patient needs to speak to their lawyer

4    or when there's a family situation.  The social worker and

5    clinical administrator, it seemed to me on many of the units

6    that I visited, are backing each other up very nicely so

7    that that work gets done.

8         I will tell you that there are at least five

9    vacancies among clinical administrators.  That means that

10   there are -- out of 11 standard units, there are five of

11   those that do not have clinical administrators who are there

12   full-time.  There is one clinical administrator who I met

13   who is covering her own unit, another unit that has a

14   different COVID status, and half of a third unit that is a

15   similar COVID status to her own.  So I think the concern

16   about vacant positions there is serious, and it's getting

17   played out right now.  The worry that the staff mentioned to

18   me was that they're concerned that there may be a hiring

19   freeze that Saint Elizabeths would be subjected to.  And I

20   would argue that that may be something that we want to think

21   about, whether that's appropriate given the real needs of

22   Saint Elizabeths today.

23        In terms of primary functional treatment that the

24   hospital offers for the pretrial forensic patients,

25   competency restoration groups are the most important service

1   for them.  They're typically there to be evaluated for

2   competency.  Those competency restoration groups would often

3   happen in a large group, very interactive.  You play the

4   roles in the courtroom, you talk about when is the

5   appropriate time to talk to your lawyer, all those different

6   parts about the nuances of competency.  Those are being

7   done, but again they're not in group anymore and they're

8   more on a one-to-one basis.  I saw Herculean efforts by a

9   psychology resident and a social worker to play a game of

10  The People's Court in a socially distanced manner on a

11  pretrial forensic unit.  And that was very cool to see

12  people really adjusting, and patients actually enjoying

13  themselves.  I think it was a nice relief from boredom as

14  well, so that was great.

15          The psychology and treatment services teams have

16  created and distributed activity packets to patients.  They

17  include more recreational things, puzzles, quizzes, Sudoku,

18  origami, brain games, reading guides, tips for stress

19  reduction tolerance and other activities.  Psychology also

20  developed a short video about COVID-19 that's available to

21  patients.  There's an internal television station at Saint

22  Elizabeths, or television channel, and it's being played on

23  that.  In addition, psychology is developing a manual

24  targeted for patients that will help them prepare for an

25  upcoming group.  So it's kind of the homework guide that

1    they can use with patients when we get back to more routine

2    groups.

3            The hospital has made some efforts to roll out a

4    telehealth program that would be available on each unit to

5    allow for remote group therapy.  The plan today is that they

6    would have a -- basically it's a large TV, touch screen TV,

7    with a camera and a speaker that would allow clinical

8    services to be provided remotely.  So you're the individual

9    therapist, you're off the unit.  They bring this device to a

10   room, and you can conduct a therapy session in a private

11   room with the individual in your care.  The problem is

12   there's one of these for each unit that the actual -- the

13   monitor there, the cart that it has to go on to keep it

14   secure, is not there.  Apparently they were delivered to

15   Kansas.  So they're unable to use this at this point, and so

16   the ability for a therapist to interact directly with their

17   patient is pretty diminished as a result of that.  And I

18   think it was difficult for them to get funding to purchase

19   those in the first place, and then it was difficult to find

20   them.

21           I think that we should really look at technology

22   as a way that we can deliver treatment in a much more

23   universal sort of way, and really allow people to interact

24   with other people in that telehealth sort of modality as we

25   go through all this.

1      **THE COURT:**  Why is it that just a tablet, an iPad

2   or the equivalent, wouldn't do the trick for something like

3   that?  Are there security concerns?

4      **DR. CANAVAN:**  In some cases there might be, but I

5   think that those could be easily addressed.  I think that --

6   my recommendation is that we really move to that.  There may

7   be times where you want to have some of these larger screens

8   available just to use to helping teaching or other things, I

9   think it's not bad.  But I think the real answer is

10  everybody needs an iPad.  I mean, you can interact with your

11  therapist on the iPad.  You can do your homework on the

12  iPad.  You can have recreation time on the iPad.  It's going

13  to take some -- I think the real issue is staffing honestly.

14  It's first paying for the device itself, and then secondly

15  who's going to be responsible for ensuring that it is

16  plugged in, that it's safely secured at night.  Because you

17  cannot have a plug in a patient room because of ligature

18  issues.

19      So it's really how do you figure out how you get

20  the iPad to the right person at the right time during the

21  day.  And that's again why I'm saying to you I think that we

22  need to add staffing to the units now in order for them to

23  take responsibility for that.  And I have a group in mind

24  that I discovered while I was there two days ago.  That's

25  the answer.

1          I've talked with my infection control colleagues,

2     and they have said that they thought that one per patient

3     was the right way to go because of infection control

4     concerns.  And I think there are ways for us to do this.

5     It's going to take manpower.  And I don't think that is a

6     task that can fall to the nursing staff.  The nursing staff

7     have enough to do on a good day.  And in this situation,

8     nursing staff is doing an honorable job, but I just think

9     that's too much for them to handle.

10         The next question was what's the technology

11    assistance they need.  So it is apparently they only have

12    access to phones in public areas.  Some cellphones have been

13    made available to those who are in quarantine status.  I

14    think that certain clinical administrators are offering

15    their own work phone for patients to use during this crisis.

16    I mentioned that they added the Webex, and that certainly is

17    good.  It's allowing things -- the absolute basics to

18    continue, but it's not enough for it to really be a

19    treatment milieux.  And the number of those devices is

20    currently insufficient for really doing comprehensive

21    treatment.

22         So my recommendation there is that there would be

23    an iPad or a tablet available for every patient.  I would

24    add that those budget devices, they're called Cisco I think

25    1830s, but I don't have -- I'll have that in the written

1    report.  We have 12 now.  If we doubled the number of them,

2    I think that would be great too because you could possibly

3    run two larger things at the same time.  I think there needs

4    to be a sufficient number of cellphones for use in any

5    quarantine area.  Anytime a patient is in quarantine, they

6    should have a cellphone that the staff can hold and

7    disinfect so that the patient has access to use for the

8    normal things that would allow any patient to call out for.

9         I know this building, Judge, and the wifi in the

10   building has to be evaluated because it was built so that

11   there was not wifi in the patient bedrooms.  And I also know

12   that because it's a concrete cinderblock wall building,

13   there are places where the wifi is tenuous at best.  It's

14   going to have to be upped quite a bit.

15        The final thing around the equipment is there are

16   clinicians I learned yesterday at the hospital who have

17   laptops that are antiquated.  One physician actually told me

18   that his laptop cannot be upgraded because it's so old that

19   it only has Windows 7, and there's no way to get from

20   Windows 7 to today's Windows.  So there needs to be an

21   inventory done and purchasing of laptops for anybody who is

22   a licensed clinician who has a laptop that has a camera that

23   is able to use the Webex modality and is wifi enabled for

24   them.

25        You asked the question about what opportunities to

1    meaningfully engage individuals in isolation or quarantine

2    is the hospital providing, including socialization and

3    recreation.  I can tell you it's very limited.  Staff are

4    doing the best they can.  I did tell you about The People's

5    Court which was a very nice thing.  But the truth is weekend

6    and evening activities have been canceled.  And the

7    therapeutic learning center, which is where -- it's kind of

8    like the day treatment program, that everybody would leave

9    their unit and go to the therapeutic learning center, called

10   the TLC.  That has been canceled as well because it was

11   congregate treatment.  So the loss of the TLC and the

12   movement from my house to my job has impacted the patients

13   at Saint Elizabeths as it has you and I.

14          The patient units are scheduled for time in the

15   recreation yard, but it is not being used all that

16   frequently from reports of patients and from the director of

17   staff.  Some of the first floor units in the hospital have

18   access to their own small courtyard immediately adjacent to

19   the units.  And in two units, I did see patients out there

20   with staff using that courtyard.  Visitation has been

21   restricted to the visitation area only.  And I also

22   understand that despite it being allowed, it is really not

23   happening.  There's been virtually no one coming into the

24   hospital to use visitation rooms for that purpose.

25          I want to say one thing in answer to this

1    question.  I watched staff engage with a patient who's in
2    quarantine status on a unit, and attempted to engage him in
3    a game of charades that was being played on the unit.  This
4    individual has as his first language Spanish, so it was a
5    stretch for some of the staff who did not speak Spanish to
6    help him.  But they went to extreme measures to make sure
7    that he got the dry erase board and his own marker so that
8    he could put up his own drawing and people could guess, and
9    he could do the same from a socially distanced way.  It was
10   a very, very wonderful interaction to watch that patient be
11   able to enjoy that kind of an activity despite being in
12   quarantine status.  But this is done by extraordinary people
13   who are working very, very hard to make it happen.

14          You asked about COVID-19 effects on patient
15   incident reports, including time within which the hospital
16   responds.  Patient incidents are down.  Investigations are
17   being conducted by risk management, but some changes have
18   had to be made in that process.  The interview of patients
19   and staff are now conducted by phone.  And the cameras that
20   are throughout the hospital are still used only as
21   necessary.  But they are being I think used more now in
22   order to see what happened in a particular event and to
23   investigate it.

24          The next question was how many patients have been
25   restrained or secluded on a daily basis since March 11th;

1   how does this compare to pre-COVID use of restraint and

2   seclusion considering the reduced patient census; and who's

3   reviewing the use of seclusion, restraint and the

4   consideration of less restrictive measures.  At this point,

5   preliminarily we believe that seclusion and restraint is

6   down, even taking out the reduced census.  But that data

7   analysis is ongoing, and I'll have that for you in the

8   written report.  Preliminary indications are that it is down

9   to about three episodes per thousand patient base, which

10  would be a nice reduction for Saint Elizabeths in my

11  recollection.

12          I will tell you as it relates to seclusion and

13  restraint, I do have a question at this point -- and it's

14  just a question -- about a locked door into the isolation

15  suite that the infection control -- I think she mentioned.

16  There was a seclusion suite.  The D.C. Department of Health

17  has approved it for a patient to use it as an isolation

18  suite.  I'd note that CMS has just issued new guidance

19  related to seclusion, which I just received but I have not

20  evaluated yet.  So I want to get all those inputs right

21  before I have an opinion on this.  But I did ask the

22  hospital to provide their policy and procedure on the use of

23  the isolation suite, particularly as it pertains to

24  seclusion.

25          What access do patients have to telephones.  So

1    there's shared phones on the unit, and they're in a public

2    place.  There's no private place for phones.  I mentioned

3    earlier that clinical administrators and some social workers

4    are bringing their work phones to the patients in the

5    isolation units so they can call family, and do it in a

6    socially distanced way.  There so far does not appear to be

7    a decision to allow patients to have personal phones during

8    this crisis, which is something that's always been thought

9    of but maybe should be re-thought at this point as well.

10                I will tell you when I look at the tenor of the

11   building, Judge, the patients are sad, they're scared,

12   they're worried about their future.  Despite these concerns,

13   I found numerous interactions among patients that showed

14   kindness, deep respect and real respect for their dignity.

15   I would also tell you the staff at Saint Elizabeths has

16   responded in remarkable ways to this pandemic.  They come to

17   work in difficult circumstances.  Universally people are

18   saying to me people are returning to work, they're coming to

19   work.  The ones who are not there are the ones who are

20   actually sick.  They are interacting with patients in a

21   caring and creative way.

22                And others, interestingly, who are out because of

23   illness, I had two phone calls from them and others that

24   mentioned to me how they're not currently able to provide

25   clinical care, but have expressed eagerness to return to

1    work.  So I think there's a real opportunity here.  I'm

2    aware, Judge, that there was a proposal by some clinical

3    staff who are currently not working on the units but would

4    like to return to those units.  And I had requested -- and I

5    was told there was a plan submitted to the CEO about this.

6    My idea here is that if we're going to need all this IT

7    equipment and someone has to help facilitate the use of it,

8    that the staff in the therapeutic learning centers and the

9    staff from rehab services, the vast majority of whom are

10   licensed or they're at least accredited, to the extent that

11   their profession accredits people, they're currently not

12   working in clinical capacities.  They're required to come to

13   work, but they are not working clinically.  They're doing

14   things that are useful and helpful, but not clinical.  And I

15   think that there should be a strong effort to try to make

16   every arrangement to have those folks be designated to work

17   on units.  Let them do the therapies and treatments that

18   they are trained to do, and let them also help out with the

19   introduction of the technology that I think is really

20   needed.

21          So my recommendation on that would be that we get

22   that plan -- well, I've asked for it, I don't have it yet.

23   But they've been great about documents, so I'm sure it's

24   just waiting to come.  But I'd like to review that plan.

25   I'd like to be able to talk it through with the hospital

1   clinical leadership so that we could get the treatment

2   services and rehab staff onto the units.  If I think it's a

3   sufficient plan to increase treatment opportunities, I would

4   recommend that it be implemented with all haste, phased in

5   balancing the needs of the infection control concerns about

6   vectors.

7           Thank you.

8           **THE COURT:**  Well, thank you.  That was extremely

9   helpful.  I really cannot thank Dr. Waldman and Ms. Hebden

10  and Dr. Canavan enough for this.  The fact that you did such

11  thorough and thoughtful analyses and investigations on the

12  timeframe the Court provided to you is just absolutely

13  remarkable, and I look forward to reading your report.  But

14  it's clear to me that you've done an enormous amount of

15  extremely insightful and helpful work.

16          And whether it ends up in a final order of the

17  Court or simply informing Saint Elizabeths so that Saint

18  Elizabeths can make the best decisions that it can make,

19  there's no doubt that this is lifesaving work that will also

20  benefit the patients and the staff enormously.  So thank you

21  all for that.

22          I'd also like to -- Mr. Bluming, if you could

23  convey my thanks to the hospital staff and management.  I

24  mean, every single one of the amici went out of their way to

25  talk about the cooperation they received as well as the

1   dedication that they saw from staff and management at the

2   hospital.  I'm confident you would convey that to them

3   anyway, but I hope you'll convey that to them with my thanks

4   an endorsement as well.

5          So I just want to hear briefly from counsel about

6   their recommendations of how we should proceed.  And it may

7   be that you think we need to see the report first, and that

8   after you see the report we should then talk about how to

9   proceed.  But if you have ideas about what we ought to be

10   doing for next steps, I'd appreciate hearing that now.  And

11   if the answer is you need to wait until after you see a

12   report and then we can talk about it, that's fine too.

13          So Mr. Freedman, do you want to go first?

14          **MR. FREEDMAN:**  Thank you, your Honor.  And I

15   apologize if there's background noise.  In the interim,

16   there's a piano lesson going on in the background at my

17   house, so I've stepped outside.  John Freedman for the

18   plaintiffs.  I want to thank -- I'll also thank the amici

19   for doing their quick and very comprehensive work.

20          So we have two basic thoughts from the plaintiffs

21   on how to proceed.  One is that the temporary restraining

22   order, by its own terms, expires tomorrow.  We have

23   discussed with the District extending it at least through

24   completion of the experts' work.  And I think there's

25   agreement on that.  I think, though, in light of what we've

1    heard today, plaintiffs' view is that it makes more sense to

2    extend it for a slightly longer period of time.  Our

3    suggestion would be extend it out two weeks.

4             And that's in part because we are hearing of new

5    cases at the facility.  But I think more importantly, we

6    heard some recommendations from amici that we think should

7    be acted on and ordered by the Court sooner rather than

8    later.  There were three that really struck us as things

9    that should help the hospital get on top of this situation

10   to stop further -- or to be -- additional procedures that

11   could be taken -- additional measures that could be taken to

12   stop further spread.

13            And the three that really struck us were, one, the

14   concept that staff should not be going between units, that

15   staff essentially should be viewed as cohorting with

16   particular units.  Obviously the District hasn't had a

17   chance to react to that, but that struck us as something

18   that seems sensible and would certainly welcome hearing from

19   the District on feasibility.  But that does seem that that's

20   something that should be effectuated sooner rather than

21   later.

22            The second was the idea that the D.C. Department

23   of Health should assign one of their epidemiologists to be

24   working on-site to help the infection control specialist

25   tracking -- both tracking test results, tracking antibody

1    test results once those are implemented.  But more

2    importantly, keeping track of how long people are on

3    quarantine units, have been in quarantine units.  I think as

4    Ms. Hebden put it, it makes much more sense for the

5    infection control specialist to be out in the wards making

6    sure that infection control is actually happening and being

7    implemented properly rather than trying to do -- track all

8    the data.

9          And the third thing that struck us is something

10   that should be done -- and I think this ties directly to the

11   concept of extending the TRO for the amount of time we've

12   asked for, which is the point prevalence testing covering

13   not only patients but also staff.  I think as Dr. Waldman

14   put it, there needs to be a baseline from which they are

15   measuring how long people are free and unexposed.  And until

16   that test has been done, there's not going to be confidence

17   that the staff are not bringing COVID into the facility.

18         And as we understand it, once that's done, it

19   would need to be periodically refreshed.  But that given

20   what we know about the disease and that once people have

21   been exposed they're supposed to be quarantined for a period

22   of 14 days, it made sense to us to -- just at this juncture

23   to enter a continuation of the TRO for that period of time.

24         **THE COURT:**  Okay.  Mr. Bluming.

25         **MR. BLUMING:**  Thank you, your Honor.  Micah

1    Bluming for the District.  So we did speak with plaintiffs

2    about -- with plaintiffs' counsel about extending the TRO

3    through the completion of the expert written report, and we

4    are in agreement on that.  We think that makes sense.  In

5    terms of extending it further, we don't agree to anything at

6    this point in time.  I think we need to speak with our

7    clients first in light of what was reported today.  You

8    know, I think it just makes sense to discuss it with them,

9    and then meet and confer with plaintiffs to see if we can

10   agree on a path forward.

11          And I know that we were technically supposed to

12   have a status report due today in fact I think with

13   plaintiffs.  We think it might make sense if the Court were

14   willing to potentially vacate that report, and instead we

15   meet and confer with plaintiffs and potentially submit a

16   status report Monday once the District has had time to

17   confer internally and then speak with plaintiffs and see

18   where we stand at that point.

19          **THE COURT:**  Do you want to wait until you get the

20   report from the amici before you submit the joint status

21   report or do you want to do that beforehand?

22          **MR. BLUMING:**  We can wait until after the report's

23   in, so perhaps Tuesday.

24          **THE COURT:**  So this strikes me as one possible

25   reasonable way to proceed, is the report comes in on Monday,

1    the joint status report Tuesday afternoon.  And then perhaps

2    extend -- if the District were prepared to do so, extend the

3    TRO until maybe 2:00 o'clock on Wednesday which will give me

4    an opportunity to consider the parties' joint status report.

5    And it may be that you're in agreement that it should be

6    extended at that point or that it could be modified in

7    certain respects, and we can enter the modifications at that

8    point.  Or if there are disagreements, then I'll have until

9    2:00 o'clock on Wednesday to decide who I agree with, and

10   whether it should be extended, and if so, what it should

11   say.

12            Is that workable from the parties' perspective?

13            **MR. FREEDMAN:**  Your Honor, John Freedman for the

14   plaintiffs.  I think that basically works.  I would say that

15   before a hearing, that there were concrete recommendations

16   from the -- that could be acted upon now and frankly would

17   make sense for the hospital to start implementing now.  Our

18   sense was that we were going to propose that we enter a

19   briefing schedule on the preliminary injunction following

20   Tuesday's report, with us briefing it promptly, but that any

21   TRO would run through the end of that briefing.  So I'm just

22   a little worried we're going to get crunched on time with

23   the TRO scheduled to expire on Wednesday.

24            **THE COURT:**  Mr. Bluming, do you want to confer

25   with your client -- I mean, maybe it make sense for the

1    parties to meet and confer about this.  Why don't we do

2    this:  Why don't the parties meet and confer, and why don't

3    you just -- tomorrow, the joint status report that you can

4    file tomorrow, it doesn't need to be the full joint status

5    report.  I'm just going to specify that this is just for

6    purposes of setting forth your proposals of how we should

7    proceed.  And it may be that the parties are in agreement

8    that we could extend the TRO for 14 days and we should have

9    a briefing schedule on the PI, that's fine.  There may be

10   some areas of disagreement.  You've worked really well

11   together so far and hopefully you can come up with an

12   agreement.

13         So why don't you just -- and rather than asking

14   Mr. Bluming to commit to things on the telephone now when he

15   hasn't had a chance to confer with his client, why don't the

16   two of you talk.  You can talk to your clients about how to

17   proceed, and then just submit something to me tomorrow

18   setting forth your respective positions.  Hopefully there's

19   a substantial area of agreement among the parties.  And

20   where there's disagreement, you can let me know and I'll

21   need to decide those.  But principally for scheduling

22   purposes.

23         **MR. FREEDMAN:**  Your Honor, that sounds fine for

24   the plaintiffs.

25         **MR. BLUMING:**  And your Honor, Micah Bluming for

1    the District.  A status report tomorrow would be fine once

2    we've had the chance to discuss with our clients.

3              Is it the Court's thinking, then, that the TRO

4    would then go back to the Monday termination point as

5    opposed to Wednesday if a meet and confer and status report

6    would happen tomorrow?

7              **THE COURT:**  Well, I guess what I would ask -- I

8    mean, it sounds to me as though you have the authority right

9    now -- and maybe you've already done this, to agree that the

10   TRO should extend until the end of the day on Monday, so

11   11:59 on Monday.  By agreement, the TRO would extend until

12   then.  But hopefully the parties will reach some further

13   agreement with respect to that.  And whatever you file with

14   me tomorrow, just let me know what that is.

15             Does that make sense?

16             **MR. BLUMING:**  Yes.

17             **THE COURT:**  So I'm not going to move it to

18   Wednesday now until you have a chance to meet and confer and

19   talk to your client about it.

20             **MR. BLUMING:**  Yes, that sounds fine with the

21   District.

22             **THE COURT:**  Okay.  What time tomorrow would the

23   parties like to file?

24             **MR. FREEDMAN:**  I'm sorry, your Honor, John

25   Freedman.  I didn't quite hear the Court's question.

1          **THE COURT:**  What time tomorrow do you want to file

2     this joint status report?  Is 4:00 o'clock acceptable?

3          **MR. FREEDMAN:**  That's fine for plaintiffs, your

4     Honor.

5          **THE COURT:**  Okay, so by 4:00 o'clock tomorrow.  So

6     why don't I just leave it at that.  So I'll enter a minute

7     order extending the TRO without prejudice to extending it

8     further by extending it for now until 11:59 on Monday the

9     11th.  I'll direct that the parties file a joint status

10    report by 4:00 o'clock tomorrow just proposing to me how you

11    think we should proceed going forward.

12         **DR. WALDMAN:**  Your Honor, this is Ron Waldman.

13    Can I ask a question, please?

14         **THE COURT:**  Please.

15         **DR. WALDMAN:**  It's not clear to me what you expect

16    from us.  Are you expecting one report or a separate report

17    from each of us?  And when we have one or separate reports,

18    what should we do with it?

19         **THE COURT:**  Well, that's a very good question, I'm

20    glad you asked that.  I understand you're operating under

21    great time pressure.  My preference would be to have one

22    report.  But if it's not attainable because there's so much

23    work for you to do and you don't have a chance to make them

24    all work together, I understand that.

25              So I guess I would hope that at least that you and

1   Ms. Hebden could do a single report on the issues relating

2   to epidemiology and the infectious disease issues.  If you

3   can work in subjects from Dr. Canavan as well, all the

4   better.  But if not, that's fine with me.

5          But what I would request you do in a way that I

6   think will help the parties and me is if at the end of the

7   report, in addition to just going through the type of

8   analysis we've talked about, if you can include very, very

9   concrete recommendations of if you were the judge, what

10  would you put in an order, you know, what do you think that

11  the Court should direct that Saint Elizabeths do.  There's

12  obviously a difference between things that if you were

13  managing the hospital that you might decide to do versus

14  things where you think that the relevant guidance and sort

15  of sound medical judgment would require certain things.  And

16  so the Court ought to, for example, direct that staff not

17  travel between units in a single day -- or between infected

18  and non infected units in a single day; that the Department

19  of Behavioral Health assign an epidemiologist to the site

20  for the purposes of doing X, Y and Z; that there be point

21  prevalence surveys conducted with such frequency.  You know,

22  very concrete.  And then the parties can react to that, and

23  then I can make a decision about what to include in an

24  order.

25          **DR. WALDMAN:**  Understood, thank you.  And to whom

1    do we direct the report?

2         **THE COURT:**  Well, maybe the easiest thing to do,

3    since none of you actually have the passwords and everything

4    one needs for filing, if I can ask perhaps the plaintiffs to

5    volunteer simply to file it on your behalf on the docket.

6    And so if you can get the e-mail information from

7    Mr. Freedman, you can copy Mr. Bluming at the same time as

8    you e-mail it to Mr. Freedman so they receive the report at

9    the same time.  But then Mr. Freedman can file it on the

10   docket.

11        **DR. WALDMAN:**  Understood.  Thank you, your Honor.

12        **THE COURT:**  That's very helpful.  Those are

13   helpful questions, thank you.

14        **MS. HEBDEN:**  And I have one more question.  This

15   is Joan Hebden.  Is this report due by 8:00 a.m. on Monday

16   morning or --

17        **THE COURT:**  No.

18        **MS. HEBDEN:**  Okay.  Do we have until close of

19   business on Monday which would mean 5:00 p.m.?

20        **THE COURT:**  If 5:00 p.m. works for you, that's

21   fine by me.  I really am greatly appreciative of how hard

22   you all must be working on this.  So if 5:00 p.m. works for

23   you, from the Court's perspective, that is absolutely fine.

24        **MS. HEBDEN:**  Okay, thank you.

25        **THE COURT:**  You'll just send it to -- everyone

1   will send it by e-mail to Mr. Freedman.  And if you need to

2   get his e-mail address, he can give it to you.  And to

3   Mr. Bluming.  And then Mr. Freedman will file it on the

4   docket.  But you don't actually have to hit send on the

5   e-mail to him until 5:00 p.m.

6           **MS. HEBDEN:**  Thank you.  Thanks, your Honor.

7           **THE COURT:**  I mean, I thank you.  Thank you.  My

8   thanks go to all of you.  I mean, it's really extraordinary

9   what you've done here, so thank you.

10           Anything else that we should discuss today,

11   Mr. Freedman?

12           **MR. FREEDMAN:**  Not from the plaintiffs, your

13   Honor.

14           **THE COURT:**  Mr. Bluming, anything further?

15           **MR. BLUMING:**  Nothing further for the District.

16           **THE COURT:**  Thank you all.  I mean, both counsel

17   and amici and the clients have done a remarkable job here,

18   so I greatly appreciate it.  This is the judicial and public

19   health system working at its best, so I pass along my

20   congratulations and thanks to all of you.

21           (Proceedings adjourned at 4:28 p.m.)

22

23

24

25

1                           **C E R T I F I C A T E**

2

3                    I, **Jeff Hook, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript

5       of the remotely reported proceedings in the above-entitled

6       matter.

7                           **PLEASE NOTE:**  This hearing occurred during

8       the COVID-19 pandemic and is therefore subject to the

9       technological limitations of court reporting remotely.

10

11

12

13          **May 9, 2020**                    _____

14              **DATE**                              **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**1**

10 [1]   10/3
10-minute [1]   44/18
11 [1]   60/10
11:59 on [2]   78/11
79/8
11th [2]   67/25 79/9
12 [2]   47/2 65/1
12th [1]   46/23
14 [7]   7/18 10/11
12/21 13/7 59/5
74/22 77/8
14-day [4]   4/18
12/17 25/10 25/13
14th [1]   1/16
15 [7]   29/10 44/21
51/2 52/25 53/7
53/11 54/6
158 [1]   53/20
15th [2]   1/20 51/19
16 [1]   35/18
16th [2]   23/4 23/11
1830s [1]   64/25
19 [8]   24/5 26/15
30/7 47/23 52/18
61/20 67/14 83/8
19-3185 [1]   3/3
1:19-cv-3185 [1]
1/3
1A [1]   8/14
1B [1]   8/14
1st [3]   46/21 46/22
46/25

**2**

20 [5]   44/21 52/25
53/7 53/11 54/6
20001 [3]   1/13 1/25
2/25
20005 [2]   1/16 1/20
2003 [1]   32/16
2019 [1]   51/14
2020 [5]   1/5 46/21
46/23 51/19 53/9
204 [1]   46/25
209 [2]   46/21 46/24
20th [1]   23/12
24 [4]   8/3 10/5
10/13 47/5
26 [1]   51/23
268 [1]   46/23
2:00 [2]   76/3 76/9
2:01 [1]   1/6
2nd [2]   1/20 51/19
2PR [1]   8/15
2TR [1]   44/4

**3**

30 [4]   18/17 42/22
49/5 51/22
30-day [1]   55/25
3185 [2]   1/3 3/3
333 [1]   2/24
39 [1]   51/21
3:21 [1]   45/3
3:21 p.m [1]   45/7
3:30 [1]   45/4
3:31 p.m [1]   45/8

**4**

441 [1]   1/24
4:00 [4]   44/19 79/2
79/5 79/10
4:28 p.m [1]   82/21
4th [2]   1/16 1/24

**5**

53 [2]   53/23 54/4
57 [1]   51/19
5:00 p.m [4]   81/19
81/20 81/22 82/5

**6**

6 feet [2]   28/17
36/9
6,000 [2]   53/12
53/14
60 percent [1]
36/21
60-day [1]   55/25
601 [1]   1/12
630 [1]   1/24
67-ounce [1]   37/2

**7**

700 [1]   1/16
72 [1]   35/14

**8**

8,000 [2]   53/9
53/14
8:00 a.m [1]   81/15

**9**

90 [1]   56/7
90 percent [1]
42/17
90-day [1]   56/5
915 [1]   1/20

**A**

a.m [1]   81/15
ability [5]   13/17
19/14 53/3 54/13
62/16
able [27]   6/17
15/20 16/2 21/17
21/20 22/5 22/21
23/9 31/3 35/17
37/24 38/6 38/9
46/12 46/18 48/2
50/6 53/3 54/11
55/4 55/19 56/8
59/7 65/23 67/11
69/24 70/25
above [1]   83/5
above-entitled [1]
83/5
absenteeism [1]
21/21
absolute [1]   64/17
absolutely [3]   6/16
71/12 81/23
acceptable [1]   79/2
acceptances [1]
51/12
accepted [2]   33/25
51/3

access [6]   45/19
45/19 64/12 65/7
66/18 68/25
accomplish [1]   48/3
accomplished [2]
8/12 18/20
accordance [2]   34/4
34/19
according [1]   58/19
account [1]   19/18
accredited [1]
70/10
accredits [1]   70/11
accurate [1]   13/13
achieve [4]   36/9
53/7 53/11 54/11
achieved [3]   7/11
18/18 25/14
aching [1]   23/25
ACLU [1]   1/19
acquire [1]   19/14
acquiring [1]   29/16
across [1]   58/10
ACT [1]   50/11
acted [2]   73/7
76/16
action [2]   1/3 3/2
actions [2]   16/8
48/12
active [2]   47/15
54/6
activities [6]   18/7
53/4 53/16 53/19
61/19 66/6
activity [2]   61/16
67/11
actual [1]   62/12
actually [25]   9/21
17/6 17/10 18/14
19/5 22/17 23/2
23/12 23/19 23/23
24/10 29/9 29/25
31/18 40/18 41/15
43/18 46/4 53/12
61/12 65/17 69/20
74/6 81/3 82/4
acute [3]   31/9
32/22 40/22
adapted [1]   13/19
add [5]   10/4 17/8
43/16 63/22 64/24
added [3]   23/24
23/25 64/16
addition [4]   49/11
53/23 61/23 80/7
additional [7]
10/14 12/23 24/14
35/24 43/10 73/10
73/11
address [8]   5/8
6/19 24/19 28/3
36/13 43/13 49/18
82/2
addressed [4]   41/8
56/4 60/3 63/5
adept [1]   59/15
adequacy [1]   43/13
adjacent [1]   66/18
adjourned [1]   82/21
adjusting [1]   61/12

administered [1]
13/18
administration [2]
29/15 46/8
administrator [3]
50/14 60/5 60/12
administrators [5]
60/1 60/9 60/11
64/14 69/3
admission [2]   24/21
47/12
admissions [5]   7/10
7/13 7/14 24/23
26/3
admitted [1]   7/23
adversarial [1]   6/6
advice [1]   30/4
advisability [1]
13/2
aerosol [5]   30/11
30/11 30/13 31/9
32/18
afebrile [1]   7/19
affair [1]   4/7
affairs [2]   1/15
46/2
afternoon [1]   76/1
again [21]   3/16
10/5 10/11 13/13
14/16 20/4 24/22
25/5 26/3 28/19
30/6 30/19 32/12
33/11 34/13 34/22
39/18 53/25 55/9
61/7 63/21
against [2]   5/11
33/4
agencies [1]   48/24
agency [1]   49/21
aggressive [1]
11/20
ago [2]   5/17 63/24
agree [4]   75/5
75/10 76/9 78/9
agreement [8]   72/25
75/4 76/5 77/7
77/12 77/19 78/11
78/13
ahead [2]   41/24
44/17
air [7]   28/19 29/1
29/2 29/8 32/17
32/18 32/21
airborne [1]   28/22
airflow [1]   28/19
al [4]   1/2 1/5 3/3
3/4
alcohol [19]   21/10
27/3 36/16 36/18
36/20 36/21 36/25
37/3 37/6 37/8
37/10 37/13 37/18
37/19 37/21 38/13
39/8 39/11 39/16
alcohol-based [14]
21/10 27/3 36/16
36/20 36/25 37/3
37/6 37/8 37/10
37/13 37/18 37/19
37/21 38/13

**A**

alike [1]   18/7
allay [1]   52/5
allied [1]   46/9
allotted [1]   6/11
allow [5]   62/5 62/7
  62/23 65/8 69/7
allowed [3]   12/13
  34/14 66/22
allowing [1]   64/17
alluded [1]   19/10
along [3]   22/16
  48/6 82/19
alternative [1]
  36/22
although [5]   6/8
  8/4 15/10 27/5 35/3
always [2]   54/3
  69/8
ambitious [1]   6/10
America [1]   30/9
amici [9]   2/2 3/7
  3/21 3/24 71/24
  72/18 73/6 75/20
  82/17
among [4]   43/22
  60/9 69/13 77/19
amount [13]   6/8 6/9
  19/21 20/5 22/6
  27/6 36/25 39/19
  42/18 43/13 53/22
  71/14 74/11
analyses [1]   71/11
analysis [3]   46/16
  68/7 80/8
analyzed [1]   16/8
and/or [1]   24/21
annoying [1]   8/25
antibodies [2]   13/7
  15/8
antibody [4]   13/3
  14/21 20/12 73/25
antiquated [1]
  65/17
anymore [1]   61/7
apart [5]   8/4 8/7
  10/6 10/7 10/13
apologize [1]   72/15
apparently [7]   28/5
  30/3 38/6 41/10
  55/6 62/14 64/11
appear [3]   19/11
  24/7 69/6
appearance [1]   9/3
APPEARANCES [2]
  1/11 2/1
Appearing [2]   3/4
  3/5
applied [1]   51/2
appointed [2]   2/2
  3/7
appreciate [5]
  15/21 45/6 56/20
  72/10 82/18
appreciated [1]
  45/20
appreciative [1]
  81/21
approached [1]   5/23

appropriate [15]
  3/23 8/20 11/13
  11/14 13/9 14/7
  16/8 34/15 42/3
  43/11 48/20 55/18
  57/16 60/21 61/5
appropriately [2]
  40/12 56/21
approved [1]   68/17
approximately [1]
  15/5
April [1]   18/18
area [14]   9/10
  24/11 24/16 24/16
  25/22 36/3 36/9
  37/5 44/3 44/4
  47/19 65/5 66/21
  77/19
areas [7]   5/3 36/1
  36/4 36/5 43/24
  64/12 77/10
argue [1]   60/20
Arnold [1]   1/12
around [11]   12/23
  21/21 37/16 39/19
  42/4 45/16 50/9
  52/2 52/17 53/19
  65/15
arrange [1]   14/20
arrangement [1]
  70/16
arranging [1]   50/20
arrived [1]   7/22
ARTHUR [1]   1/19
aspects [5]   17/25
  18/8 18/10 22/8
  43/8
assertive [1]   50/10
assessment [1]
  18/15
assign [4]   16/10
  26/14 73/23 80/19
assigned [3]   19/11
  25/18 40/7
assigning [1]   30/18
assignments [1]
  47/17
assistance [2]
  15/19 64/11
associated [1]   44/9
assume [1]   12/25
assurance [1]   25/8
asymptomatic [2]
  4/15 12/25
attainable [1]
  79/22
attempt [1]   58/9
attempted [2]   22/16
  67/2
attempting [3]   36/5
  36/7 36/9
attended [1]   53/21
attention [6]   11/12
  16/5 16/15 22/19
  52/8 57/23
attire [3]   25/19
  42/24 42/25
attorney [2]   1/23
  48/7
attorneys [2]   3/4

3/6
August [1]   51/14
authority [1]   78/8
availability [3]
  26/25 39/9 51/1
available [14]   8/3
  10/9 13/8 17/17
  21/25 22/6 36/25
  37/7 51/7 61/20
  62/4 63/8 64/13
  64/23
Ave [1]   1/12
Avenue [1]   2/24
average [1]   53/21
aware [3]   29/20
  57/18 70/2
away [3]   7/18 30/9
  43/23
awkward [1]   55/3

**B**

back [18]   8/22 9/16
  11/7 16/23 22/21
  32/15 35/18 40/6
  42/11 44/18 44/25
  45/4 45/8 46/4
  55/17 56/12 62/1
  78/4
backed [1]   30/9
background [2]
  72/15 72/16
backing [1]   60/6
bacteria [1]   29/5
bad [2]   17/17 63/9
bag [2]   34/3 34/21
balanced [1]   4/23
balancing [2]   5/11
  71/5
Bankruptcy [1]   2/24
BANNER [2]   1/14 3/5
BARBARA [2]   1/5 3/3
barn [1]   19/18
barriers [4]   48/16
  49/14 49/18 50/25
base [1]   68/9
based [23]   14/13
  21/10 25/4 27/3
  36/16 36/18 36/20
  36/25 37/3 37/6
  37/8 37/10 37/13
  37/18 37/19 37/21
  38/13 39/9 39/17
  42/4 42/5 42/5
  42/17
baseline [1]   74/14
basic [4]   5/23 26/6
  51/8 72/20
basically [7]   6/12
  8/22 12/1 19/18
  30/18 62/6 76/14
basics [1]   64/17
basis [8]   5/4 9/2
  16/16 39/4 56/23
  59/16 61/8 67/25
bathroom [1]   38/17
bathrooms [3]   38/15
  38/21 38/22
BAZRON [2]   1/5 3/3
beard [1]   29/19
became [2]   5/16

47/25
become [2]   25/24
  35/25
becomes [1]   54/22
becoming [1]   19/22
bed [4]   51/1 51/4
  51/5 51/5
bedrooms [2]   38/15
  65/11
beef [1]   38/19
beforehand [1]
  75/21
began [1]   22/24
begin [1]   26/14
begun [1]   55/15
behalf [1]   81/5
behavioral [4]   46/1
  47/21 48/23 80/19
behind [1]   23/18
belong [1]   12/6
benefit [2]   55/11
  71/20
best [10]   4/23 4/24
  10/14 31/23 36/7
  58/11 65/13 66/4
  71/18 82/19
better [6]   6/24 7/3
  12/5 46/18 55/4
  80/4
beyond [3]   12/11
  27/13 27/23
big [3]   31/6 42/2
  53/25
bit [19]   4/7 4/11
  4/19 6/10 7/7 8/24
  9/12 9/16 9/20 11/3
  16/24 19/22 24/25
  29/11 37/2 42/25
  54/5 57/14 65/14
biweekly [2]   49/17
  49/22
Black [2]   53/16
  53/19
blood [4]   33/19
  33/19 41/1 41/2
BLUMING [11]   1/22
  3/6 71/22 74/24
  75/1 76/24 77/14
  77/25 81/7 82/3
  82/14
board [1]   67/7
boredom [1]   61/13
both [10]   11/25
  12/15 14/20 15/8
  15/9 15/9 15/9
  44/12 73/25 82/16
bottle [2]   37/17
  38/3
bottles [5]   37/2
  37/15 38/7 38/10
  38/12
boy [1]   59/12
brain [1]   61/18
break [4]   36/3
  41/18 41/21 44/18
brief [2]   46/20
  59/5
briefing [4]   76/19
  76/20 76/21 77/9
briefly [3]   4/21

**B**

briefly... [2]
44/14 72/5
bring [3]   39/14
43/10 62/9
bringing [3]   16/16
69/4 74/17
brown [1]   34/21
budget [1]   64/24
budgetary [1]   15/6
build [1]   27/25
building [4]   65/9
65/10 65/12 69/11
built [1]   65/10
bulky [1]   55/3
business [1]   81/19

**C**

call [10]   3/10 3/13
11/22 21/22 26/21
28/10 29/7 33/9
65/8 69/5
called [9]   13/3
13/13 29/8 29/22
49/8 50/11 52/24
64/24 66/9
calling [1]   7/3
calls [1]   69/23
came [3]   26/10
37/16 48/8
camera [2]   62/7
65/22
cameras [1]   67/19
can [66]   3/16 4/9
4/25 6/23 6/25 10/1
10/2 10/12 13/5
13/15 14/1 15/17
16/4 16/8 16/24
18/22 27/10 28/12
28/18 31/17 33/3
34/11 34/13 36/7
40/3 42/11 42/21
44/25 45/1 51/18
53/18 56/10 56/12
57/14 58/17 62/1
62/10 62/22 63/10
63/11 63/12 64/6
65/6 66/3 66/4 69/5
71/18 71/18 72/12
75/9 75/22 76/7
77/3 77/11 77/16
77/20 79/13 80/3
80/8 80/22 80/23
81/4 81/6 81/7 81/9
82/2
CANAVAN [10]   2/3
3/8 6/19 17/23
44/14 44/20 44/25
45/9 71/10 80/3
canceled [5]   53/18
54/13 54/16 66/6
66/10
capable [1]   13/14
capacities [1]
70/12
capacity [3]   14/19
14/25 56/7
care [41]   11/25
12/8 12/15 12/15
12/19 12/24 13/14
14/15 16/3 17/7
18/4 18/5 18/9
26/22 29/9 29/11
29/14 29/16 31/8
31/9 32/22 32/23
34/8 36/1 36/19
38/11 40/22 47/17
48/25 49/1 49/13
52/17 52/21 53/23
55/14 58/5 58/5
58/7 58/10 62/11
69/25
cared [1]   47/9
careful [1]   57/23
caring [2]   35/4
69/21
carry [1]   38/3
cart [1]   62/13
case [6]   14/5 20/10
26/22 45/17 46/24
49/21
cases [5]   50/3 50/4
59/21 63/4 73/5
cassettes [1]   37/4
categories [1]
47/14
category [2]   8/25
9/6
caused [2]   5/20
28/9
causes [1]   30/7
CDC [11]   5/17 10/2
12/9 13/25 17/6
23/22 30/9 34/5
34/6 34/19 42/20
cellphone [1]   65/6
cellphones [2]
64/12 65/4
census [11]   6/22
6/23 7/9 10/22
18/13 18/17 47/4
47/16 47/24 68/2
68/6
center [2]   66/7
66/9
centers [1]   70/8
central [1]   49/17
CEO [4]   23/10 45/23
58/20 70/5
certain [5]   17/3
17/3 64/14 76/7
80/15
certainly [13]   18/5
18/18 20/25 22/12
22/16 24/1 27/19
42/2 42/13 49/20
55/12 64/16 73/18
certify [1]   83/4
challenge [1]   19/23
challenges [1]   19/7
challenging [1]
40/21
chance [7]   22/2
44/14 73/17 77/15
78/2 78/18 79/23
change [5]   5/22
25/19 26/1 31/17
53/2
changeable [1]   59/6

changed [9]   5/18
5/19 5/21 10/16
29/12 42/25 47/17
49/25 52/19
changes [2]   5/3
67/17
changing [1]   47/18
channel [1]   61/22
characteristics [1]
5/18
charades [1]   67/3
charge [1]   5/8
check [2]   55/7
59/24
checks [2]   23/17
39/3
chief [3]   3/11
45/24 46/2
chiefs [1]   45/24
chills [1]   23/24
China [1]   22/18
choice [1]   51/13
chronic [2]   16/2
17/7
cinderblock [1]
65/12
circulation [1]
24/5
circumstances [1]
69/17
Cisco [1]   64/24
civil [7]   1/3 1/15
3/2 47/10 51/20
51/24 51/25
clean [2]   10/1
43/12
cleaned [1]   38/23
cleaning [3]   21/9
38/22 43/10
cleanings [1]   43/12
clear [3]   56/6
71/14 79/15
cleared [1]   8/22
clearly [2]   19/16
35/14
client [3]   76/25
77/15 78/19
clients [5]   50/19
75/7 77/16 78/2
82/17
clinical [29]   5/5
5/19 30/6 45/24
46/8 47/8 50/14
55/7 55/12 55/22
56/1 56/23 57/10
57/12 58/3 58/6
60/1 60/5 60/9
60/11 60/12 62/7
64/14 69/3 69/25
70/2 70/12 70/14
71/1
clinically [1]
70/13
clinician [1]   65/22
clinicians [1]
65/16
clock [1]   4/17
close [1]   81/18
closely [1]   50/1
CMS [1]   68/18

coed [2]   47/6 57/21
cohort [2]   12/6
56/21
cohortation [1]
42/10
cohorted [2]   9/21
24/8
cohorting [6]   8/11
10/22 42/3 56/24
58/3 73/15
cold [3]   28/8 28/8
28/12
colleagues [5]
22/16 52/6 56/3
56/20 64/1
collection [1]
13/21
colored [1]   4/19
COLUMBIA [3]   1/1
1/19 1/24
coming [11]   7/14
23/3 23/16 35/17
37/21 39/1 49/3
50/12 57/13 66/23
69/18
commit [1]   77/14
Committee [1]   1/15
common [3]   28/8
28/8 44/4
communal [1]   38/16
communicate [1]
59/7
communication [3]
19/1 58/18 59/1
communications [1]
23/9
community [11]   5/12
6/25 7/5 11/6 23/4
24/4 47/22 48/15
49/1 50/5 50/10
company [1]   29/21
compare [1]   68/1
compared [1]   46/23
compatible [1]   9/3
competency [4]
60/25 61/2 61/2
61/6
complement [1]   14/9
complete [1]   46/17
completed [1]   15/11
completely [1]   57/2
completion [2]
72/24 75/3
compliance [2]
41/12 42/19
complicated [1]
57/11
complicates [1]
50/13
complicating [1]
56/18
comprehensive [3]
43/18 64/20 72/19
computer [1]   20/19
concept [2]   73/14
74/11
concern [9]   30/23
34/1 37/25 43/25
55/13 58/2 58/16
58/23 60/15

**C**

concerned [5]   42/8 43/24 57/15 58/13 60/18
concerns [5]   31/6 63/3 64/4 69/12 71/5
concrete [4]   65/12 76/15 80/9 80/22
condition [1]   26/20
conditions [2]   5/6 47/18
conduct [2]   45/21 62/10
conducted [4]   46/16 67/17 67/19 80/21
confer [9]   75/9 75/15 75/17 76/24 77/1 77/2 77/15 78/5 78/18
CONFERENCE [1]   1/8
confidence [1] 74/16
confident [1]   72/2
confirmed [2]   7/21 9/4
conform [1]   14/2
conformance [1] 12/10
confusing [1]   7/7
congratulations [1] 82/20
congregate [3]   18/2 19/17 66/11
conjunction [1] 56/2
conscientious [1] 22/15
conservative [1] 12/11
conservatively [1] 10/6
consider [4]   16/13 27/8 52/12 76/4
consideration [3] 18/12 23/15 68/4
considerations [1] 14/17
considered [3] 10/15 15/5 25/11
considering [1] 68/2
consistent [1]   12/9
constantly [1] 41/11
Constitution [1] 2/24
constitutional [1] 23/21
consumer [1]   46/2
contact [9]   8/15 12/21 26/21 33/9 33/10 50/14 50/19 55/10 55/14
contaminate [1] 40/3
contaminated [4] 31/18 33/13 40/3 43/6

contamination [4] 30/25 31/18 31/20 32/3
continuation [1] 74/23
continue [4]   5/21 41/25 58/11 64/18
continued [3]   2/1 5/2 48/13
continuing [2]   7/9 18/21
continuing to [1] 7/9
continuity [1] 58/10
contract [1]   29/21
contribution [1] 19/19
control [19]   4/25 6/16 11/7 14/6 19/8 22/10 40/9 47/14 47/19 52/6 56/9 59/17 64/1 64/3 68/15 71/5 73/24 74/5 74/6
convened [1]   58/20
convenient [1] 41/19
convey [3]   71/23 72/2 72/3
cool [1]   61/11
cooperation [3] 45/18 48/10 71/25
coordination [1] 20/8
coordinator [2] 40/8 40/9
copy [1]   81/7
core [3]   48/24 49/20 53/19
coronavirus [2] 13/6 28/9
corrected [1]   58/1
COSTA [2]   1/2 3/3
costs [2]   15/3 15/4
couch [1]   44/5
cough [2]   28/25 35/4
counsel [3]   72/5 75/2 82/16
country [1]   5/12
couple [3]   17/24 27/15 46/16
course [8]   10/1 12/3 22/9 24/8 24/25 32/21 36/10 54/8
court [24]   1/1 2/2 2/23 3/7 3/18 3/22 7/13 7/14 41/20 45/16 46/19 50/1 55/1 60/2 61/10 66/5 71/12 71/17 73/7 75/13 80/11 80/16 83/3 83/9
Court's [4]   3/11 78/3 78/25 81/23
Court-appointed [2] 2/2 3/7
court-ordered [1]

7/13
courtroom [1]   61/4
courts [3]   2/24 24/24 26/4
courtyard [2]   66/18 66/20
CoV [2]   30/7 32/14
cover [1]   22/8
covering [3]   42/1 60/13 74/12
COVID [49]   4/16 7/4 7/6 7/24 8/14 8/17 8/19 9/2 9/22 10/4 24/5 24/10 25/4 26/15 28/2 30/7 37/12 38/14 38/20 44/4 46/6 46/24 47/2 47/7 47/13 47/15 47/23 47/24 48/5 48/16 48/17 49/22 52/7 52/18 54/4 54/5 56/6 56/19 57/18 58/14 58/15 59/9 60/14 60/15 61/20 67/14 68/1 74/17 83/8
COVID-19 [8]   24/5 26/15 30/7 47/23 52/18 61/20 67/14 83/8
COVID-negative [1] 8/19
COVID-positive [9] 4/16 7/6 7/24 8/14 8/17 9/2 9/22 10/4 46/6
created [2]   59/23 61/16
creation [2]   20/8 42/10
creative [1]   69/21
credit [3]   30/20 39/24 58/1
CRF [1]   51/10
crisis [2]   64/15 69/8
criteria [4]   9/23 10/2 24/1 25/5
critical [1]   6/17
CRS [1]   51/2
crunched [1]   76/22
CSAs [1]   50/10
cuff [1]   33/19
current [3]   14/18 31/23 52/23
currently [12]   8/2 11/21 13/24 25/16 51/6 52/16 54/7 56/22 64/20 69/24 70/3 70/11
cut [1]   41/16
cv [1]   1/3

**D**

D.C [5]   19/1 28/5 30/4 68/16 73/22
daily [4]   18/25 26/12 59/16 67/25
damaged [3]   31/3 34/4 35/25

7/13
data [14]   16/7 19/12 19/21 20/7 21/21 22/2 22/3 40/5 40/8 42/16 46/16 46/18 68/6 74/8
date [3]   8/13 23/11 83/14
dates [1]   20/1
day [19]   4/18 12/17 13/16 17/3 25/10 25/13 31/22 33/18 35/23 53/22 55/25 55/25 56/5 63/21 64/7 66/8 78/10 80/17 80/18
days [22]   7/18 8/6 10/3 10/6 10/11 10/14 12/3 12/21 13/7 15/12 15/13 34/9 34/23 35/14 46/3 46/16 49/5 51/22 56/7 63/24 74/22 77/8
DBH [3]   49/17 49/22 52/3
DC [6]   1/4 1/13 1/16 1/20 1/25 2/25
DDS [1]   48/4
deal [4]   9/18 9/21 18/1 27/19
dealing [5]   16/12 20/10 40/9 40/23 54/17
death [2]   21/18 51/20
DeBERARDINIS [2] 1/23 3/6
December [1]   22/20
decent [1]   53/13
decide [3]   76/9 77/21 80/13
decided [3]   8/20 13/10 29/17
decision [2]   69/7 80/23
decisions [1]   71/18
decompensated [1] 53/6
decreasing [1] 18/19
dedicated [1]   48/6
dedication [1]   72/1
deep [1]   69/14
defendants [4]   1/6 1/22 3/5 46/12
defer [1]   3/23
definition [1] 30/13
definitive [1]   5/14
degree [2]   20/15 27/20
deliver [1]   62/22
delivered [1]   62/14
department [13] 14/18 15/2 15/10 16/6 16/10 19/1 19/2 30/4 47/21 48/23 68/16 73/22 80/18

**D**

depending [4]   25/5
35/6 53/2 56/13
depends [1]   17/16
depositing [1]   33/4
describe [1]   5/24
described [1]   23/22
describing [1]   29/6
description [1]
49/14
designated [5]   9/1
9/10 11/2 47/13
70/16
designation [1]
10/16
despite [3]   66/22
67/11 69/12
detail [4]   9/20
10/7 11/16 22/3
detect [1]   13/4
detection [1]   20/11
detects [1]   13/7
determination [1]
13/23
determine [1]   50/4
determined [1]   47/8
develop [1]   12/13
developed [1]   61/20
developing [1]
61/23
device [2]   62/9
63/14
devices [2]   64/19
64/24
diagnostic [1]   13/4
dialing [1]   11/22
diarrheal [1]   26/19
dictated [1]   34/5
difference [1]
80/12
different [7]   13/20
32/20 47/14 50/17
54/5 60/14 61/5
difficult [16]   5/14
11/7 48/5 48/8 51/9
52/14 53/7 54/3
54/16 56/19 56/25
57/3 57/3 62/18
62/19 69/17
difficulty [2]
56/22 57/1
dignity [1]   69/14
diminished [1]
62/17
direct [7]   15/17
26/22 50/19 79/9
80/11 80/16 81/1
directed [1]   24/24
directly [3]   33/10
62/16 74/10
director [4]   45/24
46/1 49/16 66/16
disabilities [1]
48/4
disagreement [2]
77/10 77/20
disagreements [1]
76/8
discharge [18]   9/23

9/23 47/22 48/9
48/13 48/17 48/19
49/7 49/10 49/11
49/12 49/14 49/18
49/23 50/2 50/9
50/24 52/9
discharged [6]   6/25
9/25 10/1 10/12
48/21 52/9
discharges [8]   7/4
7/5 7/10 48/2 48/11
49/5 51/20 51/23
discharging [1]
51/18
discovered [1]
63/24
discuss [4]   55/24
75/8 78/2 82/10
discussed [2]   17/24
72/23
discussing [1]   20/6
discussion [2]
26/25 52/4
disease [9]   5/20
5/24 9/3 9/5 9/25
28/23 30/8 74/20
80/2
disinfect [1]   65/7
disinfectants [4]
21/9 34/13 34/15
43/11
disinfecting [1]
34/17
dispensers [1]   37/5
disperse [1]   29/1
displayed [1]   8/18
disrupt [1]   32/13
disruptive [1]
56/24
distance [3]   28/18
36/10 44/8
distanced [3]   61/10
67/9 69/6
distances [1]   28/16
distancing [12]   7/2
7/3 14/7 28/17 36/6
43/21 43/22 54/14
55/18 55/22 56/2
56/14
distinct [1]   37/16
distributed [1]
61/16
distribution [1]
5/24
DISTRICT [16]   1/1
1/1 1/9 1/19 1/24
2/24 22/1 72/23
73/16 73/19 75/1
75/16 76/2 78/1
78/21 82/15
disturbing [1]   9/12
docket [3]   81/5
81/10 82/4
doctor [1]   41/1
document [2]   45/19
49/8
documents [2]   46/11
70/23
doff [1]   11/14
doffing [1]   42/24

DOH [1]   28/5
don [1]   11/14
don't have [1]
64/25
done [33]   4/20 5/4
5/4 6/23 7/22 8/6
14/11 14/17 14/21
15/13 15/25 16/4
17/8 20/12 20/13
20/22 30/5 39/18
44/13 46/13 48/1
55/1 60/7 61/7
65/21 67/12 71/14
74/10 74/16 74/18
78/9 82/9 82/17
donning [1]   42/23
door [2]   24/17
68/14
doubled [1]   65/1
doubt [1]   71/19
down [6]   32/24
33/20 44/3 67/16
68/6 68/8
dozens [1]   46/7
Dr [1]   45/9
Dr. [21]   3/8 3/8
17/23 17/23 17/24
19/10 21/24 24/3
24/23 25/12 42/2
42/13 44/12 44/12
44/14 44/20 44/25
71/9 71/10 74/13
80/3
Dr. Canavan [6]
17/23 44/14 44/20
44/25 71/10 80/3
Dr. Hebden [1]
44/12
Dr. Patrick [1]   3/8
Dr. Ronald [1]   3/8
Dr. Waldman [11]
17/23 17/24 19/10
21/24 24/3 24/23
25/12 42/2 44/12
71/9 74/13
Dr. Waldman's [1]
42/13
dramatically [1]
48/11
draw [1]   41/2
drawing [1]   67/8
drink [2]   36/17
36/17
drinking [1]   37/25
droplet [7]   28/10
28/20 29/1 31/25
32/2 32/4 32/17
droplets [7]   28/11
28/11 28/14 28/17
33/3 33/3 33/5
dry [2]   34/14 67/7
due [3]   51/8 75/12
81/15
duration [1]   54/21
during [8]   48/3
50/15 50/23 52/14
63/20 64/15 69/7
83/7
dynamic [1]   19/13
dynamics [1]   5/18

**E**

e-mail [5]   81/6
81/8 82/1 82/2 82/5
eagerness [1]   69/25
earlier [5]   45/17
50/22 56/3 56/20
69/3
early [5]   18/11
19/14 22/20 23/4
28/6
easier [1]   11/3
easiest [2]   9/21
81/2
easily [4]   16/4
41/3 41/8 63/5
easy [1]   6/7
eat [4]   33/12 36/3
36/4 36/11
eating [1]   36/8
echo [1]   45/17
educate [1]   40/24
education [1]   52/4
educator [1]   59/15
effect [2]   15/4
23/1
effective [4]   36/19
51/11 55/21 57/4
effectively [3]
7/11 47/24 57/12
effects [1]   67/14
effectuated [1]
73/20
effort [1]   70/15
efforts [3]   49/14
61/8 62/3
eight [1]   46/14
either [2]   7/5
43/20
electronic [2]
46/14 46/15
elevator [2]   29/4
29/5
Elizabeths [27]   5/9
18/2 18/12 19/6
22/15 24/9 26/18
27/2 29/20 31/7
32/20 40/7 41/4
46/25 48/20 52/13
53/17 54/17 60/19
60/22 61/22 66/13
68/10 69/15 71/17
71/18 80/11
else [5]   14/10
33/21 41/20 59/10
82/10
emphasis [1]   22/9
emphasize [3]   16/19
18/23 20/17
emphasized [1]
35/22
emphatic [1]   10/25
employee [2]   19/5
42/6
enabled [1]   65/23
encounter [1]   19/7
encourage [1]   38/24
encouraged [1]
40/13
end [7]   16/23 20/1

**E**

end... [5]   24/17
33/11 76/21 78/10
80/6
ended [1]   22/21
endorsement [1]
72/4
ends [1]   71/16
engage [4]   20/25
66/1 67/1 67/2
engaged [1]   21/14
enhanced [1]   39/2
enjoy [1]   67/11
enjoying [1]   61/12
enormous [1]   71/14
enormously [1]
71/20
enough [11]   30/15
31/3 31/8 31/11
31/16 34/7 40/5
44/20 64/7 64/18
71/10
ensure [2]   7/2
14/19
ensuring [3]   20/21
40/12 63/15
enter [6]   24/11
26/9 74/23 76/7
76/18 79/6
entire [1]   34/10
entities [1]   50/16
entitled [2]   5/2
83/5
entrance [3]   23/5
23/6 23/17
entry [1]   13/1
environment [5]
28/20 31/24 33/16
57/2 57/3
environmental [3]
21/9 34/18 43/8
ENZO [2]   1/2 3/3
epidemiological [1]
6/14
epidemiologist [3]
16/10 40/7 80/19
epidemiologists [1]
73/23
epidemiology [4]
5/23 19/2 20/15
80/2
episodes [1]   68/9
equipment [5]   14/8
21/8 33/16 65/15
70/7
equivalent [1]   63/2
erase [1]   67/7
especially [1]   48/1
essential [2]   8/13
17/25
essentially [5]
26/2 26/9 27/21
28/14 73/15
et [4]   1/2 1/5 3/3
3/3
evaluated [3]   61/1
65/10 68/20
evaluating [1]
47/22

even [8]   12/11
13/11 16/20 18/3
38/1 38/12 38/21
68/6
evening [1]   66/6
event [5]   25/2
26/18 44/7 53/17
67/22
events [1]   11/19
ever-changing [1]
47/18
everybody [8]   3/13
6/4 17/1 17/2 41/19
59/24 63/10 66/8
everyone [7]   3/10
3/16 12/1 21/22
41/20 57/7 81/25
everyone's [1]   48/9
evolving [1]   30/6
exact [1]   13/9
exactly [3]   29/12
35/15 44/11
example [11]   20/1
23/3 33/12 33/17
34/6 36/3 37/11
40/14 40/25 44/3
80/16
except [1]   30/10
exception [2]   24/7
29/19
excess [1]   13/17
excluded [1]   12/16
excuse [1]   46/22
exist [2]   30/12
57/9
existing [1]   27/2
exists [1]   13/24
expect [2]   24/4
79/15
expected [4]   22/12
27/4 27/18 27/20
expecting [1]   79/16
experiencing [1]
15/24
expert [1]   75/3
experts [1]   72/24
expire [1]   76/23
expires [1]   72/22
explaining [1]
59/15
exposed [7]   7/16
8/15 8/16 9/15
10/10 11/9 74/21
exposure [2]   10/12
20/1
expressed [1]   69/25
extend [7]   73/2
73/3 76/2 76/2 77/8
78/10 78/11
extended [2]   76/6
76/10
extending [7]   72/23
74/11 75/2 75/5
79/7 79/7 79/8
extent [7]   6/23 8/9
13/15 14/3 40/16
57/5 70/10
exterior [1]   35/6
extraordinary [1]
67/12 82/8

extreme [1]   67/6
extremely [4]   14/4
41/15 71/8 71/15
eye [4]   27/20 31/19
32/8 43/3
eyes [3]   31/1 33/5
43/7

**F**

face [7]   32/9 33/6
34/10 34/11 34/12
35/3 35/25
faced [1]   51/10
facilitate [1]   70/7
facilities [9]   16/3
17/7 18/4 27/5
29/11 36/19 38/11
48/17 51/4
facility [34]   4/14
6/18 6/22 7/2 7/17
8/8 11/6 11/13 12/1
13/1 14/12 15/24
16/11 18/7 18/19
18/25 19/3 19/9
19/17 19/17 20/18
21/8 21/19 21/23
26/9 26/25 27/18
27/22 28/5 30/12
37/17 40/5 73/5
74/17
facing [1]   16/3
fact [14]   4/8 4/13
22/5 22/20 23/20
24/10 28/18 29/11
31/12 34/1 36/22
41/5 71/10 75/12
fair [1]   9/7
fairly [2]   9/24
18/16
fall [3]   28/15
30/13 64/6
false [1]   13/18
familiar [1]   28/21
family [5]   7/1 50/5
55/2 60/4 69/5
fantastic [1]   44/13
far [9]   6/4 37/6
42/8 44/2 44/11
46/13 46/14 69/6
77/11
fears [1]   52/5
feasibility [1]
73/19
February [3]   53/9
53/15 53/20
feel [4]   25/23
28/12 52/5 58/24
feet [2]   28/17 36/9
felt [2]   32/15
51/15
female [1]   51/5
few [9]   6/1 7/13
10/14 11/8 12/3
14/19 15/12 15/13
51/14
fewer [1]   51/12
Fifteen [1]   51/20
figure [1]   63/19
file [8]   77/4 78/13
78/23 79/1 79/9

81/5 81/9 82/3
filing [1]   81/4
fill [1]   23/20
final [2]   65/15
71/16
finally [1]   39/10
find [7]   14/20
22/14 27/4 35/17
36/18 54/2 62/19
finding [1]   52/6
findings [2]   20/14
45/15
fine [10]   41/22
72/12 77/9 77/23
78/1 78/20 79/3
80/4 81/21 81/23
first [17]   6/3 6/20
10/4 17/6 24/20
27/15 36/24 46/23
47/20 56/25 62/19
63/14 66/17 67/4
72/7 72/13 75/7
fit [4]   29/22 29/22
30/19 30/21
five [9]   19/5 34/9
34/9 46/3 47/1 47/3
54/8 60/8 60/10
flex [1]   56/8
flexibilities [1]
56/15
floor [3]   1/16 1/20
66/14
flow [1]   32/17
flu [1]   28/8
focus [3]   6/1 6/15
46/18
focused [1]   56/12
focusing [1]   52/8
folks [3]   44/17
59/17 70/16
follow [1]   50/12
following [2]   34/23
76/19
foregoing [1]   83/4
foremost [1]   6/20
forensic [7]   47/10
47/11 51/21 51/23
51/23 60/24 61/11
foreseeable [1]
5/22
forget [1]   59/19
fork [1]   33/12
form [1]   13/7
formerly [1]   48/15
forth [4]   10/3 35/7
77/6 77/18
forward [12]   4/20
5/10 6/15 6/22 9/24
10/23 11/9 55/12
56/9 71/13 75/10
79/11
forward-looking [1]
10/23
found [1]   69/13
four [6]   8/6 10/6
46/10 51/21 51/24
51/24
fourth [1]   8/24
foyer [2]   24/11
24/17

**F**

frame [1]   52/21
frank [2]   6/5 39/8
frankly [3]   8/4
38/12 76/16
free [2]   23/20
74/15
FREEDMAN [12]   1/11
3/4 72/13 72/17
76/13 78/25 81/7
81/8 81/9 82/1 82/3
82/11
freeze [1]   60/19
frequency [4]   38/22
43/11 54/21 80/21
frequent [2]   58/19
59/21
frequently [5]   5/22
39/22 47/18 51/17
66/16
front [1]   34/11
full [2]   60/12 77/4
full-time [1]   60/12
fully [1]   56/19
functional [1]
60/23
Fundamentally [1]
11/19
funding [1]   62/18
further [10]   6/24
16/23 27/13 73/10
73/12 75/5 78/12
79/8 82/14 82/15
future [4]   5/22
16/11 56/11 69/12

**G**

gaining [1]   51/12
game [2]   61/9 67/3
games [1]   61/18
general [4]   1/23
7/25 31/24 53/1
generally [4]   10/3
20/24 34/8 41/11
generated [1]   16/7
generating [5]
30/11 30/11 30/14
31/9 32/19
George [2]   4/2
14/22
geriatric [2]   41/10
47/10
gets [1]   60/7
given [9]   3/19 22/2
23/11 24/8 34/9
34/20 56/5 60/21
74/19
giving [3]   9/17
19/25 19/25
glad [1]   79/20
global [1]   4/2
gloves [9]   26/23
27/21 27/23 36/14
39/21 39/23 39/24
40/2 40/2
goal [4]   49/7 49/10
53/8 53/14
goals [1]   52/23
goes [5]   27/12

38/23 42/6 56/9
59/10
good [21]   13/25
16/9 18/16 19/8
20/5 32/11 38/5
40/18 40/18 41/12
42/9 42/16 43/23
44/5 49/19 50/7
53/20 53/22 64/7
64/17 79/19
governor's [1]   23/2
gown [5]   26/13
26/14 26/14 26/16
26/23
gowns [4]   26/17
27/19 38/2 43/14
great [12]   9/9
27/18 32/11 44/10
48/12 54/1 55/3
59/12 61/14 65/2
70/23 79/21
greater [4]   10/7
11/16 18/17 32/3
greatly [3]   45/6
81/21 82/18
ground [2]   22/7
28/15
group [7]   54/18
56/13 61/3 61/7
61/25 62/5 63/23
groups [11]   53/4
53/21 54/12 54/16
54/20 55/17 55/18
55/20 60/25 61/2
62/2
guardian [1]   55/2
guess [6]   15/22
43/20 51/14 67/8
78/7 79/25
guidance [4]   18/5
29/12 68/18 80/14
guide [2]   16/8
61/25
guidelines [5]   5/17
12/9 12/10 13/19
13/25
guides [1]   61/18
guilty [1]   50/4

**H**

half [2]   44/19
60/14
hallway [3]   24/12
40/13 44/2
hand [38]   11/15
14/8 21/10 21/11
24/13 25/20 26/1
27/1 27/3 35/7
36/12 36/15 36/18
36/21 36/23 36/25
37/3 37/6 37/10
37/13 37/18 37/25
38/13 38/19 38/25
39/7 39/11 39/14
39/16 39/19 39/20
39/22 40/1 40/5
42/15 42/16 42/20
42/23
handle [1]   64/9
handling [1]   26/2

hands [5]   31/1 38/4
40/1 40/3 59/11
handset [1]   3/15
happen [6]   7/1
11/17 41/3 61/3
67/13 78/6
happened [2]   36/24
67/22
happening [5]   5/11
10/18 22/19 66/23
74/6
happens [1]   39/22
happy [3]   3/23 55/5
59/18
hard [3]   48/1 67/13
81/21
harder [1]   51/9
haste [1]   71/4
headaches [1]   24/1
health [39]   4/2 4/3
4/24 5/1 6/18 6/19
11/25 12/8 12/15
12/15 12/19 12/24
14/15 14/18 14/22
15/3 15/11 16/6
16/10 21/15 29/9
29/10 29/15 29/16
30/4 31/8 34/8
36/19 39/17 45/16
46/14 47/21 48/23
52/17 52/20 68/16
73/23 80/19 82/19
Health's [1]   19/2
hear [5]   3/16 44/13
44/25 72/5 78/25
heard [7]   28/5
47/15 55/9 55/12
58/21 73/1 73/6
hearing [5]   72/10
73/4 73/18 76/15
83/7
hearings [1]   55/1
heavily [1]   36/13
HEBDEN [12]   2/2 3/7
6/15 11/15 17/20
17/21 44/12 44/12
71/9 74/4 80/1
81/15
help [15]   15/20
16/11 19/12 40/8
52/5 57/7 57/12
58/17 61/24 67/6
70/7 70/18 73/9
73/24 80/6
helpful [7]   41/15
56/16 70/14 71/9
71/15 81/12 81/13
helping [2]   57/13
63/8
Herculean [1]   61/8
Hi [1]   17/21
high [1]   47/5
higher [1]   30/25
highlight [1]   29/23
hiring [1]   60/18
historical [1]   4/10
historically [1]
36/14
history [3]   53/16
53/19 57/20

hit [1]   82/4
hold [1]   65/6
holding [1]   49/17
home [4]   51/13
51/25 58/4 58/9
homes [1]   51/25
homework [2]   61/25
63/11
honestly [2]   59/21
63/13
HONEY [1]   1/22
Honor [15]   3/2 4/1
31/5 45/10 72/14
74/25 76/13 77/23
77/25 78/24 79/4
79/12 81/11 82/6
82/13
honorable [2]   1/9
64/8
HOOK [3]   2/23 83/3
83/14
hope [4]   4/8 46/19
72/3 79/25
hopeful [1]   52/5
hopefully [3]   77/11
77/18 78/12
hoping [2]   44/11
55/24
horse [1]   19/17
hospital [58]   5/9
5/10 8/13 9/10
10/24 13/14 13/19
13/24 18/2 22/13
40/25 45/19 45/23
46/2 46/4 46/10
46/21 46/21 47/6
47/21 47/24 48/6
48/13 48/23 49/2
49/3 49/16 49/24
50/2 50/12 50/12
51/18 51/19 52/7
52/15 52/20 52/22
53/11 54/6 54/25
56/8 57/9 58/19
60/24 62/3 65/16
66/2 66/17 66/24
67/15 67/20 68/22
70/25 71/23 72/2
73/9 76/17 80/13
hospital's [4]
45/18 47/2 52/16
57/25
hospitals [3]   32/22
40/22 47/1
hour [1]   44/19
hours [13]   8/4 10/6
10/13 35/14 35/18
52/25 53/7 53/9
53/11 53/12 53/14
53/22 54/6
house [2]   66/12
72/17
housing [4]   48/21
50/21 50/22 52/4
hundred [2]   13/12
56/6
hygiene [22]   21/11
25/20 26/1 27/1
35/7 36/12 36/15
36/22 36/23 38/19

**H**

hygiene... [12]
39/7 39/11 39/14
39/16 39/19 39/20
39/22 40/5 42/15
42/16 42/20 42/23

**I**

idea [7]   8/21 12/5
16/9 17/18 38/5
70/6 73/22
ideal [4]   22/7
24/10 24/18 35/1
ideas [1]   72/9
identified [1]
46/24
ill [1]   54/18
illness [1]   69/23
illnesses [1]   28/9
imagine [1]   15/1
immediate [1]   56/11
immediately [1]
66/18
impacted [2]   49/2
66/12
imperfectly [1]
8/12
implement [1]   22/24
implemented [6]   5/1
6/14 14/9 71/4 74/1
74/7
implementing [1]
76/17
implications [1]
15/6
important [5]   10/22
14/4 18/11 57/6
60/25
importantly [2]
73/5 74/2
impressed [1]   48/2
improved [1]   39/10
improving [1]   39/15
in-person [1]   50/11
inability [1]   19/16
incident [1]   67/15
incidents [1]   67/16
include [8]   21/8
22/4 23/23 42/14
48/17 61/17 80/8
80/23
included [1]   48/3
includes [2]   49/10
49/13
including [4]   45/23
51/21 66/2 67/15
increase [1]   71/3
increased [2]   38/22
43/11
incredible [1]
45/18
incubation [1]
25/10
incur [1]   13/17
incurred [1]   15/4
indicated [1]   26/16
indications [1]
68/8
indirect [1]   33/15

individual [29]
4/25 20/20 21/3
21/6 21/12 22/17
25/3 25/4 33/10
34/20 38/10 38/11
38/15 48/25 49/8
49/9 52/15 53/24
54/1 54/13 54/15
55/10 55/20 56/25
58/11 58/14 62/8
62/11 67/4
individualized [1]
18/14
individuals [15]
9/8 11/10 21/5
23/18 25/11 27/12
47/9 47/17 48/13
48/21 53/23 54/18
55/13 57/5 66/1
infected [6]   11/11
13/6 23/13 33/10
80/17 80/18
infection [31]   4/25
6/16 13/8 14/5 15/8
17/22 19/2 19/8
20/6 20/17 20/21
21/1 21/2 21/3 22/9
22/14 26/6 31/25
40/9 47/14 47/19
52/6 56/9 59/17
64/1 64/3 68/15
71/5 73/24 74/5
74/6
infectious [3]
26/20 30/8 80/2
information [5]
4/12 6/5 20/9 24/2
81/6
information's [1]
49/25
informing [1]   71/17
inhalation [1]   33/4
inhale [1]   29/5
inheriting [1]
12/12
initial [1]   30/21
initially [1]   30/5
injunction [1]
76/19
inoculation [1]
31/1
inputs [1]   68/20
ins [1]   59/24
insanity [1]   50/4
insightful [1]
71/15
insist [1]   13/22
insofar [1]   13/25
instance [1]   57/18
instead [2]   3/15
75/14
Institute [1]   4/3
instructed [1]   39/5
insufficient [1]
64/20
integrated [2]   7/15
7/20
integration [1]
25/3
intellectual [1]

48/4
intensive [4]   32/23
47/4 52/3 54/23
interact [3]   62/16
62/23 63/10
interacting [1]
69/20
interaction [1]
67/10
interactions [2]
59/4 69/13
interactive [1]
61/3
interest [1]   25/17
interesting [1]
59/3
interestingly [1]
69/22
interests [2]   4/24
4/25
interim [1]   72/15
internal [1]   61/21
internally [2]
21/23 75/17
interpretation [1]
20/14
interrupt [1]   27/10
interval [1]   17/13
intervals [3]   17/9
17/9 17/18
interventions [2]
49/10 52/24
interview [4]   20/24
21/4 21/17 67/18
interviewing [2]
18/24 19/23
interviews [6]
45/22 46/13 48/18
50/21 51/11 54/8
into [34]   3/15 6/12
9/16 10/1 10/7
11/16 11/18 11/22
14/16 15/4 18/12
18/24 19/4 20/6
23/15 26/6 26/24
28/17 29/1 29/4
30/13 32/9 32/24
37/4 37/17 38/4
38/21 38/24 47/2
47/14 57/13 66/23
68/14 74/17
introduce [1]   3/17
introduction [4]
3/20 24/6 26/6
70/19
inventory [3]   27/6
27/25 65/21
investigate [1]
67/23
investigation [6]
9/1 10/20 16/14
25/12 25/17 45/22
investigations [2]
67/16 71/11
involved [4]   5/16
6/4 49/21 57/15
iPad [7]   63/1 63/10
63/11 63/12 63/12
63/20 64/23
IRP [2]   49/7 52/24

IRPs [1]   49/7
is just [1]   24/18
isolation [6]   47/15
66/1 68/14 68/17
68/23 69/5
issue [4]   48/19
52/21 54/22 63/13
issued [3]   29/25
31/3 68/18
issues [15]   4/22
5/6 6/19 11/15
45/16 48/16 50/9
51/6 57/9 58/12
58/22 60/2 63/18
80/1 80/2
it to [1]   81/25
item [2]   27/21
33/11
items [2]   34/7 42/2
itinerary [1]   7/17

**J**

jail [2]   49/6 50/3
jails [1]   24/25
January [1]   22/20
JEFF [3]   2/23 83/3
83/14
JOAN [6]   2/2 3/7
6/15 16/18 17/21
81/15
job [8]   15/25 43/23
44/5 44/13 53/20
64/8 66/12 82/17
JOHN [4]   1/11 72/17
76/13 78/24
joining [1]   3/9
joint [7]   75/20
76/1 76/4 77/3 77/4
79/2 79/9
JR [1]   1/23
judge [7]   1/9 47/25
59/4 65/9 69/11
70/2 80/9
Judge's [1]   3/11
judgment [3]   5/5
5/16 80/15
judicial [1]   82/18
juncture [1]   74/22
justice [1]   4/9

**K**

KAITLIN [1]   1/14
Kansas [1]   62/15
keep [7]   5/6 9/6
19/15 35/25 38/14
55/21 62/13
keeping [2]   43/23
74/2
keeps [2]   43/6
59/10
kept [1]   19/22
key [1]   60/1
kind [11]   5/10 8/24
17/11 20/2 39/20
57/1 57/25 59/14
61/25 66/7 67/11
kindness [1]   69/14
kinds [2]   13/20
57/22
knowing [1]   19/7

**K**

knowledge [4]   5/18
5/19 14/1 30/6
known [4]   4/10 9/8
47/3 47/25
knows [2]   21/23
58/11

**L**

laboratories [1]
14/21
laboratory [1]   5/4
lack [3]   6/6 48/20
57/12
language [1]   67/4
laptop [2]   65/18
65/22
laptops [2]   65/17
65/21
large [8]   13/24
24/11 28/14 32/4
33/3 38/1 61/3 62/6
larger [2]   63/7
65/3
last [9]   10/12
15/12 15/12 15/23
29/10 49/5 49/20
51/13 51/22
late [1]   4/12
later [4]   34/23
35/18 73/8 73/21
lawsuit [1]   16/17
lawyer [3]   55/2
60/3 61/5
Lawyers [1]   1/15
lead [1]   3/24
leadership [3]
45/23 46/13 71/1
learn [1]   46/18
learned [2]   11/4
65/16
learning [4]   31/22
66/7 66/9 70/8
least [11]   3/25
12/10 31/24 36/20
45/12 46/10 55/9
60/8 70/10 72/23
79/25
leave [2]   66/8 79/6
leaving [1]   36/4
led [1]   20/15
left [1]   19/18
Legal [1]   48/7
less [4]   32/1 42/17
51/11 68/4
lessened [1]   54/14
lesson [1]   72/16
level [6]   30/3 31/7
31/13 49/13 54/11
55/13
licensed [2]   65/22
70/10
lifesaving [1]
71/19
ligature [1]   63/17
light [8]   24/4
29/16 47/23 52/18
52/19 55/21 72/25
75/7

like to [1]   71/22
likely [2]   19/17
22/25
limitations [2]
51/3 83/9
limited [7]   13/15
19/13 24/23 39/18
50/6 51/15 66/3
line [3]   3/7 4/11
20/9
linkage [1]   49/1
list [5]   6/20 24/20
49/12 49/18 49/24
listing [1]   20/9
little [12]   4/7
4/19 6/10 7/7 8/24
9/12 9/20 11/3
16/24 26/17 50/19
76/22
live [2]   35/11 50/5
located [1]   47/3
locked [1]   68/14
logistically [1]
20/4
long [11]   17/11
18/4 18/5 28/16
35/10 38/11 47/12
50/3 53/5 74/2
74/15
longer [4]   29/11
54/24 56/4 73/2
look [6]   22/23 56/1
56/7 62/21 69/10
71/13
looked [2]   43/12
55/12
looking [4]   6/13
10/23 37/15 37/16
loss [1]   66/11
lost [1]   57/25
lot [10]   5/16 11/12
11/19 16/7 16/19
41/23 47/25 50/18
59/22 59/25
low [1]   47/5

**M**

machine [3]   13/16
33/17 37/20
machines [1]   13/15
mail [5]   81/6 81/8
82/1 82/2 82/5
maintain [1]   55/14
maintained [1]
49/24
maintains [1]   49/12
major [3]   22/9 43/9
53/16
majority [1]   70/9
majorly [1]   49/2
makes [7]   4/11
35/20 56/19 73/1
74/4 75/4 75/8
making [2]   5/15
74/5
male [1]   51/4
manage [2]   50/14
57/12
management [6]
19/12 20/7 40/8

67/17 71/23 72/1
manager [1]   46/2
managers [1]   49/21
managing [2]   57/2
80/13
mandated [1]   29/7
manifestations [1]
5/20
manner [1]   61/10
manpower [1]   64/5
manual [1]   61/23
many [6]   16/2 16/2
16/2 46/12 60/5
67/24
March [9]   18/18
23/4 23/11 23/12
46/22 46/23 49/23
51/19 67/25
March 11th [1]
67/25
March 12th [1]
46/23
March 15th [1]
51/19
March 16th [2]   23/4
23/11
March 1st [1]   46/22
March 20th [1]
23/12
marker [1]   67/7
Maryland [1]   40/24
mask [16]   26/10
26/10 26/12 26/12
27/13 29/14 32/6
33/6 34/22 35/6
35/11 35/15 38/16
41/9 43/3 59/8
masked [2]   23/18
44/1
masking [2]   26/7
26/8
masks [7]   27/11
27/20 35/23 40/12
40/16 43/5 43/14
mass [1]   12/1
Massachusetts [1]
1/12
massively [1]   19/16
material [1]   6/9
materials [1]   35/13
matter [3]   32/5
45/18 83/6
may [26]   1/5 7/21
8/5 9/18 11/10
11/23 12/22 16/23
20/10 20/12 29/11
31/16 46/21 46/25
51/4 51/5 51/19
57/9 57/24 60/18
60/20 63/6 72/6
76/5 77/7 77/9
May 1st [1]   46/21
46/25
May 2nd [1]   51/19
maybe [10]   44/18
44/21 52/4 53/18
56/4 69/9 76/3
76/25 78/9 81/2
mayor's [1]   23/1
MD [1]   2/2

mean [10]   35/10
40/21 63/10 71/24
76/25 78/8 81/19
82/7 82/8 82/16
meaning [4]   47/15
51/1 53/10 58/7
meaningfully [1]
66/1
means [2]   12/1 60/9
meant [1]   4/16
measure [1]   14/8
measures [5]   22/10
26/1 67/6 68/4
73/11
measuring [1]   74/15
medical [3]   45/23
47/1 80/15
meet [7]   54/15 75/9
75/15 77/1 77/2
78/5 78/18
meeting [1]   54/7
meetings [6]   48/22
48/24 49/17 49/22
58/20 58/22
member [2]   29/19
36/8
members [2]   25/18
27/11
mental [8]   5/1 6/19
45/16 52/17 52/20
53/3 59/6 59/13
mentally [1]   54/18
mention [3]   26/5
26/24 27/16
mentioned [15]   5/15
10/19 11/2 11/5
14/12 19/20 27/17
36/13 52/25 56/20
60/17 64/16 68/15
69/2 69/24
met [2]   46/6 60/12
methodology [2]
20/23 45/21
methods [2]   14/6
39/17
MICAH [3]   1/22
74/25 77/25
MICHAEL [1]   1/18
MICHELMAN [2]   1/18
3/5
mid [1]   49/23
middle [1]   44/6
might [9]   9/13
16/15 16/21 17/9
17/13 37/23 63/4
75/13 80/13
mightily [1]   49/21
milieux [2]   57/13
64/19
milieuxes [1]   18/6
Milken [1]   4/3
mind [13]   5/7 5/10
5/24 14/16 19/15
19/19 20/15 22/18
38/14 38/25 44/17
45/11 63/23
minds [1]   17/11
minimized [1]   8/9
minimizing [1]   57/6
minimum [3]   8/3

**M**

minimum... [2]   42/21 52/21
minute [3]   32/10 44/18 79/6
minutes [3]   6/2 11/8 44/21
mitigation [1]   22/10
mixed [1]   47/11
mixing [2]   11/1 57/15
mobility [1]   51/6
modalities [2]   56/5 58/8
modality [3]   54/18 62/24 65/23
mode [5]   32/13 32/14 33/3 33/7 33/8
modifications [1]   76/7
modified [1]   76/6
modify [1]   42/21
moment [3]   23/8 24/15 41/20
Monday [11]   34/10 34/21 34/22 75/16 75/25 78/4 78/10 78/11 79/8 81/15 81/19
monitor [1]   62/13
monitoring [1]   33/18
month [4]   53/15 53/15 53/16 53/19
monthly [1]   16/16
months [3]   18/17 49/20 52/14
more [42]   6/15 7/1 8/5 9/20 10/6 11/12 11/20 12/18 16/5 16/15 16/20 16/24 22/19 31/22 31/22 36/7 40/19 41/23 46/15 46/18 48/13 48/14 48/14 50/16 53/6 53/21 54/21 54/22 54/23 55/22 56/13 59/13 61/8 61/17 62/1 62/22 67/21 73/1 73/5 74/1 74/4 81/14
morning [2]   4/8 81/16
MORTON [2]   1/22 3/6
MOSS [1]   1/9
most [6]   32/3 46/19 49/5 54/12 56/16 60/25
mostly [1]   47/8
mother [1]   21/18
mouth [2]   31/20 33/5
move [8]   6/21 11/18 14/13 16/21 42/4 49/11 63/6 78/17
movement [3]   11/6 56/18 66/12

moves [1]   58/3
moving [4]   4/20 6/14 7/25 11/8
Mr. [14]   71/22 72/13 74/24 76/24 77/14 81/7 81/7 81/8 81/9 82/1 82/3 82/3 82/11 82/14
Mr. Bluming [7]   71/22 74/24 76/24 77/14 81/7 82/3 82/14
Mr. Freedman [7]   72/13 81/7 81/8 81/9 82/1 82/3 82/11
Ms. [7]   3/7 11/15 17/20 44/12 71/9 74/4 80/1
Ms. Hebden [6]   11/15 17/20 44/12 71/9 74/4 80/1
Ms. Joan [1]   3/7
much [22]   5/3 11/16 11/20 11/20 12/5 18/7 18/21 21/14 22/12 22/19 32/15 39/12 41/16 50/15 54/22 55/4 59/13 59/13 62/22 64/9 74/4 79/22
multiple [2]   20/12 56/24
muscle [1]   23/25
must [3]   49/9 60/2 81/22
mute [1]   3/14

**N**

N95 [6]   29/7 29/18 30/1 32/5 34/20 35/6
N95s [8]   29/20 30/15 31/11 32/21 34/2 34/5 34/9 35/2
name [2]   3/17 8/20
nasopharyngeal [1]   41/6
nature [2]   6/6 32/25
near [2]   16/11 55/25
necessary [1]   67/21
need [39]   3/13 4/23 5/3 7/4 7/14 7/16 7/18 7/19 8/18 10/8 11/12 17/5 20/14 20/18 25/6 27/8 27/24 36/20 41/17 42/25 43/12 51/4 51/5 52/3 55/22 56/14 56/21 58/14 59/22 63/22 64/11 70/6 72/7 72/11 74/19 75/6 77/4 77/21 82/1
needed [8]   6/7 6/9 6/10 29/17 49/14 50/15 59/16 70/20
needing [1]   30/10

needs [30]   4/20 5/1 5/4 6/14 6/21 9/19 11/12 11/24 12/14 12/22 14/11 14/14 16/5 16/7 16/15 19/22 20/8 33/20 40/9 56/4 56/8 59/21 60/3 60/21 63/10 65/3 65/20 71/5 74/14 81/4
negative [15]   7/21 8/2 8/19 9/7 9/14 9/14 10/5 10/13 10/17 13/18 17/5 25/7 25/8 25/9 25/25
neither [1]   9/4
new [12]   4/12 24/20 26/2 26/12 29/13 31/3 35/23 55/15 57/3 57/13 68/18 73/4
newer [1]   23/23
next [7]   6/1 45/2 46/15 52/17 64/10 67/24 72/10
NGBRI [2]   50/3 51/22
nice [5]   24/15 34/12 61/13 66/5 68/10
nicely [1]   60/6
night [1]   63/16
nine [1]   47/5
noise [1]   72/15
non [11]   7/4 36/18 37/7 37/10 37/12 37/18 37/21 47/7 48/5 51/20 80/18
non-alcohol [1]   36/18
none [1]   81/3
nor [2]   9/4 21/19
normal [1]   8/23 42/11 65/8
nose [2]   31/19 33/5
note [3]   49/4 68/18 83/7
nuances [1]   61/6
nuclei [4]   28/10 28/20 29/1 32/17
number [8]   4/22 6/20 13/17 15/16 53/13 64/19 65/1 65/4
numerous [2]   46/11 69/13
nurse [5]   21/13 29/13 37/11 39/21 59/14
nurses [1]   32/24
nursing [8]   22/16 46/8 51/25 58/5 59/25 64/6 64/6 64/8
NW [5]   1/12 1/16 1/20 1/24 2/24

**O**

o'clock [5]   76/3

76/9 79/2 79/5 79/10
objectives [1]   52/24
observation [1]   40/15
observational [2]   40/5 42/20
observations [4]   18/25 40/10 42/18 42/22
observe [4]   23/5 25/21 39/21 43/21
observed [1]   37/11
observing [1]   25/16
obviously [12]   6/17 7/23 8/12 12/4 12/16 15/3 23/14 39/18 40/20 42/11 73/16 80/12
occasions [2]   8/3 10/17
occupational [2]   21/15 29/15
occurred [1]   83/7
occurring [3]   19/24 32/4 37/11
occurs [3]   16/17 18/1 33/15
off [13]   3/10 4/4 4/21 4/23 5/11 24/11 31/2 35/7 35/17 39/23 42/6 45/7 62/9
offer [2]   26/10 39/5
offered [2]   37/7 58/8
offering [6]   37/21 38/13 38/25 39/8 39/11 64/14
offers [1]   60/24
office [2]   1/23 49/17
officer [1]   45/24
official [3]   2/23 24/20 83/3
often [3]   50/22 54/18 61/2
oftentimes [1]   53/17
old [1]   65/18
on-site [4]   19/24 21/19 37/9 73/24
once [7]   3/16 9/24 74/1 74/18 74/20 75/16 78/1
one [72]   5/6 6/20 7/9 7/10 7/22 8/1 9/13 9/13 9/21 13/21 13/23 13/23 15/22 16/22 17/25 18/10 18/15 23/5 24/8 24/19 24/21 25/23 27/17 29/19 30/18 31/3 34/10 34/25 35/18 35/23 36/6 36/7 37/12 37/23 39/13 39/23 41/9 43/5 43/19

**O**

one... **[33]**   44/3
46/4 48/2 50/6
50/18 50/18 51/23
53/21 54/9 55/24
56/25 57/18 58/4
59/7 59/14 60/12
61/8 61/8 62/12
64/2 65/17 66/23
66/25 71/24 72/21
73/13 73/23 75/24
79/16 79/17 79/21
81/4 81/14
one's **[1]**   31/19
one-to-one **[2]**
50/18 61/8
ones **[3]**   35/24
69/19 69/19
ongoing **[3]**   4/13
55/10 68/7
only **[26]**   5/9 5/9
6/24 7/12 16/16
20/7 20/10 26/3
26/14 26/23 27/25
28/4 29/10 30/21
36/2 36/24 40/10
42/23 43/3 55/15
55/19 64/11 65/19
66/21 67/20 74/13
onto **[4]**   24/18 25/4
35/5 71/2
open **[1]**   6/5
operating **[1]**   79/20
opinion **[1]**   68/21
opportunities **[2]**
65/25 71/3
opportunity **[4]**
21/4 45/14 70/1
76/4
opposed **[1]**   78/5
optimal **[2]**   52/15
53/8
options **[1]**   51/16
order **[13]**   3/12
3/24 19/22 23/2
23/2 36/21 63/22
67/22 71/16 72/22
79/7 80/10 80/24
ordered **[2]**   7/13
73/7
orders **[1]**   41/1
Organization's **[1]**
39/17
organized **[1]**   47/2
origami **[1]**   61/18
original **[1]**   32/15
OSHA **[1]**   29/7
others **[2]**   69/22
69/23
otherwise **[5]**   51/1
52/9 55/5 55/6
57/16
ought **[2]**   72/9
80/16
ounce **[1]**   37/2
out **[35]**   9/5 9/14
9/15 10/20 14/20
15/2 15/20 16/11
18/22 20/20 21/15

22/1 23/10 24/3
26/1 29/18 31/5
34/16 38/16 39/1
40/13 44/4 52/15
60/10 60/17 62/3
63/19 65/8 66/19
68/6 69/22 70/18
71/24 73/3 74/5
outbreak **[10]**   15/23
16/14 18/1 20/25
22/11 26/19 28/6
37/1 47/13 52/20
outlined **[1]**   56/3
outpatient **[1]**
50/20
outplacement **[1]**
49/15
outset **[2]**   20/24
27/24
outside **[3]**   40/17
50/16 72/17
over **[13]**   3/21 6/1
12/2 15/12 27/23
34/13 34/13 37/19
42/12 46/3 46/6
53/9 54/24
overview **[1]**   46/20
overwhelming **[1]**
16/13
own **[8]**   52/1 60/13
60/15 64/15 66/18
67/7 67/8 72/22

**P**

p.m **[8]**   1/6 45/7
45/8 81/19 81/20
81/22 82/5 82/21
packets **[1]**   61/16
paid **[1]**   16/5
pair **[2]**   39/23
39/24
pandemic **[3]**   56/6
69/16 83/8
paper **[3]**   23/19
34/3 34/21
parenthetically **[1]**
13/11
part **[3]**   51/17 53/4
73/4
participate **[2]**
53/18 54/3
particular **[3]**   32/2
67/22 73/16
particularly **[6]**
4/8 35/13 38/20
53/2 60/2 68/23
parties **[14]**   3/22
4/11 44/15 45/1
45/16 77/1 77/2
77/7 77/19 78/12
78/23 79/9 80/6
80/22
parties' **[2]**   76/4
76/12
partners **[1]**   48/15
parts **[1]**   61/6
pass **[2]**   44/1 82/19
passed **[1]**   10/4
passwords **[1]**   81/3
past **[5]**   10/25 12/3

12/21 21/18 50/18
path **[1]**   75/10
patient **[43]**   6/17
6/25 8/11 8/25
22/25 23/12 26/20
29/14 36/1 38/23
39/5 39/25 40/21
41/9 49/11 50/7
51/24 52/23 56/18
57/13 57/19 58/3
58/15 59/2 59/4
59/14 60/3 62/17
63/17 64/2 64/23
65/5 65/7 65/8
65/11 66/14 67/1
67/10 67/14 67/16
68/2 68/9 68/17
patient's **[3]**   37/13
41/1 53/2
patients **[94]**
patients' **[3]**   5/5
20/9 33/18
PATRICK **[3]**   2/3 3/8
6/19
pay **[1]**   11/12
paying **[2]**   22/19
63/14
PCR **[10]**   7/21 8/3
9/4 10/5 10/13
13/11 13/13 14/20
20/11 25/2
pending **[1]**   21/22
people **[31]**   6/5 6/9
8/1 8/16 8/21 9/1
9/6 9/6 9/22 10/10
15/18 23/6 23/16
30/19 31/1 50/25
51/3 53/18 55/3
57/24 61/12 62/23
62/24 67/8 67/12
69/17 69/18 70/11
74/2 74/15 74/20
People's **[2]**   61/10
66/4
per **[4]**   42/22 42/22
64/2 68/9
percent **[4]**   13/12
36/21 42/17 56/6
perform **[7]**   14/25
15/1 25/20 26/1
29/22 39/6 39/7
performed **[3]**   25/2
29/25 32/19
performing **[4]**
30/10 31/9 37/14
40/1
perhaps **[9]**   6/10
11/3 51/11 52/12
54/20 57/11 75/23
76/1 81/4
period **[15]**   4/18
10/11 12/17 25/10
25/14 29/2 48/3
50/15 50/23 52/14
54/24 56/11 73/2
74/21 74/23
periodic **[1]**   17/8
periodically **[3]**
16/16 47/22 74/19
periods **[3]**   20/2

53/5 59/5
PERLOFF **[2]**   1/18
3/4
permitted **[1]**   49/4
person **[10]**   5/25
9/14 9/15 13/5 48/4
50/11 51/6 53/6
58/11 63/20
personal **[6]**   14/7
21/7 25/19 42/24
51/5 69/7
personnel **[6]**   11/25
12/16 12/19 12/24
14/16 15/17
persons **[5]**   9/1 9/8
10/19 25/11 25/17
perspective **[2]**
76/12 81/23
pertains **[1]**   68/23
phase **[1]**   55/25
phased **[1]**   71/4
PhD **[1]**   2/3
phone **[5]**   11/22
46/6 64/15 67/19
69/23
phones **[5]**   64/12
69/1 69/2 69/4 69/7
physical **[7]**   7/3
24/9 28/17 42/8
43/22 54/14 56/2
physically **[2]**
55/19 58/16
physician **[4]**   21/1
21/16 58/5 65/17
PI **[1]**   77/9
piano **[1]**   72/16
picture **[1]**   51/8
piece **[1]**   20/7
pieces **[1]**   23/19
place **[9]**   5/25 7/13
11/21 26/8 54/17
57/1 62/19 69/2
69/2
placed **[2]**   7/15
57/20
placement **[6]**   25/5
47/23 48/3 48/4
48/5 52/10
places **[5]**   8/16
13/9 52/7 52/12
65/13
plaintiffs **[15]**   1/3
1/11 3/4 72/18
72/20 75/1 75/9
75/13 75/15 75/17
76/14 77/24 79/3
81/4 82/12
plaintiffs' **[2]**
73/1 75/2
plan **[11]**   45/14
49/9 49/9 52/23
55/25 55/25 62/5
70/5 70/22 70/24
71/3
planning **[4]**   46/15
49/8 50/16 55/1
plant **[2]**   24/9 42/8
plastic **[1]**   35/13
play **[3]**   60/1 61/3
61/9

**P**

played [3]   60/17
61/22 67/3
please [5]   3/17
41/24 79/13 79/14
83/7
plug [1]   63/17
plugged [1]   63/16
pocket [1]   38/1
point [45]   3/21 6/8
6/13 6/21 8/7 8/10
10/22 11/24 12/2
12/8 12/13 12/14
13/13 14/4 14/14
15/11 15/23 16/25
21/15 22/1 22/5
23/10 24/6 24/14
26/11 29/18 34/16
40/6 41/18 41/18
42/14 46/17 54/12
55/18 62/15 68/4
68/13 69/9 74/12
75/6 75/18 76/6
76/8 78/4 80/20
pointed [2]   24/3
31/5
policy [4]   52/22
52/25 54/6 68/22
population [6]   6/18
7/20 8/11 17/5
40/21 59/2
Porter [1]   1/12
posed [2]   45/15
47/20
positions [4]   57/10
57/24 60/16 77/18
positive [32]   4/15
4/16 7/6 7/23 7/24
8/2 8/14 8/17 8/17
9/2 9/9 9/13 9/15
9/22 10/4 10/19
11/10 12/16 12/19
12/24 17/4 25/3
25/4 25/9 25/24
27/12 42/7 45/25
46/6 46/23 57/4
58/9
possible [6]   8/9
14/3 50/21 50/22
57/5 75/24
possibly [1]   65/2
post [5]   49/21
51/24 52/7 54/5
58/13
posted [2]   23/5
24/13
potential [3]   20/25
31/1 35/5
potentially [8]
8/16 24/6 25/24
25/25 29/5 30/25
75/14 75/15
powered [2]   29/8
32/21
PPE [11]   24/14
24/14 26/1 26/25
27/3 27/16 27/21
33/25 36/10 36/14
47/16

practical [1]   14/17
practice [3]   22/13
39/2 42/23
practices [3]   20/21
22/24 26/7
practicing [1]   19/8
practitioner [1]
21/14
pre [2]   54/4 68/1
pre-COVID [2]   54/4
68/1
precaution [1]
26/22
precautions [1]
59/16
precedence [1]
26/17
prefer [1]   8/4
preferable [1]   8/6
preference [1]
79/21
preferred [2]   17/13
36/22
prejudice [1]   79/7
preliminarily [1]
68/5
preliminary [5]
3/22 45/12 45/14
68/8 76/19
prepare [1]   61/24
prepared [1]   76/2
prescribed [2]
23/17 23/21
present [2]   8/8
45/14
presentation [2]
3/22 3/25
pressure [3]   33/19
33/19 79/21
pressures [1]   57/23
presumably [1]
31/19
presumed [1]   9/7
presumption [1]
7/16
pretrial [5]   47/11
51/21 51/23 60/24
61/11
pretty [5]   15/23
43/17 43/23 53/13
62/17
prevalence [11]
11/24 12/8 12/14
14/14 15/11 16/25
22/5 24/4 42/14
74/12 80/21
prevention [7]   6/16
14/6 20/6 20/21
21/1 22/9 26/6
preventionist [6]
17/22 19/3 20/18
21/2 21/3 22/14
previously [1]   13/5
primarily [1]   6/13
primary [3]   33/2
33/7 60/23
principal [1]   13/21
principally [1]
77/21
prior [1]   19/5

private [3]   40/17
62/10 69/2
proactive [2]   22/17
23/13
probably [5]   5/21
11/17 21/22 22/19
43/20
problem [6]   10/20
11/5 15/15 15/17
38/8 62/11
problems [2]   16/2
44/9
procedure [2]   30/14
68/22
procedures [6]
16/14 30/11 30/12
31/10 32/19 73/10
proceed [9]   44/15
45/2 72/6 72/9
72/21 75/25 77/7
77/17 79/11
proceedings [2]
82/21 83/5
process [4]   10/18
30/16 49/19 67/18
procurement [1]
21/7
product [4]   37/8
37/13 37/22 38/13
products [2]   21/11
27/1
profession [1]
70/11
professor [1]   4/2
program [5]   21/1
21/2 21/16 62/4
66/8
progress [1]   48/12
prominent [1]   54/19
promptly [1]   76/20
proper [2]   20/21
29/24
properly [2]   30/2
74/7
proponent [1]   54/1
proposal [2]   11/8
70/2
proposals [2]   58/21
77/6
propose [1]   76/18
proposing [1]   79/10
protect [3]   6/17
27/13 43/5
protected [1]   33/4
protection [7]   14/7
28/1 29/3 30/3 31/7
31/13 43/4
protective [3]   21/7
25/19 42/24
provide [8]   15/19
30/3 35/23 35/24
46/19 57/4 68/22
69/24
provided [10]   26/11
31/13 46/11 52/18
52/19 53/13 53/24
58/6 62/8 71/12
providers [8]   31/8
34/8 50/20 50/21
50/22 51/10 52/4

52/13
providing [2]   52/20
66/2
provision [1]   26/22
psychiatric [2]
18/4 40/23
psychiatry [1]   46/9
psychologist [1]
59/24
psychologists [1]
53/24
psychology [8]
45/24 46/8 53/25
58/7 61/9 61/15
61/19 61/23
psychotherapist [1]
55/11
psychotherapy [4]
53/24 54/1 54/13
55/7
public [6]   4/3 4/24
14/22 64/12 69/1
82/18
PUI [1]   47/16
purchase [1]   62/18
purchasing [1]
65/21
Purell [3]   37/2
38/3 38/8
purifying [2]   29/8
32/22
purpose [1]   66/24
purposes [6]   42/9
42/21 47/14 77/6
77/22 80/20
put [12]   9/8 9/9
9/16 10/2 10/3
34/14 34/21 44/6
67/8 74/4 74/14
80/10
putting [3]   32/23
34/2 35/18
puzzles [1]   61/17

**Q**

quarantine [15]
4/14 9/7 10/11
10/11 12/22 20/2
25/13 64/13 65/5
65/5 66/1 67/2
67/12 74/3 74/3
quarantined [5]   7/6
8/19 9/17 24/21
74/21
quick [1]   72/19
quickly [3]   28/15
57/21 58/1
quintessential [1]
48/19
quite [7]   4/22
11/18 13/25 24/25
37/2 65/14 78/25
quizzes [1]   61/17
quote [1]   8/22

**R**

raise [1]   58/12
raised [1]   58/22
RANDOLPH [1]   1/9
range [1]   47/5

**R**

rather [6]   13/4
13/22 73/7 73/20
74/7 77/13
re [2]   54/20 69/9
re-thought [2]
54/20 69/9
reach [2]   36/16
78/12
react [2]   73/17
80/22
reading [2]   61/18
71/13
ready [5]   9/23
49/12 49/23 51/1
52/8
real [7]   58/9 58/16
60/21 63/9 63/13
69/14 70/1
reality [2]   24/15
35/16
really [37]   11/4
11/12 11/18 13/10
16/11 17/12 19/6
20/5 20/14 20/19
22/2 22/18 26/17
32/5 38/18 40/9
42/9 45/20 48/8
52/7 54/7 59/19
61/12 62/21 62/23
63/6 63/19 64/18
64/20 66/22 70/19
71/9 73/8 73/13
77/10 81/21 82/8
reason [5]   11/9
13/21 20/6 29/6
50/4
reasonable [2]   6/23
75/25
reasonably [1]   8/12
reasons [1]   43/4
rebroadcasting [1]
3/12
receive [1]   81/8
received [4]   4/12
12/3 68/19 71/25
receiving [2]   6/5
10/13
recently [3]   15/11
33/25 55/15
recognized [1]   4/6
recollection [1]
68/11
recommend [3]   7/25
14/14 71/4
recommendation [7]
22/4 35/16 38/18
42/13 63/6 64/22
70/21
recommendations [11]
18/6 33/25 34/19
39/13 43/9 49/13
52/2 72/6 73/6
76/15 80/9
recommending [3]
15/6 21/24 42/19
recommends [1]   17/6
record [2]   45/7
45/8

recording [1]   3/12
records [2]   46/14
46/14
recovered [1]   13/6
recovery [2]   49/9
49/9
recreation [3]
63/12 66/3 66/15
recreational [1]
61/17
redirect [1]   59/20
redirection [1]
59/20
reduce [4]   6/22 7/9
18/17 18/21
reduced [3]   6/24
68/2 68/6
reducing [3]   7/10
10/21 47/24
reduction [3]   18/13
61/19 68/10
reference [1]   46/12
references [1]   18/3
referred [1]   21/25
referring [4]   15/7
15/9 18/5 25/12
refreshed [1]   74/19
refusing [2]   41/6
48/18
regard [1]   10/23
regarding [2]   4/12
5/5
regular [1]   33/6
rehab [3]   58/7 70/9
71/2
rehabilitation [1]
45/25
reiterate [3]   17/23
18/10 32/12
related [6]   18/13
22/8 47/1 48/16
51/20 68/19
relates [9]   17/25
18/4 18/6 18/7 19/8
20/9 26/6 28/2
68/12
relating [1]   80/1
relative [1]   22/21
relatively [5]   5/17
6/7 24/11 27/7
28/14
relatives [2]   22/18
release [1]   50/6
relevant [1]   80/14
relief [1]   61/13
remain [5]   7/19
25/13 28/19 29/2
32/17
remains [1]   48/19
remarkable [4]
15/25 69/16 71/13
82/17
remember [2]   29/12
39/20
remind [3]   3/10
3/13 41/11
remote [1]   62/5
remotely [3]   62/8
83/5 83/9
remove [2]   36/2

40/2
removing [1]   31/18
repeat [2]   16/19
17/18
replace [2]   14/6
14/10
report [37]   8/5
10/7 12/18 43/16
45/2 55/3 58/21
65/1 68/8 71/13
72/7 72/8 72/12
75/3 75/12 75/14
75/16 75/20 75/21
75/25 76/1 76/4
76/20 77/3 77/5
78/1 78/5 79/2
79/10 79/16 79/16
79/22 80/1 80/7
81/1 81/8 81/15
report's [1]   75/22
reported [4]   2/23
42/18 75/7 83/5
reporter [4]   2/23
3/18 41/20 83/3
reporting [1]   83/9
reports [5]   21/3
44/11 66/16 67/15
79/17
represent [2]   30/25
35/8
representatives [1]
19/1
request [1]   80/5
requested [1]   70/4
requests [1]   45/19
require [5]   26/21
26/23 54/23 57/22
80/15
required [4]   26/4
26/13 26/15 70/12
requirement [1]
30/21
requirements [3]
47/19 56/2 56/14
requires [4]   20/5
50/13 52/22 52/25
requiring [1]   25/1
resident [1]   61/9
Residential [1]
48/17
residents [6]   11/25
12/2 12/21 14/15
15/12 18/8
resistance [2]
40/19 40/21
resources [2]   17/17
51/9
respect [7]   32/2
37/24 43/21 45/15
69/14 69/14 78/13
respected [1]   11/1
respective [1]
77/18
respects [1]   76/7
respirator [4]   29/9
29/24 30/1 31/19
respirators [5]
29/8 29/17 29/18
30/19 32/22
respiratory [4]

28/1 28/9 29/3
32/24
responded [2]   58/23
69/16
responds [1]   67/16
response [1]   47/18
responsibility [2]
59/19 63/23
responsible [5]
21/1 21/7 21/16
48/25 63/15
rest [3]   5/12 5/12
7/20
restart [1]   52/3
restarted [2]   4/18
4/18
restoration [2]
60/25 61/2
restrained [1]
67/25
restraining [1]
72/21
restraint [4]   68/1
68/3 68/5 68/13
restricted [4]   7/4
15/16 26/3 66/21
restrictive [1]
68/4
result [2]   57/24
62/17
results [9]   12/4
15/13 18/16 20/10
21/22 25/2 42/5
73/25 74/1
return [4]   50/2
56/5 69/25 70/4
returned [2]   12/5
15/14
returning [1]   69/18
reuse [5]   30/16
30/23 31/10 34/5
34/7
reused [3]   30/24
34/12 34/13
reusing [2]   34/2
34/3
review [7]   6/9 22/3
46/14 46/15 49/18
50/3 70/24
reviewed [1]   46/11
reviewing [1]   68/3
right [20]   6/12 9/5
15/10 30/8 30/20
31/15 32/7 33/1
41/14 45/3 50/9
50/25 54/4 59/6
60/17 63/20 63/20
64/3 68/20 78/8
Rights [1]   1/15
risk [13]   9/9 9/16
9/19 18/19 30/25
30/25 31/18 31/20
31/24 32/1 32/3
46/2 67/17
RN [1]   2/2
ROBERT [1]   1/23
role [3]   19/4 19/4
60/1
roles [1]   61/4
roll [1]   62/3

**R**

rolls [2]   46/22 46/25
Ron [3]   4/1 43/16 79/12
RONALD [2]   2/2 3/8
room [6]   7/1 32/18 39/1 62/10 62/11 63/17
rooms [2]   40/17 66/24
routine [4]   22/13 39/4 42/11 62/1
rub [6]   27/3 36/25 37/3 38/13 39/11 39/16
rubs [3]   37/6 37/11 38/25
ruled [1]   9/5
rules [1]   3/11
run [3]   9/25 65/3 76/21
rushed [2]   4/7 4/8

**S**

sad [1]   69/11
safe [1]   59/10
safely [1]   63/16
Safety [1]   29/15
Saint [27]   5/9 18/2 18/12 19/6 22/15 24/9 26/18 27/2 29/20 31/7 32/19 40/7 41/3 46/25 48/19 52/13 53/17 54/17 60/19 60/22 61/21 66/13 68/10 69/15 71/17 71/17 80/11
saliva [1]   33/13
same [10]   17/2 31/25 33/12 35/18 36/9 39/24 65/3 67/9 81/7 81/9
sample [1]   13/20
sanitation [1]   40/1
sanitization [2]   11/15 14/8
sanitizer [8]   24/13 36/15 36/16 36/18 36/20 37/18 37/25 43/13
SARS [3]   30/7 32/14 32/15
SARS-CoV-2 [2]   30/7 32/14
saw [3]   19/24 61/8 72/1
saying [11]   5/7 10/25 14/16 15/15 19/24 31/15 31/21 34/6 54/10 63/21 69/18
scarce [1]   51/9
scared [1]   69/11
scenario [1]   32/20
schedule [2]   76/19 77/9
scheduled [4]   53/1

53/10 66/14 76/23
scheduling [1]   77/21
School [2]   4/3 14/22
science [1]   31/23
SCOTT [1]   1/18
screen [1]   62/6
screened [1]   13/1
screening [3]   11/13 23/7 37/17
screens [1]   63/7
seal [2]   29/24 30/2
seat [1]   44/6
secluded [1]   67/25
seclusion [7]   68/2 68/3 68/5 68/12 68/16 68/19 68/24
second [5]   8/10 27/10 46/5 51/17 73/22
secondly [1]   63/14
secure [1]   62/14
secured [1]   63/16
security [4]   25/6 37/20 39/3 63/3
seeing [1]   41/11
seem [3]   9/5 9/7 73/19
seemed [1]   60/5
seems [7]   4/13 10/9 22/15 56/17 56/22 56/22 73/18
send [3]   81/25 82/1 82/4
senior [1]   45/23
sense [13]   16/23 33/22 35/20 73/1 74/4 74/22 75/4 75/8 75/13 76/17 76/18 76/25 78/15
sensible [1]   73/18
sent [1]   23/10
separate [3]   9/10 79/16 79/17
serious [3]   15/23 18/12 60/16
served [1]   19/6
service [2]   48/24 60/25
services [10]   45/25 46/1 48/8 49/20 52/18 52/21 61/15 62/8 70/9 71/2
session [1]   62/10
sessions [1]   55/20
set [1]   24/12
setting [4]   18/2 58/10 77/6 77/18
seven [4]   34/23 45/15 47/4 50/25
sexual [1]   57/20
share [1]   45/1
shared [2]   33/16 69/1
sharing [2]   33/11 45/11
shield [6]   32/8 33/6 34/11 35/3 35/25 43/3

shields [5]   27/20 32/9 34/11 34/12 34/17
shift [3]   24/8 34/10 34/20
shifting [1]   12/23
short [4]   5/17 41/16 52/12 61/20
shorter [2]   53/15 54/21
showed [1]   69/13
shower [1]   38/24
sick [1]   69/20
side [3]   12/11 47/3 47/4
signage [4]   23/4 24/13 39/15 39/19
signs [5]   33/17 37/12 37/14 39/25 44/6
similar [2]   28/8 60/15
simply [2]   71/17 81/5
sing [1]   28/25
single [6]   12/2 38/23 71/24 80/1 80/17 80/18
sink [1]   39/6
sit [2]   44/6 44/8
site [5]   19/24 21/19 37/9 73/24 80/19
sites [1]   21/25
sitting [3]   20/19 44/3 53/4
situation [18]   4/10 4/10 4/22 8/23 9/13 12/12 13/23 19/13 22/11 35/1 35/2 41/5 52/16 57/18 58/25 60/4 64/7 73/9
situations [2]   27/2 57/19
six [1]   13/16
size [2]   28/15 30/1
slightly [2]   58/18 73/2
slowed [1]   48/11
small [8]   27/7 28/11 29/1 31/25 32/1 36/25 38/7 66/18
smaller [2]   54/20 55/20
smoke [1]   51/3
smoother [1]   59/14
snapshot [1]   17/4
sneeze [3]   28/12 28/25 35/4
soap [3]   21/10 36/22 39/16
social [19]   7/2 14/6 36/6 43/21 45/25 46/8 49/12 49/16 50/13 50/15 51/14 55/18 55/21 56/13 58/7 59/25 60/4 61/9 69/3

socialization [2]   18/8 66/2
socially [3]   61/10 67/9 69/6
Society [1]   30/9
soiled [3]   31/4 34/4 35/25
somebody [2]   29/4 35/4
someone [9]   16/16 19/3 19/24 19/25 20/15 21/17 33/21 50/23 70/7
sometimes [3]   53/5 54/2 58/22
somewhat [1]   56/23
sooner [2]   73/7 73/20
sore [1]   23/24
sorry [4]   7/7 41/23 57/19 78/24
sort [9]   10/20 22/7 25/6 26/19 27/11 59/1 62/23 62/24 80/14
sound [1]   80/15
sounds [3]   77/23 78/8 78/20
source [1]   58/23
South [1]   1/24
Spanish [2]   67/4 67/5
speak [11]   3/15 3/18 21/6 21/11 21/20 27/14 60/3 67/5 75/1 75/6 75/17
speaker [1]   62/7
speakerphone [1]   3/15
speaking [2]   3/14 3/19
speaks [1]   48/9
specialist [2]   73/24 74/5
specific [3]   8/5 12/18 18/3
specifically [4]   19/11 19/12 28/2 39/19
specifics [1]   18/24
specify [3]   17/9 17/12 77/5
SPITZER [2]   1/19 3/5
spoke [4]   21/13 31/5 46/6 54/9
spoken [1]   24/22
spread [2]   32/3 73/12
squirt [1]   38/4
staff [87]
staff's [1]   21/14
staffing [5]   56/1 57/9 57/23 63/13 63/22
stainless [1]   35/14
stand [1]   75/18
standard [5]   12/17 27/22 53/17 54/8

**S**

standard... [1] 60/10
standing [1] 3/11
start [8] 3/10 3/25 4/4 4/21 14/14 18/22 22/7 76/17
started [2] 11/22 45/22
starting [1] 12/12
statements [1] 5/15
states [4] 1/1 1/9 22/22 23/1
station [1] 61/21
status [28] 1/8 25/13 47/8 48/17 50/7 51/22 53/2 53/3 56/19 57/18 59/6 59/13 60/14 60/15 64/13 67/2 67/12 75/12 75/16 75/20 76/1 76/4 77/3 77/4 78/1 78/5 79/2 79/9
stay [3] 9/22 16/1 36/5
steel [1] 35/14
step [1] 17/6
stepped [1] 72/17
steps [2] 14/19 72/10
sterilize [1] 31/10
still [5] 9/17 37/10 37/10 49/24 67/20
stop [5] 16/18 16/20 43/15 73/10 73/12
stopped [2] 23/3 48/24
story [1] 54/5
straight [1] 9/24
strategies [1] 22/10
strategy [7] 6/14 6/21 6/21 10/23 11/21 14/13 26/8
Street [3] 1/16 1/20 1/24
stress [1] 61/18
stretch [1] 67/5
strictly [1] 57/17
strikes [1] 75/24
strong [1] 70/15
strongly [1] 42/19
struck [4] 73/8 73/13 73/17 74/9
structured [2] 45/22 53/5
struggle [1] 54/3
struggling [1] 48/16
subject [1] 83/8
subjected [1] 60/19
subjects [1] 80/3
submit [3] 75/15 75/20 77/17
submitted [1] 70/5
subsidy [1] 52/12

substantial [1] 77/19
substantially [1] 27/25
substitute [1] 39/22
suctioning [1] 32/25
Sudoku [1] 61/17
sufficient [4] 44/21 44/23 65/4 71/3
suggest [1] 12/7
suggesting [1] 11/20
suggestion [1] 73/3
suite [5] 1/24 68/15 68/16 68/18 68/23
summer [1] 51/14
supersede [1] 14/5
supervisory [1] 21/13
supplies [1] 21/9
support [1] 42/13
supports [1] 46/1
suppose [1] 37/23
supposed [3] 35/3 74/21 75/11
sure [14] 3/16 3/17 19/20 20/16 23/15 31/15 41/19 42/1 43/1 44/22 45/13 67/6 70/23 74/6
surfaces [2] 33/15 34/18
surgical [8] 26/11 26/12 27/13 29/14 32/6 33/6 35/23 43/5
surprised [1] 40/19
survey [7] 11/24 12/8 12/14 14/14 15/11 16/25 22/5
surveys [1] 80/21
survival [1] 35/12
suspected [2] 9/2 22/25
suspended [5] 23/3 28/19 29/2 32/17 49/23
suspension [1] 51/13
suspicion [1] 12/20
sustain [1] 53/3
swab [1] 41/6
switch [1] 56/12
symptoms [8] 7/19 8/18 9/3 13/1 23/21 23/24 42/4 42/6
system [1] 82/19

**T**

table [3] 23/19 24/12 37/18
tablet [2] 63/1 64/23
take some [1] 63/13
talk [18] 6/10 10/3 10/8 23/7 24/14

27/15 28/24 44/14 58/18 61/4 61/5 70/25 71/25 72/8 72/12 77/16 77/16 78/19
talked [6] 10/21 30/17 42/15 52/6 64/1 80/8
talking [5] 20/6 22/24 28/1 32/9 34/16
targeted [1] 61/24
task [1] 64/6
TB [5] 29/4 29/5 29/12 29/14 32/1
teaching [1] 63/8
team [4] 50/6 57/4 58/6 58/9
teams [9] 49/2 49/3 50/10 50/11 54/9 54/10 58/3 59/23 61/15
technically [1] 75/11
technological [1] 83/9
technology [7] 56/10 56/12 56/16 58/17 62/21 64/10 70/19
telehealth [2] 62/4 62/24
telephone [7] 1/12 1/22 2/2 3/13 50/20 51/11 77/14
telephones [2] 3/14 68/25
TELEPHONIC [1] 1/8
television [2] 61/21 61/22
temperature [1] 23/17
temperatures [1] 33/18
temporarily [1] 57/25
temporary [1] 72/21
tendency [1] 13/17
tenets [1] 5/23
tenor [1] 69/10
tenuous [1] 65/13
term [9] 16/11 18/4 18/5 38/11 47/12 50/4 52/12 55/25 56/4
termination [1] 78/4
terminology [1] 7/7
terms [16] 5/25 6/4 6/20 18/16 18/19 19/6 19/24 20/23 23/16 33/24 34/16 36/15 59/18 60/23 72/22 75/5
terrific [3] 43/19 44/10 44/12
test [21] 7/22 7/23 8/1 8/2 10/4 12/19 12/24 13/7 14/13 16/25 17/2 19/16

25/1 25/7 29/25 30/19 30/21 41/1 73/25 74/1 74/16
tested [8] 4/15 10/15 10/17 11/10 12/2 24/21 41/7 42/6
testing [29] 5/5 7/21 8/3 9/4 10/9 11/21 12/1 13/3 13/4 13/4 13/12 13/13 13/25 14/5 14/17 14/20 14/21 15/10 19/14 20/10 20/11 20/13 21/21 21/23 21/25 29/22 29/22 42/5 74/12
tests [16] 8/6 10/5 10/13 12/4 12/5 12/16 13/12 13/16 13/18 13/20 13/22 15/1 15/7 15/8 15/16 22/6
thanks [5] 71/23 72/3 82/6 82/8 82/20
the actual [1] 62/12
therapeutic [3] 66/7 66/9 70/8
therapies [2] 46/9 70/17
therapist [4] 55/8 62/9 62/16 63/11
therapists [1] 54/15
therapy [3] 58/7 62/5 62/10
there have [1] 57/14
therefore [3] 22/3 51/12 83/8
thinking [2] 4/19 78/3
third [6] 8/7 8/7 10/21 10/22 60/14 74/9
third way [1] 8/7
thorough [1] 71/11
though [6] 13/24 18/3 38/13 38/21 72/25 78/8
thought [9] 9/18 11/18 23/13 46/20 54/20 59/11 64/2 69/8 69/9
thoughtful [1] 71/11
thoughts [5] 11/23 41/13 41/5 45/12 72/20
thousand [1] 68/9
three [12] 5/25 8/6 8/13 10/6 13/15 35/14 52/14 58/20 58/21 68/9 73/8 73/13
throat [1] 23/24
throughout [3] 26/8 28/4 67/20

**T**

ticket [1]   42/2
ties [1]   74/10
timeframe [1]   71/12
timeline [1]   22/23
times [6]   16/13
20/12 36/1 48/5
58/21 63/7
tips [1]   61/18
TLC [2]   66/10 66/11
to be [1]   73/10
today [11]   3/13
4/11 25/9 47/15
55/25 60/22 62/5
73/1 75/7 75/12
82/10
today's [1]   65/20
together [6]   9/6
10/15 11/23 48/8
77/11 79/24
told [8]   14/24
15/20 37/1 43/2
54/6 57/9 65/17
70/5
tolerance [1]   61/19
tomorrow [12]   25/9
72/22 77/3 77/4
77/17 78/1 78/6
78/14 78/22 79/1
79/5 79/10
tool [2]   14/10
42/20
toothbrush [1]
33/14
top [2]   16/1 73/9
touch [1]   62/6
touching [2]   31/19
43/6
towards [2]   15/18
49/11
track [2]   74/2 74/7
tracking [3]   73/25
73/25 73/25
tracts [1]   32/24
traditional [2]
47/7 56/13
traffic [1]   10/23
trained [2]   13/19
70/18
trainee [1]   53/25
training [2]   11/14
39/18
transcript [2]   1/8
83/4
transferred [3]
4/16 4/17 12/22
transfers [4]   56/24
57/6 57/11 57/15
transitional [1]
47/3
transitioned [1]
19/4
transmissible [1]
28/22
transmission [10]
4/13 5/19 19/19
24/25 32/13 32/14
33/8 33/9 33/15
35/8

transmitted [3]
28/7 28/10 32/16
travel [4]   28/16
28/18 28/18 80/17
treatment [37]   5/2
46/1 47/1 49/8
50/10 50/11 52/22
52/23 53/1 53/10
53/12 53/14 53/18
53/22 53/23 54/7
54/9 54/10 54/11
54/25 56/5 56/12
56/13 56/18 56/19
57/5 58/8 59/23
60/23 61/15 62/22
64/19 64/21 66/8
66/11 71/1 71/3
treatments [1]
70/17
trial [1]   51/24
trick [1]   63/2
TRO [11]   74/11
74/23 75/2 76/3
76/21 76/23 77/8
78/3 78/10 78/11
79/7
trouble [2]   37/2
37/4
true [2]   25/8 83/4
truth [1]   66/5
try [3]   14/19 16/25
70/15
trying [7]   15/25
18/1 18/16 20/19
32/13 57/4 74/7
tuberculosis [5]
28/21 28/22 28/22
28/24 29/16
tubes [1]   32/23
Tuesday [4]   34/25
37/9 75/23 76/1
Tuesday's [1]   76/20
turn [2]   3/21 9/13
turned [1]   10/19
turns [1]   9/15
TV [3]   44/4 62/6
62/6
twice [1]   33/18
two [29]   4/14 8/3
10/5 10/13 10/17
10/18 13/22 23/18
25/16 25/18 40/4
43/4 44/7 46/3
49/20 51/13 51/25
51/25 52/14 53/21
55/9 57/19 63/24
65/3 66/19 69/23
72/20 73/3 77/16
type [1]   80/7
types [3]   8/13 27/5
48/20
typically [1]   61/1

**U**

U.S [1]   2/24
unable [1]   62/15
uncertain [1]   56/11
unclear [2]   28/6
56/23
under [6]   3/11 9/1

10/19 25/11 25/17
79/20
understands [1]
43/1
Understood [2]
80/25 81/11
undertaken [1]
22/11
undone [1]   57/21
unexposed [1]   74/15
unit [43]   4/16 4/17
7/24 8/1 8/24 9/17
9/22 9/25 10/1
10/16 12/22 24/8
24/18 25/4 25/15
38/20 40/23 41/10
42/22 46/6 47/4
47/17 54/15 57/16
57/17 57/20 57/21
58/4 58/4 58/13
58/15 59/23 60/13
60/13 60/14 61/11
62/4 62/9 62/12
66/9 67/2 67/3 69/1
UNITED [3]   1/1 1/9
22/22
units [65]   7/6 7/6
7/8 8/14 8/14 8/15
8/20 9/21 10/10
10/10 10/15 11/2
11/2 20/2 20/20
24/10 26/12 26/15
27/11 28/2 28/4
32/23 37/12 37/15
38/14 40/10 42/10
44/4 46/3 46/4
46/10 47/2 47/6
47/7 47/10 47/10
47/11 47/12 47/12
47/13 47/15 47/16
47/16 54/24 55/22
56/1 56/15 60/5
60/10 63/22 66/14
66/17 66/19 66/19
69/5 70/3 70/4
70/17 71/2 73/14
73/16 74/3 74/3
80/17 80/18
universal [5]   26/7
26/8 43/4 47/16
62/23
universally [2]
54/10 69/17
university [4]
14/23 15/18 40/23
48/7
University's [1]
4/3
unless [1]   31/3
unquote [1]   8/22
unsteady [3]   58/24
58/24 58/24
unusual [1]   4/11
up [17]   6/8 10/19
13/2 20/18 22/21
24/12 27/25 30/17
33/11 35/14 38/19
39/14 50/12 60/6
67/8 71/16 77/11
upcoming [1]   61/25

updated [4]   23/23
24/2 49/24 56/5
upgraded [1]   65/18
upon [5]   10/13 13/1
13/10 24/21 76/16
upped [1]   65/14
Urban [1]   1/15
usage [2]   27/3
37/10
use [25]   13/9 14/7
26/7 29/7 29/9
29/10 31/17 33/14
34/20 35/22 39/16
42/20 62/1 62/15
63/8 64/15 65/4
65/7 65/23 66/24
68/1 68/3 68/17
68/22 70/7
used [16]   13/8
21/10 29/20 30/10
32/22 33/13 33/18
33/21 36/21 38/10
45/21 46/5 55/6
66/15 67/20 67/21
useful [3]   14/9
46/19 70/14
using [14]   7/7 31/7
34/17 34/18 37/6
37/12 38/21 39/21
39/24 43/10 54/25
55/1 55/18 66/20
usual [1]   16/14
usually [1]   5/24
utilized [2]   26/17
26/18

**V**

vacancies [1]   60/9
vacant [3]   57/10
57/24 60/16
vacate [1]   75/14
variables [1]   5/25
vast [1]   70/9
vector [1]   35/8
vectors [1]   71/6
verbally [1]   25/21
versus [4]   3/3 4/24
5/5 80/13
via [4]   1/12 1/22
2/2 58/20
video [1]   61/20
videocamera [1]
25/22
view [2]   6/13 73/1
viewed [1]   73/15
violence [1]   57/20
viral [2]   5/19 24/5
virtually [1]   66/23
virus [12]   5/20
13/4 20/11 28/7
30/7 32/2 32/4
32/14 32/15 35/11
35/13 47/25
viruses [1]   33/8
visit [2]   46/5
58/14
visitation [4]
23/16 66/20 66/21
66/24
visited [3]   46/3

**V**

visited... [2]   54/9
60/6
visitors [4]   23/3
23/20 37/21 49/4
visits [3]   55/2
55/2 55/2
vital [4]   33/17
37/12 37/14 39/25
volunteer [1]   81/5
vouchers [2]   51/13
51/15

**W**

wait [3]   72/11
75/19 75/22
waiting [2]   50/25
70/24
WALDMAN [15]   2/2
3/8 4/2 17/23 17/24
19/10 21/24 24/3
24/23 25/12 42/2
44/12 71/9 74/13
79/12
Waldman's [1]   42/13
wall [2]   37/4 65/12
ward [2]   4/15 7/4
wards [2]   7/8 74/5
Wash [1]   59/11
Washington [9]   1/4
1/13 1/15 1/16 1/20
1/25 2/25 4/2 14/23
watch [2]   39/7
67/10
watched [1]   67/1
water [2]   36/23
39/16
way [22]   3/20 7/10
7/17 8/7 10/2 14/10
31/4 34/11 50/17
51/12 55/15 55/19
62/22 62/23 64/3
65/19 67/9 69/6
69/21 71/24 75/25
80/5
ways [2]   64/4 69/16
wear [8]   26/13
29/24 30/1 34/10
34/21 34/22 34/25
38/16
wearing [14]   26/15
26/23 27/11 27/12
28/3 30/20 32/5
33/5 35/3 38/2
40/12 40/16 41/9
43/3
Webex [8]   46/5
54/10 54/25 55/1
55/5 58/20 64/16
65/23
Wednesday [6]   35/1
76/3 76/9 76/23
78/5 78/18
week [9]   17/14
21/18 21/18 34/9
39/10 42/22 45/2
53/1 58/21
weekend [1]   66/5
weeks [1]   73/3

welcome [1]   73/18
well-served [1]
19/6
weren't [1]   40/19
wetness [1]   28/13
what's [8]   5/4 13/3
16/6 56/7 56/23
59/2 59/9 64/10
who's [7]   6/4 17/4
17/4 58/15 63/15
67/1 68/2
whole [3]   10/15
41/23 55/15
widely [1]   38/10
wifi [4]   65/9 65/11
65/13 65/23
willing [5]   14/24
15/1 15/18 50/23
75/14
Windows [3]   65/19
65/20 65/20
wiped [1]   33/20
within [7]   4/13
10/24 12/21 22/13
29/10 46/10 67/15
without [5]   7/19
14/16 29/3 36/14
79/7
women [1]   57/21
wonderful [1]   67/10
wondering [1]   57/8
wore [1]   29/13
work [34]   12/17
14/22 17/11 34/8
35/18 43/7 45/25
46/8 48/1 49/12
49/16 50/15 50/19
58/7 58/11 58/13
58/15 59/25 60/7
64/15 69/4 69/17
69/18 69/19 70/1
70/13 70/16 71/15
71/19 72/19 72/24
79/23 79/24 80/3
workable [1]   76/12
worked [6]   15/2
17/10 49/20 50/1
52/11 77/10
worker [3]   50/13
60/4 61/9
workers [3]   29/16
51/15 69/3
working [9]   17/22
49/19 67/13 70/3
70/12 70/13 73/24
81/22 82/19
works [4]   16/25
76/14 81/20 81/22
World [1]   39/17
worn [1]   29/17
worried [2]   69/12
76/22
worry [1]   60/17
wrapped [1]   20/18
written [6]   8/5
10/7 12/18 64/25
68/8 75/3

**Y**

yard [1]   66/15

year [1]   51/13
years [2]   19/5
29/10
yesterday [9]   4/7
4/12 10/18 11/5
11/10 11/19 26/13
31/6 65/16

**Z**

zero [1]   22/7