# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>                    Defendants. | Civil Action No. 19-3185 (RDM) |

## <u>DECLARATION OF RICHARD GONTANG, PH.D</u>

I, Richard Gontang, Ph.D, declare and state as follows:

1.      I am over the age of eighteen (18) years, am competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties. I previously provided a declaration in this matter [42-2].

2.      I am the Chief Clinical Officer for Saint Elizabeths Hospital (Saint Elizabeths or the Hospital). I assumed the role of Chief Clinical Officer in April of 2016 and have remained in this role continuously since then. Through my position, I am aware of Saint Elizabeths operations on a daily basis.

3.      I met with Dr. Patrick Canavan during his inspection and explained to him my preparation and planning for therapy services during the COVID-19 emergency, and I have read his report. The report does not fully or accurately describe all the planning and decision-making that I engaged in from early March 2020 until the present.

4. In early March 2020, I determined that the Hospital would have to suspend group therapy in the Therapeutic Learning Center (TLC). My rationale was that having patients go from their units to the TLC for group therapy would present unacceptable infection risks both from the movement of patients through the hospital and while congregated in the TLC. I directed my team to prepare a plan to continue to provide therapy on individual units. Saint Elizabeths Hospital is not unique in having to suspend group therapy. Both the Centers for Disease Control and Prevention (CDC) and the D.C. Department of Health (DOH or DC Health) recommended suspending group therapy during the COVID-19 pandemic.

5. When the Hospital suspended use of the TLC on March 17, 2020, we did not yet have a known COVID-19 positive patient. Based on then present conditions, we were concerned with preventing the introduction and spread of the virus from staff to patients. For this reason, the plan that my team initially developed contemplated conducting smaller group sessions on individual units by both on-unit providers and Rehabilitation Services and TLC staff. The Rehabilitation Services and TLC staff members were assigned to work with only one unit and to become team members of their assigned unit. This approach would reduce the risk of cross-contamination by limiting traffic to each unit and accommodating social distancing requirements.

6. Concurrent to this plan, I also proposed telehealth carts as another way to limit infection risk to the patients. The telehealth carts would allow the Hospital's clinicians to provide services to patients without creating an infection risk. Any

2

clinical service could be provided via web-based applications to the patients on the units. The telehealth plan, dated March 30, 2020, was approved by Hospital Management and is attached to this declaration as Attachment 1. This plan was provided to Dr. Canavan during his visit.

7.     In preparation for this telehealth plan, on March 18, 2020, I worked with our IT department to install webcam-enabled computers on each of the 11 units and the Mental Health Commission Hearing room. This enabled the Hospital to engage in video court and mental health commission hearings, competency to stand trial evaluations, and treatment and discharge planning with community providers. Our IT department worked with the Office of the Chief Technology Officer and ordered a different web-conferencing device on April 14, 2020. I also ordered 14 large video teleconference monitors, enough for placement of at least one on each unit. In March 2020, I requested approximately 100 individual WebEx accounts for therapy staff in preparation for telehealth group sessions.

8.     By March 24, 2020, Mayor Bowser prohibited gatherings of greater than 10 people. By March 30, 2020, the first COVID-19-positive patient at Saint Elizabeths Hospital had been identified. The first staff member had also tested positive. It was clear to me that the original plan of moving TLC services to the units needed further refinement and safety precautions before being executed. As we discovered new infections, I was also concerned about patient and staff safety. The detection of positive cases required the Hospital to shift immediate attention to infection

transmission prevention, such as identifying appropriate space in the Hospital for isolating and cohorting patients, both suspected cases and positive cases.

9.      Our first priority in April was to protect patients and staff from COVID-19. This required the significant movement of patients based on their COVID-19 status and exposure, while also taking into consideration their legal status, risk factors, propensity for violence, patient vulnerabilities, and medical and psychiatric needs. Psychiatric facilities have unique challenges in that not all positive COVID-19 patients can be safely cohorted with other positive COVID-19 patients.

10.     Saint Elizabeths Hospital is one building with two sides dedicated to different treatment functions and clinical populations.  These different sides, known as the Transitional Side and the Intensive Side, add an extra challenge to cohorting. The Transitional Side generally houses forensic post-trial, voluntary and civilly-committed patients. The Intensive Side generally houses forensic pre-trial and post-trial patients who often need a higher level of security.

11.     Since March 30, 2020, the Hospital has also been housing patients based on their COVID-19 status. We have designated separate units for patients who have tested positive, those who are symptomatic but have not yet tested positive (known as persons under investigation, or PUIs), and all others. We have done this in accordance with CDC and DC Health guidance advising that patients in long-term care facilities should be "cohorted" in this way. Because of legal status, medical and psychiatric need, and other security and risk factors, the Hospital cannot simply

4

assign all COVID-19 positive patients to one unit. We have to consider all of the risk factors in order to keep patients and staff safe.

12.     Despite the immediate focus on isolating, cohorting and other measures to protect the health and safety of patients and staff during the pandemic, I continued planning for the implementation of the telehealth plan. Execution of the plan, however, was put on hold until I could secure the appropriate technology, address the immediate COVID-19 emergency, and establish isolation and cohorting units.

13.     The 14 large telehealth video monitors arrived April 17, 2020. After a delay caused by a shipping error beyond our control, the carts arrived on May 15, 2020. On May 15, 2020, I personally supervised the deployment of the monitors and carts to each unit and tested each system. With this technology at their disposal, TLC staff will now be able to conduct daily virtual groups on patient units. The video monitors will be set up in the unit day room for smaller groups that can safely observe social distancing. This will closely simulate the group therapy that our patients were receiving prior to the onset of the pandemic while allowing everyone to observe masking and social distancing requirements, and minimizing staff presence on the units.

14.     The suspension of the group therapy sessions also shifted how the Hospital could calculate therapy hours. When conducting group therapy in the TLC, staff would record the name of all patients attending each group and provide the TLC leadership with a daily count. These numbers were tracked by the TLC leadership and were the source of Dr. Canavan's calculation of pre-COVID therapy hours.

Because we have suspended group therapy, on-going treatment and therapy is provided to patients individually, and records of these treatments go into individual patient records in the Hospital's electronic medical record database.

15.     Under Hospital policy, each treatment team is required to update a patient's individual recovery plan (IRP) at intervals of 7, 30, or 60 days, depending on time since admission and other factors. Dr. Canavan stated that he identified 25 of 28 treatment plans that incorporated TLC and on-unit group therapies that are no longer occurring. Without knowing which treatment plans he reviewed, it is difficult to comment; however, in general the treatment teams have been preparing for a resumption of group therapies on the units and have not considered the temporary suspension of group therapies to be permanent. During the COVID emergency, my expectation is that the treatment teams should be updating the IRPs by documenting the interim plans for providing therapeutic support through in-person and telehealth sessions while preparing their patients for the return of increased group therapy. The implementation of the telehealth group therapy plan will increase the number of therapeutic hours for each patient by up to 10 hours per week.

16.     To conduct an individual review of each patient in our care and review each patient's individual recovery plan within one week would serve no treatment purpose in light of our practice of doing these reviews regularly. Further, it would impose a significant burden on clinical staff, taking away from time that should be spent providing treatment and care.

6

17.     The Hospital's policy requires that new patients be quarantined for 14 days after admission prior to transfer to a general unit. From March 23 to April 21, 2020, the D.C. Superior Court only ordered one pretrial patient to Saint Elizabeths, who arrived on April 24, 2020. Since then, only three pretrial patients have been admitted. Prior to a transfer to Saint Elizabeths from the DC Jail, a pretrial patient is tested for COVID-19 through the Department of Corrections. If the patient tests positive, he or she will be admitted directly into a COVID-19 positive unit. If the patient tests negative, he or she will be screened by the Hospital's medical staff upon arrival. The patient will be quarantined and observed for at least 14 days, and will not be released to a general housing unit until he or she tests negative on two tests administered at least 24 hours apart and clinically assessed by a medical professional that the patient is not suspected of having COVID.  Saint Elizabeths followed this protocol for each admission since April 24, 2020.

18.     The Hospital has not accepted any new civil admissions since March 25, 2020. The Hospital has worked closely with local acute care hospitals to limit civil admissions during the COVID-19 emergency to only those patients who need longer term hospitalization and cannot be treated in community hospitals. Any new civil admissions that the Hospital will take in the future will follow the same 14-day quarantine and twice negative testing process described above before being admitted to a general unit.

19.     On April 24, 2020, DC Health approved of the use of two safety suites on unit 1D for the medical isolation of two patients (one per room). This is in line with

Hospital policy which allows medical isolation of patients suspected of having communicable diseases. The Hospital currently uses these suites to house new admissions in quarantine or patients suspected of having COVID-19 but awaiting test results. Each patient in medical isolation is assigned an individual staff member to provide one to one supervision. The patients receive the same level of nursing and psychiatric care provided to patients on the non-isolation units.

20.     Saint Elizabeths' patients fall into two main categories:   forensic patients committed by court order, and patients admitted through the civil commitment process. Forensic patients include patients committed for pre-trial competency evaluations and post-trial patients adjudicated not guilty by reason of insanity (NGBRI) in criminal proceedings. Saint Elizabeths lacks the legal authority to deny admission to forensic patients committed by court order. D.C. Code § 24-531.03; D.C. Code § 24-501(d)(1).

21.     Similarly, the Hospital does not have the authority to discharge forensic patients unless approved by the DC Superior Court. All three plaintiffs in this case are NGBRI patients. Prior to recommending the conditional release of an NGBRI patient to the DC Superior Court, the Hospital convenes a forensic review board to evaluate the patient's compliance with treatment and risk factors. If the forensic review board approves the plan for conditional release, the Hospital submits a request to the court. If the court grants conditional release, the court will generally defer to the Hospital's discretion about any changes to the patient's condition and give the Hospital a flexible timeline to ensure both that the patient is ready for

discharge and that adequate community-based resources are in place before release. That process can take six months or more.

22.     During the COVID-19 emergency, the Hospital evaluated all pretrial misdemeanant patients for release and made recommendations for discharge where appropriate. The Hospital provided that information to the Superior Court, the United States Attorney's Office, and the Public Defender Service. The Superior Court ultimately released 28 of those patients. Of those patients, the Hospital had recommended 13 for discharge and had not taken a position on 10. The Hospital had opposed release for 22 patients. An additional 3 felony patients have also been released.

23.     For those pretrial patients released by court order, the court has at times given the Hospital 48 hours to coordinate with outpatient mental health providers and community-based resources to facilitate a safe discharge. As a matter of practice, the Hospital discourages discharges to homeless shelters; however, the Superior Court will rarely delay release for housing related purposes.

24.     The Hospital keeps a list called the ready-for-discharge list that identifies those patients who meet the clinical standard for discharge to a least restrictive environment and notes any barriers to discharge. The availability of appropriate housing options has always been one of the most difficult barriers to discharging patients. It is not uncommon for individuals with serious mental illness to lack community-based housing options.

25.     None of the plaintiffs in this case is on the Hospital ready-for-discharge list at this time.

26.     The Department of Behavioral Health (DBH) provides multiple housing resources, including a rent voucher program for individual apartments and placement in Mental Health Community Residence Facilities (MHCRFs). MHCRFs are group homes for 6-8 seriously mentally ill individuals who require 24/7 support with activities of daily living. DBH does not directly operate MHCRFs, but issues licenses to providers. The Hospital's Department of Social Work works with each patient individually to develop a discharge plan and coordinate community-based resources to ensure a successful discharge. Since March 2019, the Hospital has successfully discharged 525 patients to the community.

27.     Before the COVID-19 health emergency, meetings were held twice a month (not twice a week) with DBH and the Hospital. Although these meetings have been temporarily suspended while both DBH and Saint Elizabeths focus on the COVID-19 pandemic response, the Hospital continues to work closely with the Housing Division at DBH to coordinate discharges. With the Housing Division's assistance, the Hospital discharged 4 individuals to group homes in March 2020 and 3 individuals in April 2020, a number consistent with pre-COVID averages.

28.     While some landlords may be reluctant to accept referrals from Saint Elizabeths, very few Saint Elizabeths patients are psychiatrically capable of living independently in an apartment immediately after discharge from the Hospital. With a small number of exceptions, most patients require the 24/7 support that the

MHCRFs provide. There are only three patients on the Saint Elizabeths ready-to-discharge list that are recommended for independent apartments. One has been approved for a voucher, and two have applications pending. Per regulation, DC Municipal Regulation Title 22A, Chapter 22, the Department of Behavioral Health prioritizes Saint Elizabeths Hospital patients for available rent vouchers to facilitate community placement and treatment in the least restrictive environment.

29.   For civilly committed patients, Saint Elizabeths must periodically determine whether discharge is appropriate for the patient in question. Our treatment teams, in coordination with our Department of Social Work, do this according to an individualized discharge plan created for each patient. We must assess a patient's psychiatric and psychological well-being and the availability of appropriate community placement options to determine whether discharge is appropriate. Since March 1, 2020, the Hospital has discharged 17 civilly-committed patients.

30.   On April 24, 2020, Saint Elizabeths started conducting testing on all patients in the Hospital regardless of COVID-19 symptoms or known exposure. During this process, 21 patients initially refused testing. I directed our treatment teams and Positive Behavioral Support team to discuss COVID-19 and the importance of testing with each patient. As a result, 17 of the 21 patients agreed to be tested and all 17 tested negative. The Hospital treatment teams and staff continue to encourage all patients to participate in COVID-19 testing.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

5 | 18 | 2020

DATED

RICHARD GONTANG, PH.D

# ATTACHMENT 1

# SEH Telehealth Cart Plan

## Group Treatment per unit:

- Clinical Operations leadership worked with each unit's treatment team to develop on-unit programming to meet the psychiatric needs of their population.
    - The unit schedules and assignment of Therapeutic Learning Center and Rehabilitative Services staff is attached.
- Individual schedules per unit were developed based on small groups (less than 10, 6-foot radii for social distancing).
- Unit common area and dining room were measure for 6-foot radii.  Eight individuals with a group leader/telehealth cart at one end of the area could socially distance while attending the group therapy.  Ten individuals could socially distance in the common area of the unit.
- The Cisco DX80 will be mounted to an audio-visual cart and placed in the room with a staff person to monitor for safety and social distancing.
- The group leader would remote access the device via WebEx and be able to interact with the individuals.
- Group materials would be provided to the unit ahead of time and distributed to the individuals prior to the group.

## Individual Treatment per unit:

- Individual therapy is scheduled via each unit's clinical administrator.
- Sessions conducted with provider via the unit's telehealth cart per unit's schedule.

## Items needed:

- Cisco DX80
    - Hospital currently has 14 and is ready to proceed once the AV carts arrive.
    - An additional 12 devices would allow for more than one room to be used for therapy provision.  There is a larger Cisco device that would be more conducive to group therapy provision.
    - AV carts for the devices
- Document production and binding to provide treatment manuals to each individual

# SEH Telehealth Tablet Plan

- This plan would be an additional option for more individualized treatment.
    - Social distancing would not be a concern, as treatment can be provided in individual rooms.
    - Each individual would be assigned a tablet that was enabled for a HIPPA-compliant web platform.
    - Group treatment could occur with the individuals in their room, and members with similar treatment needs but on different units could be brought together through the internet.
    - Multiple groups could occur at the same time vs. a single group per time slot on each unit.
    - Individualized treatment would be easier to develop, as schedules could be determined by individual and their tablet.

## Items needed:

- WiFi-enabled tablets with cameras for interaction with treatment providers
- Protective enclosures to prevent vandalism and damage
- Protective transport devices to prevent theft
- Locking storage on each unit
- Additional WiFi drops on each unit to ensure uniform WiFi access in each bedroom
- Cleaning mechanisms/materials/processes to ensure that the devices are cleaned after use to prevent infection risk

TLC & Rehab Staff Assignments

| | | | |
|---|---|---|---|
| 1C | Thelma Lucas (Chap) | 2B | Rebekah Messenger (MT) |
| | | & | Katie Mowbray (AT) |
| 1E | Helen Hogye (TLC) | 2TR | Jessica Rodgers (RT) |
| | Masako Ohashi (AT) | | Lindsay Howard (DT) |
| | Robert Renxi (Chap) | | Kristin Young (TLC) |
| | | | Lakisha Connell (Ed) |
| 1F | Deirdre Cogan (AT) | | |
| | Cheryl Stark (TLC) | 2C | Abdul Malik (Imam) |
| | Janice Tubman (Chap) | | Jamal Nickens (Voc) |
| | | | Nelda Cox (RT) |
| 1G | Phyllis Cureton (Chap) | | Ed Miller (TLC) |
| | Kate Stanley (MT) | | Gabrielle Thornton (RT) |
| | Tracie Robinson (DT) | | |
| | Lectoye Oliver (RT) | 2D | Marcus Berry (RT) |
| | Joan Bartlett (TLC) | | Erik Steiner (RT) |
| | | | Alison Panton (TLC) |
| 2A | Crystal Jones-Johnson (TLC) | | Sabrina Sojourner (Chap) |
| | Robert Sands (OT) | | Betty Palmore (TLC) |
| | Shawn Anderson (RT) | | Joybell Cherry (TLC) |
| | Julie Barber (RT) | | |
| | Lauri Swann (Chap) | | |



# 1A ALLISON HOUSE PROGRAM SCHEDULE- BEGINNNG MARCH 30, 2020

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 9:00 AM | Catholic Mass | Community Meeting Treatment Team | | | Trivia for Seniors Malone (SW) | Exercise-Ball Toss (RA) | Community Meeting Nursing |
| 10:00 AM | 10:30 Protestant Service | Reminiscence Prentiss (PSY) | Leisure Activity | Social Skills Prentiss (PSY) | Leisure Activity | Social Skills Prentiss (PSY) | |
| 12:00 PM | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| 2:00 PM | Rest Period | Rest Period | Rest Period | Community Meeting Brown (CA) | Rest Period | Rest Period | |
| 3:00 PM | Leisure Activity | Leisure Activity | Understand Illness & Treatment-Fegan (MD) | Leisure Activity | Understand Illness & Treatment-Fegan (MD) | Leisure Activity | Leisure Activity |
| 4:00 PM | Community Meeting Nursing | Nursing Engagement | Nursing Engagement | Nursing Engagement | Nursing Engagement | Nursing Engagement | Nursing Engagement |
| 5:30 PM | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |



## 1B BARTON HOUSE PROGRAM SCHEDULE-BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Catholic Mass | Community Meeting Treatment Team |  |  | Sensory Enhancement Fulton (SW) |  | Community Meeting Nursing |
| **10:00 AM** | 10:30 Protestant Service | Croson (PSY) | Discharge Planning Fulton (SW) | Croson (PSY) | Social Skills Krahling (CA) | Leisure Time Nursing |  |
| **11:00 AM** | Personal Care Activities | Personal Care Activities | Personal Care Activities | Personal Care Activities | Personal Care Activities | Personal Care Activities | Personal Care Activities |
| **12:00 PM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **2:00 PM** | Current Events Nursing | Rest Period | Rest Period | Community Meeting 2:30 | Rest Period | Rest Period | Reminiscence Nursing |
| **3:00 PM** | Leisure Activity | Snacks | Snacks | Snacks | Snacks | Snacks | Leisure Activity |
| **5:30 PM** | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| **6:30 PM** | Community Meeting Nursing | Sports Event / Picture Decoration Nursing |  | Reminiscence Nursing | Gentle Movement Nursing | Community Arts / Theater / Nursing | Current Events Nursing |


Saint Elizabeths
SHINING THE LIGHT SINCE 1855

# 1C O'MALLEY HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Protestant Services | Outdoor Rec Yard | Community Meeting | Outdoor Rec Yard / Community Meeting | Community Meeting | Outdoor Rec Yard | Community Meeting Nursing |
| **10:00 AM** | Personal Time | Competency Nursing | Competency Nursing | Competency Nursing | Exercise/ Games Nursing | Competency Nursing | Personal Time |
| **10:30 AM** | Catholic Mass | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time |
| **11:00 AM** | Leisure & Games | Medication Education Nursing | Healthy Living/ Life Skills Nursing | Anger Management Lucas (Chap) | Healthy Living/ Life Skills Nursing | Substance Abuse Nursing | Leisure & Games |
| **11:30 AM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **1:00 PM** | Community Meeting Nursing | Emotional Regulation Lam (PSY) | Competency Pimental (SW) | Spirituality Lucas (Chap) | Court Proceedings Burks (PSY) | Emotional Regulation Lam (PSY) | Personal Time |

1C O'Malley House – Effective March 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **2:00 PM** |  | Competency Lam (Psy) | Discharge Planning Gera (SW) | Mock Trial Burks (Psy) | **Understanding Your Illness & Treatment Richie (MD)** | **Medication Education Nursing** |  |
| **4:00 PM** | **Outdoor Rec Yard** |  | **Outdoor Rec Yard** |  | **Outdoor Rec Yard** | **Personal Time** | **Outdoor Rec Yard** |
| **5:00 PM** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** |
| **6:00 PM** / **6:30 PM** | **Personal Time / Leisure & Games/** | Life Skills – Nursing | Life Skills Nursing | Life Skills – Nursing | Life Skills Nursing | **Personal Time / Leisure & Games** | **Personal Time / Leisure & Games/Visits** |
| **8:00 PM** | **Personal Time** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** |

1C O'Malley House – Effective March 30, 2020

# 1D DIX HOUSE PROGRAM SCHEDULE-BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Protestant Services | Community Meeting Clinical Admin | Outdoor Rec Yard | Community Meeting Social Work/ Psychology | Outdoor Rec Yard | Community Meeting Psychiatry | Personal Time Laundry |
| **10:00 AM** | Personal Time | Stress Management Nursing | Competency Nursing | Competency Nursing | Competency Nursing | Personal Time | Community Meeting Nursing |
| **10:30 AM** | Catholic Mass | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time |
| **11:00 AM** | Community Meeting Nursing | Medication Education Nursing | Substance Abuse Nursing | Healthy Living/ Life Skills Nursing | | Medication Education Nursing | Personal Time |
| **11:30 AM** | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time | Personal Time |
| **12:00 PM** | Lunch | Lunch & Outdoor Rec Yard | Lunch | Lunch | Lunch | Lunch & Outdoor Rec Yard | Lunch |

1D Dix House –March 30, 2020

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **1:00 PM** | **Current Events Nursing** | **Coping Skills Scott (CA)** | **Emotional Regulation Doyle (PSY)** | **Mock Trial Doyle/Edwards (PSY)** | **Emotional Regulation Edwards (PSY)** | **Coping Skills Adewale/ Wadhawan (MD)** | **Personal Time** |
| **2:00 PM** | **Laundry** | **Competency Edwards/ Boswell (PSY)** | **Discharge Planning Dyson (SW)** | **Leisure Time** | **Leisure Time** | **Competency Doyle (PSY)** | **Laundry** |
| **3:00 PM** | **Laundry** | **Snacks / Games** | **Snacks / Games** | **Outdoor Rec yard** | **Snacks / Games** | **Snacks / Games** | **Snacks / Games** |
| **5:00 PM** | **Nursing Engagement** | **Nursing Engagement** | **Nursing Engagement** | **Nursing Engagement** | **Nursing Engagement** | **Nursing Engagement** | **Nursing Engagement** |
| **5:30 PM** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** |
| **8:00 PM** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** |
| **9:00 PM** | **Personal Time** | **Personal Time** | **Personal Time** | **Personal Time** | **Personal Time** | **Personal Time** | **Personal Time** |

1D Dix House –March 30, 2020

1D Dix House –March 30, 2020



# 1E HAYDON HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Protestant Services | Community Meeting- Smith | Hygiene Education- BHT | Community Meeting Marsh/ Jones | Hygiene Education (BHT) | Community Meeting Naqvi/Alleyne | Laundry |
| **10:00 AM** | Personal Time | Leisure Group Hogye/Ohashi | Spirituality Renix (CH) | Life Skills (RN) | Relaxation Jones (PSY) | Current Events (RA) | Laundry |
| **10:30 AM** | Catholic Mass | Relaxation Jones (PSY) | Personal Time | Relaxation Jones (PSY) | Personal Time | Personal Time | |
| **11:00 AM** | | Personal Time | Healthy Living (RN) | Personal Time | D/C Planning Bechard (SW) | Leisure Group Hogye/Ohashi | Art Therapy Ohashi (AT) |
| **11:30 AM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **Noon** | Outdoor Rec Yard | | | | | | Outdoor Rec Yard |
| **1:00 PM** | Goals Group (RA) | Emotional Regulation Hogye | Medication Education (RN) | Stages of Change Hogye (TLC) / Art Therapy Ohashi (AT) | Relaxation Marsh (PSY) | Discharge Planning Schapiro (SW) | Coping Skills Group (RA) |

1E Hayden House  March 30, 2020

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **2:00 PM** | **Personal Time** | **Coping Skills Group (BHT)** | **Relaxation Marsh (PSY)** | **TLC/Rehab Group Hogye/Ohashi** | **Understanding Your Illness Naqvi/Alleyne** | **Coping Skills Group (BHT)** | **Art Therapy Ohashi (AT)** |
| **3:00 PM** | **Snacks** | **Snacks** | **Snacks** | **Snacks** | **Snacks** | **Snacks** | **Snacks** |
| **4:00 PM** | **Personal Time** | **Outdoor Rec Yard** | **Music Relaxation Nursing** | **Outdoor Rec Yard** | **Music Relaxation Nursing** | **Outdoor Rec Yard** | **Personal Time** |
| **4:30 PM** | **Personal Time** | **Life Skills (BHT)** | **Community Meeting Nursing** | **Medication Education (RN)** | **Community Meeting Nursing** | **Social Skills (BHT)** | **Personal Time** |
| **5:30 PM** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** |
| **7:00 PM** | **Current Events-Nsg** | **Current Events- Nsg** | **Current Events- Nsg** | **Personal Time** | **Current Events- Nsg** | **Current Events-Nsg** | **Personal Time** |
| **8:00 PM** | **Wrap-up / Relaxation Nursing** | **Wrap-up/ Relaxation Nursing** | **Wrap-up/ Relaxation Nursing** | **Wrap-up/ Relaxation Nursing** | **Wrap-up/ Relaxation Nursing** | **Wrap-up/ Relaxation Nursing** | **Wrap-up / Relaxation Nursing** |

1E Hayden House  March 30, 2020

# 1F SHIELDS HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **8:30 AM** | Goal Setting Nursing | Goal Setting Nursing | Goal Setting Nursing | Goal Setting Nursing | Goal Setting Nursing | Goal Setting Nursing | Goal Setting Nursing |
| **9:00 AM** | Protestant Services | Community Meeting (SW/CA) | Personal Time | Personal Time | Community Meeting Psychology | Personal Time | Community Meeting Nursing |
| **10:00 AM** |  | TLC Group Stark (TLC) | TLC Group Stark (TLC) | TLC Group Stark (TLC) | TLC Group Stark (TLC) | TLC Group Stark (TLC) |  |
| **11:00 AM** | Catholic Mass | Women's Coping Eddins (PSY) | Spiritual Awakening Tubman (CH) | Stages of Change Stark (TLC) | Healthy Living/ Medication Education Nursing | Understanding Your Illness & Treatment Lacy (MD) |  |
| **11:45 AM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |

1F Shields House –Effective March 30 2020

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **1:00 PM** | **Managing My Emotions** Nursing | Competency Quinn (SW) | Competency Deleon (SW) | Mock Trial Eddins/ Pizzarello (PSY) | Competency Pizzarello (PSY) | Competency Friedman (CA) | |
| **2:00 PM** | Outdoor Rec Yard | 1.Outdoor Rec Yard 2.Leisure Group -Stark | 1.Outdoor Rec yard 2. A Time for Us -Cogan | 1. Outdoor Rec yard 2. Mindfulness – Cogan/Stark | 1. Outdoor Rec yard 2. A Time for Us -Cogan | 1. Outdoor Rec yard 2. Creating Weekend Comfort Cogan | Outdoor Rec yard |
| **3:00 PM** | Snacks Quiet Time | Snacks Quiet Time | Snacks Quiet Time | Snacks Quiet Time | Snacks Quiet Time | Snacks Quiet Time | Snacks Quiet Time |
| **4:00 PM** | **Personal Time** | **Managing My Emotions Nursing** | | **Women Hygiene Concerns Nursing** | **Managing My Emotions Nursing** | | **Personal Time** |
| **5:30 PM** | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| **7:00 PM** | **Personal Time** | **Leisure Activity /Movie Nursing** | **Personal Time** | | | **Leisure Activity /Movie Nursing** | |
| **8:30 PM** | **Wrap-up / Relaxation** Nursing | **Wrap-up / Relaxation** Nursing | **Wrap-up / Relaxation** Nursing | **Wrap-up / Relaxation** Nursing | **Wrap-up / Relaxation** Nursing | **Wrap-up / Relaxation** Nursing | **Wrap-up/Relaxation** Nursing |

1F Shields House –Effective March 30 2020

1F Shields House –Effective March 30 2020


Saint Elizabeths

# 1G HOWARD HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Protestant Services |  |  |  |  |  |  |
| **10:00 AM** | 10:30 AM Catholic Mass | Medication Education Nursing | Healthy Living/ Life Skills Nursing | Medication Education Nursing | Healthy Living/ Life Skills Nursing | Substance Abuse TLC/Rehab | Music- Open Studio Stanley (MT) |
| **11:00 AM** | Leisure & Games | Discharge Planning Farrington(SW) | Competency Nursing | Understanding Illness & Tx Grekova (MD) | Mock Trial Godwin | Competency Nursing | Leisure & Games |
| **11:30 AM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **12:00 PM** |  | Community Meeting |  |  |  |  |  |
| **1:00 PM** | Outdoor Rec Yard | 1. Outdoor Rec Yard 2. TLC/Rehab Group | 1. Outdoor Rec Yard 2. TLC/ Rehab Group | 1. Outdoor Rec Yard 2. TLC/Rehab Group | 1. Outdoor Rec Yard 2. TLC/ Rehab Group | 1. Outdoor Rec Yard 2. TLC/ Rehab Group | Outdoor Rec Yard |

1G Howard House March 30, 2020

|  | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
|---|---|---|---|---|---|---|---|
| **2:00 PM** |  | **Competency TLC/Rehab** | **Competency Godwin (PSY)** | **Spirituality Cureton (Chap)** | **Music & Competency Rehab/TLC** | **Competency Guzman (CA)** |  |
| **3:00 PM** | **Personal Time / Leisure & Games** | **Personal Time / Snacks Room Upkeep** | **Personal Time / Snacks Room Upkeep** | **Community Meeting** | **Personal Time / Snacks Room Upkeep** | **Personal Time / Snacks Room Upkeep** | **Music & Community Readiness Stanley (MT)** |
| **4:00 PM** | **Leisure & Games** |  |  |  |  |  | **Leisure & Games** |
| **5:00 PM** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** | **Dinner** |
| **6:00 PM** | **Personal Time Leisure & Games** | **Personal Time/ Leisure & Games** |  | **Personal Time Leisure & Games** | **Personal Time / Leisure & Games** | **Personal Time / Leisure & Games** | **Personal Time / Leisure & Games** |
| **6:30 PM** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** | **Wrap-up / Relaxation** |

1G Howard House March 30, 2020

1G Howard House March 30, 2020

 **2A GORELICK HOUSE PROGRAM SCHEDULE- BEGINNIING MARCH 30, 2020**

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | **Catholic Mass** **C & D Privileges** | | | | | | **C & D Privileges** |
| **10:00 AM** | **10:30 am** **Protestant Services** **B Privileges-** Check new privilege schedule for daily assignment | **1. Modified Community Meeting** **2. TLC/Rehab Group** | **1. Medication Education Nursing** **2. Modified Community Meeting** | **1. Modified Community Meeting** **2. TLC/Rehab Group** | **1. Medication Education Nursing** **2. Modified Community Meeting** | **1. Modified Community Meeting** **2. TLC/Rehab Group** | **B Privileges-** Check new privilege schedule for daily assignment |
| **11:00 AM** | **Outdoor Rec Yard** | **1. Outdoor Rec Yard** **2. TLC/Rehab Group** | **1. Outdoor Rec Yard** **2. TLC/Rehab Group** | **1. Outdoor Rec Yard** **2.TLC/Rehab Group** | **1. Outdoor Rec Yard** **2.TLC/Rehab Group** | **1. Outdoor Rec Yard** **2.TLC/Rehab Group** | **Outdoor Rec Yard** |
| **12:00 PM** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** |
| **1:00 PM** | | **1. Discharge Planning Cadney (SW)** **2. TLC/Rehab Group** | **1.Life Skills – Larry (PSY)** **2. TLC/Rehab Group** | **1. Social Skills Larry (PSY)** **2. TLC/Rehab Group** | **1.Life Skills – Larry (PSY)** **2. TLC/Rehab Group** | **1. Social Skills Larry (PSY)** **2. TLC/Rehab Group** | |
| **2:00 PM** | | **1. Mental Health Teaching Shah (MD)** **2. TLC/Rehab Group** | **1. Discharge Planning Cadney(SW)** **2. Spirituality – Swann (CH)** | | **1. TLC/Rehab Group** **2. Spirituality – Swann (CH)** | **1. Healthy Heart/Diabetes Ed – Nursing** **2. TLC/Rehab Group** | |

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **3:00 PM** | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment |
| **4:00 PM** |  |  |  |  |  |  |  |
| **5:00 PM** | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| **6:00 PM** | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges |
| **7:30 PM** |  |  |  |  |  |  |  |

**2A Gorelick House – March 30, 2020**



## 2B NICHOLS HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Catholic Mass C & D Privileges | | | | | | C & D Privileges |
| **10:00 AM** | Outdoor Rec Yard 10:30 am Protestant Services | 1. Outdoor Rec Yard 2. TLC/Rehab Group | 1. TLC/Rehab Group 2. TLC/Rehab Group | 1. Outdoor Rec Yard 2. TLC/Rehab Group | 1. TLC/Rehab Group 2. TLC/Rehab Group | 1. Outdoor Rec Yard 2. TLC/Rehab Group | |
| **11:00 AM** | B Privileges- Check new privilege schedule for daily assignment | 1. TLC/Rehab Group 2. TLC/Rehab Group | 1. Mental Health Teaching-Resident (MD) 2. Medication Education - Nsg | 1. TLC/Rehab Group 2. TLC/Rehab Group | 1. TLC/Rehab Group 2. Medication Education - Nsg | 1. TLC/Rehab Group 2. TLC/Rehab Group | B Privileges- Check new privilege schedule for daily assignment |
| **12:00 PM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **1:00 PM** | | 1.Bibliotherapy Casazza (PSY) 2. TLC/Rehab Group | 1.Emotions, Decisions & Choice Sheehan (PSY) 2. TLC/Rehab Group | 1. Sheehan (PSY) 2. Bibliotherapy Casazza (PSY) | 1.Emotions, Decisions & Choice Sheehan (PSY) 2. TLC/Rehab Group | 1. TLC/Rehab Group 2. TLC/Rehab Group | |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **2:00 PM** | | 1. TLC/Rehab Group<br><br>2. Medication Education - Nsg | 1. D/C Planning McFarlane (SW)<br>2. TLC/Rehab Group | | 1.D/C Planning McFarlane (SW))<br>2. TLC/Rehab Group | 1. TLC/Rehab Group<br><br>2. Healthy Living - Nsg | |
| **3:00 PM** | | B Privileges-Check new privilege schedule for daily assignment | B Privileges-Check new privilege schedule for daily assignment | B Privileges-Check new privilege schedule for daily assignment | B Privileges-Check new privilege schedule for daily assignment | B Privileges-Check new privilege schedule for daily assignment | |
| **4:00 PM** | B Privileges-Check new privilege schedule for daily assignment | | | | | | B Privileges-Check new privilege schedule for daily assignment |
| **5:00 PM** | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| **6:00 PM** | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges |
| **7:30 PM** | | | | | | | |

**Effective March 30, 2020**



# 2C BLACKBURN HOUSE PROGRAM SCHEDULE- BEGINNING MARCH 30, 2020

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | **Catholic Mass** **C & D Privileges** |  |  |  |  |  | **C & D Privileges** |
| **10:00 AM** | **10:30 am Protestant Services** **B Privileges-** Check new privilege schedule for daily assignment | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. Outdoor Rec Yard** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. Outdoor Rec Yard** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **B Privileges-** Check new privilege schedule for daily assignment/ **Outdoor Rec Yard** |
| **11:00 AM** |  | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** | **1. TLC/Rehab Group** **2. TLC/Rehab Group** |  |
| **12:00 PM** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** | **Lunch** |
| **1:00 PM** |  | **1.Medication Education- Nsg** **2.TLC/Rehab Group** | **1. Media Group Taylor (SW)** **2. TLC/Rehab Group** | **1.Medication Education- Nsg** **2. Leisure Skills- TLC/Rehab** | **1. D/C Planning Taylor (SW)** **2. Competency Lovelady (PSY)** | **1. Spiritual Education Malik (Chap)** **2. TLC/Rehab Group** |  |

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **2:00 PM** |  | **1. Music Listening- Nsg** **2.Competency Lovelady (PSY)** | **1.Understanding Illness & Tx- Del Valle (MD)** **2. Men's Issues- TLC/Rehab** | **Community Meeting** | **1.Understanding Illness & Tx- Del Valle (MD)** **2. Men's Issues- TLC/Rehab** | **1. Music Listening- Nsg** **2. TLC/Rehab Group** |  |
| **3:00 PM** | B Privileges- Check new privilege schedule for daily assignment |  |  |  |  |  | B Privileges- Check new privilege schedule for daily assignment |
| **4:00 PM** |  | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment |  |
| **6:00 PM** | **C Privileges/ Outdoor Rec Yard** | **C Privileges/ Outdoor Rec Yard** | **C Privileges/ Outdoor Rec Yard** | **C Privileges/ Outdoor Rec Yard** | **C Privileges/ Outdoor Rec Yard** | **C Privileges/ Outdoor Rec Yard** | **C Privileges Outdoor Rec Yard /** |

**Effective March 30, 2020**

 **2D FRANZ HOUSE PROGRAM SCHEDULE- BEGINNIING MARCH 30, 2020**

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **9:00 AM** | Catholic Mass<br>C & D Privileges<br>Outdoor Rec Yard | | | | | | C & D Privileges |
| **10:00 AM** | 10:30 am Protestant Services | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | 1.D/C Plan Bassil (SW)<br><br>2. TLC/Rehab Group | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | |
| **11:00 AM** | B Privileges-Check new privilege schedule for daily assignment | 1. TLC/Rehab Group<br><br>2. Outdoor Rec Yard | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | 1.D/C Plan Bassil (SW)<br><br>2.Outdoor Rec Yard | 1. Spirituality Sojourner (Chap)<br>2. Music Listening - Nsg | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | B Privileges-Check new privilege schedule for daily assignment |
| **12:00 PM** | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch | Lunch |
| **1:00 PM** | | 1. Medication Education- Nsg<br>2.Leisure Skills- TLC/Rehab | 1.Coping Skills Mazzotta (PSY)<br>2. TLC/Rehab Group | 1. Mindfulness- Grant (CA)<br><br>2. Medication Education – Nsg | 1. Spirituality Sojourner (Chap)<br><br>2. TLC/Rehab Group | 1. TLC/Rehab Group<br><br>2. TLC/Rehab Group | |

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| **2:00 PM** | | 1.Competncy Mazzotta (PSY) 2. Brain Games TLC/Rehab | 1. Healthy Living- Nsg 2. Games- TLC/Rehab | Community Meeting | 1. Understanding Your illness & Tx- Zaidi (MD) 2. Heart & Health- Nsg | 1. Music Listening – Nsg 2. TLC/Rehab Group | |
| **3:00 PM** | | | | | | | |
| **4:00 PM** | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment | B Privileges- Check new privilege schedule for daily assignment |
| **5:00 PM** | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner | Dinner |
| **6:00 PM** | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges | C Privileges |

**Effective March 30, 2020**