UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br>              Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br>              Defendants. | Civil Action No. 19-3185 (RDM) |

DEFENDANTS' STATUS REPORT
REGARDING THE *AMICI*'S RECOMMENDATIONS

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following status report regarding the recommendations provided by the *amici*, in accordance with the Court's instructions. By providing the responses below, the District does not waive any continued objections to the appropriateness of injunctive relief.

I.   Recommendations Provided by Joan Hebden, RN and Dr. Ronald Waldman Regarding Infection Control

*Amici* Recommendation No. 1:   "If there are anticipated shortages of facemasks, facemasks should be prioritized for HCPs [health care providers] and visitors should be offered cloth masks." Report of Joan Hebden, RN, and Dr. Ronald Waldman (Hebden and Waldman Report) [81] at 5.

District's Response:   Saint Elizabeths Hospital has a sufficient supply of facemasks for all staff and patients. Visitation has been suspended during the

COVID-19 health emergency; therefore, the Hospital does not anticipate having to provide facemasks to a large volume of visitors.

_Amici_ Recommendation No. 2: "Include face shields as universal PPE …." _Id._ at 6.

District's Response: Face shields have been included in the Hospital's universal staff PPE since April 27, 2020.[1]

_Amici_ Recommendation No. 3: "[O]btaining small individual bottles of [alcohol-based] sanitizer for HCPs to carry with them … [should] be prioritized." _Id._ at 7.

District's Response: The Hospital received a large shipment of 7.5 oz bottles of alcohol-based sanitizer and has a sufficient supply for all units. HCP carry these bottles and dispense to patients as needed to ensure patients do not drink or use hand sanitizer improperly.

_Amici_ Recommendation No. 4: "Increase the visibility of signage regarding the proper application of alcohol sanitizer and soap and water hand hygiene technique[s] on each unit and at unit entry." _Id._

District's Response: The Hospital has posted water and soap hand-hygiene posters above all unit sinks for both patients and employees, and posters showing the proper use of hand sanitizer are posted on the entrances to each unit as a reminder to staff.

_Amici_ Recommendation No. 5: "Increase the monitoring of hand hygiene practice to a minimum of 30 observations per week per unit." _Id._

---

[1] _Amici_ also recommended that "in the event that _amici_['s] recommended reuse of N95s cannot be adhered to, facemasks should be worn." Hebden and Waldman Report at 6. However, the Hospital's current supply of N95s enables staff to adhere to _amici_'s recommendations for reuse. _See id._ at 8 (recommending Hospital adopt CDC guidance on reuse of N95s). As noted below, the Hospital is currently issuing all isolation-unit staff a new N95 every day.

District's Response:  The Hospital has trained staff and implemented a new hand-hygiene observation form. Individual staff members can record 10 separate observations and submit the completed form to the Infection Control Coordinator. Some units are now meeting—or exceeding—the 30 observations per week per unit. The Hospital will continue to work with all units to meet the recommended number of observations.

*Amici* Recommendation No. 6:  "[Implement the] use of an observation tool dedicated to hand hygiene which delineates the activities that require [hand hygiene] be performed ...." *Id.*

District's Response:  *See* Response to Recommendation No. 5. The hand-hygiene observation form the Hospital has implemented includes information on when hand-hygiene is required.

*Amici* Recommendation No. 7:  "Obtain face shields with more coverage of the face ... to [the] chin." *Id.*

District's Response:  The Hospital's face shields extend to the chin when worn properly. The Hospital has provided step-by-step instructions on how to don and doff PPE, including face shields, in its Administrative Issuances and has reinforced this guidance with regular trainings, video audits, and on-the-spot corrections to ensure staff are wearing face shields correctly.[2]

---

[2]     As noted in their report, at the recommendation of *amici*, the Hospital discontinued the practice of spraying surgical gowns with alcohol and reusing them prior to their May 11, 2020 written report. *See* Hebden and Waldman Report at 7. The Hospital now has a sufficient supply of surgical gowns and currently provides each staff member working on an isolation unit (person under investigation (PUI) or COVID-positive unit) with at least two gowns per day. Additional gowns are available as needed.

*Amici* Recommendation No. 8: "[T]he procurement of cloth gowns or an alternative to cloth gowns, such as long-sleeved lab coats, [should] be prioritized." *Id.* at 8.

District's Response: The Hospital is exploring procurement options for cloth gowns; however, it has not been able to obtain these gowns. As noted, the Hospital now has sufficient surgical gowns to provide two gowns per day to each staff member working on the isolation units.

*Amici* Recommendation No. 9: "[T]he CDC guidance for reuse of N95s [should] be adopted." *Id.*

District's Response: The Hospital now has an ample supply of N95s and staff are no longer reusing N95s. The Hospital provides each staff member working on an isolation unit with one new N95 per day. Additional N95s are available as needed.

*Amici* Recommendation No. 10: "Continue to educate patients about why they are wearing masks …." *Id.*

District's Response: The Hospital has previously described its efforts to educate patients about mask use. *See* Decl. of Elaine Tu [42-5] ¶ 5; Decl. of Martha Pontes [42-4] ¶ 13; *Amici* Oral Report Tr. [90-3] at 59. Those efforts continue. The Hospital also continues to educate patients about COVID-19, infection control, social distancing, and the importance of routine testing.

*Amici* Recommendation No. 11: "[C]ontractual nursing and environmental services staff [should] be assigned to one unit consistently, if possible." Hebden and Waldman Report at 8.

District's Response: The Hospital assigns all contractual nursing and environmental services staff to one unit. At times, it is necessary for staff to be reassigned to another unit to ensure adequate coverage and staffing, and to ensure

proper patient care and safety. Normally, any reassignment would occur at the beginning of a shift before the staff member enters the patient care area. After working a shift on an isolation unit, staff cannot work overtime on a non-isolation unit or be reassigned to a non-isolation unit without first taking off an entire shift in between.

*Amici* Recommendation No. 12:   "[A]s part of the environmental rounds conducted by the Infection Control Coordinator and environmental services supervisors[,] … knowledge of disinfectant contact times [should] be assessed." *Id.* at 8-9.

District's Response:   The Infection Control Coordinator and environmental services supervisors conduct regular rounds with environmental services staff to assess knowledge and reinforce training on disinfectant contact times.

*Amici* Recommendation No. 13: "Discharge [patients] to the community[,] family[, or an] alternative facility whenever possible. Discharges from S[aint] Elizabeths should be limited to patients residing on the non-COVID[-positive] units[,] and discharge should take place only after two negative [COVID-19] tests taken at least 24 hours apart (3-4 days apart would be better) have been obtained." Hebden and Waldman Report App'x A (Report App'x) [81-1] at 1.

District's Response:   The Hospital continues to discharge patients to the community when appropriate. In addition to regular point prevalence survey (PPS) testing of all patients, the Hospital tests individual patients for COVID-19 prior to discharge and communicates their COVID status to any provider into whose care they will be discharged.

*Amici* Recommendation No. 14:   "All new admissions who have not had a positive coronavirus test result at the time of arrival should be tested as soon after arrival at S[aint] Elizabeths as possible, using the [Abbott ID NOW] point-of-care test …" Report App'x at 1.

<u>District's Response</u>:  The Hospital tests all new admissions at the time of arrival using the point-of-care test machine.

<u>*Amici* Recommendation No. 15</u>:  "Court admissions whose infection status is unknown at the time of arrival, i.e., who have not yet been tested ... or for whom [a test result] is not yet available, should not be integrated with other patients, ... but rather should be housed as separately from both COVID[-positive] units ... and non-COVID[-positive] units … as possible." *Id.*

<u>District's Response</u>:  The Hospital isolates all newly admitted patients for 14 days and requires two negative results from tests administered at least 24 hours apart before transferring the patient to a general unit.

<u>*Amici* Recommendation No. 16</u>:  "If a new admission arrives with a positive test result[,] or if a test performed upon arrival at S[aint] Elizabeths is positive, the individual should be admitted to a COVID[-positive] unit …." *Id.* at 2.

<u>District's Response</u>:  The Hospital places all newly admitted COVID-positive patients in COVID-positive units or medical isolation. The Hospital has implemented the CDC recommended test-based strategy for removing patients from COVID-positive isolation. A patient must be asymptomatic, receive two negative results on tests administered at least 24 hours apart, and receive a clinical evaluation before returning to his or her original unit.

<u>*Amici* Recommendation No. 17</u>:  "For new admissions whose admission test is negative, if the individual demonstrates any symptoms compatible with COVID-19, [he or she] should remain quarantined until at least three days have elapsed following the complete resolution of all symptoms[,] at least 10 days have elapsed since the onset of symptoms[, and] the results of two diagnostic tests taken at least 24 hours apart are negative. At that point, the individual can be placed in a non-COVID[-positive] unit." *Id.*

<u>District's Response</u>: The Hospital isolates all newly admitted patients who test negative upon admission for 14 days and requires two negative results from tests

administered at least 24 hours apart before transferring the patient to a general unit. If a newly admitted patient begins to show symptoms, the patient would remain isolated and be tested. If the result is positive, the patient would be moved into COVID-positive isolation housing. If the result is positive, the patient would complete the 14-day isolation protocol and be sent to a general unit after receiving two negative tests and a clinical evaluation.

*Amici* Recommendation No. 18: "For [any] new admission[] whose admission test is negative and who does not demonstrate any symptoms, that person should be considered 'exposed' and should remain in quarantine for 10 days (preferably 14) days[,] after which [he or she] can be moved to a non-COVID[-positive] unit upon receiving 2 negative test results at least 24 hours (preferably 3-4 days) apart." *Id.*

District's Response: The Hospital isolates all newly admitted patients who test negative upon admission for 14 days and requires two negative results from tests administered at least 24 hours apart before transferring the patient to a general unit.

*Amici* Recommendation No. 19: "[A]n effort should be made to staff [COVID-positive] units only with HCP who have previously tested positive for [COVID-19], have quarantined on that basis, and have returned to work." *Id.*

District's Response: The Hospital does not currently have a COVID-positive unit because there is only one known COVID-positive patient. That patient is being housed in medical isolation in a room on the intensive-side Therapeutic Learning Center (TLC). If circumstances change and require the Hospital to create a COVID-positive unit, the Hospital will consider the recommendation to assign staff members who have recovered from COVID-19 to the COVID-positive unit.

*Amici* Recommendation No. 20: "For asymptomatic patients … who have been admitted to one of the COVID[-positive] units on the basis of a positive test result alone …[,] [d]ischarge [the patient] to [a] non-COVID[-positive] unit after 10 days (14

days) have passed since [the] first [positive] test PLUS 2 negative tests 24 hours apart." *Id.* at 2-3.

District's Response:  A patient who tests positive but is asymptomatic will be isolated for at least 14 days and then must receive two negative results on tests administered at least 24 hours apart before returning to his or her original unit.

*Amici* Recommendation No. 21:  "For patients who were admitted on the basis of having demonstrated symptoms compatible with COVID-19 followed by a positive test[,] discharge [of the patient] to [a] non-COVID[-positive unit] should wait until at least 3 days since full resolution of symptoms upon medical examination[,] at least 10 days (14 days) since first appearance of symptoms[, and] 2 negative tests at least 24 (72) hours apart." *Id.*

District's Response:  The Hospital has implemented the CDC recommended test-based strategy for removing patients from COVID-positive isolation. A patient must be asymptomatic, complete a medical examination, and receive two negative results on tests administered at least 24 hours apart before returning to his or her original unit. For COVID-positive patients, the Hospital routinely conducts the second test 3 to 4 days after the first negative test.[3]

*Amici* Recommendation No. 22:  Continue the "[c]urrent practice ... to maintain everyone in the unit in quarantine for 14 days since the time of the last exposure of the last patient admitted to the unit, at which time, if there has been no evidence of infection, the unit can be converted to a non-COVID[-positive] designation. ... [P]atients should be tested at regular intervals. It is recommended that this be done on a weekly basis until no patients have positive test results. After all patients have tested negative at one of these 'mass' testings for a first time, a second test should be conducted 72 hours later and, if all remain negative, and the most recent possible exposure to a known test-positive individual (patient or HCP) is at least 14 days earlier, the unit can be designated as non-COVID[-positive]." *Id.*

---

[3]      The Hospital had one patient in a COVID-positive unit for more than 45 days. After 45 days, the patient was asymptomatic but continued to test positive. The Hospital consulted with Dr. Waldman, who concluded that the patient was no longer infectious and posed no risk of spreading COVID-19. After consulting with Dr. Waldman, the Hospital returned the patient to his original unit.

<u>District's Response</u>:  This recommendation describes the Hospital's current practice.

<u>*Amici* Recommendation No. 23</u>:  "[S]hould at any time a patient be removed from the quarantine unit on the basis of having become a person under investigation (PUI) and should subsequently have a positive test, or should one or more patients test positive at the weekly testing, the entire unit needs to re-start its 14-day quarantine period. Those who test positive should be immediately transferred to a COVID-positive unit." *Id.* at 3.

<u>District's Response</u>:  This recommendation describes the Hospital's current practice.

<u>*Amici* Recommendation No. 24</u>:  "In the event that a test-negative PUI has been housed together with a test-positive patient, AND a breach has occurred in changing PPE and/or equipment has been inadvertently shared, the test-negative patient would be deemed 'exposed' and in need of [a] 14-day quarantine." *Id.* at 4.

<u>District's Response</u>:  This recommendation describes the Hospital's current practice.

<u>*Amici* Recommendation No. 25</u>:  "[S]taff assigned to the PUI unit are managing PUIs as 'individually cohorted' and not allowing contact between the patients from the time they are designated PUI on the basis of symptoms and the time they are confirmed or ruled-out as being [COVID-positive]. If isolation can be assured, then a PUI who tests negative on two tests 72 hours apart can be returned to the unit from which [he or she] came." *Id.*

<u>District's Response</u>:  The recommendations describe the Hospital's current practice, with the exception that the Hospital requires two negative tests at least 24 hours apart, per CDC guidelines, in addition to a clinical evaluation, before returning a PUI to a non-COVID-positive unit.

<u>*Amici* Recommendation No. 26</u>:  On units "considered to be virus-free …, infection control and physical distancing precautions should be taken, at least until further notice …. [T]herapy should … be available to these patients in the same way as it would be in the absence of [COVID-19]. Continued care must be taken, however,

to not allow these patients, or the staff caring for them, to come in contact with patients from the other units." *Id.*

District's Response:  The Hospital continues to implement robust infection control and physical distancing precautions. The Hospital's telehealth initiatives are currently underway to allow therapy in small groups and support individual consultation. The Hospital's program for providing therapy during the public health emergency is discussed further below in response to the mental health recommendations.

*Amici* Recommendation No. 27:  "HCPs and other staff should be assigned daily to only one unit. If a HCP is going to work overtime it should be on the same unit they have been working throughout the day. Because the greatest need for overtime work is in the COVID[-positive] units, that need should be filled by contract workers or by those who have been working in those units during their shift." *Id.* at 5.

District's Response:  Because there is only one patient known to be COVID-positive, there are currently no designated COVID-positive isolation units. Unit-based staff are generally assigned to one base unit. The Hospital allows staff members to work overtime on a unit with the same COVID-19 status as their base unit and does not permit staff to move from a COVID-positive unit to a non-COVID-positive unit on the same day. The Hospital has prohibited all nursing staff from traveling to other units during their shift except when necessary for official purposes, such as medical emergencies or necessary patient transfers. Amid medical emergencies and psychiatric emergencies, it may be necessary for staff to move between units to ensure the safety of patients and staff. In limited circumstances, there may be a need to reassign a staff member to another unit to ensure adequate staffing for a particular shift. Normally, any reassignment would occur at the

beginning of the shift before the staff member enters the patient care area. Once a shift begins, it is relatively rare that reassignment occurs; however, it is permissible in such circumstances to ensure safe staffing levels on all patient care units, such as when a patient experiences a behavioral emergency that requires one-to-one supervision that could not otherwise be provided, when another staff member suddenly becomes ill or suffers an injury, or when a patient's behavior creates a sudden change in the acuity and risk to others on a unit.

_Amici_ Recommendation No. 28:  "[Visitor] screening must continue[,] and any HCP, staff or visitor identified to be febrile or have other symptoms identified by the CDC should be restricted from entering the hospital." _Id._

District's Response:  The Hospital continues to screen all visitors and staff prior to entry.

_Amici_ Recommendation No. 29:  "[A] point prevalence survey (PPS) of ALL HCP should be conducted as soon as possible…. A single test is sufficient for this PPS …. [I]f a HCP is found to be COVID[-positive], [he or she] must be excluded from the facility for 14 days until found negative on two consecutive tests (these can be conducted on day 10 and day 14 of the quarantine period)." _Id._ at 6.

District's Response:  The Hospital has conducted three staff PPSs, each two weeks apart. The most recent PPS was completed on June 6, 2020, and the Hospital is awaiting the full results. Any staff member who tests positive is placed on administrative leave for at least 14 days and can only return to the Hospital after receiving two negative test results, clearance by their physician, and an assessment by the Hospital's employee health clinic before returning to patient care areas.

_Amici_ Recommendation No. 30:  "Initially, a weekly schedule of re-testing should be adopted. After two surveys, a week apart, have been conducted, the interval between surveys can be extended to two weeks." _Id._

District's Response:  *See* Response to Recommendation No. 29.  The fourth staff PPS will be conducted the week of June 15, 2020.

*Amici* Recommendation No. 31:  "Those [staff] who have confirmed … positive test results need not be re-tested as part of the PPS and can resume a normal work schedule if they have one confirmed negative test 14 days after having been quarantined. HCPs that have submitted negative results from previous testing should be re-tested as part of the PPS." *Id.*

District's Response:  This recommendation generally describes the Hospital's current practice. As described in the District's Response to Recommendation No. 29 above, it is the Hospital's practice not to return recovered staff members to work until they have received two negative test results.[4]

*Amici* Recommendation No. 32:  "All patients who have been in contact with any COVID[-positive] HCP, by virtue of the HCP having worked on their unit during the past 10 days, should be moved to a designated quarantine unit." *Id.*

District's Response:  This recommendation reflects the Hospital's current practice of treating units with known exposure to a COVID-positive patient or staff member as quarantine units.

*Amici* Recommendation No. 33:  "[A]ll efforts should be made to try to encourage compliance [with patient testing] while respecting the rights of the patients. Refusals from patients in non-COVID[-positive] units are acceptable, unless a patient on this unit is identified with a positive test result, at which time the unit must be considered exposed and quarantine must be begun." *Id.* at 7.

District's Response:  This recommendation describes the Hospital's current practice. The treatment teams use a variety of strategies to encourage patients to undergo testing. These include having familiar staff members speak with the

---

[4]    Although Recommendation 29 advises a recovered staff member can return to work after two confirmed negative tests, Recommendation 31 advises a recovered staff member may return to work after only one confirmed negative test result.

patients, using sensory interventions available on the unit, and offering other supportive strategies from the patient's plan. Throughout multiple weeks of testing, there are currently only three patients who have never consented to testing.

*Amici* Recommendation No. 34:  "At least two patients housed on a quarantine unit are transferred on a regular basis to outside facilities … for treatment (e.g., renal dialysis, electroconvulsive therapy). These patients … should be given special attention in respect to monitoring and testing." *Id.*

District's Response:  The Hospital tests these individuals with the point-of-care machine prior to traveling to outside facilities and monitors them for symptoms daily, including checking their vital signs twice a day.

## II.    Recommendations Provided by Dr. Patrick Canavan Regarding Mental Health, Technology Assistance, Socialization and Recreation, Restraint and Seclusion, and Phone Availability

### A.  Mental Health

*Amici* Recommendation No. 1:  "The Department of Behavioral Health [DBH] should immediately begin a program to educate community providers about COVID-19 to calm fears over housing or serving Saint Elizabeths individuals in care." Report of Patrick Canavan, Psy.D. (Canavan Report) [78] at 10.

District's Response:  DBH issued a bulletin to all Mental Health Community Residence Facilities (MHCRF) operators on May 13, 2020, reminding them of their contractual and regulatory obligations to admit eligible patients from the Hospital. The Hospital's Department of Social Work and DBH's housing office communicate frequently with housing providers regarding the Hospital's ability to provide a COVID-19 test for patients prior to discharge.

*Amici* Recommendation No. 2:   "Hospital staff and DBH staff should immediately restart meeting twice a week via video conferencing to review and update the 'ready for discharge' list and address any new barriers that have been

highlighted because of COVID-19, so DBH can engage community providers and identify strategies to mitigate concerns." *Id.*

District's Response:  Prior to the COVID-19 health emergency, Saint Elizabeths and DBH staff met in-person every two weeks. Although meetings have been suspended during the health emergency, ongoing coordination continues between the Hospital's Department of Social Work and the DBH housing office, including weekly discussions regarding case management and discharge planning to resolve barriers to finding community-based housing. This cooperation and coordination has resulted in many successful discharges during the COVID-19 emergency.

*Amici* Recommendation No. 3:  "DBH should provide a short-term subsidy or other supports to providers who accept individuals in care from Saint Elizabeths in the near future." *Id.*

District's Response:  DBH provides a per diem to MHCRFs that accept patients from DBH, including from Saint Elizabeths. These MHCRFs have existing contracts with DBH, and DBH believes it can address any reluctance to accept new patients during the COVID-19 emergency through DBH's licensing and contracting authority.

*Amici* Recommendation No. 4:  "DBH should expand housing options for older individuals in care or those who need higher levels of care such as nursing home or intensive residence, as well as individuals in care who have suffered from COVID-19 who may experience lingering effects and thus may be in need [of] more intensive community supports." *Id.*

District's Response:  DBH does not fund or regulate nursing homes. Currently, only one patient on the ready for discharge list is eligible for placement into an "intensive residence," which is a MHCRF with elevated staffing and medical support.

The Hospital is currently working with DBH to place the patient into an intensive residence.

*Amici* Recommendation No. 5:  "The Hospital should develop—and have the capacity to implement immediately—alternative methods of providing group treatments as conditions change in the short-, medium- and long-term that allow for reduction or tightening of social distancing. The Hospital's current plan for telehealth is one such approach, which should be implemented as quickly as possible …. The implementation of any staffing plan should be consistent with the Infection Control principles outlined by the *amici*." *Id.* at 18.

District's Response:  The Hospital continues to increase the volume of therapy provided on the units through telehealth and on-unit groups. The Hospital has implemented group and individual therapies using the telehealth cart on each unit. Unit-based staff have also been leading face-to-face small groups (6 individuals or fewer). TLC and Rehabilitation Services staff are learning how to conduct group therapy using the telehealth cart. Examples of group therapy being conducted by on-unit staff or TLC and Rehabilitation Services staff include competency, mock trial, stress reduction, emotional regulation, art therapy, discharge planning, coping skills, music therapy, substance abuse therapy, relaxation techniques, and community meetings. Units are also utilizing the outdoor recreation yard on a rotating schedule. For the week of June 4-10, 2020, a total of 53 groups were held, with 33 held in person with social distancing precautions and 20 held via telehealth.

*Amici* Recommendation No. 6:  "The Hospital should expand on unit treatment via telehealth by purchasing the IT equipment for individuals, units and clinicians as recommended in the technology-related section below." *Id.* at 19.

District's Response:  The Hospital was recently awarded a D.C. Hospital Association grant and will use the grant funds, which have now been disbursed, to

purchase telehealth equipment for all clinicians who do not currently have a web-conferencing-enabled personal computer. The Hospital plans to make these purchases in the next 30 days. This will allow clinicians to utilize the unit's telehealth cart and the all-in-one desktop computer to safely connect with all patients on the unit. The Hospital also plans to purchase four additional web-conferencing devices for the telehealth carts to be placed in the newly created medical isolation, quarantine, and PUI treatment areas, so that treatment teams can maintain contact with their patients if they need to be temporarily separated from their home units because of COVID-19.

*Amici* Recommendation No. 7:   "While the Hospital shifts to telehealth treatment modalities for the immediate future, clinical leadership should develop a step-by-step plan to return to the TLCs, including what equipment and staff resources are needed, and how the units will continue to utilize telehealth options in the meantime or as circumstance[s] warrant." *Id.*

District's Response:   While the Hospital is reviewing its practices and procedures through the lens of COVID-19 infection management, it has repurposed its two TLCs as Medical Isolation and PUI clinical areas and anticipates the continued need for these isolation spaces for the foreseeable future. When the CDC and the D.C. Department of Health (DOH) determine that it is no longer necessary to maintain isolation rooms for patients known or suspected to have COVID-19, the Hospital will develop a plan to adapt its treatment model to include use of the TLCs if it determines that it is safe to resume group therapy in a larger setting. Until then, the Hospital will continue to avoid comingling and potential cross-contamination

between units by providing therapeutic services on each unit and through telehealth
options.

*Amici* Recommendation No. 8:   "DBH should restore all vacant positions
available to the Hospital on February 1, 2020[,] and these should be prioritized for
recruitment and hiring. The Hospital should evaluate its staffing to determine if it
has sufficient staffing to provide [an] adequate number of hours and types of
treatment given that more groups may be required to implement social distancing."
*Id.*

District's Response:  The Hospital vacancies are prioritized for recruitment and
hiring.  In Fiscal Year 2020, there were no staff reductions at the Hospital. This
recommendation appears to refer to the potential elimination of 11 positions in Fiscal
Year 2021. Of those 11 positions, 9 have been filled and 2 remain vacant.

*Amici* Recommendation No. 9:   "The Hospital should implement the 'SEH
Telehealth Plan' so that Rehabilitation Services and Treatment Services can provide
clinical care on the units as soon as units are COVID-free, or otherwise determined
to satisfy Infection Control requirements, and continuing until such time as regular
TLC and treatment venues can safely open." *Id.*

District's Response:  The Hospital implemented its Telehealth Plan on May 18,
2020. Each unit has a web-conferencing-enabled device that is used for telehealth
groups. This is in addition to a separate computer on each unit with a webcam that
is available for individual telehealth therapy, competency evaluation and legal visits.
The Hospital added four additional workstations to allow TLC and Rehabilitation
Services staff to provide services through the telehealth carts. As previously noted,
the Hospital plans to use a recently-obtained D.C. Hospital Association grant to
purchase additional telehealth equipment for these staff to be able to work flexibly
from wherever they are located.

17

*Amici* Recommendation No. 10: "The Hospital needs to reduce the high number of inter-unit transfers as soon as possible and reconsider the requirement that the home treatment team follow the individual in care who has been transferred." *Id.*

District's Response: As of June 4, 2020, all patients in the Hospital except for one have returned to their home units. The one COVID-positive patient is isolated and continues to receive treatment from his home-unit treatment team. The Hospital has determined that it is important for a patient's home-unit treatment team to continue to provide treatment while that patient is temporarily housed in isolation to maintain clinical continuity of care. Most patients have longstanding relationships with their treatment teams, and adding a new treatment team for the few weeks a patient may be displaced would create additional and unnecessary disruption. Short-term stays on different units are best managed by a patient's home-unit team to minimize the length of stay on other units, preserve staff time for direct care, and maintain continuity for patients during a stressful time. Any potential cross-contamination is mitigated by proper use of PPE and the close monitoring of symptoms and test results for both patients and staff.

## B. Technology Assistance

*Amici* Recommendation No. 11: "The Hospital should immediately procure iPads or similar devices for each individual in care at Saint Elizabeths. The device should be capable of video conferencing for individual and group treatment, accessing group resources, and communicating with family and lawyers. Training for staff and individuals in care on the use of the device should be provided." *Id.* at 20.

District's Response: Individual tablets or laptops for patients are not a standard practice in forensic settings. The opportunities for breaching others' privacy, threatening others, weaponizing the electronics or their pieces, or

18

inappropriately accessing the internet raise considerable risks for vulnerable patients. Individual and group therapy services, as well as communication with lawyers and guardians, are being provided through each unit's telehealth cart and the unit's all-in-one web-conference-enabled computer in the small group room. The Hospital is developing its policy and procedures for using its current technology to enable social visiting for the individuals in care.

*Amici* Recommendation No. 12: "The Hospital should immediately procure laptops or similar devices, capable of video conferencing, for each clinician who treats individuals in care for any clinical activity the clinicians provide, including remote access to the electronic health record and other Hospital IT systems. Further, the devices must be camera- and Wi-Fi ready." *Id.*

District's Response:  As noted above, the Hospital will use its D.C. Hospital Association grant funds to purchase telehealth equipment, including headsets and webcams, for all clinicians who do not currently have a web-conferencing-enabled laptop or computer. This will allow these clinicians to utilize the unit's telehealth carts and all-in-one desktop computer to remotely connect with individuals on the unit.

*Amici* Recommendation No. 13:  "The Hospital should immediately evaluate all treatment areas and residential areas for Wi-Fi capacity, so that the above technology can be utilized in all areas of the Hospital including rooms housing individuals in care." *Id.* at 21.

District's Response:  Although the Hospital has been able to use the existing Wi-Fi to provide telehealth to patients on every unit, on June 9, 2020, District IT specialists conducted a walkthrough of the building to determine how to improve the Wi-Fi access throughout the building. The Hospital is working with IT specialists to

improve Wi-Fi access in the unit common areas and to install ethernet cables in the dining areas.

*Amici* Recommendation No. 14:  "The Hospital should immediately procure 12 additional video conferencing devices and suitable AV carts so that two different group activities can occur on each unit simultaneously." *Id.*

District's Response:  The Hospital plans to purchase four additional video conferencing devices and suitable AV carts.

### C.  Socialization and Recreation

*Amici* Recommendation No. 15:   "The Hospital should consider other alternatives for increased socialization such as use of video conferencing for individuals in care across units or virtual parties so that individuals can connect with their peers [from] other units." *Id.* at 22.

District's Response:  The Hospital is increasing socialization through the expansion of telehealth group therapy. In addition, the Hospital has established a schedule for each unit to utilize the outdoor recreation yard to socialize while maintaining social distancing, and is re-establishing a schedule for patients on second-level units to access the internal courtyards on the first level.  The Hospital is also exploring how to implement virtual get-togethers among patients through the use of its telehealth equipment.

*Amici* Recommendation No. 16:   "The Hospital should expand visitation opportunities beyond the current, limited hours, and to other areas within the facility, including outside areas such as non-unit courtyards or the recreation yard by still practicing and adhering to social distancing protocols." *Id.*

District's Response:  Although visitation is restricted during the COVID-19 emergency, the Hospital continues to consider additional options to increase socialization and patient communication with family and friends, in accordance with

guidance from the CDC, DOH, and the Substance Abuse and Mental Health Services Administration. Patients continue to have access to telephones to connect with family and others.

**D.  Restraint and Seclusion**

*Amici* Recommendation No. 17:  "The Medical Director, Chief Clinical Officer and Chief Nurse should immediately begin to review all incidents of restraint and seclusion to ensure they are being used appropriately and in compliance with the policy." *Id.* at 26.

District's Response:  The Hospital's Performance Improvement Department performs monthly audits of all incidents of mechanical restraint and seclusion to ensure compliance with the policy. The Hospital's Chief Nurse Executive reviews all restraint and seclusion incidents by reviewing the debriefing forms and nurse assessment forms. The nurse-managers or team leaders also review the forms. The Hospital's Director of Medical Affairs reviews all cases in which a patient experiences multiple restraint and seclusion episodes. A multidisciplinary workgroup that reviews videos of a sample of restraint and seclusion events resumed these video audits on June 8, 2020, which were temporarily suspended amid the Hospital's COVID-19 emergency response.

*Amici* Recommendation No. 18:  "The Hospital should develop a Medical Isolation suite policy and nursing procedure that ensures that it is used safely, rarely, and strictly for declared medical isolation purposes. It should require levels of observation consistent with the use of seclusion and restraint, within the recently revised CMS guidelines." *Id.*

District's Response:  The Hospital does not use its "safety suites" for seclusion and restraint, which are time-limited emergency interventions for behavioral health emergencies. The safety suites are used for medical isolation to ensure new

21

admissions do not introduce COVID-19 into the Hospital. Guidance on the use of the Medical Isolation Suite was previously issued in DBH Administrative Issuance 2020-001, Prevention and Management of COVID-19 [42-3]. The Hospital has now issued updated guidance. *See* DBH Administrative Issuance #2020-002, Exhibit A.

### E. Phone Availability

*Amici* Recommendation No. 19: "The Hospital should procure personal phones for individuals in care to use for family and lawyer contacts or permit individuals to procure their own and allow them to use them." *Id.* at 27.

District's Response: Providing or allowing personal cell phones is not a standard practice for forensic settings because of the risk that patients could use them to take photographs, make threats, physically harm or harass others, or access inappropriate content. *See* Supp. Decl. of Dr. Philip Candilis [90-5] ¶ 9. Patients have access to the shared phone in the common area of each unit, and consistent with infection control practices, phones are disinfected after each use.

Dated:  June 12, 2020.               Respectfully submitted,

                                     KARL A. RACINE
                                     Attorney General for the District of Columbia

                                     TONI MICHELLE JACKSON
                                     Deputy Attorney General
                                     Public Interest Division

                                     */s/ Fernando Amarillas*
                                     FERNANDO AMARILLAS [974858]
                                     Chief, Equity Section

                                     */s/ Micah Bluming*
                                     MICAH BLUMING [1618961]
                                     HONEY MORTON [1019878]
                                     GAVIN N. PALMER [1619264]
                                     Assistant Attorneys General

ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*