# EXHIBIT A

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF BEHAVIORAL HEALTH

Administrative Issuance -#2020-002



**Department of Behavioral Health, Saint Elizabeths Hospital Administrative Issuance**

**SUBJECT**: Use of the Safety Suite During the COVID-19 Pandemic

**EFFECTIVE DATE**: June 11, 2020

### A. PURPOSE AND AUTHORITY

This administrative issuance provides Saint Elizabeths Hospital staff guidance in managing newly admitted patients housed in the safety suite for quarantine during the COVID-19 pandemic.

### B. BACKGROUND

On April 27, 2020, DC Health approved the use of the Safety Suite during the COVID-19 pandemic for housing new admissions.

### C. DEFINITION

**Quarantine Period** - For purposes of this policy, quarantine is considered to begin at the point that the individual is admitted at the hospital; and lasts 14 days, plus additional time for completion of two negative COVID-19 tests, and clearance by the GMO/NP for housing in a non-COVID unit.

**Safety Suite** – "Suite" located behind Unit 1D.

### D. STANDARDS AND PROCEDURES

1. All newly admitted patients will be screened for COVID-19 during the admission process per the COVID-19 Administrative Issuance.
2. Patients admitted to St. Elizabeths Hospital will be housed in the Safety Suite for the quarantine period. No more than two individuals may be housed in the Suite at a time.
3. Staffing, treatment, and other services for individuals shall be provided as with other units but within the Suite:
   a. The individual will be assigned to a home unit during the admission process.
   b. Staff from the assigned home unit will provide care and services for the individual during the quarantine period -
      i. Nursing staffing will be determined using the staffing matrix to account for adequate and safe staffing (please see Nursing Procedure 2-6B)
      ii. The treatment team will develop treatment plans to address identified mental health issues, care and treatment, and discharge planning.
      iii. Competency evaluations and other treatment for court-ordered individuals will be conducted in-person and/or via telehealth.
      iv. Housekeeping services will be provided by the assigned housekeeper from Unit 1D.
      v. Meals and snacks will be provided inside the Suite per the Hospital meal schedule by the Unit 1D Nutrition Services Department staff using paper and disposables products.

Administrative Issuance #2020-002
Page 2 of 2

Approval: _____  Dated: 6/11/20
Edgar Potter, MD
Supervisory General Medical Officer

_____  Dated: 06 10 2020
Martha Pontes, RN, MBA
Chief Nurse Executive

_____  Dated: 6/10/20
Richard Gontang, PhD
Chief Clinical Officer

_____  Dated: 6/10/20
Philip Candilis, MD
Director, Medical Affairs

Approved: _____  Dated: 6/11/2020
Mark J. Chastang, MPA, MBA, FACHE
Chief Executive Officer