UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>      Defendants. | Civil Action No. 19-3185 (RDM) |

### NOTICE OF COMPLIANCE WITH
### THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

1. **Updated Results from June 15-18, 2020 Staff PPS**

A total of 651 staff members were tested during the June 18, 2020 staff PPS. All staff members tested negative.

2. **June 29-July 2, 2020 Staff and Patient PPS**

Saint Elizabeths Hospital conducted a PPS for patients and staff beginning on June 29, 2020, and ending on July 2, 2020. To coordinate test sample analysis with LabCorp, all testing occurred on site over four days. A total of 675 staff members and 181 patients were tested. The Hospital expects results early next week.

Dated:  July 3, 2020.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*