UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>          Defendants. | Civil Action No. 19-3185 (RDM) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants the District of Columbia, Barbara Bazron (in her individual capacity), and Mark Chastang (in his official and individual capacities) (collectively, the District), move to dismiss plaintiffs' Amended Complaint (Complaint) with prejudice or, in the alternative, for summary judgment. Fed. R. Civ. P. 12(b)(1); 12(b)(6); 56. Plaintiffs allege violations of substantive due process and the Americans with Disabilities Act (ADA) based on Saint Elizabeths Hospital's responses to a temporary water outage in the Fall of 2019 and the COVID-19 pandemic. As set forth in the accompanying memorandum of points and authorities, plaintiffs' claims pertaining to the water outage are moot, and plaintiffs lack standing to seek much of the relief they request. Additionally, the Complaint should be dismissed based on plaintiffs' failure to state a claim under (1) the Due Process Clause of the Fifth Amendment, because the District's actions in responding to the water outage and the COVID-19 pandemic did not deprive plaintiffs of reasonable care or safety and did

not fail to exhibit professional judgment; and (2) the ADA, because plaintiffs fail to allege disability discrimination or unjustified isolation. Alternatively, the District is entitled to summary judgment based on plaintiffs' inability to show a due process or an ADA violation, and their failure to establish municipal liability under 42 U.S.C. § 1983. Finally, Mr. Chastang should be dismissed as a defendant in his official capacity because the claims against him duplicate those brought against the District.

Dated: July 10, 2020.   Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov; honey.morton@dc.gov
gavin.palmer@dc.gov; robert.deberardinis@dc.gov

*Counsel for Defendants*