UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BARBARA BAZRON, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-3185 (RDM) |

### DEFENDANTS' STATEMENT OF MATERIAL FACTS
### AS TO WHICH THERE IS NO GENUINE DISPUTE

Under Local Civil Rule 7(h)(1), defendants the District of Columbia, Barbara Bazron, and Mark Chastang (collectively, the District) submit this statement of undisputed material facts in support of their motion to dismiss or, in the alternative, for summary judgment:

1. Before March 2020, Saint Elizabeths Hospital (Saint Elizabeths, or the Hospital) had approximately 275 patients in care on any given day. Decl. of Dr. Richard Gontang (Gontang Decl.) [42-2] ¶ 6.

2. The Saint Elizabeths patient population was 221 on April 21, 2020, and 277 on February 1, 2020. Supp. Decl. of Elaine Tu (Tu Supp. Decl.) [90-1] ¶ 15. As of July 9, 2020, the patient population is 194. Supp. Decl. of K. Singh Taneja (Taneja Supp. Decl.), Ex. A ¶ 9.

3. Saint Elizabeths regularly conducts individualized assessments of all patients, identifying potential for treatment in the least restrictive environment. Gontang Decl. ¶ 7; Report of Dr. Patrick Canavan (Canavan Report) [78] at 6.

4. By January 29, 2020, Saint Elizabeths had begun providing guidance to its staff on the prevention and management of COVID-19, including requirements for the screening of patients suspected of COVID-19 and the use of personal protective equipment by staff. DBH Admin. Issuance 2020-01, Attach. 1 to Decl. of Elaine Tu (Tu Decl.) [42-5]; Tr. of *Amici Curiae* Oral Report (*Amici* Oral Report Tr.) [90-3] at 22-23.

5. In February 2020, Saint Elizabeths Infection Control Coordinator Elaine Tu began training staff on COVID-19 prevention measures based on then-current guidance from the Centers for Disease Control and Prevention (CDC) and the D.C. Department of Health (DOH). Tu Supp. Decl. ¶ 4.

6. The District of Columbia recorded its first case of COVID-19 on March 7, 2020. *See* Press Release, DC Department of Health Confirms First Coronavirus Case (Mar. 7, 2020), *available at* https://coronavirus.dc.gov/release/dc-department-health-confirms-first-coronavirus-case.

7. Mayor Muriel Bowser issued a declaration of emergency and declaration of public health emergency on March 11, 2020, after. Mayor's Order 2020-046, March 11, 2020, available at https://mayor.dc.gov/sites/default/files/dc/sites/mayormb/release_content/attachments/MO.DeclarationofPublicHealthEmergency03.11.20.pdf.

8. Before having any confirmed cases of COVID-19, the Hospital implemented requirements for staff screening upon entry and suspended social

visitation. DBH Admin. Issuance 2020-01; Report of Joan Hebden, RN and Dr. Ronald Waldman (Hebden and Waldman Report) [81] at 5; Tu Decl. ¶ 13.

9. Hospital administrators updated the Emergency Plan as of March 1, 2020. *See* Emergency Management Plan [44-2].

10. On March 12, 2020, Saint Elizabeths activated its Emergency Management Plan (Emergency Plan). March 18, 2020 DBH Letter [92-1] at 1.

11. Patients and staff received training on proper hand-hygiene, social distancing and the use of personal protective equipment. *Amici* Oral Report Tr. at 11, 39, 43.

12. The Hospital did not learn of a confirmed case of COVID-19 until on or about April 1, 2020. Tu Decl. ¶ 6; Hebden and Waldman Report at 3.

13. On March 30, 2020, the Hospital established its first dedicated housing unit for patients under investigation (PUI)—those suspected of having COVID-19 based on symptoms—with private bedrooms and bathrooms away from all other patients. Tu Supp. Decl. ¶ 8.

14. Patients exhibiting symptoms consistent with COVID-19 who have not yet tested positive are designated as PUIs and moved to isolated, individual spaces while they await test results. Supp. Decl. of Richard Gontang (Gontang Supp. Decl.) [90-4] ¶ 11; Hebden and Waldman Report at 4.

15. Since the Hospital's first confirmed case of COVID-19, patients who test positive have been "cohorted" into dedicated COVID-positive housing spaces. *Id.*;

3

Hebden and Waldman Report at 4; *Amici* Oral Report Tr. at 8, 42; Decl. of Dr. Joel Selanikio (Selanikio Decl.) [90-2] ¶ 11.

16. Although nursing staff are assigned to one unit for any given shift, the Hospital's Chief Nurse has permitted rare cases of cross-unit movement to ensure adequate staffing in emergencies. Supp. Decl. of Martha Pontes (Pontes Supp. Decl.) [90-7] ¶ 5; Hebden and Waldman Report at 8.

17. When a patient or staff member has tested positive for COVID-19, any unit to which he or she had exposure has been considered "exposed" and placed under quarantine for 14 days. Hebden and Waldman Report, App'x A [81-1] at 3.

18. Since its first suspected case of COVID-19, Saint Elizabeths has followed guidance from the CDC and DOH regarding the testing of patients with symptoms consistent with COVID-19 and has regularly updated its internal policies accordingly. Tu Decl. ¶ 11; Tu Supp. Decl. ¶ 7; DBH Admin. Issuance 2020-01 (Jan. 20, 2020), Attach. 1 to Tu Decl.; DBH Admin. Issuance 2020-01 (Mar. 4, 2020), Attach. 2 to Tu Decl.; DBH Admin. Issuance 2020-0 (Mar. 30, 2020), Attach. 3 to Tu Decl.

19. Early in the pandemic, the Hospital was constrained from conducting broader testing—for example, of exposed but asymptomatic patients—by the limited availability of testing kits and the limits of local laboratories to analyze test results. Selanikio Decl. ¶ 8; *Amici* Oral Report Tr. at 19; Hebden and Waldman Report, App'x A at 5.

20. As of the middle of April 2020, the Hospital was providing residents with face masks, hand sanitizer, room cleaning, sanitation services and hand soap. Decl. of Ashley Guzman [39-9] ¶ 3; Decl. of Wanda Rose [39-10] ¶ 5.

21. The Hospital implemented a universal masking policy on April 15, 2020. Hebden and Waldman Report at 5.

22. Patients wear masks in common areas, *Amici* Oral Report Tr. at 40, and practice social distancing, *id.* at 43.

23. The Hospital maintains a "ready-for-discharge" list tracking patients in care who "ha[ve] progressed sufficiently such that the treatment team could identify the level of care and housing needs for the individual when discharged." Canavan Report at 7.

24. The Hospital regularly updates its ready-for-discharge list and implements discharge plans for patients when appropriate and possible. Gontang Supp. Decl. ¶¶ 24, 26-29.

25. Plaintiffs are not on the ready-for-discharge list. *Id.* ¶ 25.

26. Discharges have continued throughout the COVID-19 emergency. *Id.* ¶¶ 22, 27-29; Canavan Report at 9.

27. Most components of patient mental health care have continued during the pandemic without significant interruption. Canavan Report at 13, 16.

28. On March 17, 2020, the Hospital closed its "Therapeutic Learning Center" (TLC) and temporarily suspended most group therapy based on CDC guidance to minimize in-person gatherings. Canavan Report at 12.

29. Some group therapy services and programming continued with modifications to ensure patient safety. *Amici* Oral Report Tr. at 61; Supp. Decl. of Enzo Costa (Costa Supp. Decl.) [87-5] ¶ 13.

30. The Hospital developed a plan early to implement telehealth technology capable of facilitating some group therapy in small groups with adequate social distancing, although some impediments delayed the plan's implementation. Canavan Report at 17.

31. Hospital staff began deploying digital technology to facilitate virtual individualized therapy sessions weeks before the Amended Complaint was filed, which allowed individual therapy to continue at the same rate. *Amici* Oral Report Tr. at 62; Decl. of Vinita Smith [38-9] ¶ 10.

32. As of May 13, 2020, all three plaintiffs were receiving individual therapy once per week. Supp. Decl. of Vinita Smith [87-4] ¶ 6; Costa Supp. Decl. ¶ 11; Supp. Decl. of William Dunbar [87-6] ¶ 15.

33. Before the pandemic, those patients who received individual therapy did so generally once per week. Canavan Report at 11.

34. Individual treatment has continued during the pandemic and has included "frequent 'check-ins'" by nursing and clinical staff, individualized competency restoration and individual therapy. Canavan Report at 13.

35. Psychiatry, nursing and social work services have continued throughout the pandemic. *Id.*; Supp. Decl. of Dr. Philip Candilis (Candilis Supp. Decl.) [90-5] ¶ 5.

36. Barriers to placing patients in the community include:

   a. a reluctance by housing providers to take on new residents, *Amici* Oral Report Tr. at 50;

   b. a general shortage of appropriate community housing, Canavan Report at 8;

   c. a lack of available bed space, *id.*;

   d. pandemic restrictions on travel and face-to-face interactions, *Amici* Oral Report Tr. at 50; and

   e. the hesitation by some landlords to accept Saint Elizabeths patients despite DBH's best efforts to ensure compliance with applicable laws and regulations, Decl. of Atiya Jackson [90-6] ¶ 5.

37. Between March 15, 2020, and May 2, 2020, Saint Elizabeths discharged 57 patients into the community. Canavan Report at 9.

Dated:  July 10, 2020.                    Respectfully submitted,

                                          KARL A. RACINE
                                          Attorney General for the District of Columbia

                                          TONI MICHELLE JACKSON
                                          Deputy Attorney General
                                          Public Interest Division

                                          */s/ Fernando Amarillas*
                                          FERNANDO AMARILLAS [974858]
                                          Chief, Equity Section

                                          */s/ Micah Bluming*
                                          MICAH BLUMING [1618961]
                                          HONEY MORTON [1019878]
                                          GAVIN N. PALMER [1619264]
                                          Assistant Attorneys General
                                          ROBERT A. DEBERARDINIS, JR. [335976]
                                          Senior Assistant Attorney General
                                          441 Fourth Street, N.W., Suite 630 South
                                          Washington, D.C.  20001
                                          (202) 724-7272

(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*

8