# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>              Defendants. | Civil Action No. 19-3185 (RDM) |

## DECLARATION OF K. SINGH TANEJA

I, K. Singh Taneja, declare and state under oath as follows:

1.     I am the Chief Operating Officer (COO) for Saint Elizabeths Hospital (Saint Elizabeths, or the Hospital). I previously submitted a declaration in this matter [21-2].

2.     I have served as COO of Saint Elizabeths since December 5, 2016. I have served in this position continuously since then.

3.     As COO, I am in charge of major operational and administrative functions including facilities, finance/budget, ancillary services, pharmacy and quality and performance improvement. Through my position, I am generally aware of operations throughout the Hospital on a daily basis.

4.     I provide this declaration to inform the Court about the Hospital's response to a recent rupture in a main water-supply pipe outside the Hospital grounds.

5.      On June 16, 2020, a rupture was discovered in a 14-inch main water-supply pipe on Saint Elizabeths' West campus outside the Hospital grounds. The rupture caused the water pressure in the Hospital to drop but it did not result in any interruption in water service.

6.      The U.S. General Services Administration (GSA) engaged Cherokee Nation Construction to assess the situation and fix the pipe. In addition, the D.C. Department of General Services (DGS) engaged RSC Electrical & Mechanical Contractors, Inc. (RSC) to coordinate and provide uninterrupted water supply to Saint Elizabeths. RSC is the same vendor that resolved the Hospital's water outage in Fall 2019.

7.      Saint Elizabeths activated its Emergency Preparedness Plan on June 16, 2020. At the Hospital's request, on June 17, 2020, RSC switched the Hospital's potable and industrial water to water supplied by a tanker truck until the pipe could be fixed. Potable water use at Saint Elizabeths continued normally with no interruptions in service.

8.      GSA's contractor (Cherokee Nation Construction) promptly made necessary repairs to the pipe, which were completed on June 19, 2020. The District of Columbia Water and Sewer Authority tested the water supply to ensure that it was safe for industrial and potable use. The Hospital was reconnected to the public water supply on June 20, 2020.

9.      As of July 9, 2020, the Saint Elizabeths patient population is 194.

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, based upon my personal knowledge and information provided to me in the course of my official duties.

07/09/2020

DATED

K. SINGH TANEJA