UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>            Defendants. | Civil Action No. 19-3185 (RDM) |

ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or, in the Alternative, for Summary Judgment (Motion), plaintiffs' opposition, and the entire record, it is this \_\_\_\_\_ day of _____, 2020,

**ORDERED** that:

1) The Motion is **GRANTED**; and

2) Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE RANDOLPH D. MOSS
Judge, United States District Court
      for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or, in the Alternative, for Summary Judgment (Motion), plaintiffs' opposition, and the entire record, it is this \_\_\_\_\_ day of _____, 2020,

**ORDERED** that:

1) The Motion is **GRANTED**; and

2) **SUMMARY JUDGMENT** is entered in favor of defendants on all claims in Plaintiffs' Amended Complaint.

_____
THE HONORABLE RANDOLPH D. MOSS
Judge, United States District Court
     for the District of Columbia