UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      Defendants. | Case No.  1:19-cv-3185 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply, or in the Alternative to Strike Argument Not Previously Raised, and the entire record, it is this _____day of _____, 2020, ORDERED that:

1)  Plaintiffs' Motion for Leave to File a Surreply is GRANTED and Plaintiffs' Surreply shall be due 14 days after the Defendants' production of the discovery ordered by the Court on January 22

2)  Plaintiffs' Motion to Strike Defendants' Argument Not Previously Raised is GRANTED.

_____
THE HONORABLE RANDOLPH D. MOSS
Judge, United States District Court
      for the District of Columbia