## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

## NOTICE OF COMPLIANCE WITH
## THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

### 1.   Updated Results from the September 8-11, 2020 Staff PPS

A total of 784 staff members were tested from September 8-11, 2020. The District previously reported that 701 staff members were tested; however, testing was ongoing through the September 11, 2020 date of filing. A total of 751 staff members were tested at Saint Elizabeths and another 33 were tested at other sites. All staff members tested negative.

### 2.   September 13-25, 2020 Patient and Staff PPS

Saint Elizabeths conducted a PPS for patients and staff from September 13-25, 2020. A total of 790 staff members were tested—769 at Saint Elizabeths and

another 21 at other sites. 670 staff members tested negative, none tested positive, and 120 results are pending. Approximately 181 patients were also tested, and they all tested negative; no results are pending.

Dated:  September 25, 2020.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Honey Morton*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*