UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

NOTICE OF COMPLIANCE WITH
THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

1. Updated Results from the September 13-25, 2020 Staff PPS

A total of 791 staff members were tested from September 13-25, 2020. A total of 769 staff members were tested at Saint Elizabeths and another 22 were tested at other sites. Two staff members tested positive.

2. September 27-October 9, 2020 Patient and Staff PPS

Saint Elizabeths conducted a PPS for patients and staff from September 27-October 9, 2020. A total of 814 staff members were tested—776 at Saint Elizabeths and another 38 at other sites. 614 staff members tested negative, one tested positive,

and 199 results are pending. Approximately 188 patients were tested and they all tested negative; no results are pending.

Dated:  October 9, 2020.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*