UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>BARBARA BAZRON, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 19-3185 (RDM) |

## JOINT STATUS REPORT

　　　Pursuant to the Court's Minute Order of October 13, 2020, the Parties submit this joint status report. The October 13, 2020 Minute Order ordered defendants to serve jurisdictional discovery by November 16, 2020, and reserved judgment on plaintiffs' motion to file a surreply to the Reply to the Opposition to Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, until after the completion of jurisdictional discovery.

　　　After the Court issued its minute order, defendants conducted additional searches for documents responsive to plaintiffs' January 29, 2020 production requests.[1] On November 13, 2020, defendants served plaintiffs with all documents in their possession known to be responsive to plaintiffs' requests.

　　　Plaintiffs are reviewing defendants' production and cannot say at this time if jurisdictional discovery based on the October 13, 2020 and January 22, 2020 Minute

---

[1]　Defendants served plaintiffs with objections and responses to those requests on February 28, 2020.

Orders is complete. Defendants believe jurisdictional discovery is now complete. The Parties propose that they submit a joint status report updating the Court on the status of the jurisdictional discovery on December 1, 2020.

| | |
|---|---|
| Dated:  November 16, 2020. | Respectfully submitted, |

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Micah Bluming
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
robert.deberardinis@dc.gov

Counsel for Defendants

/s/ John A. Freedman
John A. Freedman (D.C. Bar No. 453075)
Tirzah S. Lollar (D.C. Bar No. 497295)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@aporter.com
Tirzah.Lollar@aporter.com

Kaitlin Banner (D.C. Bar No. 1000436)
Margaret Hart (D.C. Bar No. 1030528)
Hannah Lieberman (D.C. Bar No. 336776)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
margaret_hart@washlaw.org
hannah_lieberman@washlaw.org
jonathan_smith@washlaw.org
maria_morris@washlaw.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF THE
DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
mperloff@acludc.org

Counsel for Plaintiffs