UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA BAZRON, *et al.*, <br><br> Defendants. | Civil Action No. 19-3185 (RDM) |

### NOTICE OF COMPLIANCE WITH
### THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

1. **Updated Results from the October 26-November 6, 2020 Staff PPS**

A total of 806 staff members were tested from October 26 to November 6, 2020. A total of 776 staff members were tested at Saint Elizabeths and another 30 were tested at other sites. One staff member tested positive and was placed on 14-day leave, as reported in the District's prior Notice of Compliance [124].

2. **November 9-20, 2020 Patient and Staff PPS**

Saint Elizabeths conducted a PPS for patients and staff from November 9-20, 2020. A total of 884 staff members were tested—843 at Saint Elizabeths and another 41 at other sites. 559 staff members tested negative, five tested positive, one test was

inconclusive, and 319 results are pending. Staff members with positive or inconclusive results were placed on 14-day leave. Approximately 207 patients were tested, and they all tested negative; no results are pending.

Dated: November 20, 2020.            Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Honey Morton*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C.  20001
(202) 724-6591
(202) 741-5908 (fax)
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*