UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-3185 (RDM) |

NOTICE OF COMPLIANCE WITH
THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

1. **Updated Results from the November 22-December 5, 2020 Patient and Staff PPS**

A total of 876 staff members were tested from November 22 to December 5, 2020; 832 staff members were tested at Saint Elizabeths and another 44 were tested at other sites. Seventeen staff members tested positive and were placed on 14-day leave.

Approximately 197 patients were tested and no results are pending.[1] Five patients tested positive and were placed into isolation; three of those patients have

---

[1]　In its December 4, 2020 Notice [128], the District reported that approximately 192 patients had been tested during this PPS period.

since tested negative twice. Three of the patients resided in Unit 1A of the Hospital and the other two resided in Unit 1F. Both units were placed in quarantine. Patients on both units were individually assessed and tested, and subsequently re-tested every five days during the quarantine period. Unit 1A is no longer in quarantine and Unit 1F will be in quarantine until December 20, 2020. Staff who worked on the units were also notified and directed to get tested. Employees of the Hospital who have been trained as contact tracers followed up with those staff members individually by phone, as well as any staff members who had been in contact with a positive patient within two days before the patient's test was administered.

### 2. December 7-18, 2020 Patient and Staff PPS

Saint Elizabeths conducted a PPS for patients and staff beginning on December 7 and ending on December 18, 2020. A total of 910 staff members were tested—820 at Saint Elizabeths and another 90 at other sites. Eleven staff members have tested positive and were placed on 14-day leave and 282 results are pending. Approximately 200 patients were tested with 51 results pending. One patient in Unit 1B tested positive and was placed into isolation. The Unit has been placed in quarantine and patients are being individually assessed and tested. Staff who worked on Unit 1B were notified and directed to get tested. Employees of the Hospital who have been trained as contact tracers have been following up with those staff members individually by phone, as well as any staff members who had been in contact with the positive patient within two days before the patient's test was administered.

Beginning Monday, December 21, 2020, the Hospital will begin vaccinating staff for COVID-19. The Hospital will also increase the frequency of testing for staff to once per week.

Dated: December 18, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Gavin N. Palmer*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7440
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*