UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>        Defendants. | Civil Action No. 19-3185 (RDM) |

### NOTICE OF COMPLIANCE WITH
### THE COURT'S PRELIMINARY INJUNCTION

Pursuant to the Court's Preliminary Injunction issued on May 24, 2020, defendants Barbara Bazron, Mark Chastang, and the District of Columbia (collectively, the District) submit the following point prevalence survey (PPS) update in accordance with the Court's order.

1. **Updated Results from the April 4-10, 2021 Staff PPS**

A total of 782 staff members were tested from April 4-10, 2021. A total of 770 staff members were tested at Saint Elizabeths and another 12 were tested at other sites. All results have now been received. As previously reported, four staff members tested positive, all of whom were placed on 14-day leave.

2. **April 11-17, 2021 Staff PPS Results**

Saint Elizabeths conducted a PPS for staff beginning on April 11, 2021, and ending on April 17, 2021. A total of 812 staff members were tested: 755 at Saint Elizabeths and 57 at community sites. Two staff members tested positive, no results

were inconclusive and no tests remain outstanding. All staff members with a positive result were placed on 14-day leave.

3. April 18-24, 2021 Staff PPS Results

Saint Elizabeths conducted a PPS for staff beginning on April 18, 2021, and scheduled to end on April 24, 2021. A total of 812 staff members have been tested so far: 790 at Saint Elizabeths and 22 at community sites. Two staff members have tested positive, no results have come back inconclusive and three test results remain outstanding. All staff members who tested positive were placed on 14-day leave. Additional staff members may still get tested by April 24, 2021, and updated data will be provided in the next Notice to the Court.

4. April 11-24, 2021 Patient PPS Results

Saint Elizabeths conducted a PPS for patients beginning on April 11, 2021, and scheduled to end on April 24, 2021. Thus far, approximately 189 tests have been administered. No patients tested positive and no results are pending. During the testing period there were 5 new patient admissions, 7 patients discharged and 12 patients who refused testing. The current patient census is 201. One patient is on authorized leave.

5. Vaccinations

Saint Elizabeths remains in the process of vaccinating patients and staff. As of this filing, 151 patients (about 75% of the current patient population) have received at least one dose of a vaccine, and of those, 145 have been fully vaccinated—*i.e.*, either received both doses of a two-shot vaccine or one dose of a single-shot vaccine. Since

2

beginning vaccinations, the Hospital has also discharged 27 patients who have received at least one dose, 19 of whom have were fully vaccinated. In addition, 628 staff members (approximately 80%) have received at least one dose of the vaccine, 590 of whom have been fully vaccinated.

Dated:  April 23, 2021.   Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
Equity Section
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*Counsel for Defendants*