UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>    Defendants. | Civil Action No. 19-3185 (RDM) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO VACATE THE PRELIMINARY INJUNCTION IN ITS ENTIRETY, FOR INTERIM RELIEF UNDER RULE 62(d), AND FOR AN INDICATIVE RULING UNDER RULE 62.1

Pursuant to this Court's minute order of April 30, 2021, defendants file this response indicating that they do not oppose the relief sought in plaintiffs' motion [147] and their proposed order [147-1]. As the parties explained at today's status hearing, the preliminary injunction is moot and vacatur of the preliminary injunction order and opinion is warranted under *United States v. Munsingwear,* 340 U.S. 36, 39 (1950). Because the parties worked together on the proposed order, it supersedes the proposed order that defendants were planning to file with their response. This case is now ripe for this Court's disposition of the Rule 62.1 motion.

Dated: April 30, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
HONEY MORTON [1019878]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
Equity Section

ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
Civil Litigation Division
Office of the Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
micah.bluming@dc.gov
honey.morton@dc.gov
gavin.palmer@dc.gov
robert.deberardinis@dc.gov

*/s/ Loren L. AliKhan*
LOREN L. ALIKHAN [997064]
Solicitor General

*/s/ Carl J. Schifferle*
CARL J. SCHIFFERLE [463491]
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
400 Sixth Street, N.W., Suite 8100
Washington, D.C. 20001
loren.alikhan@dc.gov
carl.schifferle@dc.gov

*Counsel for Defendants*