IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENZO COSTA, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

No. 1:19-cv-3185 (RDM)

## ORDER

Before this Court is Plaintiffs' Motion to Vacate the Preliminary Injunction and Rule 62.1 Motion for Indicative Ruling, dated April 30, 2021. Having considered the Motion and any response, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED IN PART AND DEFERRED IN PART**; and it is

**FURTHER ORDERED** that the May 24, 2020 Preliminary Injunction (ECF No. 96) is **HEREBY SUSPENDED** pursuant to Rule 62(d); and it is

**FURTHER ORDERED** that, pursuant to Rule 62.1, in the event the U.S. Court of Appeals for the District of Columbia Circuit remands this matter, this Court would grant the Motion to Vacate and would enter an order:

    1. **DISSOLVING** and **VACATING** the May 24, 2020 Preliminary Injunction (ECF No. 96) and its accompanying Memorandum Opinion (ECF No. 95) in its entirety; and

    2. **PROVIDING** that the Plaintiffs may not rely upon the Court's grant of the May 24, 2020 Preliminary Injunction in support of an argument that they are a prevailing party for purposes of seeking any award of attorneys' fees or costs and the preliminary injunction

order and opinion may not be cited as evidence or for any legal or preclusive effect in this or any other proceeding.[1]

It is **FURTHER ORDERED** that in accordance with Rule 62.1(b) and the Court of Appeals' April 30, 2021 Order, Plaintiffs shall promptly notify the Clerk of Court of the Court of Appeals for the District of Columbia of the Court's indicative ruling.

**SO ORDERED** this   1st day of May, 2021

_____
Randolph D. Moss
United States District Judge

---

[1] Alternatively, because the parties agreed at a status hearing on April 30, 2021 that the preliminary injunction is moot, the Court of Appeals could remand with instructions to vacate under *United States v. Munsingwear*, 340 U.S. 36 (1950).