## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BARBARA J. BAZRON, *et al.*, <br><br> *Defendants*. | Civil Action No. 19-3185 (RDM) |

## <u>ORDER</u>

In light of Plaintiffs' unopposed motion to vacate the preliminary injunction, for interim relief, and for an indicative ruling, Dkt. 147; the Court's Order granting an indicative ruling, Dkt. 149; and the D.C. Circuit's Order remanding the case "to enable [the Court] to rule on [Plaintiffs'] motion to vacate the preliminary injunction," *see* Order, *Costa v. Bazron*, No. 20-7055 (D.C. Cir. May 3, 2021), it is hereby

**ORDERED** that the May 24, 2020 Preliminary Injunction, Dkt. 96, is **DISSOLVED** and **VACATED** and that the accompanying Memorandum Opinion, Dkt. 95, is **VACATED** in its entirety; and it is further

**ORDERED** that Plaintiffs may not rely upon the Court's grant of the May 24, 2020 Preliminary Injunction in support of an argument that they are a prevailing party for purposes of seeking any award of attorneys' fees or costs and the preliminary injunction order and opinion

may not be cited as evidence or for any legal or preclusive effect in this or any other proceeding.

*Cf. United States v. Munsingwear*, 340 U.S. 36 (1950).

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  May 3, 2021

2