# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-7055**                            **September Term, 2020**

**1:19-cv-03185-RDM**

**Filed On:** May 3, 2021

Enzo Costa, et al.,

      Appellees

      v.

Barbara J. Bazron, Director, Department of
Behavioral Health, in her individual capacity,
et al.,

      Appellants

      **BEFORE:**    Henderson, Katsas, and Walker, Circuit Judges

### O R D E R

Upon consideration of the notice of the district court's indicative ruling pursuant to Federal Rules of Civil Procedure 62.1, and plaintiffs-appellees' unopposed motion to remand with instructions to vacate the preliminary injunction and dismiss the appeal, it is

**ORDERED** that the record be remanded to the district court to enable it to rule on the plaintiffs' motion to vacate the preliminary injunction, in accordance with its May 1, 2021 indicative ruling. See Fed. R. App. P. 12.1(b). The parties must promptly notify the Clerk when the district court has decided the motion on remand. See id. This panel will retain jurisdiction over the case until further notice. See D.C. Circuit Rule 41(b).

The Clerk is directed to transmit a copy of this order to the district court.

### Per Curiam

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk