UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>BARBARA BAZRON, *et al.*,<br><br>      Defendants. | Civil Action No. 19-3185 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance of Assistant Attorney General Gavin N. Palmer as counsel for defendants in the above-captioned matter.

Dated:  June 4, 2021.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Gavin N. Palmer*
GAVIN N. PALMER [1619264]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7440
gavin.palmer@dc.gov

*Counsel for Defendants*