IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENZO COSTA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | No.  1:19-cv-3185 (RDM) |

**CONSENT MOTION TO DISMISS AND RETAIN JURISDICTION**

Enzo Costa, William Dunbar and Vinita Smith, (together, the "Plaintiffs"), having entered into a Settlement Agreement ("Agreement") with the District of Columbia, Barbara J. Bazron, and Mark J. Chastang, (together, the "Defendants"), move this Court with the Defendants' consent for entry of an order conditionally dismissing this action, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and retaining jurisdiction to enforce the Agreement.

In support thereof, the Parties state as follows:

1. The Parties were referred to the D.C. Circuit Mediation Program on February 25, 2022. ECF 159.  As a result of ongoing negotiations since that date, the Parties have agreed to resolve the Plaintiffs' claims in the above-titled action.

2. Under the Agreement, the Parties agreed to full settlement of all issues in this case and agree to move this Court to dismiss this action and to retain jurisdiction for the limited purpose of enforcing the terms of the Agreement. The Agreement is filed as ECF 169-1.

3. The Plaintiffs, with Defendants' consent, move this Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) conditioned on the Court's

retention of jurisdiction to enforce the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (recognizing that a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its order).

Dated:  February 14, 2023

Respectfully submitted,

/s/ Kaitlin Banner

_____

Kaitlin Banner (D.C. Bar No. 1000436)
Margaret Hart (D.C. Bar No. 1030528)
Jonathan Smith (D.C. Bar No. 396578)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
Kaitlin_banner@washlaw.org
margaret_hart@washlaw.org
jonathan_smith@washlaw.org

John A. Freedman (D.C. Bar No. 453075)
Tirzah S. Lollar (D.C. Bar No. 497295)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
John.Freedman@aporter.com
Tirzah.Lollar@arnoldporter.com

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Michael Perloff (D.C. Bar No. 1601047)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
mperloff@acludc.org
Counsel for Plaintiffs